UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N. S.,

        Plaintiff,                         Case No. 1:23–cv–448

      v.                                  Hon. Paul L. Maloney

STURGIS PUBLIC SCHOOLS,

        Defendant.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on May 1, 2023 .   The case has been assigned to Paul L. Maloney .

                                              CLERK OF COURT

Dated:  May 2, 2023        By:    /s/ N. Stimec_____
                                          Deputy Clerk