UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S.,   Case No. 1:23-cv-448

    Plaintiff,   HON. PAUL L. MALONEY

v.

STURGIS PUBLIC SCHOOLS,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address:   1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

New address:   500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.

Date:   June 6, 2023

Respectfully submitted,

**s/Elizabeth K. Abdnour**
Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
Attorney for Plaintiff
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
517-292-0067
elizabeth@abdnour.com

1