# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

N.S. o/b/o W.F.,                                                     Case No. 1:23-cv-00448-PLM-PJG

Plaintiff,

v.                                                                                Judge Paul L. Maloney

STURGIS PUBLIC SCHOOLS,                                  Magistrate Judge Phillip J. Green

Defendant.

_____/

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
P: (517) 994-1776
F: (614) 417-5081

Jacquelyn N. Kmetz (P83575)
BARGER & GAINES
90 North Broadway, Suite 320
Irvington, New York 10533
Telephone: (914) 902-5918
Fax: (914) 902-5917
Email: jacquelyn@bargergaines.com

*Attorney for Plaintiff*

---

## NOTICE OF NAME CHANGE

Now comes Plaintiff's attorney to advise the court of her legal name change from Jacquelyn N. Babinski to Jacquelyn N. Kmetz. See Exhibit A, Marriage Certificate dated 05/20/2023.

Whereby, Plaintiff's attorney respectfully requests that the United States District Court, Western District of Michigan, change her name on the record in the above-named matter to Jacquelyn N. Kmetz.

Dated: August 3, 2023                                                Respectfully Submitted,

        **s/Jacquelyn N. Kmetz** P83575
        BARGER & GAINES
        90 North Broadway, Suite 320
        Irvington, New York 10533
        Telephone: (914) 902-5918
        Fax: (914) 902-5917
        Email: jacquelyn@bargergaines.com

*Attorneys for Plaintiff*