# Marriage License
## State of Michigan

DATE OF APPLICATION: 05/05/2023
DATE CERTIFICATE FILED: 05/30/2023
STATE FILE NO.: 2023M-0031
LOCAL FILE NO.:

To any person legally authorized to solemnize marriage, the marriage must be solemnized in the State of Michigan on or before **06/06/2023**

### COUPLE

| | Party 1 | Party 2 |
|---|---|---|
| FULL NAME (First, Middle, Last) | ANDREW RAY KMETZ IV [X] MALE [ ] FEMALE | JACQUELYN NICOLE BABINSKI [ ] MALE [X] FEMALE |
| SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT | KMETZ | BABINSKI |
| PRESENT AGE | 34 | 31 |
| DATE OF BIRTH | 07/17/1988 | 06/07/1991 |
| BIRTHPLACE - CITY AND STATE | MUNSTER, IN | FARMINGTON HILLS, MI |
| RESIDENCE NO. / STREET | 714 E FOSTER ST. | 714 E FOSTER ST. |
| CITY, STATE, AND ZIPCODE | LUDINGTON, MI 49431 | LUDINGTON, MI 49431 |
| RESIDENCE COUNTY | MASON | MASON |
| TIMES PREVIOUSLY MARRIED | NONE | NONE |

### PARENTS

| | Parent 1 | Parent 2 |
|---|---|---|
| FULL NAME (First, Middle, Last) | ANDREW RAY KMETZ III | BROOK ALLEN HICKMAN |
| SURNAME AT BIRTH / BIRTHPLACE | KMETZ / IN | HICKMAN / MI |
| FULL NAME (First, Middle, Last) | TERESA ANN KMETZ | DENISE ELAINE CARSON |
| SURNAME AT BIRTH / BIRTHPLACE | KIDWELL / KY | BABINSKI / MI |

Based on the affidavit filed in this office, I hereby grant this marriage license on **05/05/2023** (Month, Day, Year)

*Cheryl Kelly* — CHERYL KELLY, CLERK — MASON
*Alisha Miller* — DEPUTY CLERK — MASON

## Certificate of Marriage

I hereby certify that, in accordance with the above license, the persons herein mentioned were joined in marriage in **Marion Township**, County of **Charlevoix**, Michigan, on the **20th** day of **May** A.D. 20**23**, in the presence of

Signature of Officiant/Certifier: *Rev. Jonathan David Mays*
Name and Title of Officiant/Certifier: Rev. Jonathan David Mays
Full Mailing Address of Officiant/Certifier: 409 Prospect St, Charlevoix MI 49720

Signature of Witness: *Nicolas Ingle*
Name of Witness: Nicolas L. Ingle

Signature of Witness: *Natalie Carson*
Name of Witness: Natalie Carson

Signature of Spouse: *Andrew Kmetz*
Printed Name of Spouse: Andrew Ray Kmetz IV

Signature of Spouse: *Jacquelyn Nicole Kmetz*
Printed Name of Spouse: Jacquelyn Nicole Kmetz

DCH-0482 (Rev. 11-18) By Authority of MCL 551.102

---

I, CHERYL KELLY, Clerk of the Circuit Court of said County of Mason do hereby certify that this document is a true copy of the record now on file in the office of the Clerk of said County and Court. IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at the city of Ludington.

*Cheryl Kelly*
Cheryl Kelly, Clerk

Issued this 8 day of June, 2023.

SPU5464683

VRHDSS11 (12/12) Authority: MCL 333.2882

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.**