# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00448-PLM | 8/18/2023 | 11:03 - 11:19 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| N.S. v. Sturgis Public Schools |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Elizabeth Kamm Abdnour | Plaintiff |
| Kenneth B. Chapie | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

16 Scheduling Conference Held via Zoom; CMO to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema