UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F.,

      Plaintiff,　　　　　　　　　　　　　Judge Paul L Maloney
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Phillip J. Green
v　　　　　　　　　　　　　　　　　　　　No. 23-448

STURGIS PUBLIC SCHOOLS,

      Defendant.
_____/

## STIPULATED ORDER TO EXTEND
## MEDIATION DEADLINE

The parties stipulate that the Court amend its Scheduling Order regarding the date to complete mediation by May 31, 2024.

On August, 2023, the Court entered a Scheduling Order providing that the parties complete mediation by November 30, 2023. The parties have agreed to have Lee Silver mediate the case. Counsel for Plaintiff is scheduled to begin a three-week, ten plaintiff trial in Louisiana in January 2024, and had requested the November 30, 2023, deadline to try to ensure that mediation could be completed before she had to begin trial preparations in that matter. Mr. Silver is not available for mediation before November 30, 2023. Counsel for Plaintiff cannot commit to mediation after November 30, 2023, until late February 2024, due to the Louisiana trial. Mr. Silver has provided dates he is available in and after March 2024. The parties have not yet confirmed a mediation date with Mr. Silver.

Therefore, the parties jointly request an extension of the date contained in the Court's Scheduling Order for mediation from November 30, 2023 to May 31, 2024.

The parties are working diligently to comply with the Court deadlines. The extension of time requested will not cause any undue hardship or prejudice to any party. Good cause is shown here as the parties have requested the extension due to the mediator's unavailability and the request came well before the deadline to mediate.

Upon stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the date for mediation contained in the Court's Scheduling Order shall be extended to **May 31, 2024**.

_____
U.S. District Court Judge

Date:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

*/s/ Elizabeth Abdnour*
Elizabeth Abdnour (P78203)
ABDNOUR WEIKER LLP
*Attorney for Plaintiff*
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

/s/*Kenneth B. Chapie*
Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
GIARMARCO, MULLINS & HORTON, P.C.
*Attorneys for Defendants*
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com