UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N. S.,

    Plaintiff,

v.

                                        Case No. 1:23-cv-448

STURGIS PUBLIC SCHOOLS,                HONORABLE PAUL L. MALONEY

    Defendant.

_____/

### ORDER APPROVING STIPULATION TO EXTEND MEDIATION DEADLINE

Pending before the Court is a stipulation between the parties to extend the mediation deadline from November 30, 2023 to May 31, 2024 (ECF No. 14).  The parties state that additional time is necessary due to conflicts in the schedules of both plaintiff's counsel and the mediator before the current deadline.  Upon due consideration of the stipulation by the Court,

**IT IS HEREBY ORDERED** that the stipulation to extend the mediation deadline (ECF No. 14) is APPROVED.

**IT IS FURTHER ORDERED** that the deadline to complete mediation is extended to May 31, 2024.  The dispositive motion deadline is extended to June 28, 2024.

Dated:  October 18, 2023                                   /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge