UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F., 

Plaintiff,

v.

STURGIS PUBLIC SCHOOLS,

Defendant.

Case No. 1:23-cv-448

Hon. Paul L. Maloney

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's October 18, 2023, Order Approving Stipulation to Extend Mediation Deadline (ECF No. 15, PageID.221), the parties conferred and selected to use the services of Lee T. Silver (P36905), 300 Ottawa Ave NW, Suite 620, Grand Rapids, Michigan 49503, to mediate this matter.

Dated: October 31, 2023

Respectfully submitted,

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
P: (517) 994-1776
F: (614) 417-5081
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
BARGER & GAINES
90 North Broadway, Suite 320
Irvington, New York 10533
P: (914) 902-5918
F: (914) 902-5917

jacquelyn@bargergaines.com

*Attorneys for Plaintiff*

/s/ *Kenneth B. Chapie*
Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
GIARMARCO, MULLINS & HORTON, P.C.
*Attorneys for Defendants*
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

/s/ *Elizabeth K. Abdnour*
Elizabeth K. Abdnour
*Attorney for Plaintiff*