UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F.,

      Plaintiff,                            Judge Paul L Maloney
                                           Magistrate Judge Phillip J. Green
v                                               No. 23-448

STURGIS PUBLIC SCHOOLS,

      Defendant.
_____/

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203)<br>ABDNOUR WEIKER LLP<br>*Attorney for Plaintiff*<br>500 E. Michigan Ave., Suite 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com | TIMOTHY J. MULLINS (P28021)<br>KENNETH B. CHAPIE (P66148)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>*Attorneys for Defendant*<br>101 W. Big Beaver Road, 10th Floor<br>Troy, MI 48084-5280<br>(248) 457-7020<br>tmullins@gmhlaw.com<br>kchapie@gmhlaw.com |
| JACQUELYN N. KMETZ (P83575)<br>BARGER & GAINES<br>*Attorney for Plaintiff*<br>90 North Broadway, Ste. 320<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | |

**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO DISCLOSE IDENTIFICATION OF EXPERT WITNESSES**

      IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the parties to disclose the identification of their expert witnesses is extended as follows:

- Plaintiffs' disclosures of expert witnesses is extended from January 5, 2024 to January 22, 2024.

- Respondent's disclosures of expert witnesses is extended from February 2, 2024 to February 19, 2024.

Plaintiff respectfully requests this additional time as their previously-identified special education expert has recently provided notice his employer is no longer allowing him to serve as an expert witness. Plaintiffs are in the process of identifying a new expert.

No Party will be prejudiced by extending the disclosure deadlines in this matter and Defendants do not oppose the proposed extension.

Upon stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the dates for the parties to disclose the identification of their expert witnesses is extended as follows:

- Plaintiffs' disclosures of expert witnesses is extended from January 5, 2024 to January 22, 2024.

- Respondent's disclosures of expert witnesses is extended from February 2, 2024 to February 19, 2024.

_____
U.S. District Court Judge

Date:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER.

*/s/ Jacquelyn Kmetz*_____
Jacquelyn Kmetz (P83575)
BARGER & GAINES

Attorney for Plaintiff
90 North Broadway, Ste. 320
Irvington, NY 10533
(914) 902-5918
jacquelyn@bargergaines.com


/s/ *Kenneth B. Chapie*_____
Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
GIARMARCO, MULLINS & HORTON, P.C.
*Attorneys for Defendants*
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com


## CERTIFICATE OF SERVICE

    I, Jacquelyn Kmetz, counsel for Plaintiff, certify that on December 21, 2023, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Jacquelyn Kmetz*