UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. obo W.F.,

Plaintiff,

v.

STURGIS PUBLIC SCHOOLS,

Defendant.

Case No. 1:23-cv-448

Hon. Paul L. Maloney
Magistrate Judge Phillip J. Green

**STIPULATION AND ORDER EXTENDING TIMELINES**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant that the following deadlines in the Case Management Order (ECF No. 13) and the Stipulation and Order Extending Time for Parties to Disclose Expert Witnesses (ECF No. 21) shall be extended:

- Plaintiff's disclosure of expert witnesses pursuant to Rule 26(a)(2)(A) is extended from January 22, 2024, to March 15, 2024.

- Defendant's disclosure of expert witnesses pursuant to Rule 26(a)(2)(A) is extended from February 2, 2024, to April 12, 2024.

- Plaintiff's expert report deadline pursuant to Rule 26(a)(2)(B) is extended from February 16, 2024, to March 15, 2024.

- Defendant's expert report deadline pursuant to Rule 26(a)(2)(B) is extended from March 15, 2024, to April 12, 2024.

- The rebuttal report deadline is extended from March 29, 2024, to April 26, 2024.

- The completion of discovery deadline is extended from April 26, 2024, to May 31, 2024.

- The dispositive motion deadline is extended from May 28, 2024, to July 9, 2024.

The Parties respectfully request this additional time as Plaintiff is still waiting on necessary discovery responses from Defendant, which are voluminous.  Plaintiff's experts cannot complete their work until such discovery is received.  Defendant expects to get the discovery to Plaintiff by Friday, February 9, 2024.

No Party will be prejudiced by extending the deadlines in this matter.

**IT IS SO STIPULATED** on January 30, 2024.

<table>
<tr><td>

*s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Renee A. Stromski (OH: 0101347)
Abdnour Weiker LLP
Attorney for Plaintiff
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com
renee@education-rights.com

Jacquelyn N. Kmetz (P83575)
Barger & Gaines
90 N. Broadway St., Suite 320
Irvington, NY 10533
(734) 864-4514
jacquelyn@bargergaines.com

*Attorneys for Plaintiff*

</td><td>

*s/with permission Kenneth B. Chapie*
Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
GIARMARCO, MULLINS & HORTON, P.C.
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com

*Attorneys for Defendants*

</td></tr>
</table>

**IT IS SO ORDERED.**

Dated:   January 31, 2024              /s/ Paul L. Maloney
                                                       Hon. Paul L. Maloney
                                                       U.S. District Court Judge