REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-448 | N.S., et. al. v. Sturgis Public Schools | 03/21/2024 |

**PARTIES**            Attendees

| Name | On Behalf Of |
|---|---|
| N. S. | Plaintiff |
| Art Ebert | Defendant |
| Nicole Oros-Medina | Defendant |
| Janet Slater | Defendant |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Elizabeth Abdnour | Plaintiff |
| Jacqueline Kmetz | Plaintiff |
| Renee Stromski | Plaintiff |
| Timothy Mullins | Defendant |
| Lindsay Hazen | Defendant |
|  |  |
|  |  |
|  |  |

Result:
☐ Case settled in full - Final paperwork will be filed: _____
☐ Mediation continuing - Date of Next Session _____
☑ Not settled - Mediation Completed

Dated: March 26, 2024          By: /s/ Lee T. Silver _____
                                                  Lee T. Silver
                                                  Mediator