UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F.

       Plaintiff,

v.

STURGIS PUBLIC SCHOOLS,

       Defendant.

Case No. 1:23-cv-00448-PLM-PJG

Hon. Paul L. Maloney

Mag. Phillip J. Green

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Jacquelyn Kmetz (P83575)<br>*Attorney for Plaintiffs*<br>ABDNOUR WEIKER LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>P: (517) 994-1776<br>F: (614) 417-5081<br>liz@education-rights.com<br>jacquelyn@education-rights.com | Timothy J. Mullins (P28021)<br>Kenneth B. Chapie (P66148)<br>*Attorneys for Defendant*<br>GIARMARCO, MULLINS & HORTON, P.C.<br>101 W. Big Beaver Road, 10th Floor<br>Troy, MI 48084-5280<br>(248) 457-7020<br>tmullins@gmhlaw.com<br>kchapie@gmhlaw.com |

## **NOTICE OF CHANGE OF CONTACT INFORMATION**

I, Jacquelyn Kmetz, notify the Court that my contact information has changed as listed below:

**Address**

    Old address: 90 N. Broadway, Ste. 300, Irvington, NY 10533

    New address: 500 E. Michigan Ave., Suite 130, Lansing, MI 48912

**Telephone number:**

    Old phone number: (734) 864-4514

    New phone number: (231) 794-2379

**Email address:**

    Old email address: jacquelyn@bargergaines.com

    New email address: jacquelyn@education-rights.com


Date: June 5, 2024
                                                *s/Jacquelyn N. Kmetz*
                                               Jacquelyn N. Kmetz (P83575)
                                               Abdnour Weiker LLP
                                               Attorney for Plaintiff
                                               500 E. Michigan Ave., Ste. 130
                                               Lansing, MI 48912
                                               (517) 994-1776
                                               jacquelyn@education-rights.com