UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F.,

       Plaintiff,                            Judge Paul L Maloney
                                              Magistrate Judge Phillip J. Green
v                                                       No. 23-448

STURGIS PUBLIC SCHOOLS,

       Defendant.
_____/

| | |
|---|---|
| ELIZABETH K. ABDNOUR (P78203) | TIMOTHY J. MULLINS (P28021) |
| JACQUELYN N. KMETZ (P83575) | KENNETH B. CHAPIE (P66148) |
| RENEE A. STROMSKI (OH: 0101347) | LINDSAY P. HAZEN (P85861) |
| ABDNOUR WEIKER LLP | GIARMARCO, MULLINS & HORTON, P.C. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 500 E. Michigan Ave., Ste. 130 | 101 W. Big Beaver Road, 10th Floor |
| Lansing, MI 48912 | Troy, MI 48084-5280 |
| (517) 994-1776 | (248) 457-7020 |
| liz@education-rights.com | tmullins@gmhlaw.com |
| jacquelyn@education-rights.com | kchapie@gmhlaw.com |
| renee@education-rights.com | lhazen@gmhlaw.com |

## **STIPULATION AND ORDER EXTENDING TIMELINES**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant that the following deadlines in the Case Management Order (ECF No. 13) and the Stipulation and Order Extending Timelines (ECF No. 23) shall be extended as follows:

- The completion of discovery deadline is extended from May 31, 2024 to September 30, 2024.

- The dispositive motion deadline is extended from July 9, 2024 to November 15, 2024.

- The settlement conference is extended to April 25, 2025.

- The Final Pretrial Conference is extended to June 2, 2025.

The Parties respectfully request this additional time regarding discovery is necessary because of scheduling conflicts of Defendant's counsel related to taking the depositions of Plaintiffs which had been set for June 4 and 5, 2024. Counsel for the parties have conferred and Plaintiffs' counsel has other matters in June and July. Thus, the parties are mutually agreeing to look at dates and times in early August for the Plaintiffs' depositions and late August to mid-September for depositions of Defendant's representatives, if Plaintiffs' counsel determines such depositions are necessary after Plaintiffs' depositions are taken.

An extension on the deadline to file dispositive motions is also necessary to accommodate the change in the discovery deadline.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and neither party opposes the proposed extension.

**IT IS SO STIPULATED** on June 4, 2024.

*s/ with permission Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Jacquelyn N. Kmetz (P83575)\
Renee A. Stromski (OH: 0101347)
Abdnour Weiker LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com
renee@education-rights.com
jacquelyn@education-rights.com

*Attorneys for Plaintiff*

*s/ Kenneth B. Chapie*
Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
GIARMARCO, MULLINS & HORTON, P.C.
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Hon. Paul L. Maloney
U.S. District Court Judge

Dated: _____