UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F.,

       Plaintiff,

v

STURGIS PUBLIC SCHOOLS,

       Defendant.
_____/

Judge Paul L Maloney
Magistrate Judge Phillip J. Green
No. 23-448

## **DEFENDANT'S INDEX OF EXHIBITS**

| | |
|---|---|
| **A** | April 24, 2018 IEP |
| **B** | May 1, 2018 IEP Amendment |
| **C** | Elementary Progress Reports |
| **D** | Attendance Records (2017-18, 2018-19, 2019-20, 2020-21, 2021-22) |
| **E-1** | Communication Log (2019-20), p 1-30 |
| **E-2** | Communication Log (2019-20), p 31-60 |
| **E-3** | Communication Log (2019-20), p 61-87 |
| **F** | Behavior Plan (2019-20) |
| **G** | April 16, 2020 IEP |
| **H** | January 20, 2020 REED |
| **I** | March 11, 2020 MET |
| **J** | April 14, 2021 IEP |
| **K** | Cherie Wager Expert Opinion |

| | |
|---|---|
| **L** | Due Process Hearing Transcript, Vol. III – October 19, 2022 |
| **M** | April 16, 2021 REED |
| **N** | October 5, 2021 Behavior Plan Revisions |
| **O** | October 19, 2021 Behavior Plan Revisions |
| **P** | Communication Log (2021-22) |
| **Q** | November 9, 2021 MDR |
| **R** | December 6, 2021 MDR |
| **S** | December 8, 2021 Behavior Plan Revisions |
| **T** | January 5, 2022 Behavior Plan Revisions |
| **U** | January 9, 2022 Behavior Plan Revisions |
| **V** | February 1, 2022 IEP |
| **W** | N.S. o/b/o W.F. v. Sturgis Public Schools, 22-011246, Decision and Order |
| **X** | Robert Seal Expert Opinion |
| **Y** | September 25, 2022 Psychoeducational Evaluation |
| **Z** | Deposition of W.F. |
| **AA** | Deposition of N.S. |
| **BB** | Due Process Closure Letter |
| **CC** | Comp Ed Chart |