# EXHIBIT A

## Eastwood Elementary
909 Franks Avenue
Sturgis, Michigan 49091

## DATA SUBMISSION FORM FOR IEPs (K-age 26)

**Turn this completed form ONLY in to your State Assessment and MSDS district personnel IMMEDIATELY following the finalized IEP.**

All fields on this document are mandatory to complete. Retain a copy of the IEP for your district records and follow district procedures for submitting ONLY the finalized IEP to the ISD—the central repository.

**Student Name:** [redacted]  **Date of Birth:** [redacted]

**District Attending:** Sturgis Public Schools   **Building:** Eastwood Elementary

**Offer of FAPE Date:** 4-24-2018   **Purpose of IEP:**
- ☐ Annual/Review
- ☐ Change of Placement
- ☐ Ineligible
- ☐ Initial
- ☒ Reevaluation
- ☐ Transfer-In (from within Michigan)
- ☐ Transfer-In (from out of Michigan)
- ☐ Other _____

| | DATE |
|---|---|
| Invitation Sent: | |
| Copy to Parent: | 4-27-2018 |
| Scanned to ISD: | 5-4-2018 |
| Placed in CA60: | 5-23-2018 |

**Areas Addressed:**

**Services:**  ☐ No service change   ☒ Added _SPED Support under new EI Eligibility._   ☐ Removed _____

**Program Changes:** Is this student moving to a Center Based Program?
☒ No   ☐ Yes
To what program? _____

**\*\*REMINDER:** The Center Based Program Referral packet **must** be completed **prior** to moving student to a Center Based Program.

**Special Education Exit Reason:**   ☒ Not Exiting

(exit date = Offer of FAPE Date)   ☐ 30   IEP team determined student no longer in need of special education services or programs

(must include Revocation of Parental Consent signed by Parent/Guardian & Notice of Cessation signed by district admin)   ☐ 31   Parent revoked consent for student to receive special education services or programs

**Schedule:**   ☒ Regular Schedule   ☐ Reduced Day   ☐ Alternate Schedule

**State Assessment:**   ☐ MiAccess   ☒ M-Step   ☐ PSAT   ☐ SAT   ☐ Assessment NOT administered at the grade level(s) covered by this IEP
 ☐ FI
 ☐ SI
 ☐ P

List any accommodations: Freq. breaks, Alt. Setting, TTS

1/26/2016

Student: ▮▮▮ ▮▮▮ ▮▮▮                                                                        Meeting Date: 04-23-2018

# St. Joseph Co. ISD (ISD)
## Individualized Education Program Team (IEPT) Report

Form 8

| | | | |
|---|---|---|---|
| FAPE Date: 04-24-2018 | Initial/most recent reevaluation IEP | Birth Date: ▮▮▮ | Gender: Male |
| Prior IEP Date: 02-15-2018 | Date: 04-24-2018 | Grade: 4 | Meeting Date: 04-23-2018 |

**Student's Last Name:** ▮▮▮  **First:** ▮▮▮  **MI:** S
**Address:** ▮▮▮  **City:** BRONSON **State:** MI **Zip Code:** 49028
**Parent's Last Name:** ▮▮▮  **First Name:** ▮▮▮  **Phone:** ▮▮▮
**Address:** ▮▮▮  **City:** BRONSON **State:** MI **Zip Code:** 49028
**Parent's Last Name:** ▮▮▮  **First Name:** ▮▮▮  **Phone:** ▮▮▮
**Address:** ▮▮▮  **City:** BRONSON **State:** MI **Zip Code:** 49028
**Resident District:** Sturgis Public Schools **Operating District:** Sturgis Public Schools **Attending Bldg:** Sturgis Public Schools

**Purpose(s) of this IEP Team Meeting are to discuss:**

☑ To determine or redetermine eligibility for special education programs or services and, if appropriate, to develop an individualized education program (IEP). That is to develop an **Initial or Reevaluation IEP.**

☐ Initial ☑ Reevaluation of Eligibility

☐ To review and/or revise the individualized education plan (IEP)

☐ To transfer the individualized education plan (IEP)

☐ To consider the need for a program change/level change

☐ To develop and/or review the individual transition plan (ITP)

☐ To discuss an evaluation plan

☐ To discuss disciplinary action that may result in a change of placement

**IEP Team Meeting Participants in Attendance:**

| Student: ▮▮▮ | Parent/Guardian: ▮▮▮ |
|---|---|
| Speech Pathologist: Kevin Thompson (Speech Pathologist) | Special Education Teacher/Provider: Marjorie Wisler (Special Education Teacher) |
| MET Representative (Person able to explain the instructional implication of any evaluations): Kim Geibe (School Social Worker) | General Education Teacher: Kasey Smith (General Education Teacher) |
| District Representative: Karen Wegner (Assistant Principal) | Teacher Consultant: Gretchen Ennis (Diagnostic TC) |
| Therapist- Pines Behavioral Health: Kayla Lange (Therapist) | |

**Eligibility for Special Education:** The IEP Team determined this student to be: ☑ Eligible (Primary: Emotional Impairment (R340.1706))

**Strengths of the student:**

▮▮▮ is a helpful student. He is curious, genuine and honest. ▮▮▮ will work hard when he chooses to do so.

The student has made progress toward his goal of improving his articulation.

▮▮▮ was administered the Kaufman Test of Educational Achievement, Third Edition (KTEA-3), in the area of Reading on 4/18/2018. ▮▮▮ obtained a Reading Composite score of SS81, falling at the 10th percentile, which is considered in the below average range. ▮▮▮ scores on Letter and Word Recognition (SS93) fell in the average range, and Reading Comprehension (SS71) fell in the below average range when compared with his peers. When evaluating ▮▮▮ with isolated words, ▮▮▮ was able to accurately pronounce words with silent e patterns, double vowel patterns, silent k (initial sounds), past tense patterns with "ed," soft c and g (initial, middle sounds), and multi-syllable words (revolutionary). It was difficult for ▮▮▮ when the words became more complex (kerosene, limousine, archeologist) and he responded with, "I don't know." ▮▮▮ was able to read and follow simple directions (look behind you, look up, clap your hands), and answer one literal question after reading a one to two sentence passage. When given narrative and expository text with multi

sentences, in paragraph form, ▮▮▮ was not able to answer literal and inferential questions. 2018: The iReady Reading assessment was administered to ▮▮▮ along with his peers on September 12, 2017, and again on January 18, 2018. ▮▮▮ obtained a scaled score of 493 in January which placed him overall at the Second Grade level. This was a 23 point decrease from his September score which had him placed overall at the Third Grade level. ▮▮▮ tested out of the domains of Phonological Awareness, as well as High-Frequency Words. ▮▮▮ was administered the Michigan Student Test of Educational Performance in the Spring of 2017, for which he scored 1274 (1-Not Proficient) in the area of Reading.

▮▮▮ was administered the Kaufman Test of Educational Achievement, Third Edition (KTEA-3), in the area of Math on 4/18/2018. ▮▮▮ obtained a Math Composite score of SS96, falling at the 39th percentile, which is considered in the average range. ▮▮▮ scores on Math Concepts and Applications (SS108), and Math Computations (SS85) both fell in the average range. When given math application problems, ▮▮▮ was able to answer above grade level questions including those that involved simple fractions, decimals, and multi-step problems with addition and subtraction. ▮▮▮ was limited when asked to complete problems with probability and integers. When given the math computation portion of the evaluation, ▮▮▮ was capable of solving one digit by one digit addition, subtraction, and multiplication problems. He used regrouping with addition accurately, however he was not able to complete subtraction with regrouping. 2018: The iReady Math assessment was administered to ▮▮▮ along with his peers on September 13, 2017, and again on January 24, 2018. ▮▮▮ obtained a scaled score of 465 and 467, respectively. Both of these scores place ▮▮▮ at the Early Fourth Grade level. ▮▮▮ highest scoring domain was that of Algebra and Algebraic Thinking, in which he scored at the Mid-Fourth Grade level with a scaled score of 496. Math is noted to be a strength of ▮▮▮▮▮ was administered the Michigan Student Test of Educational Performance in the Spring of 2017, for which he scored 1303 (3-Proficient) in the area of Math.

**The following are the evaluations reviewed and considered:**

Ancillary Diagnostic Assessment, Reevaluation Assessment

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| ☑ Academic | ▮▮▮ was administered the Kaufman Test of Educational Achievement, Third Edition (KTEA-3), in the area of Reading on 4/18/2018. ▮▮▮ obtained a Reading Composite score of SS81, falling at the 10th percentile, which is considered in the below average range. ▮▮▮ scores on Letter and Word Recognition (SS93) fell in the average range, and Reading Comprehension (SS71) fell in the below average range when compared with his peers. When evaluating ▮▮▮ with isolated words, ▮▮▮ was able to accurately pronounce words with silent e patterns, double vowel patterns, silent k (initial sounds), past tense patterns with "ed," soft c and g (initial, middle sounds), and multi-syllable words (revolutionary). It was difficult for ▮▮▮ when the words became more complex (kerosene, limousine, archeologist) and he responded with, "I don't know." ▮▮▮ was able to read and follow simple directions (look behind you, look up, clap your hands), and answer one literal question after reading a one to two sentence passage. When given narrative and expository text with multi sentences, in paragraph form, ▮▮▮ was not able to answer literal and inferential questions. 2018: The iReady Reading assessment was administered to ▮▮▮ along with his peers on September 12, 2017, and again on January 18, 2018. ▮▮▮ obtained a scaled score of 493 in January which placed him overall at the Second Grade level. This was a 23 point decrease from his September score which had him placed overall at the Third Grade level. ▮▮▮ tested out of the domains of Phonological Awareness, as well as High-Frequency Words. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| | ███ was administered the Michigan Student Test of Educational Performance in the Spring of 2017, for which he scored 1274 (1-Not Proficient) in the area of Reading. 2018: Both Achievement, and District Assessments indicate a marked difficulty for ███ in the area of Comprehension of Literary and Informational texts. ███ demonstrated isolated success when responding to literal questions based on a short passage, however, he was not successful following a longer passage, when asked to answer literal and inferential questions based on what he had read. These deficits impact the student ability to understand (comprehend) written text at grade level. | |
| ☑ Behavioral | ███ is a helpful student. He is curious, genuine and honest. ███ will work hard when he chooses to do so. 2018: ███ struggles in the areas of: impulse control, anxiety, personal space, and recognizing facial expressions. It is noted that ███ has additional difficulty in unstructured areas of the building, such as during lunch and recess. He also struggles when adjusting to Substitute Teachers. ███ has been involved with Community Mental Health (CMH) for two years and he currently has a Treatment Plan through Pines Behavioral Health. In the school setting, ███ has been receiving classroom supports and accommodations by means of a 504 plan which was initiated in June, 2016. Eligibility for such was based on ███ diagnosis from St. Joseph County CMH of a Mood Disorder, ADHD and Anxiety Disorder, obtained in October, 2015. ███ also has a Medical diagnosis of "Autism Spectrum Disorder" from Pines Behavioral Facility. These supports and accommodations were intended to address the emotional and behavioral needs which were interfering with ███ academic progress. According to Powerschool data, ███ has earned 9 discipline referrals for disrespect, insubordination, disruption and primarily for physical aggression. This is impacting the student's academic progress and his/her peer and adult relationships in the school setting. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |
| ☑ Communication | The student has made progress toward his goal of improving his articulation. Assessments completed indicated that the phonemes that are the most troublesome for the student are /h, s, z, sh/, particularly within connected speech. He has difficulty with distortions, omissions, and substitution errors. These difficulties can make his speech difficult to understand at times by both peers and teachers. While progress has been demonstrated, optimal skills have yet to be obtained. A student of his age/gender should be able to produce all speech sounds at all levels without difficulty. It is possible that the student's auditory history of multiple ear infections and scar tissue may have impacted his ability to adequately hear certain speech sounds when he was younger which in turn may have effected his ability to produce specific phonemes. However, he has demonstrated the ability to produce targeted | ☑ Goals and Objectives |

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
|  | phonemes with receipt of skilled speech therapy services. These errors distort and decrease intelligibility and impair communication in all settings |  |
| ☐ Extended School Year | Reviewed identified student needs and progress toward goals determining ESY services are not needed.<br><br>Rationale: Reviewed identified student needs and progress toward goals determining ESY services are not needed. Reviewed identified student needs and progress toward goals determining ESY services are not needed. |  |

| Areas considered but not identified as need areas | |
|---|---|
| ☑ Transition | ☑ Social-Emotional |
| ☑ Positive Behavior Supports | ☑ Students anticipated needs or other matters |
| ☑ Physical Education | ☑ Assistive Technology |
| ☑ Physical including accessibility within facilities/community | ☑ Braille instruction for students who are blind or visually impaired |
| ☑ Communication and language for students who are deaf/hearing impaired | ☑ Language needs for students with limited English proficiency |
| ☑ Behavioral | ☑ Academic |
| ☑ Extended School Year |  |

## Annual Goals and Short-Term Objectives

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

The student has made progress toward his goal of improving his articulation. Assessments completed indicated that the phonemes that are the most troublesome for the student are /h, s, z, sh/, particularly within connected speech. He has difficulty with distortions, omissions, and substitution errors. These difficulties can make his speech difficult to understand at times by both peers and teachers. While progress has been demonstrated, optimal skills have yet to be obtained. A student of his age/gender should be able to produce all speech sounds at all levels without difficulty. It is possible that the student's auditory history of multiple ear infections and scar tissue may have impacted his ability to adequately hear certain speech sounds when he was younger which in turn may have effected his ability to produce specific phonemes. However, he has demonstrated the ability to produce targeted phonemes with receipt of skilled speech therapy services. These errors distort and decrease intelligibility and impair communication in all settings

**Standard Designation:** CCSAS.CCSS.ELA-Literacy.SL.4.1

**Standard:** Engage effectively in a range of collaborative discussions (one-on-one, in groups, and teacher-led) with diverse partners on grade 4 topics and texts, building on others' ideas and expressing their own clearly.

**Role(s) Responsible:** Speech Pathologist

**Annual Goal:** The student will produce age appropriate phonemes in connected speech independently with 90% accuracy as measured by running records, informal, and/or formal assessments by February 11, 2019.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| The student will produce /h, s, z, sh/ independently at the sentence level. | • Running Records | 90% independently. | Monthly |
| The student will produce /h, s, z, sh/ independently at the conversational level. | • Running Records | 90% independently. | Monthly |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

███████ was administered the Kaufman Test of Educational Achievement, Third Edition (KTEA-3), in the area of Reading on 4/18/2018. ███████ obtained a Reading Composite score of SS81, falling at the 10th percentile, which is considered in the below average range. ███████ scores on Letter and Word Recognition (SS93) fell in the average range, and Reading Comprehension (SS71) fell in the below average range when compared with his peers. When evaluating ███████ with isolated words, ███████ was able to accurately pronounce words with silent e patterns, double vowel patterns, silent k (initial sounds), past tense patterns with "ed," soft c and g (initial, middle sounds), and multi-syllable words (revolutionary). It was difficult for ███████ when the words became more complex (kerosene, limousine, archeologist) and he responded with, "I don't know." ███████ was able to read and follow simple directions (look behind you, look up, clap your hands), and answer one literal question after reading a one to two sentence passage. When given narrative and expository text with multi sentences, in paragraph form, ███████ was not able to answer literal and inferential questions. 2018: The iReady Reading assessment was administered to ███████ along with his peers on September 12, 2017, and again on January 18, 2018. ███████ obtained a scaled score of 493 in January which placed him overall at the Second Grade level. This was a 23 point decrease from his September score which had him placed overall at the Third Grade level. ███████ tested out of the domains of Phonological Awareness, as well as High-Frequency Words. ███████ was administered the Michigan Student Test of Educational Performance in the Spring of 2017, for which he scored 1274 (1-Not Proficient) in the area of Reading. 2018: Both Achievement, and District Assessments indicate a marked difficulty for ███████ in the area of Comprehension of Literary and Informational texts. ███████ demonstrated isolated success when responding to literal questions based on a short passage, however, he was not successful following a longer passage, when asked to answer literal and inferential questions based on what he had read. These deficits impact the student ability to understand (comprehend) written text at grade level.

**Standard Designation:** CCSAS.CCSS.ELA-Literacy.RL.4.1

**Standard:** Refer to details and examples in a text when explaining what the text says explicitly and when drawing inferences from the text.

**Role(s) Responsible:** Special Education Teacher and Teacher

**Annual Goal:** After Reading a text at the second grade level, ███████ will independently answer literal and inferential comprehension questions based on the passage with 80% accuracy on a presented teacher assessment by April, 2019.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| ███████ will answer literal and inferential comprehension questions based on a passage he has read, with 1-2 prompts for 80% accuracy on a presented teacher assessment. | • Curriculum-Based Assessment<br>• Analysis of Work Samples<br>• Teacher made test | 80% of presented questions answered accurately, with 1-2 prompts for accuracy | Monthly |
| ███████ will answer literal and inferential comprehension questions based on a passage he has read, with no prompts for 80% accuracy on a presented teacher assessment. | • Curriculum-Based Assessment<br>• Analysis of Work Samples<br>• Teacher made test | 80% of presented questions answered accurately, with no prompts for accuracy | Monthly |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

███████ is a helpful student. He is curious, genuine and honest. ███████ will work hard when he chooses to do so. 2018: ███████ struggles in the areas of: impulse control, anxiety, personal space, and recognizing facial expressions. It is noted that ███████ has additional difficulty in unstructured areas of the building, such as during lunch and recess. He also struggles when adjusting to Substitute Teachers. ███████ has been involved with Community Mental Health (CMH) for two years and he currently has a Treatment Plan through Pines Behavioral Health. In the school setting, ███████ has been receiving classroom supports and accommodations by means of a 504 plan which was initiated in June, 2016. Eligibility for such was based on ███████ diagnosis from St. Joseph County CMH of a Mood Disorder, ADHD and Anxiety Disorder, obtained in October, 2015. ███████ also has a Medical diagnosis of "Autism Spectrum Disorder" from Pines Behavioral Facility. These supports and accommodations were intended to address the emotional and behavioral needs which were interfering with ███████ academic progress. According to Powerschool data, ███████ has earned 9 discipline referrals for disrespect, insubordination, disruption and primarily for physical aggression. This is impacting the student's academic progress and his/her peer and adult relationships in the school setting.

**Standard Designation:** N-CC.ii.B46.1

**Standard:** The student will handle anger, frustration, disappointment, anxiety, etc., in an appropriate manner.

**Role(s) Responsible:** Social Worker, Special Education Teacher, and Teacher

**Annual Goal:** ▮ **will manage his strong emotions (anger, anxiety) by using appropriate coping strategies with earning one or fewer discipline referrals per marking period by April 2019.**

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| ▮ will develop a list of coping strategies and learn to choose an appropriate strategy when feeling anxious or angry. | • Running Records<br>• Teacher observation | One or fewer discipline referrals per marking period. | Quarterly |
| ▮ will use appropriate words to identify and express how he is feeling (Ex. I am feeling angry because...). | • Running Records<br>• Teacher observation | One or fewer discipline referrals per marking period. | Quarterly |

**Review of Previous IEP's Goal/Objectives:**

All goals/objectives from previous IEP were achieved.

**Reporting Progress:** ☑ The parents will be regularly informed in writing of progress on goals and objectives of this IEP at the regular reporting periods applicable to general education students (concurrent with report card periods).

**Least Restrictive Environment (LRE)** - This student will:
- Fully participate with students who are nondisabled in general education setting except for the time spent in separate special education programs/services provided outside of the general education classroom as specified in this IEP. ☑ Yes ☐ No
- Be fully involved in and make progress in the general curriculum. ☑ Yes ☐ No
- Have the same opportunity as general education students to participate in nonacademic and extracurricular activities. ☑ Yes ☐ No

### Supplementary Aids/Services/Personnel Support

| Supplementary Aids/Service/Support | Amount of Time/Frequency/Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| Repeat directions | When directions are given which contain more than 1-2 steps, ▮ may benefit from having the directions repeated to ensure he understands what is expected of him. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Provide seating arrangement that matches student's needs | When ▮ is working in any academic setting, he may benefit from having access to accommodated seating. This may include, but is not limited to: preferential location in the classroom; larger work-space and use of varied seats (such as wobble chairs or exercise balls). | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Verbal cue | Across settings, ▮ may benefit from being given advanced (1-2 minutes prior to task), verbal warning when he is about to begin a new activity. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Utilize Sensory Strategies | When completing tasks in any setting, ▮ may benefit from having access to sensory items | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |

| Supplementary Aids/Service/ Support | Amount of Time/Frequency/ Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| | (such as fidgets) to help him remain calm and focused on tasks, provided the items are used in a manner that is not distracting to [redacted] or those around him. | | | |
| Read test and assignment content and questions to student | Any time a grade level assignment or assessment is given containing text above the 2nd grade level, [redacted] may have the option to have the text read aloud to him, provided it is not a task meant to address or assess his basic reading skills. This includes access to the Text-to-Speech option on the M-Step Assessment. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Visual Supports | During the school day, [redacted] may benefit from having access to visual representations of what is expected of him. This may also include a visual schedule. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Behavioral Support | To ensure that [redacted] understands his expectations, he may benefit from the use of a Behavior Plan. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Provide frequent feedback | Throughout the day, [redacted] may benefit from frequent, disproportionately positive adult feedback regarding his behavior and choices, to ensure [redacted] understands what is expected of him. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Frequent breaks | When [redacted] is expected to work for more than 20 minutes on a given task, he may be permitted frequent, 3-5 minute breaks. This may also include sensory breaks. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Alternative test area | Whenever grade level assessments are given, [redacted] may be permitted to take the assessment in an alternate location. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Provide extra time to answer questions and formulate responses | When completing grade level assignments and assessments, [redacted] may be permitted extra time to answer questions and formulate responses. | 04-24-2018 | 04-23-2019 | General Ed classrooms |

Special Education Programs/Services

| Special Ed. Programs/ Services (Rule Number) | Type of Delivery | *Depart | *Endorse | Frequency and Duration | Initiation Date | Duration Date | Location |
|---|---|---|---|---|---|---|---|
| Alternative Special Education Program Level 2 R340.1832 (R3401832e) | Direct | N/A | N/A | 30-45 minutes, 7-10 sessions per week, Level 2 Supports | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| School Social Work (R340.1701) | Direct | N/A | N/A | 15-30 minutes, 2-4 times a month | 04-24-2018 | 04-23-2019 | Therapy Area |
| Speech and Language Therapy (R340.1745) | Direct | N/A | N/A | 15-30 min, 1-2x/wk | 04-24-2018 | 04-23-2019 | Therapy Area |

*Departmentalized Program (R 340.1749c)
*Endorsement from a teacher consultant needed?
All programs and services listed above will follow the stated initiation and duration dates in accordance with the approved district calendar.

## Transportation

**Special Transportation:** ☑ No ☐ Yes, specifics:

**Nonpublic School Pupils:**
☐ The programs offered by the district are outlined in the IEPT report but not provided because the parent elected to enroll the child in a nonpublic school.

The student will participate in the Michigan Educational Assessment System (MEAS), and district-wide/NAEP* assessments as follows:

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, <u>state the reason why the subject area is inappropriate</u>, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accommodations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| **General Assessments (General Assessments) - 4th Grade** | | | | | |
| English Language Arts | ☑ | ☐ | **Accommodation:** Frequent breaks | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| | | | **Accommodation:** Alternative test area | ☑ | ☐ |
| Mathematics | ☑ | ☐ | **Accommodation:** Frequent breaks | ☑ | ☐ |
| | | | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| Science | ☐ | ☑ | **Alternate Assessment:** There is no science general state assessment for this grade level | | |
| | | | **Rationale:** The M-Step Science Assessment is not currently offered to Students in the Fourth Grade. | | |
| | | | **Accommodation:** No accommodation(s) needed for this assessment. | | |

| District-wide/NAEP Assessment | Is District Assessment Appropriate? | | If **yes**, list appropriate assessment accommodations if needed. If **no**, indicate the appropriate alternate assessment, and list appropriate accommodations if needed. |
|---|---|---|---|
| | yes | no | |
| iReady Math Assessment | ☑ | ☐ | • Alternative test area<br>• Frequent breaks |
| iReady Reading Assessment | ☑ | ☐ | • Alternative test area<br>• Frequent breaks |

**Operating District Notice Requirements** - The superintendent or designee of the operating district assures that:

(a) to the maximum extent appropriate, a person who has a disability, including a person who is assigned to a public or private institution or other care facility, is educated with persons who do not have disablities.

(b) placement of a person who has a disability in special classes, separate schools, or the removal of a person who has a disability from the general education environment occurs only when the nature or severity of the disability is such that education in a regular class using supplementary aids and services cannot be satisfactorily achieved.

(c) the placement for the student is as close as possible to his or her home.

(d) unless the IEP of a student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if non-disabled.

(e) in selecting the least restrictive environment, consideration shall be given to any potentially harmful effects to the student or the quality of services that the student needs.

(f) a child with a disability will not be removed from education in age-appropriate regular classrooms solely because of needed accommodations in the general curriculum.

**Other Consideration:** 2018: ▓▓▓▓▓ takes medication, and he also wears glasses. ▓▓▓▓▓ has a diagnosis of "Autism Spectrum Disorder" from Pines Behavioral Facility. ▓▓▓▓▓ frequently suffers from ear infections.

**St. Joseph Co. ISD (ISD)**

62445 Shimmel Rd., Centreville, MI 49032

## NOTICE FOR PROVISION OF PROGRAM AND SERVICES

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▮▮▮ (▮▮▮

☑ You are receiving this notice as Sturgis Public Schools is offering the provision of a FAPE. The programs/services will begin on 04-24-2018 and will be located at Sturgis Public Schools. This proposal is the result of the IEP Team meeting date 04-23-2018 that was convened for the purpose of To determine eligibility for special education programs or services and, if appropriate, to develop an individualized education program (IEP), Reevaluation of Eligibility.

☐ You are receiving this notice as your child was found ineligible for special education programs/services at the IEP Team meeting dated 04-23-2018 for the purpose of a re-evaluation.

☑ The IEP describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development of the IEP, other options and factors were considered but not incorporated into the IEP were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| The option of ▮▮▮ not qualifying to receive supports and accommodations via Special Education Programming was considered and rejected. | At this time, ▮▮▮ is eligible to qualify for Special Education services under the category of "Emotional Impairment". The team feels that ▮▮▮ academic and behavioral needs will best be served through the Special Education Programming described herein. |

The IEP Team has determined that programs and services will be provided in the:

☑ Resident district (Sturgis Public Schools)

☐ Operating district
  ☐ The resident district authorizes/authorized the operating district to conduct subsequent IEP Team meetings.
  ☐ The resident district will conduct subsequent IEP Team meetings.

☐ Not Applicable

This notice and the student's IEP constitute Sturgis Public Schools offer of a FAPE.

_Karen Wegner_ (Signature of Superintendent or Designee)   4/25/18 (Date)

The Procedural Safeguards Notice you received when the district requested your consent for the initial evaluation describes protections under the IDEA. The Procedural Safeguards Notice is also available at www.michigan.gov/documents/mde/May09-ProceduralSafeguardsNotice_278611_7.pdf. The following sources are available to assist you in understanding your rights: Michigan Alliance for Families (800) 552-4821 http://www.michiganallianceforfamilies.org/

Karen Wegner   (269) 659-1560 X43002

**St. Joseph Co. ISD (ISD)**
62445 Shimmel Rd., Centreville, MI 49032

FAPE Date: 04-24-2018

Dissenting Report(s) attached   ☐ Yes   ☑ Not applicable

## St. Joseph Co. ISD (ISD)

## Consent for Medicaid School-Based Services

Student Name: ███████ ███████ ███

School District: Sturgis Public Schools

The Medicaid School-Based Services Program in Michigan:

- Provides partial reimbursement to school districts for services such as Occupational Therapy, Physical Therapy, Speech Therapy, Psychological Services, Social Work, Orientation and Mobility, Transportation, Nursing, Case Management and Assistive Technology Services.
- Does NOT affect a family's Medicaid insurance benefits and there is NO cost to the family, now or in the future.
- Helps school districts to offset some of the costs of health care provided to children.
- Is voluntary and requires a parent or guardian to provide written consent to release information about their child to the Michigan Medicaid agency and its affiliates to obtain reimbursement. This may include name, address, date of birth, student ID, Medicaid ID, disability, dates and services delivered.

If your child receives any of the services listed above and qualifies for Medicaid benefits at any time during the school year, we request your permission to release information to enable your school district to access School-Based Medicaid Reimbursement. The consent remains in effect from the beginning of the current school year until it is withdrawn. You have the right to withdraw this consent at any time by notifying your school district in writing. If you do not provide consent, the district will still provide the services at no cost to you.

By signing below, I understand and agree that St. Joseph Co. ISD (ISD) and its local districts may access my child's public benefits or insurance information in order to seek reimbursement for services rendered as listed on the Individualized Education Program (IEP) or Individualized Family Service Plan (IFSP).

I have also received a copy of the Medicaid Annual Notification Regarding Parental Consent.

DATE: 4-23-18

Signature of Parent/Guardian: ███████████████

# St. Joseph Co. ISD (ISD)

## Medicaid Annual Notification Regarding Parental Consent

**Background:**

Since 1993, the State of Michigan has participated in a Federal program called Medicaid School-Based Services. The program assists school districts by providing partial reimbursement for medically-related services listed on a student's Individualized Education Program (IEP) or Individualized Family Service Plan (IFSP). Although this partial reimbursement is available only for students who are Medicaid eligible, services are provided to all students with disabilities regardless of their Medicaid eligibility status.

The Michigan School-Based Services program is under the direction of the Michigan Department of Community Health.

In 2013, the regulations regarding Medicaid parental consent for School-Based Services changed. Prior to accessing a child's public benefits or insurance for the first time, and annually thereafter, school districts must provide parents/guardians written notification. So what does all this mean?

**Is there a cost to you?**
NO – IEP/IFSP services are provided to students while they are at school at NO cost to the parent/guardian.

**Will School-Based Medicaid claiming impact your family's Medicaid benefits?**
The School-Based Services program does NOT impact a family's Medicaid services, funds, or limits. Michigan operates the School-Based Services program differently than the family's Medicaid program. The School-Based Services program does not affect your family's Medicaid benefits in any way.

**What type of services does the School-Based Services program cover?**

- Evaluations
- Speech & Language/Audiology
- Occupational Therapy
- Physical Therapy
- Psychological/Social Work
- Orientation & Mobility
- Assistive Technology Svcs.
- Nursing
- Case Management
- Personal Care
- Special Education Transportation

**What type of information about your child will be shared?**
In order to submit claims for School-Based Services reimbursement, the following types of records may be required: first name, last name, middle name, address, date of birth, student ID, Medicaid ID, disability, service dates and the type of services delivered.

**Who will see this information?**
Information about your child's School-Based Services may be shared with the Michigan Medicaid agency and its affiliates for the purpose of verifying Medicaid eligibility and submitting claims.

**What if you change your mind?**
You have the right to withdraw consent to disclose your child's personally identifiable information to the Michigan Medicaid agency and its affiliates at any time.

**Will your consent or refusal affect your child's services?**
NO. Regardless of whether you have Medicaid coverage or not (and whether you provide consent or not) the school district will still provide services to your child pursuant to their IEP or IFSP.

**What if you have questions?**
Please call your school district's Special Education department with questions or concerns, or to obtain a copy of the parental consent form.