# EXHIBIT B

**Eastwood Elementary**
909 Franks Avenue
Sturgis, Michigan 49091

## DATA SUBMISSION FORM FOR IEPs (K-age 26)

**Turn this completed form ONLY in to your State Assessment and MSDS district personnel IMMEDIATELY following the finalized IEP.**

All fields on this document are mandatory to complete. Retain a copy of the IEP for your district records and follow district procedures for submitting ONLY the finalized IEP to the ISD—the central repository.

**Student Name:** [redacted]   **Date of Birth:** [redacted]
**District Attending:** Sturgis Public Schools   **Building:** Eastwood Elementary
**Offer of FAPE Date:** 5-01-2018   **Purpose of IEP:**
- ☐ Annual/Review
- ☐ Change of Placement
- ☐ Ineligible
- ☐ Initial
- ☐ Reevaluation
- ☐ Transfer-In (from within Michigan)
- ☐ Transfer-In (from out of Michigan)
- ☒ Other  Amendment

| | DATE |
|---|---|
| Invitation Sent: | N/A |
| Copy to Parent: | 5-18-18 |
| Scanned to ISD | 5-4-18 |
| Placed in CA60 | 5-23-18 |

**Areas Addressed:**

**Services:**   ☐ No service change   ☒ Added  Supplemental Aids + Services   ☐ Removed

**Program Changes:**   Is this student moving to a Center Based Program?
☒ No   ☐ Yes
To what program? _____

**REMINDER:** The Center Based Program Referral packet **must** be completed **prior** to moving student to a Center Based Program.

**Special Education Exit Reason:**   ☒ Not Exiting

(exit date = Offer of FAPE Date)   ☐ 30   IEP team determined student no longer in need of special education services or programs

(must include Revocation of Parental Consent signed by Parent/Guardian & Notice of Cessation signed by district admin)   ☐ 31   Parent revoked consent for student to receive special education services or programs

**Schedule:**   ☒ Regular Schedule   ☐ Reduced Day   ☐ Alternate Schedule

**State Assessment:**   ☐ MiAccess   ☒ M-Step   ☐ PSAT   ☐ SAT   ☐ Assessment NOT administered at the grade level(s) covered by this IEP
 ☐ FI
 ☐ SI
 ☐ P

List any accommodations: Alt. Setting, TTS, Freq. breaks

1/26/2016

## St. Joseph Co. ISD (ISD)
## Individualized Education Program (IEP) Amendment

Student Name: ▓▓▓▓▓▓  Birthdate: ▓▓▓▓  Date: 05-01-2018
Date of Current IEP Being Modified: 04-24-2018   School: Sturgis Public Schools   FAPE Date: 05-01-2018

### Purpose

The purpose of this IEP Amendment is:

- [ ] To add, delete, or modify IEP goals and/or short-term objectives
- [ ] To change the amount of time and/or frequency for an existing related service and/or program
- [x] To add or delete, or modify a supplementary aid, program modification, or support service
- [ ] To change a transportation provision
- [ ] To change language related to state or district-wide assessments
- [ ] To address the need for extended school year (ESY) services
- [ ] To make short-term changes to the IEP (Homebound/Hospitalized, etc)
- [ ] To make changes to a transfer student's IEP instead of completing a new IEP
- [ ] To add or delete a related service and/or program from an IEP
- [ ] To modify the student's transition plan

### Rationale

Briefly state the reason why an amendment to this student's IEP is needed. 4/2018: Following the closure of the IEP team meeting, ▓▓▓ mother, ▓▓▓ approached the team with additional concerns, per her continued research and vigilance regarding ▓▓▓ needs. Additional supports and accommodations for ▓▓▓ were discussed at length between ▓▓▓ and the Special Education Teacher, and later with the rest of the team. The following additional supports and accommodations were deemed appropriate by the IEP team to help ▓▓▓ have better access to the curriculum: -Cool Down Spaces: When ▓▓▓ is frustrated, he may have the option to move to a designated cool-down space, where he may take a break (not to exceed 15 minutes) until he is able to verbalize to an adult that he is ready to talk. -Access to Timer/Clock: During classroom activities and throughout the school building, ▓▓▓ may have the option of tracking the remaining time designated to a task with a timer or clock. -Alternatives to Written Responses: When ▓▓▓ is expected to write more than 1-2 sentences, he may have the option to draft his response using available technology, such as an iPad, Chromebook, or similar device. -Student Responds Orally: When taking assessments across subject areas, ▓▓▓ may have the option of responding to the presented questions orally.

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| [x] Academic | ▓▓▓ was administered the Kaufman Test of Educational Achievement, Third Edition (KTEA-3), in the area of Reading on 4/18/2018. ▓▓▓ obtained a Reading Composite score of SS81, falling at the 10th percentile, which is considered in the below average range. ▓▓▓ scores on Letter and Word Recognition (SS93) fell in the average range, and Reading Comprehension (SS71) fell in the below average range when compared with his peers. When evaluating ▓▓▓ with isolated words, ▓▓▓ was able to accurately pronounce words with silent e patterns, double vowel patterns, silent k (initial sounds), past tense patterns with "ed," soft c and g (initial, middle sounds), and multi-syllable words (revolutionary). It was difficult for ▓▓▓ when the words became more complex (kerosene, limousine, archeologist) and he responded with, "I don't know." ▓▓▓ was able to read and follow simple directions (look behind you, look up, clap your hands), and answer one literal question after reading a one to two sentence passage. When given narrative and expository text with multi sentences, in paragraph form, ▓▓▓ was not able to answer literal and inferential questions. 2018: The iReady Reading assessment was administered to ▓▓▓ along with his peers on September | [x] Goals and Objectives<br>[x] Supplemental Aids/Services |

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| | 12, 2017, and again on January 18, 2018. ▇▇▇ obtained a scaled score of 493 in January which placed him overall at the Second Grade level. This was a 23 point decrease from his September score which had him placed overall at the Third Grade level. ▇▇▇ tested out of the domains of Phonological Awareness, as well as High-Frequency Words. ▇▇▇ was administered the Michigan Student Test of Educational Performance in the Spring of 2017, for which he scored 1274 (1-Not Proficient) in the area of Reading. 2018: Both Achievement, and District Assessments indicate a marked difficulty for ▇▇▇ in the area of Comprehension of Literary and Informational texts. ▇▇▇ demonstrated isolated success when responding to literal questions based on a short passage, however, he was not successful following a longer passage, when asked to answer literal and inferential questions based on what he had read. These deficits impact the student ability to understand (comprehend) written text at grade level. | |
| ☑ Behavioral | ▇▇▇ is a helpful student. He is curious, genuine and honest. ▇▇▇ will work hard when he chooses to do so. 2018: ▇▇▇ struggles in the areas of: impulse control, anxiety, personal space, and recognizing facial expressions. It is noted that ▇▇▇ has additional difficulty in unstructured areas of the building, such as during lunch and recess. He also struggles when adjusting to Substitute Teachers. ▇▇▇ has been involved with Community Mental Health (CMH) for two years and he currently has a Treatment Plan through Pines Behavioral Health. In the school setting, ▇▇▇ has been receiving classroom supports and accommodations by means of a 504 plan which was initiated in June, 2016. Eligibility for such was based on ▇▇▇ diagnosis from St. Joseph County CMH of a Mood Disorder, ADHD and Anxiety Disorder, obtained in October, 2015. ▇▇▇ also has a Medical diagnosis of "Autism Spectrum Disorder" from Pines Behavioral Facility. These supports and accommodations were intended to address the emotional and behavioral needs which were interfering with ▇▇▇ academic progress. According to Powerschool data, ▇▇▇ has earned 9 discipline referrals for disrespect, insubordination, disruption and primarily for physical aggression. This is impacting the student's academic progress and his/her peer and adult relationships in the school setting. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |
| ☑ Communication | The student has made progress toward his goal of improving his articulation. Assessments completed indicated that the phonemes that are the most troublesome for the student are /h, s, z, sh/, particularly within connected speech. He has difficulty with distortions, omissions, and substitution errors. These difficulties can make his speech difficult to understand at times by both peers and teachers. While progress has been demonstrated, optimal skills have yet to be obtained. A student of his age/gender should be able to produce all speech sounds at all levels without difficulty. It is possible that the student's auditory history of multiple ear infections and | ☑ Goals and Objectives |

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| | scar tissue may have impacted his ability to adequately hear certain speech sounds when he was younger which in turn may have effected his ability to produce specific phonemes. However, he has demonstrated the ability to produce targeted phonemes with receipt of skilled speech therapy services. These errors distort and decrease intelligibility and impair communication in all settings | |
| ☐ Extended School Year | Reviewed identified student needs and progress toward goals determining ESY services are not needed.<br><br>Rationale: Reviewed identified student needs and progress toward goals determining ESY services are not needed. Reviewed identified student needs and progress toward goals determining ESY services are not needed. | |

| Areas considered but not identified as need areas | |
|---|---|
| ☑ Academic | ☑ Behavioral |
| ☑ Language needs for students with limited English proficiency | ☑ Communication and language for students who are deaf/hearing impaired |
| ☑ Braille instruction for students who are blind or visually impaired | ☑ Physical including accessibility within facilities/community |
| ☑ Assistive Technology | ☑ Physical Education |
| ☑ Students anticipated needs or other matters | ☑ Positive Behavior Supports |
| ☑ Social-Emotional | ☑ Transition |
| ☑ Extended School Year | |

Goals and Objectives

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

The student has made progress toward his goal of improving his articulation. Assessments completed indicated that the phonemes that are the most troublesome for the student are /h, s, z, sh/, particularly within connected speech. He has difficulty with distortions, omissions, and substitution errors. These difficulties can make his speech difficult to understand at times by both peers and teachers. While progress has been demonstrated, optimal skills have yet to be obtained. A student of his age/gender should be able to produce all speech sounds at all levels without difficulty. It is possible that the student's auditory history of multiple ear infections and scar tissue may have impacted his ability to adequately hear certain speech sounds when he was younger which in turn may have effected his ability to produce specific phonemes. However, he has demonstrated the ability to produce targeted phonemes with receipt of skilled speech therapy services. These errors distort and decrease intelligibility and impair communication in all settings

**Standard Designation:** CCSAS.CCSS.ELA-Literacy.SL.4.1

**Standard:** Engage effectively in a range of collaborative discussions (one-on-one, in groups, and teacher-led) with diverse partners on grade 4 topics and texts, building on others' ideas and expressing their own clearly.

**Role(s) Responsible:** Speech Pathologist

**Annual Goal:** The student will produce age appropriate phonemes in connected speech independently with 90% accuracy as measured by running records, informal, and/or formal assessments by February 11, 2019.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| The student will produce /h, s, z, sh/ independently at the sentence level. | • Running Records | 90% independently. | Monthly |

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| The student will produce /h, s, z, sh/ independently at the conversational level. | • Running Records | 90% independently. | Monthly |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

▇▇▇ is a helpful student. He is curious, genuine and honest. ▇▇▇ will work hard when he chooses to do so. 2018: ▇▇▇ struggles in the areas of: impulse control, anxiety, personal space, and recognizing facial expressions. It is noted that ▇▇▇ has additional difficulty in unstructured areas of the building, such as during lunch and recess. He also struggles when adjusting to Substitute Teachers. ▇▇▇ has been involved with Community Mental Health (CMH) for two years and he currently has a Treatment Plan through Pines Behavioral Health. In the school setting, ▇▇▇ has been receiving classroom supports and accommodations by means of a 504 plan which was initiated in June, 2016. Eligibility for such was based on ▇▇▇ diagnosis from St. Joseph County CMH of a Mood Disorder, ADHD and Anxiety Disorder, obtained in October, 2015. ▇▇▇ also has a Medical diagnosis of "Autism Spectrum Disorder" from Pines Behavioral Facility. These supports and accommodations were intended to address the emotional and behavioral needs which were interfering with ▇▇▇ academic progress. According to Powerschool data, ▇▇▇ has earned 9 discipline referrals for disrespect, insubordination, disruption and primarily for physical aggression. This is impacting the student's academic progress and his/her peer and adult relationships in the school setting.

**Standard Designation:** N-CC.ii.B46.1

**Standard:** The student will handle anger, frustration, disappointment, anxiety, etc., in an appropriate manner.

**Role(s) Responsible:** Social Worker, Special Education Teacher, and Teacher

**Annual Goal:** ▇▇▇ will manage his strong emotions (anger, anxiety) by using appropriate coping strategies with earning one or fewer discipline referrals per marking period by April 2019.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| ▇▇▇ will use appropriate words to identify and express how he is feeling (Ex. I am feeling angry because...). | • Running Records<br>• Teacher observation | One or fewer discipline referrals per marking period. | Quarterly |
| ▇▇▇ will develop a list of coping strategies and learn to choose an appropriate strategy when feeling anxious or angry. | • Running Records<br>• Teacher observation | One or fewer discipline referrals per marking period. | Quarterly |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

▇▇▇ was administered the Kaufman Test of Educational Achievement, Third Edition (KTEA-3), in the area of Reading on 4/18/2018. ▇▇▇ obtained a Reading Composite score of SS81, falling at the 10th percentile, which is considered in the below average range. ▇▇▇ scores on Letter and Word Recognition (SS93) fell in the average range, and Reading Comprehension (SS71) fell in the below average range when compared with his peers. When evaluating ▇▇▇ with isolated words, ▇▇▇ was able to accurately pronounce words with silent e patterns, double vowel patterns, silent k (initial sounds), past tense patterns with "ed," soft c and g (initial, middle sounds), and multi-syllable words (revolutionary). It was difficult for ▇▇▇ when the words became more complex (kerosene, limousine, archeologist) and he responded with, "I don't know." ▇▇▇ was able to read and follow simple directions (look behind you, look up, clap your hands), and answer one literal question after reading a one to two sentence passage. When given narrative and expository text with multi sentences, in paragraph form, ▇▇▇ was not able to answer literal and inferential questions. 2018: The iReady Reading assessment was administered to ▇▇▇ along with his peers on September 12, 2017, and again on January 18, 2018. ▇▇▇ obtained a scaled score of 493 in January which placed him overall at the Second Grade level. This was a 23 point decrease from his September score which had him placed overall at the Third Grade level. ▇▇▇ tested out of the domains of Phonological Awareness, as well as High-Frequency Words. ▇▇▇ was administered the Michigan Student Test of Educational Performance in the Spring of 2017, for which he scored 1274 (1-Not Proficient) in the area of Reading. 2018: Both Achievement, and District Assessments indicate a marked difficulty for ▇▇▇ in the area of Comprehension of Literary and Informational texts. ▇▇▇ demonstrated isolated success when responding to literal questions based on a short passage, however, he was not successful following a longer passage, when asked to answer literal and inferential questions based on what he had read. These deficits impact the student ability to understand (comprehend) written text at grade level.

**Standard Designation:** CCSAS.CCSS.ELA-Literacy.RL.4.1

**Standard:** Refer to details and examples in a text when explaining what the text says explicitly and when drawing inferences from the text.

**Role(s) Responsible:** Special Education Teacher and Teacher

**Annual Goal:** After Reading a text at the second grade level, ▇▇▇ will independently answer literal and inferential comprehension questions based on the passage with 80% accuracy on a presented teacher assessment by April, 2019.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| ▉ will answer literal and inferential comprehension questions based on a passage he has read, with no prompts for 80% accuracy on a presented teacher assessment. | • Curriculum-Based Assessment<br>• Analysis of Work Samples<br>• Teacher made test | 80% of presented questions answered accurately, with no prompts for accuracy | Monthly |
| ▉ will answer literal and inferential comprehension questions based on a passage he has read, with 1-2 prompts for 80% accuracy on a presented teacher assessment. | • Curriculum-Based Assessment<br>• Analysis of Work Samples<br>• Teacher made test | 80% of presented questions answered accurately, with 1-2 prompts for accuracy | Monthly |

### Special Education Programs/Services

| Special Ed. Programs/ Services (Rule Number) | Type of Delivery | *Depart | *Endorse | Frequency and Duration | Initiation Date | Duration Date | Location |
|---|---|---|---|---|---|---|---|
| Alternative Special Education Program Level 2 R340.1832 (R3401832e) | Direct | N/A | N/A | 30-45 minutes, 7-10 sessions per week, Level 2 Supports | 05-01-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Speech and Language Therapy (R340.1745) | Direct | N/A | N/A | 15-30 min, 1-2x/wk | 05-01-2018 | 04-23-2019 | Therapy Area |
| School Social Work (R340.1701) | Direct | N/A | N/A | 15-30 minutes, 2-4 times a month | 05-01-2018 | 04-23-2019 | Therapy Area |

*Departmentalized Program (R 340.1749c)
*Endorsement from a teacher consultant needed?
All programs and services listed above will follow the stated initiation and duration dates in accordance with the approved district calendar.

### Supplementary Aids/Services/Personnel Support

| Supplementary Aids/Service/ Support | Amount of Time/Frequency/ Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| Allow student to answer test questions orally (in person or on tape) | When taking assessments across subject areas, ▉ may have the option of responding to the presented questions orally. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Allow recorded/dictated/typed answers to assignments | When ▉ is expected to write more than 1-2 sentences, he may have the option to draft his response using available technology, such | 04-24-2018 | 04-23-2019 | General Ed classrooms |

| Supplementary Aids/Service/ Support | Amount of Time/Frequency/ Conditions | Initiatio Date | Duration Date | Location |
|---|---|---|---|---|
| | as an iPad, Chromebook, or similar device. | | | |
| Visual Supports | During classroom activities and throughout the school building, ▇ may have the option of tracking the remaining time designated to a task with a timer or clock. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Allow the student to use the "cooling off" area | When ▇ is frustrated, he may have the option to move to a designated cool-down space, where he may take a break (not to exceed 15 minutes) until he is able to verbalize to an adult that he is ready to talk. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Provide extra time to answer questions and formulate responses | When completing grade level assignments and assessments, ▇ may be permitted extra time to answer questions and formulate responses. | 04-24-2018 | 04-23-2019 | General Ed classrooms |
| Alternative test area | Whenever grade level assessments are given, ▇ may be permitted to take the assessment in an alternate location. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Frequent breaks | When ▇ is expected to work for more than 20 minutes on a given task, he may be permitted frequent, 3-5 minute breaks. This may also include sensory breaks. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Provide frequent feedback | Throughout the day, ▇ may benefit from frequent, disproportionately positive adult feedback regarding his behavior and choices, to ensure ▇ understands what is expected of him. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Behavioral Support | To ensure that ▇ understands his expectations, he may benefit from the use of a Behavior Plan. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Visual Supports | During the school day, ▇ may benefit from having access to visual representations of what is expected of him. This may also include a visual schedule. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Read test and assignment content and questions to student | Any time a grade level assignment or assessment is given containing text above the 2nd grade level, ▇ may have the option to have the text read aloud to him, provided it is not a task meant to | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |

| Supplementary Aids/Service/ Support | mount of Time/Frequency/ Conditions | Initiatio Date | Duration Date | Location |
|---|---|---|---|---|
| | address or assess his basic reading skills. This includes access to the Text-to-Speech option on the M-Step Assessment. | | | |
| Utilize Sensory Strategies | When completing tasks in any setting, ▇ may benefit from having access to sensory items (such as fidgets) to help him remain calm and focused on tasks, provided the items are used in a manner that is not distracting to ▇ or those around him. | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Verbal cue | Across settings, ▇ may benefit from being given advanced (1-2 minutes prior to task), verbal warning when he is about to begin a new activity. | 04-24-2018 | 04-23-2019 | Throughout school building |
| Provide seating arrangement that matches student's needs | When ▇ is working in any academic setting, he may benefit from having access to accommodated seating. This may include, but is not limited to: preferential location in the classroom; larger work-space and use of varied seats (such as wobble chairs or exercise balls). | 04-24-2018 | 04-23-2019 | General Ed and Special Ed classrooms |
| Repeat directions | When directions are given which contain more than 1-2 steps, ▇ may benefit from having the directions repeated to ensure he understands what is expected of him. | 04-24-2018 | 04-23-2019 | Throughout school building |

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, <u>state the reason why the subject area is inappropriate,</u>indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accomm- odations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| **General Assessments (General Assessments) - 4th Grade** | | | | | |
| English Language Arts | ☑ | ☐ | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| | | | **Accommodation:** Frequent breaks | ☑ | ☐ |
| Mathematics | ☑ | ☐ | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| | | | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Frequent breaks | ☑ | ☐ |

| MEAS Assessment | Is General Assessment appropriate? | | yes, list appropriate assessment accommodations if needed  no, state the reason why the subject area is inappropriate, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accomm-odations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| Science | ☐ | ☑ | **Alternate Assessment:** There is no science general state assessment for this grade level | | |
| | | | **Rationale:** The M-Step Science Assessment is not currently offered to Students in the Fourth Grade. | | |
| | | | **Accommodation:** No accommodation(s) needed for this assessment. | | |

**Other Consideration:**

| MEAS Assessment | Is General Assessment appropriate? | yes, list appropriate assessment accommodations if needed  no, state the reason why the subject area is inappropriate, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accomm-odations? |
|---|---|---|---|

**St. Joseph Co. ISD (ISD)**

62445 Shimmel Rd., Centreville, MI 49032

## NOTICE FOR PROVISION OF PROGRAM AND SERVICES

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▓▓▓▓▓▓▓▓▓▓▓▓

☑ You are receiving this notice as Sturgis Public Schools is offering the provision of a FAPE. The programs/services will begin on 05-01-2018 and will be located at Sturgis Public Schools. This proposal is the result of the IEP amendment created on 05-01-2018 that was convened for the purpose of : To add or delete, or modify a supplementary aid, program modification, or support service.

☐ You are receiving this notice as your child was found ineligible for special education programs/services at the IEP Amendment meeting dated 05-01-2018 for the purpose of a re-evaluation.

☑ The IEP describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development of the IEP, other options and factors were considered but not incorporated into the IEP were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| The option of not offering these additional supplementary aids and services was considered and rejected. | The team feels that these additional supports will help ▓▓▓ be successful in the classroom and school building. |

The IEP Team has determined that programs and services will be provided in the:

☑ Resident district (Sturgis Public Schools)

☐ Operating district
  ☐ The resident district authorizes/authorized the operating district to conduct subsequent IEP Amendment meetings.
  ☐ The resident district will conduct subsequent IEP Amendment meetings.

☐ Not Applicable

This notice and the student's IEP constitute Sturgis Public Schools offer of a FAPE.

_Karen Wright_ (signature)    5/2/18
(Signature of Superintendent or Designee)    (Date)

The Procedural Safeguards Notice you received when the district requested your consent for the initial evaluation describes protections under the IDEA. The Procedural Safeguards Notice is also available at www.michigan.gov/documents/mde/May09-ProceduralSafeguardsNotice_278611_7.pdf. The following sources are available to assist you in understanding your rights: Michigan Alliance for Families (800) 552-4821 http://www.michiganallianceforfamilies.org/

FAPE Date: 05-01-2018

Dissenting Report(s) attached    ☐ Yes    ☑ Not applicable