# EXHIBIT C

IEP Date: <u>02-14-2017</u>

**Progress Report**

The student's progress for each goal/objective is listed below. The goal is identified first and then the objectives. The graphs illustrate the student's progress on each objective. Since the objectives are the stepping stones to the achievement of the goal, the progress and achievement of the objectives lead to the attainment of the goal.

Should you have questions, please contact <u>Dara McLeod (269) 467-5413</u>

<u>**Standard:**</u>
Report on a topic or text, tell a story, or recount an experience with appropriate facts and relevant, descriptive details, speaking clearly at an understandable pace.
<u>**Role(s) Responsible:**</u>
Speech Pathologist
<u>**Objective #1:**</u>
███████ will imitate h, s, z, and sh at the word level
<u>**Goal:**</u>
████████ willproduce h, s, z, and sh at the structure sentence level with decreasing verbal cues as measured by therapy logs. with 75% accuracy By 2/18
<u>**Criteria #1:**</u>
with 75% accuracy given model and verbal cues as measured by therapy logs.



**Additional Objective Progress Comments:**
This portion has been met.


<u>**Objective #2:**</u>
███████ will produce s, z, h, and sh at the structured phrase and sentence levels given decreasing models and/or verbal cues as documented in therapy logs.
<u>**Goal:**</u>
████████ willproduce h, s, z, and sh at the structure sentence level with decreasing verbal cues as measured by therapy logs. with 75% accuracy By 2/18



IEP Date: 02-14-2017

**Criteria #2:**
with 75% accuracy



**Dates of Progress**

**Additional Objective Progress Comments:**
Good progress demonstrated toward this goal.

**Standard:**
Presentation of Knowledge and Ideas

**Role(s) Responsible:**
Speech Pathologist

**Objective #1:**
███████ will produce age appropriate phonemes at the structured word sentence level

**Goal:**
███████ will produce age appropriate phonemes at the structured sentence level with decreasing verbal cues and reminders as documented in therapy logs. with 75% accuracy By 2/18

IEP Date: <u>02-14-2017</u>

### Criteria #1:
given verbal/visual models with 75% accuracy as demonstrated by therapy logs



**Additional Objective Progress Comments:**
Good progress demonstrated toward this goal.

### Objective #2:
will produce age appropriate phonemes at the structured phrase and sentence level
### Goal:
will produce age appropriate phonemes at the structured sentence level with decreasing verbal cues and reminders as documented in therapy logs. with 75% accuracy By 2/18
### Criteria #2:
with 75% accuracy given verbal reminders and cues as demonstrated by therapy logs



IEP Date: <u>02-14-2017</u>

**Additional Objective Progress Comments:**

Good progress demonstrated toward this goal.