# EXHIBIT D



# Eastwood Elementary School

909 S. Franks Avenue, Sturgis, MI 49091
Phone 269.659.1560 Fax 269.659.1554
www.sturgisps.org

Michael Miller, Principal
Karen Wegner, Assistant Principal
Debby Mathis, Student Success Coordinator

May 7, 2018

To the Parents o[REDACTED]

*Did you know that*
*missing just 2 days a month*
*(18 days a year)*
*can drastically affect a student's academic success?*
*~Attendance Works*

We are concerned regarding [REDACTED] attendance. School has been in session for 149 days and [REDACTED] has missed a total of 25.5 days., or 17 %. The school considers this to be excessive. (13 of these day were medically excused.)

We would like to work with you to have your student finish strong with attendance. Please be aware that the Michigan School Law states that it is the responsibility of parents to see that their children between the ages of six and sixteen be in regular attendance at school. Please contact me or Mrs. Mathis if we can help support in anyway. Otherwise, it is our expectation tha[REDACTED] will maintain regular school attendance following your receipt of this letter.

Sincerely,

Karen Wegner
Assistant Principal
Eastwood Elementary School
269-651-1560 ext 43002



STURGIS
PUBLIC SCHOOLS
STURGISPS.ORG
"Proud of the Past, Prepared for the Future"

█████ █████ 5th Grade

2018-2019

Eastwood Elementary - Sturgis Public Schools
909 S. Franks Ave. Sturgis, MI 49091
Michael Miller, Principal Karen Wegner, Asst. Principal Debra Mathis, Counselor

| Class | Teacher | Q1 | Q2 | S1 | Q3 | Q4 | S2 | Teacher Comments |
|---|---|---|---|---|---|---|---|---|
| Language Arts | Mindy Cardiel | C | E | D | E | E | E | |
| Math | Mindy Cardiel | C | C | C | B | C | B | |
| Science | Mindy Cardiel | B | A | A | A | C | B | |
| Social Studies | Mindy Cardiel | C | E | D | E | D | E | |
| Physical Education | JANE HALL | S | | S | | | U | |
| Art | ASHLEE STEPHENS | | | U | | | S | |
| Music | JOSEPH EHLERT | | | U | | | S | |
| Living the 7 Habits | | S | U | | U | S | | █████ has shown great improvement this year and needs to focus on work completion and keeping his temper in check. Have a great 6th grade year █████! |
| # of Half Day Absences | | 16 | 19 | 35 | 17 | 21 | 38 | |
| Number of Tardies | | 7 | 7 | 14 | 2 | 5 | 7 | |

**Grades Key:**
A = 100-90
B = 89-80
C = 79-70
D = 69-60
E = 59-0

**Living the 7 Habits Key:**
O = Outstanding
S = Satisfactory
U = Unsatisfactory

Additional Information: **Free summer breakfast and lunches will be available at the following schools:** Wall, Wenzel, Congress, Eastwood and Central Commons. It will also be located at Thurston Woods Park.
Breakfast will be served from 8:30 - 9:30 & lunch from 12:00 - 1:00
(Eastwood will be from (11:30 - 12:30)
*The first day of school for the 2019-20 school year is August 21. It will be a half day.
█████ **will be placed in Grade 6 for the 2019-2020 School year.**



District Office 19-20 Year

## Attendance

9 26294 SHS

Meeting | Daily

| Course | Expression | 8/19-8/23 | | | | | 8/26-8/30 | | | | | 9/2-9/6 | | | | | 9/9-9/13 | | | | | 9/16-9/20 | | | | | 9/23-9/27 | | | | | 9/30-10/4 | | | | | 10/7-10/11 | | | | | 10/14-10/18 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Homeroom Richardson, Stacey 213 E: 08/21/2019 L: 06/06/2020 | 1(A) | - | - | | | | | | | | - | - | | | M | | M | M | M | M | | - | | | A | | | | A | | | | | I | | | E | | | | - | A | A | | | A |
| 6th Math NESS, NICOLE M 105 E: 01/20/2020 L: 06/06/2020 | 2(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science BOWMAN, RENEE MARIE 109 E: 02/18/2020 L: 06/06/2020 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Grade Language Arts CARTER, ALLISON M 107 E: 08/21/2019 L: 06/06/2020 | 4(A) | - | - | | | | | | | | - | - | | | M | | M | M | M | M | E | - | | | A | | A | | A | | | E | A | I | | | E | | | B | - | A | A | | A | A |
| Lifeskills CUNNINGHAM, BENJAMIN D E: 01/20/2020 L: 06/06/2020 | 5(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Western Hemisphere Studies CLAYBAUGH, AARON 108 E: 02/18/2020 L: 06/06/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Physical Education CARY, JEFFREY ROBERT Gym E: 08/21/2019 L: 01/18/2020 | 6(A) | - | - | | | | | | | | - | - | E | | M | | M | M | M | M | E | - | | E | A | A | | | A | | A | | | I | | | E | | | B | - | A | A | | | A |
| Guided Academics Richardson, Stacey E: 01/20/2020 L: 06/06/2020 | 7(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 10/21-10/25 | | | | | 10/28-11/1 | | | | | 11/4-11/8 | | | | | 11/11-11/15 | | | | | 11/18-11/22 | | | | | 11/25-11/29 | | | | | 12/2-12/6 | | | | | 12/9-12/13 | | | | | 12/16-12/20 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Homeroom Richardson, Stacey 213 E: 08/21/2019 L: 06/06/2020 | 1(A) | | M | | A | | O | O | O | | | E | - | E | . | O | O | O | M | | E | M | M | M | M | M | M | M | - | - | - | | | | | A | T | | A | A | | | A | | | E |
| 6th Math NESS, NICOLE M 105 E: 01/20/2020 L: 06/06/2020 | 2(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science BOWMAN, RENEE MARIE 109 E: 02/18/2020 L: 06/06/2020 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Grade Language Arts CARTER, ALLISON M 107 | 4(A) | M | M | | A | H | O | O | O | O | | E | - | E | . | O | O | O | | | E | M | M | M | M | M | M | M | - | - | - | A | | | M | A | | | A | A | | | A | | E | E |

| Course | Expression | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E: 08/21/2019 L: 06/06/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lifeskills CUNNINGHAM, BENJAMIN D E: 01/20/2020 L: 06/06/2020 | 5(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Western Hemisphere Studies CLAYBAUGH, AARON 108 E: 02/18/2020 L: 06/06/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Physical Education CARY, JEFFREY ROBERT Gym E: 08/21/2019 L: 01/18/2020 | 6(A) | M | M | E | A | | O | O | O | O | | E | - | E | . | O | O | O | | | E | M | M | M | M | M | M | M | - | - | - | A | | | M | A | S | | A | A | | | | | E | E |
| Guided Academics Richardson, Stacey E: 01/20/2020 L: 06/06/2020 | 7(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 12/23-12/27 | | | | | 12/30-1/3 | | | | | 1/6-1/10 | | | | | 1/13-1/17 | | | | | 1/20-1/24 | | | | | 1/27-1/31 | | | | | 2/3-2/7 | | | | | 2/10-2/14 | | | | | 2/17-2/21 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Homeroom Richardson, Stacey 213 E: 08/21/2019 L: 06/06/2020 | 1(A) | - | - | - | - | - | - | - | - | - | - | | | | A | | | A | | | | | M | | | | | | | . | | | E | E | - | | | | P | E | - | - | | | T | A |
| 6th Math NESS, NICOLE M 105 E: 01/20/2020 L: 06/06/2020 | 2(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | M | | | | | . | | . | | | E | E | - | | | | P | E | - | - | | | | A |
| 6th Science BOWMAN, RENEE MARIE 109 E: 02/18/2020 L: 06/06/2020 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | | | A |
| 6th Grade Language Arts CARTER, ALLISON M 107 E: 08/21/2019 L: 06/06/2020 | 4(A) | - | - | - | - | - | - | - | - | - | - | | | | A | | | A | | | A | | M | | | | | | H | O | | E | E | E | - | | | | P | E | - | - | | | | A |
| Lifeskills CUNNINGHAM, BENJAMIN D E: 01/20/2020 L: 06/06/2020 | 5(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | | | | O | | | E | E | - | | | | P | E | - | - | | | | |
| 6th Western Hemisphere Studies CLAYBAUGH, AARON 108 E: 02/18/2020 L: 06/06/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | | | A |
| Physical Education CARY, JEFFREY ROBERT Gym E: 08/21/2019 L: 01/18/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | M | | | A | | | A | | | A | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Guided Academics Richardson, Stacey E: 01/20/2020 L: 06/06/2020 | 7(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | | | H | O | | E | E | E | - | E | | | P | E | - | - | | | | A |

| Course | Expression | 2/24-2/28 | | | | | 3/2-3/6 | | | | | 3/9-3/13 | | | | | 3/16-3/20 | | | | | 3/23-3/27 | | | | | 3/30-4/3 | | | | | 4/6-4/10 | | | | | 4/13-4/17 | | | | | 4/20-4/24 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Homeroom Richardson, Stacey 213 E: 08/21/2019 L: 06/06/2020 | 1(A) | | | - | - | | | A | A | | | T | T | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Math NESS, NICOLE M 105 E: 01/20/2020 L: 06/06/2020 | 2(A) | | | - | - | | | A | A | | | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science BOWMAN, RENEE MARIE 109 E: 02/18/2020 L: 06/06/2020 | 3(A) | | | - | - | | | A | A | | | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Grade Language Arts CARTER, ALLISON M 107 E: 08/21/2019 L: 06/06/2020 | 4(A) | A | | - | - | | | A | A | | | | | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lifeskills | 5(A) | A | | - | - | | | | A | | | | | | A | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUNNINGHAM, BENJAMIN D<br>E: 01/20/2020 L: 06/06/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6th Western Hemisphere Studies<br>CLAYBAUGH, AARON 108<br>E: 02/18/2020 L: 06/06/2020 | 6(A) | A | | - | - | | | A | | | | | | | A | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Physical Education<br>CARY, JEFFREY ROBERT Gym<br>E: 08/21/2019 L: 01/18/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Guided Academics<br>Richardson, Stacey<br>E: 01/20/2020 L: 06/06/2020 | 7(A) | A | | - | - | | E | A | A | | | T | T | | A | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 4/27-5/1 | | | | | 5/4-5/8 | | | | | 5/11-5/15 | | | | | 5/18-5/22 | | | | | 5/25-5/29 | | | | | 6/1-6/5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Homeroom<br>Richardson, Stacey 213<br>E: 08/21/2019 L: 06/06/2020 | 1(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Math<br>NESS, NICOLE M 105<br>E: 01/20/2020 L: 06/06/2020 | 2(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science<br>BOWMAN, RENEE MARIE 109<br>E: 02/18/2020 L: 06/06/2020 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Grade Language Arts<br>CARTER, ALLISON M 107<br>E: 08/21/2019 L: 06/06/2020 | 4(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lifeskills<br>CUNNINGHAM, BENJAMIN D<br>E: 01/20/2020 L: 06/06/2020 | 5(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Western Hemisphere Studies<br>CLAYBAUGH, AARON 108<br>E: 02/18/2020 L: 06/06/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Physical Education<br>CARY, JEFFREY ROBERT Gym<br>E: 08/21/2019 L: 01/18/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Guided Academics<br>Richardson, Stacey<br>E: 01/20/2020 L: 06/06/2020 | 7(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Legend**

**Attendance Codes:** =Present | A=Absent | T=Tardy | P=Count Day Present | E=Excused Absence | U=Unexcused Absence | B=Behavior Intervention | I=In-School Suspension | O=Out of School Suspension | S=School Related Absence | M=Medical/Dental | F=Funeral/Death | V=Vacation | X=Truant/Skipped School | L=Legal | C=Communication | W=Working | R=Response via Email | H=Here on Site |



District Office 20-21 Year

Attendance

SANTWON 9 26294 SHS

Meeting | Daily

| Course | Expression | 8/24-8/28 | | | | | 8/31-9/4 | | | | | 9/7-9/11 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | | |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | | |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | | |

| Course | Expression | 9/14-9/18 | | | | | 9/21-9/25 | | | | | 9/28-10/2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLP | DLP | DLA | | DLA | - | | DLA | | | | DLP | DLP | | |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | | | | | | - | | DLA | | | | | | | |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLP | DLP | | | DLA | - | | DLA | | | | DLP | DLP | | |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | | | | | | - | | DLA | | | | | | | |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | DLP | DLP | | | | - | | DLA | | | | DLP | DLP | | |

| Course | Expression | 10/5-10/9 | | | | | 10/12-10/16 | | | | | 10/19-10/23 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLA | DLA | DLP | | DLP | DLA | DLA | DLP | DLP | | DLP | DLE | DLE | | DLA |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | | | DLP | | | | | | | | | | | | |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLA | DLA | DLP | | DLP | DLA | DLA | DLP | DLP | | DLP | DLE | DLE | | DLA |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | | | DLP | | | | | | | | | | | | |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | | | DLP | | | | | | | | | DLE | DLE | | |

| Course | Expression | 10/26-10/30 | | | | | 11/2-11/6 | | | | | 11/9-11/13 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | | DLA | DLA | | DLA | DLA | DLA | DLA | DLA | DLA | | | DLA | | DLA |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | | | | | | | | | | | | | | | |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | | DLA | DLA | | DLA | DLA | DLA | DLA | DLA | DLA | | | DLA | | DLA |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | | | | | | | | | | DLP | DLP | | | | |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | | | | | | | DLP | | | | | | | | |

| Course | Expression | 11/16-11/20 | | | | | 11/23-11/27 | | | | | 11/30-12/4 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLA | DLA | DLA | DLA | DLA | | | - | - | - | | | | | |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | | | | | | | | - | - | - | | | | | |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLA | DLA | DLA | DLA | DLA | | | - | - | - | | | | | |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | DLP | | | | | DLP | | - | - | - | DLP | | | | |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | DLE | DLE | | | | | | - | - | - | DLP | DLP | | | |

| Course | Expression | 12/7-12/11 | | | | | 12/14-12/18 | | | | | 12/21-12/25 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLU | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | | - | - | - | - | - |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | DLU | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | | - | - | - | - | - |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLU | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | | - | - | - | - | - |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | DLU | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | | - | - | - | - | - |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | DLP | DLP | DLP | P | DLP | P | DLP | DLP | DLP | DLP | - | - | - | - | - |

| Course | Expression | 12/28-1/1 | | | | | 1/4-1/8 | | | | | 1/11-1/15 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | - | - | - | - | - | DLU | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLP |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | - | - | - | - | - | DLU | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLP |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | - | - | - | - | - | DLU | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLP |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | - | - | - | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | - | - | - | - | - | DLU | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLP |
| Guided Academics Richardson, Stacey off | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 1/18-1/22 | | | | | 1/25-1/29 | | | | | 2/1-2/5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLU | DLP | DLP |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLU | DLP | DLP |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLU | DLP | DLP |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLU | DLP | DLP | DLU | DLU | DLP | DLP |
| Guided Academics Richardson, Stacey off | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 2/8-2/12 | | | | | 2/15-2/19 | | | | | 2/22-2/26 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLP | DLP | DLP | DLP | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLP |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | DLP | DLP | DLP | DLP | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLP |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLP | DLP | DLP | DLP | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLP |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | DLP | DLP | DLP | DLP | - | - | - | DLP | DLP | DLP | DLP | DLP | P | DLP | DLP |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | DLP | DLP | DLP | DLP | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLP |
| Guided Academics Richardson, Stacey off | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

campus
E: 09/10/2020 L: 12/19/2020

| Course | Expression | 3/1-3/5 | | | | | 3/8-3/12 | | | | | 3/15-3/19 | | | | | 3/22-3/26 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLP | DLU | DLU | DLU | DLU | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLU | DLP | DLP | DLU | DLP | DLU | DLP | DLU |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | DLP | DLU | DLU | DLU | DLU | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLU | DLP | DLP | DLU | DLP | DLU | DLP | DLU |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLP | DLU | DLU | DLU | DLU | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLU | DLP | DLP | DLU | DLP | DLU | DLP | DLU |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | P | DLP | DLP | DLP | DLP | DLP | DLP | DLP |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | DLP | DLU | DLU | DLU | DLU | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLU | DLP | DLP | DLU | DLP | DLU | DLP | DLU |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 3/29-4/2 | | | | | 4/5-4/9 | | | | | 4/12-4/16 | | | | | 4/19-4/23 | | | | | 4/26-4/30 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLP | DLP | DLP | DLP | - | - | - | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLP | DLU | DLP | DLU | DLU | DLU |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | DLP | DLP | DLP | DLP | - | - | - | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLP | DLU | DLP | DLU | DLU | DLU |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLP | DLP | DLP | DLP | - | - | - | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLP | DLU | DLP | DLU | DLU | DLU |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | DLP | DLP | DLP | DLP | - | - | - | - | - | - | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | DLP | DLP | DLP | DLP | - | - | - | - | - | - | DLP | DLP | DLP | DLU | DLP | DLU | DLU | DLU | DLP | DLP | DLU | DLP | DLU | DLU | DLU |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Course | Expression | 5/3-5/7 | | | | | 5/10-5/14 | | | | | 5/17-5/21 | | | | | 5/24-5/28 | | | | | 5/31-6/4 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 6th Math Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 1(A) | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | - | DLU | DLU | DLU | DLU |
| 6th Lang Arts Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 2(A) | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | - | DLU | DLU | DLU | DLU |
| 6th Soc Studies Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 3(A) | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | - | DLU | DLU | DLU | DLU |
| Guided Academics Richardson, Stacey 202 E: 01/04/2021 L: 06/05/2021 | 3(A) | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | DLP | - | DLP | DLP | DLP | DLP |
| 6th Science Online SLEEPER, SUSAN K off campus E: 09/10/2020 L: 06/05/2021 | 4(A) | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLU | DLP | DLU | - | DLU | DLU | DLU | DLU |
| Guided Academics Richardson, Stacey off campus E: 09/10/2020 L: 12/19/2020 | 6(A) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Legend**

**Attendance Codes:** =Present | P=Count Day Present | A=Absent | T=Tardy | DLP=Distance Learning Present/Participation | DLA=Distance Learning Absent/No Participation | DLE=Distance Learning Excused Absence | DLU=Distance Learning Unexcused | U=Unexcused Absence | E=Excused Absence | B=Behavior Intervention | O=Out of School Suspension | I=In-School Suspension | S=School Related Absence | M=Medical/Dental | F=Funeral/Death | V=Vacation | X=Truant/Skipped School | L=Legal | C=Communication | W=Working | R=Response via Email | H=Here on Site |

District Office 21-22 Year

## Attendance

[redacted] 9 26294 SHS

Meeting | Daily

| Course | Expression | 8/23-8/27 | | | | | 8/30-9/3 | | | | | 9/6-9/10 | | | | | 9/13-9/17 | | | | | 9/20-9/24 | | | | | 9/27-10/1 | | | | | 10/4-10/8 | | | | | 10/11-10/15 | | | | | 10/18-10/22 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Physical Education 2 CARY, JEFFREY ROBERT Gym E: 08/23/2021 L: 12/18/2021 | 1(Reg) | P | P | M | P | P | P | P | P | B | - | - | P | U | M | U | P | P | P | U | P | - | P | P | E | E | E | E | P | U | O | O | O | P | P | U | E | E | E | E | P | P | B | P | P | P |
| Astronomy KALICH, SARAH K 210 E: 01/04/2022 L: 06/04/2022 | 1(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Conservation and Preservation CLAYBAUGH, AARON 108 E: 11/01/2021 L: 12/18/2021 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History SCHEID, JODIE LYNN 305 E: 03/01/2022 L: 06/04/2022 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History SCHEID, JODIE LYNN 305 E: 08/23/2021 L: 12/18/2021 | 3(Reg) | P | | M | | P | P | | P | B | - | - | T | P | M | U | U | P | P | P | P | - | P | | E | E | E | E | P | P | O | O | O | P | P | P | E | E | E | E | P | P | B | P | P | P |
| Conservation and Preservation CLAYBAUGH, AARON 108 E: 03/01/2022 L: 06/04/2022 | 3(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Language Arts BREW, HEATHER A 308 E: 08/23/2021 L: 12/18/2021 | 4(Reg) | P | P | M | P | P | P | P | T | B | - | - | T | P | M | U | U | P | P | P | P | - | P | P | E | E | E | E | P | P | O | O | O | P | P | P | E | E | E | E | P | P | B | P | P | P |
| 8th Language Arts BREW, HEATHER A 308 E: 01/03/2022 L: 06/04/2022 | 4(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intro to Woodshop GEORGE, HEATHER LYNN 115 E: 08/23/2021 L: 12/18/2021 | 5(Reg) | P | P | P | P | P | P | P | P | P | - | - | P | P | M | U | U | P | P | P | P | - | P | | E | E | E | E | P | P | O | O | O | P | P | P | E | E | E | E | P | P | B | P | P | P |
| 8th Math KOENEKE, JEANNINE M 302 E: 01/04/2022 L: 06/04/2022 | 5(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Lunch LAMB, JAMES M Cafeteria E: 08/23/2021 L: 12/18/2021 | 6(Reg) | | | | | | | | | | - | - | | | M | | | | | | | - | | | E | E | E | E | | | O | O | O | | | | E | E | E | E | | | B | | | |
| 8th Lunch LAMB, JAMES M Cafeteria E: 12/20/2021 L: 06/04/2022 | 6(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Science | 7(Reg) | P | P | P | P | P | P | P | P | P | - | - | P | P | M | U | U | T | P | P | | - | P | P | E | E | E | E | P | P | O | O | O | P | P | P | E | E | E | E | P | P | B | P | T | P |

| Course | Expression | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PETERS, AMBER 109 E: 08/23/2021 L: 12/18/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8th Science PETERS, AMBER 109 E: 01/03/2022 L: 06/04/2022 | 7(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Math NESS, NICOLE M 105 E: 08/23/2021 L: 12/18/2021 | 8(Reg) | P | P | P | P | P | P | P | U | T | - | - | P | P | M | U | | P | P | P | T | - | P | P | E | E | E | E | P | P | O | O | O | P | P | P | E | E | E | E | P | P | B | P | P | P |
| Advanced Woodshop GEORGE, HEATHER LYNN 115 E: 01/04/2022 L: 06/04/2022 | 8(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Homeroom Richardson, Stacey 212 E: 09/17/2021 L: 06/04/2022 | 8HR(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | P | - | P | P | E | E | . | . | . | . | O | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Course | Expression | 10/25-10/29 | | | | | 11/1-11/5 | | | | | 11/8-11/12 | | | | | 11/15-11/19 | | | | | 11/22-11/26 | | | | | 11/29-12/3 | | | | | 12/6-12/10 | | | | | 12/13-12/17 | | | | | 12/20-12/24 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Physical Education 2 CARY, JEFFREY ROBERT Gym E: 08/23/2021 L: 12/18/2021 | 1(Reg) | P | P | P | B | P | P | O | O | O | O | O | O | P | B | P | U | U | U | P | U | P | P | - | - | - | P | O | O | O | O | O | O | O | O | O | O | P | P | P | H | - | - | - | - | - |
| Astronomy KALICH, SARAH K 210 E: 01/04/2022 L: 06/04/2022 | 1(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Conservation and Preservation CLAYBAUGH, AARON 108 E: 11/01/2021 L: 12/18/2021 | 2(Reg) | - | - | - | - | - | | O | O | O | O | O | O | | B | P | P | U | U | P | U | P | P | - | - | - | P | O | O | O | O | O | O | O | O | O | O | P | P | E | P | - | - | - | - | - |
| 8th US History SCHEID, JODIE LYNN 305 E: 03/01/2022 L: 06/04/2022 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History SCHEID, JODIE LYNN 305 E: 08/23/2021 L: 12/18/2021 | 3(Reg) | T | P | P | B | P | P | O | O | O | O | O | O | P | B | P | U | U | U | P | U | P | P | - | - | - | P | O | O | O | O | O | O | O | O | O | O | P | P | P | | - | - | - | - | - |
| Conservation and Preservation CLAYBAUGH, AARON 108 E: 03/01/2022 L: 06/04/2022 | 3(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Language Arts BREW, HEATHER A 308 E: 08/23/2021 L: 12/18/2021 | 4(Reg) | P | P | P | B | P | P | O | O | O | O | O | O | P | B | P | U | U | U | P | U | P | P | - | - | - | P | O | O | O | O | O | O | O | O | O | O | P | P | P | | - | - | - | - | - |
| 8th Language Arts BREW, HEATHER A 308 E: 01/03/2022 L: 06/04/2022 | 4(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intro to Woodshop GEORGE, HEATHER LYNN 115 E: 08/23/2021 L: 12/18/2021 | 5(Reg) | P | P | P | B | P | P | O | O | O | O | O | O | P | B | P | U | U | U | P | U | P | P | - | - | - | P | O | O | O | O | O | O | O | O | O | O | P | P | P | | - | - | - | - | - |
| 8th Math KOENEKE, JEANNINE M 302 E: 01/04/2022 L: 06/04/2022 | 5(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Lunch LAMB, JAMES M Cafeteria E: 08/23/2021 L: 12/18/2021 | 6(Reg) | | | | | | | | | | O | | | | B | | | | | | | | | - | - | - | | O | O | O | O | O | O | O | O | O | O | | | | | - | - | - | - | - |
| 8th Lunch LAMB, JAMES M Cafeteria E: 12/20/2021 L: 06/04/2022 | 6(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Science PETERS, AMBER 109 E: 08/23/2021 L: 12/18/2021 | 7(Reg) | T | T | P | B | P | O | O | O | O | O | O | O | P | B | P | | U | U | P | U | T | P | - | - | - | T | O | O | O | O | O | O | O | O | O | O | T | P | T | P | - | - | - | - | - |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8th Science<br>PETERS, AMBER 109<br>E: 01/03/2022 L: 06/04/2022 | 7(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Math<br>NESS, NICOLE M 105<br>E: 08/23/2021 L: 12/18/2021 | 8(Reg) | P | B | P | B | P | O | O | O | O | O | O | O | P | B | P | U | U | U | P | U | P | P | - | - | - | U | O | O | O | O | O | O | O | O | O | O | P | T | T | P | - | - | - | - | - |
| Advanced Woodshop<br>GEORGE, HEATHER LYNN 115<br>E: 01/04/2022 L: 06/04/2022 | 8(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Homeroom<br>Richardson, Stacey 212<br>E: 09/17/2021 L: 06/04/2022 | 8HR(Reg) | . | . | . | . | . | . | . | . | . | O | . | . | . | . | . | . | . | . | . | . | . | . | - | - | - | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | - | - | - | - | - |

| Course | Expression | 12/27-12/31 | | | | | 1/3-1/7 | | | | | 1/10-1/14 | | | | | 1/17-1/21 | | | | | 1/24-1/28 | | | | | 1/31-2/4 | | | | | 2/7-2/11 | | | | | 2/14-2/18 | | | | | 2/21-2/25 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Physical Education 2<br>CARY, JEFFREY ROBERT Gym<br>E: 08/23/2021 L: 12/18/2021 | 1(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Astronomy<br>KALICH, SARAH K 210<br>E: 01/04/2022 L: 06/04/2022 | 1(Reg) | - | - | - | - | - | - | | E | O | P | P | P | E | P | P | | P | O | O | P | P | P | T | P | P | Q | Q | - | - | - | P | P | P | P | - | - | E | E | E | - | U | U | U | P | P |
| Conservation and Preservation<br>CLAYBAUGH, AARON 108<br>E: 11/01/2021 L: 12/18/2021 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History<br>SCHEID, JODIE LYNN 305<br>E: 03/01/2022 L: 06/04/2022 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History<br>SCHEID, JODIE LYNN 305<br>E: 08/23/2021 L: 12/18/2021 | 3(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Conservation and Preservation<br>CLAYBAUGH, AARON 108<br>E: 03/01/2022 L: 06/04/2022 | 3(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Language Arts<br>BREW, HEATHER A 308<br>E: 08/23/2021 L: 12/18/2021 | 4(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Language Arts<br>BREW, HEATHER A 308<br>E: 01/03/2022 L: 06/04/2022 | 4(Reg) | - | - | - | - | - | E | P | E | O | P | P | P | T | P | P | | P | O | O | P | T | P | P | P | P | Q | Q | - | - | - | P | E | P | P | - | - | E | E | E | - | P | U | U | E | P |
| Intro to Woodshop<br>GEORGE, HEATHER LYNN 115<br>E: 08/23/2021 L: 12/18/2021 | 5(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Math<br>KOENEKE, JEANNINE M 302<br>E: 01/04/2022 L: 06/04/2022 | 5(Reg) | - | - | - | - | - | - | | E | O | U | T | P | P | P | P | | P | O | O | P | P | | P | P | P | Q | Q | - | - | - | P | E | P | P | - | - | E | E | E | - | U | U | U | E | P |
| 8th Lunch<br>LAMB, JAMES M Cafeteria<br>E: 08/23/2021 L: 12/18/2021 | 6(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Lunch<br>LAMB, JAMES M Cafeteria<br>E: 12/20/2021 L: 06/04/2022 | 6(Reg) | - | - | - | - | - | E | | E | O | | | | | | | | | O | O | | | | | | | Q | Q | - | - | - | P | . | P | | - | - | | | | - | | | | | |
| 8th Science<br>PETERS, AMBER 109<br>E: 08/23/2021 L: 12/18/2021 | 7(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Science<br>PETERS, AMBER 109<br>E: 01/03/2022 L: 06/04/2022 | 7(Reg) | - | - | - | - | - | E | P | E | O | P | P | U | E | P | P | | P | O | O | P | T | P | P | E | P | Q | Q | - | - | - | P | E | P | P | - | - | E | E | E | - | U | U | U | E | P |

| Course | Expression | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8th Math<br>NESS, NICOLE M 105<br>E: 08/23/2021 L: 12/18/2021 | 8(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advanced Woodshop<br>GEORGE, HEATHER LYNN 115<br>E: 01/04/2022 L: 06/04/2022 | 8(Reg) | - | - | - | - | - | - | P | E | O | P | U | P | E | P | T | | P | O | O | P | P | P | P | E | P | Q | Q | - | - | - | P | E | P | P | - | - | E | E | E | - | P | U | U | E | P |
| Homeroom<br>Richardson, Stacey 212<br>E: 09/17/2021 L: 06/04/2022 | 8HR(Reg) | - | - | - | - | - | . | . | . | . | P | . | . | . | . | . | . | | O | O | | . | . | . | . | . | . | . | - | - | - | . | . | . | . | - | - | . | . | . | - | . | . | . | . | . |

| Course | Expression | 2/28-3/4 | | | | | 3/7-3/11 | | | | | 3/14-3/18 | | | | | 3/21-3/25 | | | | | 3/28-4/1 | | | | | 4/4-4/8 | | | | | 4/11-4/15 | | | | | 4/18-4/22 | | | | | 4/25-4/29 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Physical Education 2<br>CARY, JEFFREY ROBERT Gym<br>E: 08/23/2021 L: 12/18/2021 | 1(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Astronomy<br>KALICH, SARAH K 210<br>E: 01/04/2022 L: 06/04/2022 | 1(Reg) | P | P | T | U | T | U | U | T | T | P | U | P | U | P | P | O | O | O | U | U | P | P | U | U | S | - | - | - | - | - | P | P | P | M | - | M | P | P | P | P | P | M | P | P | T |
| Conservation and Preservation<br>CLAYBAUGH, AARON 108<br>E: 11/01/2021 L: 12/18/2021 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History<br>SCHEID, JODIE LYNN 305<br>E: 03/01/2022 L: 06/04/2022 | 2(Reg) | - | P | E | U | P | U | U | P | P | P | U | P | U | P | P | O | O | O | U | U | P | P | | | S | - | - | - | - | - | P | P | P | M | - | M | P | P | P | U | P | M | | P | P |
| 8th US History<br>SCHEID, JODIE LYNN 305<br>E: 08/23/2021 L: 12/18/2021 | 3(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Conservation and Preservation<br>CLAYBAUGH, AARON 108<br>E: 03/01/2022 L: 06/04/2022 | 3(Reg) | - | P | P | P | P | U | U | P | P | P | U | P | U | P | P | O | O | O | U | T | P | P | P | U | S | - | - | - | - | - | P | P | P | M | - | M | P | P | P | P | P | P | P | P | P |
| 8th Language Arts<br>BREW, HEATHER A 308<br>E: 08/23/2021 L: 12/18/2021 | 4(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Language Arts<br>BREW, HEATHER A 308<br>E: 01/03/2022 L: 06/04/2022 | 4(Reg) | P | P | P | U | T | U | U | U | P | T | P | P | T | T | P | O | O | O | U | P | P | P | P | U | S | - | - | - | - | - | T | T | P | M | - | M | P | T | T | | T | T | T | T | P |
| Intro to Woodshop<br>GEORGE, HEATHER LYNN 115<br>E: 08/23/2021 L: 12/18/2021 | 5(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Math<br>KOENEKE, JEANNINE M 302<br>E: 01/04/2022 L: 06/04/2022 | 5(Reg) | P | P | T | P | | U | U | P | P | B | T | P | P | P | P | O | O | O | U | | P | P | P | U | S | - | - | - | - | - | P | P | P | M | - | M | T | T | | | P | P | P | | S |
| 8th Lunch<br>LAMB, JAMES M Cafeteria<br>E: 08/23/2021 L: 12/18/2021 | 6(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Lunch<br>LAMB, JAMES M Cafeteria<br>E: 12/20/2021 L: 06/04/2022 | 6(Reg) | | | | | | | | | | | | | | | | O | O | O | | | | | | | S | - | - | - | - | - | | | P | | - | | | | | | | | | | |
| 8th Science<br>PETERS, AMBER 109<br>E: 08/23/2021 L: 12/18/2021 | 7(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Science<br>PETERS, AMBER 109<br>E: 01/03/2022 L: 06/04/2022 | 7(Reg) | P | U | T | U | U | U | U | P | U | B | T | U | P | P | U | O | O | O | U | P | P | P | P | P | S | - | - | - | - | - | P | T | P | M | - | M | M | O | P | | P | P | P | P | P |
| 8th Math | 8(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NESS, NICOLE M 105<br>E: 08/23/2021 L: 12/18/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advanced Woodshop<br>GEORGE, HEATHER LYNN 115<br>E: 01/04/2022 L: 06/04/2022 | 8(Reg) | P | U | P | P | U | U | U | T | U | B | P | U | P | P | U | O | O | O | U | P | P | P | P | U | S | - | - | - | - | - | P | P | P | M | - | M | M | O | P | | P | T | P | P | P |
| Homeroom<br>Richardson, Stacey 212<br>E: 09/17/2021 L: 06/04/2022 | 8HR(Reg) | . | . | . | . | . | . | . | . | . | | . | . | . | . | | . | . | . | . | . | . | . | . | . | . | - | - | - | - | - | . | . | . | . | - | . | . | P | P | . | . | . | | | . |

| Course | Expression | 5/2-5/6 | | | | | 5/9-5/13 | | | | | 5/16-5/20 | | | | | 5/23-5/27 | | | | | 5/30-6/3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| Physical Education 2<br>CARY, JEFFREY ROBERT Gym<br>E: 08/23/2021 L: 12/18/2021 | 1(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Astronomy<br>KALICH, SARAH K 210<br>E: 01/04/2022 L: 06/04/2022 | 1(Reg) | E | E | P | P | U | U | P | P | P | O | E | U | P | P | P | P | S | P | U | P | - | P | P | P | P |
| Conservation and Preservation<br>CLAYBAUGH, AARON 108<br>E: 11/01/2021 L: 12/18/2021 | 2(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th US History<br>SCHEID, JODIE LYNN 305<br>E: 03/01/2022 L: 06/04/2022 | 2(Reg) | E | E | P | P | U | P | T | M | P | O | E | U | P | P | U | P | S | P | P | P | - | P | P | P | P |
| 8th US History<br>SCHEID, JODIE LYNN 305<br>E: 08/23/2021 L: 12/18/2021 | 3(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Conservation and Preservation<br>CLAYBAUGH, AARON 108<br>E: 03/01/2022 L: 06/04/2022 | 3(Reg) | E | E | P | P | U | U | P | P | P | O | E | U | | P | P | P | P | P | P | P | - | P | P | P | P |
| 8th Language Arts<br>BREW, HEATHER A 308<br>E: 08/23/2021 L: 12/18/2021 | 4(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Language Arts<br>BREW, HEATHER A 308<br>E: 01/03/2022 L: 06/04/2022 | 4(Reg) | E | E | P | P | U | U | P | P | T | O | E | U | P | T | P | T | P | P | T | P | - | T | P | P | P |
| Intro to Woodshop<br>GEORGE, HEATHER LYNN 115<br>E: 08/23/2021 L: 12/18/2021 | 5(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Math<br>KOENEKE, JEANNINE M 302<br>E: 01/04/2022 L: 06/04/2022 | 5(Reg) | E | E | P | P | U | U | U | P | P | O | E | U | P | | E | P | P | U | P | P | - | P | P | P | P |
| 8th Lunch<br>LAMB, JAMES M Cafeteria<br>E: 08/23/2021 L: 12/18/2021 | 6(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Lunch<br>LAMB, JAMES M Cafeteria<br>E: 12/20/2021 L: 06/04/2022 | 6(Reg) | E | E | | | | | | | | | E | | | | | | | | | | - | | | P | |
| 8th Science<br>PETERS, AMBER 109<br>E: 08/23/2021 L: 12/18/2021 | 7(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8th Science<br>PETERS, AMBER 109<br>E: 01/03/2022 L: 06/04/2022 | 7(Reg) | E | E | T | P | U | U | P | P | P | O | E | U | P | P | E | P | P | U | P | | - | P | P | P | P |
| 8th Math<br>NESS, NICOLE M 105<br>E: 08/23/2021 L: 12/18/2021 | 8(Reg) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Woodshop GEORGE, HEATHER LYNN 115 E: 01/04/2022 L: 06/04/2022 | 8(Reg) | E | E | P | P | U | U | E | P | O | O | E | U | P | T | E | P | P | U | P | P | - | P | P | P | P |
| Homeroom Richardson, Stacey 212 E: 09/17/2021 L: 06/04/2022 | 8HR(Reg) | . | . | | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | - | . | . | P | . |

**Legend**

**Attendance Codes:** =Present | P=Count Day Present | A=Absent | T=Tardy | DLP=Distance Learning Present/Participation | DLA=Distance Learning Absent/No Participation | DLE=Distance Learning Excused Absence | DLU=Distance Learning Unexcused | U=Unexcused Absence | E=Excused Absence | B=Behavior Intervention | O=Out of School Suspension | I=In-School Suspension | S=School Related Absence | M=Medical/Dental | Q=Quarantine | F=Funeral/Death | V=Vacation | X=Truant/Skipped School | L=Legal | C=Communication | W=Working | R=Response via Email | H=Here on Site |