EXHIBIT E-1

█████ *communication log.  Please enter yes or no daily showing if* █████ *was able to stay in
class all day and if you witness any negative communication between* █████ *and staff and
students.  The last blank is left for explanation of any yes(s) and any communication deemed
necessary between staff and home.  Please leave positive feedback here as well.  Family will be a
part of this document and will be able to notify staff daily if there is anything that is needed.*

3/12/2020

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | yes | no | yes | █████ was telling a story about what happened in the lunchroom yesterday. He called a student in the story a "Douche". I stopped his story and let him know that we do not talk like that even when telling a story. |
| 2nd-MATH |  |  |  |  |  |
| 3rd - SCI |  |  |  |  |  |
| 4th - ELA |  |  |  |  |  |
| Lunch |  |  |  |  |  |
| 5th - LS |  |  |  |  |  |
| 6th - SS |  |  |  |  |  |
| 7th - GA |  |  |  |  |  |

█████ *communication log.  Please enter yes or no daily showing if* █████ *was able to stay in
class all day and if you witness any negative communication between* █████ *and staff and
students.  The last blank is left for explanation of any yes(s) and any communication deemed
necessary between staff and home.  Please leave positive feedback here as well.  Family will be a
part of this document and will be able to notify staff daily if there is anything that is needed.*

3/11/2020

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | no | no | yes |  |

| 2nd-MATH | n | n | n | y | ███████ worked on a pi day word search. I had to remind him to turn his music down a couple of times, but no strikes today. |
|---|---|---|---|---|---|
| 3rd - SCI | n | y | n | n | It was reported to me that ██████ is calling a student a bitch. She has told me before and told me again today and another student confirmed that she heard it too. He also said fuck you to her in the hall when she wouldn't high five him. When she walked by him he said ewww. I told him not to say that and he said "I don't like her". I told him he still shouldn't be mean to her and I was told he has called her a bitch. He said he did but only once. I do not believe he got anything done today. He would not go with Mrs. Horn to do his work. |
| 4th - ELA | | | | | ███████ came into class for about two minutes. He stuck foil to his desk, but he removed it when I asked him to. He got called to the office almost immediately for throwing food in the cafeteria.<br><br>When he came back, he immediately started talking to his quiet classmates and then left for his break.<br><br>On his break, I heard him yelling at Ms. Horn. She had told him he could not play a song loudly in the hallway that said, "bitch" and "fuck" in the first twenty seconds. He got immediately argumentative and yelled, "I do this all the damn time. I can do what I want." |
| Lunch | | | no | no | During lunch ██████ was called back to the lunchroom to clean up a mess from throwing food. ██████ told Miss McConn he wasn't going to do it so he was sent to the office. Mrs. George met with him and asked him what happened. He told her he wasn't the only one and he didn't start it so he wasn't going to clean it up. Mrs. George asked him if he threw food and he said he did. Mrs. George and ██████ watched the video in the cafeteria. Mrs. George said "It looks like all four of you didn't make good choices." ██████ agreed and she said they all should clean the cafeteria. ██████ told her he didn't want them to and that he would do it himself. She asked if he wanted to do it after |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | breakfast or lunch tomorrow. ▆▆▆ chose to clean after lunch. |
| 5th - LS | | | | | |
| 6th - SS | | | | | |
| 7th - GA | | | | no | Mrs. Richardson was absent for the hour. I knew I would be gone so I talked to ▆▆▆ ahead of time and let him know he would be going to Mr. Cunningham's classroom for 7th hour instead of staying with the sub. It was a preventative measure so he could make the right choices and not get in trouble. The sub left a note saying that he came in the room looking for another student and initially refused to leave and go to the room that both ▆▆▆ and the sub knew he was supposed to be in. He did eventually go the sub stated, but she said he was loud and demanding. We all know that ▆▆▆ is louder so when I talked to him about it today (3/12) he didnt think he was loud. The sub noted that ▆▆▆ was peaking his head in the classroom again and being disruptive. I was told by other staff this morning that he was wandering around the hall and not following directions. |

▆▆▆ communication log.  Please enter yes or no daily showing if ▆▆▆ was able to stay in class all day and if you witness any negative communication between ▆▆▆ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

*3/10/2020*

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | no | no | yes | |
| 2nd-MATH | | | | | |
| 3rd - SCI | | | | | |

| 4th - ELA | | | | | ███ opened three separate classrooms while he was headed for his break and yelled into all of them. He did the same thing on his way back.<br><br>At the beginning of class, while I was in the middle of directions, he opened a book, looked around and said loudly, "Holy shi--" and got everyone's attention. I gave him a strike for disrupting, and he argued.He also said, "If it makes you feel any better, I wasn't really listening." At one point he was picking up a chair and holding it with its legs in the air. I gave him an opportunity to try a different seat, but he immediately started interrupting me to talk to his new neighbor. I told him that that seat may not be a good option for him because of all of the interrupting, and he argued with me, asking, "Why??" |
|---|---|---|---|---|---|
| 5th - LS | no | no | no | no | Mrs. Richardson-I had ███ today for 5th hour as Mr. Cunningham was out sick. He was told he was getting his break and that when I asked him to come back in the room that he needed to follow directions. We were watching a movie during class but he did not want to watch the movie. I told him I understand but he was asked to come back from the sensory room and did not follow that direction. |
| 6th - SS | | | | | |
| 7th - GA | | | | | |

███ communication log.  Please enter yes or no daily showing if ███ was able to stay in class all day and if you witness any negative communication between ███ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

3/9/2020

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|

| | | | (y or n) | |
|---|---|---|---|---|
| 1st HR | no | no | no | yes | Had a decent morning. Was able to follow directions without multiple reminders. |
| 2nd-MATH | n | n | n | y | ▇▇▇▇ received two strikes. The first was right before class started (he was yelling hi extremely loud). The second was when I was teaching ( he kept yelling shut up to the class). After that he was decent. |
| 3rd - SCI | | | | | |
| 4th - ELA | | | | | He did well when he was catching up on his reading next door. |
| 5th - LS | | | | | Mrs. Richardson- I had ▇▇▇▇ for 5th hour as Mr. Cunningham was absent. We were watching a movie with the class. ▇▇▇▇ did a good job being respectful during the movie. |
| 6th - SS | | | | | After some rough interactions this morning, ▇▇▇▇ came in and had a very good day in class. He did not receive any strikes and worked well with his group on their presentation. |
| 7th - GA | | | | | |

Home:

Note: Before the final bell rang this morning, ▇▇▇▇ was kicking a locker repeatedly. I went up and asked him about it and he said "it was ▇▇▇s locker." I explained that it didn't matter whos locker it was and that he shouldn't be kicking any lockers. I was explaining that it was destructive and unnecessary. He was saying "lecture, lecture, cool story bro, etc." He tried to walk away and I said "I am still talking to you, you need to be respectful and let me finish." Then when he went into 2nd hour he went in yelling and I explained that he needed to enter quietly and respectfully. He continued to say the same things as earlier in the morning. Then when I had my 2nd hour in the hallway and he was coming back from his break, while he was on his way to his classroom he was saying this again and he wasn't in that class. Then during 2nd hour I had my door open and students were working and he was talking loudly into my classroom disrupting my class.

*▇▇▇▇  communication log. Please enter yes or no daily showing if ▇▇▇▇ was able to stay in class all day and if you witness any negative communication between ▇▇▇▇ and staff and students. The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

3/6/2020

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | no | no | yes | Had a good morning. I remembered to go over the daily expectations with him. I have the hoodie. I offered ▮▮▮▮ the jacket that Mr. Gerbers had for him. It is a black pullover with a half zipper. He said no thank you. |
| 2nd-MATH | n | n | n | y | ▮▮▮▮ worked in the room next door to the classroom with Mrs. Horn on his pi number. He finished the number and turned it in. |
| 3rd - SCI |  |  |  |  | Mrs. Richardson- I forgot that Mrs. Bowman had a sub today. ▮▮▮▮ was sent out of the room because he was being loud to go on his break. I had Ms. Horn had ▮▮▮▮ come to my room as our original plan was to have him go to the focus center during this hour but it was not available. In my room, ▮▮▮▮ followed directions and worked on the chromebook. |
| 4th - ELA |  |  |  |  |  |
| 5th - LS |  |  |  |  |  |
| 6th - SS |  |  |  |  |  |
| 7th - GA |  |  |  |  | ▮▮▮▮ did a good job today according to the behavior plan. I told him he has earned his reward for the day. He chose to go to the weight room. As it got closer to time for his reward, he decided that he did not want to go. I did tell him I was going to note that he had a good day and earned his reward. |

Home:

3/5/2020

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|

| 1st HR | | | | | |
|---|---|---|---|---|---|
| 2nd-MATH | y | y | y | n | 1st strike- I was passing out the work and getting the classes attention when ▇▇▇▇ said "Why should I?" After that Wytam kept asking to get kicked out. I said no. He kept blurting and saying my name over and over again during notes. I asked what he wanted and it was something random, nothing to do with the math. (that was strike 2). He still kept saying "can I go to the office, can I go to the office distracting the entire class. He would not stop. That gave him his 3rd strike sending him to Jill's room. ▇▇▇▇ stated he purposely got his three strikes in class because he wanted to kicked out and not be there.  He also stated he didn't walk out so he couldn't get in trouble for that.  While in the focus center he didn't do any work and said he wasn't going to.  He also made three disrespectful comments to another student: "do you have a staring problem, can you even read, and your four eyes probably help you."  Each time a comment was made ▇▇▇▇ was reminded he was not saying appropriate things and he was given a final warning.  He was send to the focus center at 9:00 am and it was 9:25 when he was given his last warning about comments. ▇▇▇▇ was read information that was to be read to him everyday in homeroom.  All of this was witnessed by Mrs Easterday while in the focus center. |
| 3rd - SCI | | | | | |
| 4th - ELA | | | | | ▇▇▇▇ got one strike in the hallway for refusing to follow directions from Mr. Claybaugh and saying something disrespectful. He didn't get any other strikes in class. He spent most of his time catching up on his reading with Ms. Horn. |
| 5th - LS | n | y | n | n | As soon as Watyma entered the room he began asking loudly to go to MRs Bissetts room to work because this sclass was stupid.  I asked him why he thought that and he kept saying "cuz" I told him he was too smart to answer questions with "cuz ".Wayma quickly got two strikes for arguing |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and yelling multiple times at other students to shut up. He also flipped me off when I turned around but I pretended not to notice in order to try and get him to stay through the hour.  He asked and was given his 10 minute break.  He was playing on his phone while in the sensory room which I considered fine and followed directions to come back to class.  He asked numerous times to go to do his work in Mrs. Bissetts room we discussed it and decided that that was not an option in his BSP and he was also rude to a student during his time in her room earlier.  He did stay in the room the entire hour but would only sit in the calm down area and would not do the assignment.  I twice asked him to get off his phone when he was in this area. |
| 6th - SS | | | | | |
| 7th - GA | no | yes | no | no | I told the entire class not to talk because one of the students said "Man she is mean and grouchy," so I informed the class that I was not mean and grouchy but I can be and told them that there was to be no talking the entire class period. ▮▮▮ when coming back from his break knowing this continued to talk. The entire class was talking so he was not alone and I will be figuring out a way to deal with all of them that is both fair and fitting. One of the things that ▮▮▮ was saying with another student was something about "players and Hoes". I sent ▮▮▮ to the focus center not because he was in trouble, although I told him that this was language that was not acceptable, but because he told me I "only hear what I want to hear." If the other student did say similar things I did not hear him, and I let ▮▮▮ know that I did not hear the other student and if I did I would have said something to him also. I plan on talking to ▮▮▮ tomorrow about his word choices and that even though he was sent out for me to have some time to process my thoughts, that I was not sending him out of the room as a punishment, I needed the break to reset. |

| |
|---|
| Home: |

*3/3 - ABSENT*

██████ communication log.  Please enter yes or no daily showing if ██████ was able to stay in class all day and if you witness any negative communication between ██████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

3/2

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | yes | no | no | Today ██████ asked a student if he wanted to catch a chair. This is a student that ██████ makes rude comments to every day when the student comes in the room. He says things like "eww gross its (student's name)" The student has not done anything to deserve being talked to like this. For this I gave him his 1st strike. He then put his hood up and I asked him to take it down. I gave him a few minutes and then gave him strike 2. He was then being rude to a different student and I told the student to ignore him. She tried but he got louder. I then gave him his third strike for still refusing to take his hood off. I sent him to the focus center. |
| 2nd-MATH | y | y | n | n | Before class started and before his break, ██████ was saying loudly that another student is a lesbian. I told him to stop and that it was strike 1. He then left for his break. When he came back, he was constantly blurting and talking over me (strike 2) and then right when class was ending, he picked up a chair and held it over his head.I told him to put it down multiple times. when he wouldn't put it down, I told him strike 3 and to leave. |

| 3rd - SCI | | | | |
|---|---|---|---|---|
| 4th - ELA | | | | |
| 5th - LS | | | | |
| 6th - SS | | | | |
| 7th - GA | | | | |

| Home: |
|---|
| |

██████ *communication log.  Please enter yes or no daily showing if* ██████ *was able to stay in class all day and if you witness any negative communication between* ██████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*2/28*

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | no | no | yes | ██████ had a good morning. He was pleasant with others. He was able to joke around in a nice manner with his classmates. It was a welcome change and great way to start the day. I hope he can keep this going the rest of the day. |
| 2nd-MATH | | | | | |

| 3rd - SCI | yes | yes | yes | Yes | ███████ was taking his break on the chromebook and was playing a game that he was clicking the keys on the keyboard very loudly.  I asked him to go in the hall for his break because it was disruptive and he said, "what I'm just playing a game" and I told him I knew but it was distracting the class as I was trying to review the study guide for the test on Monday.  He was mad and said, "Ho be like".  I said, "what did you say?" and the students told me what he said and he was basically calling me a "ho".  I sent him to the office. Mrs. Horn walked with him and she said he kept repeating Fuck (I did not know this until lunch today) - He later came back with ██████ and we talked. I allowed ██████ to stay in class for the last 15 minutes of the hour. |
| 4th - ELA | N- until appointment | n | n | y | ███████ went to his break and came back in a good mood. I was very hopeful that he would have a great day. Right before we began to read, he got called out of class to leave. He yelled, "GOODBYE, PEOPLE!" extremely loudly on his way out. We will be reading chapters 11-12 of *The Giver* today and then reviewing for our vocabulary quiz that has been rescheduled for Monday. I've attached links to the book and to some flashcards he can use to study. He also has access to the words and definitions on Google Classroom. <br> Full text of "The Giver (Full Book)" <br> https://quizlet.com/_83c9nf?x=1jqt&i=1aa kyj |
| 5th - LS | | | | | |
| 6th - SS | | | | | |
| 7th - GA | | | | | |

Home:

*████████ communication log.  Please enter yes or no daily showing if ████████ was able to stay in class all day and if you witness any negative communication between ████████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

2/25

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR |  |  |  |  |  |
| 2nd-MATH | y | y | y | n | During our quiz review, ████████ kept saying my name over and over. I asked what he wanted and he was just blurting some random story. I kept going with our quiz review. When I then passed out the quizzes, he kept saying my name over and over again. I said you are going with Mrs. Horn to take your quiz. He replied, " I can't saying your fucking name?" (in a very rude and sarcastic way) and slammed the door extremely hard. |

| 3rd - SCI | yes | no | no | no | ████ was very loud today.  I reminded him several times to be quiet.  He got 2 strikes.  At the end of the hour I told the students to sit in their seats so I could check my room.  The bell rang and ████ left when I told him stay until I checked my room. He ignored me and left. |
|-----------|-----|----|----|----|---|
| 4th - ELA | n | n | n | y | ████ had a good day in ELA. Initially, he argued with me because I wouldn't let him take a friend on his break due to his behavior in math, but eventually he went on his own. After he came back, he only made mild interruptions during class and did a nice job on today's vocabulary activity, which involved a randomly assigned partner.<br>****████ clothes had an overpowering odor of urine today. |
| 5th - LS |  |  |  |  |  |
| 6th - SS | Yes | No | No | No | ████ got three strikes. Two were for being rude and disrespectful and saying rude things to classmates.  The third was for not following directions (he refused to take his hood down). |
| 7th - GA | yes | yes | no | no | I had multiple students taking tests in class this hour. I asked him multiple times to stop playing music out loud as it was disturbing those taking their tests. He turned the music down but did not follow the direction. He and another student were messing with other students. ████ and another agitated a new student in class that just started in our district last week to the point that I had to send the student out of the room so they could calm down after being provoked. At the end of the day a student walked out stating that ████ should start bullying someone else. I had two students come up to me after class ended and state that they do not like ████ acts like this and does what they consider bullying them because it makes them not like class. |

| Home: |
|---|

████ *communication log.  Please enter yes or no daily showing if* ████ *was able to stay in class all day and if you witness any negative communication between* ████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*2/24*

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | yes | n | n | no | A student walked in and ████ began saying his name over and over again. The student was choosing to ignore him the entire time. ████ was saying the students name from 8:12 until 8:19 when I asked him to go into the hallway so the rest of the class could hear CNN10. Ms. Horn went with him to make sure he was making the right choice in the hallway. As I asked him to go into the hallway he got louder and began yelling the student's name and saying "How rude, you cannot even wave back!" Multiple students in the class had asked ████ to stop this morning as they too were getting bothered by his constant talking. Ms Horn talked to ████ in the hall to get him to quiet down. She gave him a choice to be quietly in the hall or go to the office. He said office. She walked him to the office to which she told him that he couldnt just go by himself to the office, she needed to make sure he was making the right choice. He then said he wanted her to leave him the "fuck" alone. She said okay I will not bother you, and that I want you to have a |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | good day today, so go in the office and reset. |
| 2nd-MATH | y | y | n | n | ▆▆▆▆ received a first strike when he whispered faggott under his breath when class started. The second strike was when we were doing our breakout escape room, he kept calling Mrs. Milton over and over again while she was helping someone. I told him to stop and to wait his turn. That is being rude. His third strike came immediately after then when he asked me "if I have looked in a mirror?" |
| 3rd - SCI | yes | no | no | yes | ▆▆▆▆ was being very loud when students were answering questions.  He would say, "oh oh course you would know", "I don't know,"  "if you say so".  I asked him to stop yelling, please be quiet, etc.  I finally gave him his 3rd strike and when he left he said, "this is a dumb ass class" |
| 4th - ELA | | | | | Did not attend |
| 5th - LS | | | | | |
| 6th - SS | | | | | Did not attend |
| 7th - GA | | | | | |

*Hallway behavior- ▆▆▆▆ refused to take his hood off when I asked him nicely before second hour. Instead, he argued with me, saying that he's not even in class. I reminded him that he is not allowed to wear it in the hallway either, and he responded, "Yes, I am. I literally do it every day. I just take it off before I go into the classroom." Then he walked away from me, hood still up.*

| Home: |
|---|
| |

▆▆▆▆ communication log.  Please enter yes or no daily showing if ▆▆▆▆ was able to stay in class all day and if you witness any negative communication between ▆▆▆▆ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | n | y/n-argued | n | | As another student was leaving the room as he does everyday ▇▇▇▇ and the students started yelling back and forth to eachother "BYE" as loud as possible. I had to raise my voice and yell (which hurts as my voice is hoarse and going) to even get ▇▇▇▇ to hear me in order to stop yelling. I told him to stop. He asked why I didnt tell the other student who was already down the hall, to which I informed him as soon as the student gets back I will be talking with him too. ▇▇▇▇ kept arguing about it and I said again to stop. He asked, "Stop what?" To which I replied stop yelling and being so loud, stop disrupting the class, and stop doing stuff that he knows is going to get him in trouble. He has been relatively quiet since I said that to him, hopefully he is understanding that he makes a choice and his actions have consequences. |
| 2nd-MATH | y | n | n | n | ▇▇▇▇ received 3 strikes in math for his blurting, being loud, and disruptive. He still continues to do no math work. |
| 3rd - SCI | | | | | ▇▇▇▇ got two strikes.  He then went in the lab to do his work with Mrs. Horn and started playing music.  Other students working in the lab complained that his music was distracting them.  I went in the lab and heard "nigga" in the song and told him to turn off the music.  He kept listening saying it wasn't loud and I told him that he was not to listen to music because when I came in I heard "nigga" and it was not appropriate.  He still listened to music and I told him to turn it off or go to Mrs. Bisset.  He kept arguing and I sent him Mrs. Bisset.  When he left he said "you're fucking dumb as hell" |
| 4th - ELA | | | | | ▇▇▇▇ did not have any issues today. He was respectful and followed directions while we read. |
| 5th - LS | | | | | |
| 6th - SS | N | Y | N | N | Today was pretty rough.  I have been getting the vibe that ▇▇▇▇ is trying to get strikes |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | to get out of class so I kept him in class the entire hour without giving him any strikes. When he blurted and was disruptive I ignored him.  He did not escalate his behavior but, he continued to say rude things and be disruptive throughout the class period.  He has not been attempting to complete any classwork. |
| 7th - GA | | | | | ▇▇▇▇ was curious how my son had done as part of the quiz bowl team. I told them that the team worked really hard and they got 5th place out of 8 teams. He made a comment about them not being any good or something to that effect. I informed the entire class that this competition was incredibly tough and that the students on the team practiced really hard to compete against some of the brightest kids in the county. He said again that they weren't good. So I told him to go sit in the hall because I needed a break from him for a minute. As N▇▇ has stated she tells him at home to help herself get composure. I went out and talked to him about how I took what he said and as the mom of the only 6th grader to make the team they could have come in last and I will still defend how the team did. He came back into class after that. Lately though he has been bothering other students when they are trying to work on their work. He does not listen to or accept when they try and ignore him or ask him to stop. |

Home:

██████ *communication log.  Please enter yes or no daily showing if* ██████ *was able to stay in class all day and if you witness any negative communication between* ██████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

2/19

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | n | n | n | y/n | He is really chatty and loud this morning. We had to ask him several times to stop talking or talk quieter when we are doing our daily routines. He did however take his hood down. N███- is there any way that AWFUL (sorry only word I can think of) hood at home??? I assume it is a security or comfort thing but he more times than not puts the hood up and then gets in trouble. |
| 2nd-MATH | y | n | n | n | During a khan academy video, ██████ kept blurting this is boring and pretended to fake snore very loudly (that was strike 1). He continued to fake snore (so strike 2 for not listening) and then during notes, he kept blurting and was distracting others (strike 3). He did not make it through math. |
| 3rd - SCI |  |  |  |  |  |
| 4th - ELA | N- | n | n | y/n-hood | ██████ refused to take his hood down, but he was not disruptive at all today, which was great. He did get pulled for part of class by someone I didn't recognize. <br><br> Hallway behavior- ██████ started the day by pulling on the hoods of four different students who were not previously breaking the dress code. Two of the students were upset and told him to stop. **He needs to practice keeping his hands to himself.** The others tolerated it. Later on, ██████ was getting physical with other students in the hallway. They were picking each other up and generally messing around, and ██████ loudly yelled, "Bend over!" When I came out to the hallway, he said, "Just kidding." |
| 5th - LS |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 6th - SS | | | | | |
| 7th - GA | | | | | |

| |
|---|
| Home: |

████ communication log.  Please enter yes or no daily showing if ████ was able to stay in class all day and if you witness any negative communication between ████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

2/18

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | | | | | |
| 2nd-MATH | n | n | n | n | Distracting others in math and did not work |
| 3rd - SS | Y | Y | N | Y/N Some | ████ was pretty loud today.  He got his first strike for making inappropriate "thats what she said" joke in front of the whole class.  Then his second strike came from refusing to take down his hood.  I asked him multiple times and he still wouldn't take it |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | down.  His 3rd strike was for calling another student stupid (very loudly for the whole class to hear). |
| 4th - ELA | | | | | ████ started class by loudly encouraging another student to throw a desk. He got a strike for refusing to take his hood off. He successfully read a couple of chapters with Ms. Horn, but when he came back, he was loud and disruptive again. When I corrected a student, he stage whispered, "Buzzkill." |
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

Home:

████ communication log.  Please enter yes or no daily showing if ████ was able to stay in class all day and if you witness any negative communication between ████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

2/12

| | Left class (y or n) | Neg.  talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | n | n | n | n | ████ was reminded before the bell rang that he is not to have his hood up. It is a school rule and even though he kept telling me that "he is special" I reminded him that he is not excluded from this rule no matter how "special" he is told he is. He received his first strike for not taking off his hood when the bell rang as he was informed would happen. During the announcements he was asked again and he refused voicing that he was not going to take it off. I let him know that he is now on strike 2. |
| 2nd-MATH | n | y | n | n | After he came back from his break, he received two strikes. The first strike was for being mouthy towards me while I was trying |

| | | | | | to get the class's attention. The second strike was for coming up to my desk and shouted my name very loudly. A student right next to me has sensitive hearing and this hurt him. ▆▆▆ continued to do no math work and just mess around. ***see below*** |
|---|---|---|---|---|---|
| 3rd - SS | N | N | N | Y | ▆▆▆ came in and immediately asked if he could take another student on his break if he was good in class today. I said he would have to have a perfect day.  He agreed.  When he came back from his break he had a really good day where he followed my directions and accomplished a good amount of work. |
| 4th - ELA | | | | | |
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

***During Science ▆▆▆ and I (Mrs. Richardson) went to talk to Mrs. Ness about what had happened in math (We had permission from Mrs. Bowman).Talking things through, he said he did not realize how loud he was being and did say "my bad" (with sincerity in his voice) when she said that he hurt the ears of the student he was so loud by. He admitted that he was messing around and that since the class was settled at the moment it wasnt the time to mess around. Mrs. Ness and I were both very proud of ▆▆▆ agreeing to take this step and talk with us about issues that happen during classes. ▆▆▆ knows that for his 7th hour break I read through the behavior log and if I see that he had negative interactions or more than two strikes in class I will not let a student from our class go with him on a break. He will still get his break but it will be by himself or on the chromebook. The kids in class know too that if they are not doing what they are supposed to do in their first 6 classes of the day, they can not go with him if he asks to take someone. So far this has been pretty successful for his last break of the day.

| Home: |
|---|

▆▆▆ communication log.  Please enter yes or no daily showing if ▆▆▆ was able to stay in class all day and if you witness any negative communication between ▆▆▆ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed

*necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

2/11

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | n | y | n | n | ▉ needed repeated reminders to stop taking another students things. The student, myself, and our class EA all had to ask multiple times about multiple items. Again today he kept saying "meth" when we were talking about math. He was told that is inappropriate language. |
| 2nd-MATH | y | y | n | n | ▉ reached 3 strikes in math today. When Mrs. Bissett came into the room to talk to a student, he started fake coughing very rudely while I was teaching. She gave him the first strike. He received the second strike when he continued to do it. The third strike came from him. He stood up and said strike 3 and walked out. |
| 3rd - SS | n | n | n | eventually | After his break, ▉ refused to take down his hoodie. He also got a strike for being disruptive when kids were trying to work on their webquests. He worked with Ms. Horn individually in another room. |
| 4th - ELA | n | n | n | y | ▉ did very well today. He took his hood off after the first request. He worked well with a partner and his helper, and he completed his work without being disruptive. It was a great day. |
| 5th - LS |  |  |  |  |  |
| 6th - SCI |  |  |  |  |  |
| 7th - GA |  |  |  |  |  |

Home:

███████ *communication log.  Please enter yes or no daily showing if* ███████ *was able to stay in class all day and if you witness any negative communication between* ███████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

2/10

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | n | n | n |  |  |
| 2nd-MATH | y | y | y | n | He did no work today. ███████ received 3 strikes in math today. The first strike was for hitting his desk against another student's chair disrupting her learning. The second strike was for blurting out and disrupting the lesson and the third strike was for raising is hand and asking me "Mrs. Ness, why are you so rude?" He was sent to Mrs. Bissetts. |
| 3rd - SS |  |  |  |  |  |
| 4th - ELA |  |  |  |  | ███████ took his quiz today without any issues. He would benefit from some after-school tutoring. My availability was sent via email last week. He did not accomplish any part of his worksheet during his work time, so he may need to finish it for homework tomorrow. |
| 5th - LS |  |  |  |  |  |
| 6th - SCI |  |  |  |  |  |

| 7th - GA | n | y | n | n | In class we were working on our study guides for the open note test and ▮▮▮▮ decided he did not want to do the work with us to be ready for the test today. When I was going over Math with a few students on the board he kept saying you mean "Meth". I informed ▮▮▮▮ that per the student hand book talking about drugs, etc is not allowed. He kept doing it even after being asked not to. |

| Home: |
|---|

2/7/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | no | no | no | yes | |
| 2nd-MATH | n | n | n | yes | ██████ took a quiz today in a different room. When he came back to class, he joined the class in the Gimkit they were playing.He got no strikes. |
| 3rd - SS | N | Y | N | 50/50 | ██████ got two strikes for being disruptive and disrespectful toward other people in the classroom.  Strike 1 was for telling another student to keep his hood on because no one wanted to see his ugly face and strike 2 was for saying "EWWWWWW Mrs. Richardson is here."  He was able to stay in class and did not reach strike 3.  That said, he did not do any work. |
| 4th - ELA | n | n | n | y | ██████ spent his time catching up on the chapters of *The Giver* he missed. He was respectful and followed directions. |
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

| Home: |
|---|

███████ communication log.  Please enter yes or no daily showing if ███████ was able to stay in class all day and if you witness any negative communication between ███████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

2/5/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | | | | | |
| 2nd-MATH | | | | | |
| 3rd - SS | | | | | |
| 4th - ELA | | | | | |
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

| Home: |
|---|
| |

████████ *communication log.  Please enter yes or no daily showing if* ████████ *was able to stay in class all day and if you witness any negative communication between* ████████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

2/3/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | n | n | n | no | ████████ received his first strike for refusing to get a book or magazine to read or look at. This was part of the following directions. ████████ received his second strike for repeatedly talking to other people when he was asked to not talk during SSR time. |
| 2nd-MATH | n | n | n | n | ████████ did not do any math work in class today. He made little comments and was talking to other students around him. He received no strikes. |
| 3rd - SS | N | N | N | N | Today was a pretty good day.  He worked with Ms. Horn and got quite a lot accomplished. |
| 4th - ELA | | | | | |
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

| Home: |
|---|

█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

1/31/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | | | | | |
| 2nd-MATH | n | n | n | y | █████ worked on his math packet from yesterday. When students finished the packet, they were allowed to play on a chromebook. He got a chance to do this. |
| 3rd - SS | N | N | N | Y | █████ worked on his study guide and work packets with Ms. Horn in Room 106.  He got quite a bit done. |
| 4th - ELA | | | | | A student claimed that █████ kicked him in the hallway before fourth hour. █████ completely denied it. It was visible on the cameras, so I sent █████ to the office after his break.Then he claimed he was kidding. *Mom was contacted by Mr. Gerbers and he spent time in ISS the rest of the day. - KG* |
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

| Home: |
|---|

██████ communication log.  Please enter yes or no daily showing if ██████ was able to stay in class all day and if you witness any negative communication between ██████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

1/30/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Followed directions (y or n) | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st HR | | | | | |
| 2nd-MATH | n | n | n | n | After his break, ██████ came into class and did not do much work. He worked a little bit on his math packet, but could not stay focused long enough to finish it. He was constantly talking to others and being a distraction to them. He did not receive any strikes. |
| 3rd - SS | Yes | Yes | Yes | Yes | ██████ came into class and was sitting down at his desk.  When I was giving instructions he said "wow, that was aggressive."  I let that slide and ignored it. After the class got started I walked up to ██████ and asked him to take down his hood.  He did without question.  Then another student walked in late and when I turned around ██████ was flipping that student off.  I told ██████ that he needed to leave and that was inappropriate.  He yelled "actually fuck you."  He slammed the door on his way out and yelled "Fuck You" again. When he was walking down the hallway I was explaining why what he did was inappropriate.  He continued yelling "Fuck You" and was punching the lockers as he was going down the hallway.  Mr. Gerbers heard him from down the hall and intercepted him on the way and explained to him that we don't talk like that.  When I got back to class I asked the other student what happened.  The other student that was apart of the incident explained that ██████ called him a butt on his way in.  The other students response was flipping him off (which I didn't see) and then I turned around to see ██████ flipping him off. |