# EXHIBIT E-2

| 4th - ELA | | | | | |
|-----------|---|---|---|---|---|
| 5th - LS | | | | | |
| 6th - SCI | | | | | |
| 7th - GA | | | | | |

| Home: |
|-------|

▓▓ communication log.  Please enter yes or no daily showing if �no▓▓ was able to stay in class all day and if you witness any negative communication between ▓▓▓ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date   1/29/2020

| | Left class (y or n) | Negative talk (y or n) | Write Up (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | n | n | n | We had a business partner today. ▓▓▓ did a decent job with our business partner. |
| 2nd- Math | n | n | | After his break, ▓▓▓ did no work in class. He continues to talk to others around him distracting others. He did not receive any strikes. He did no work the whole class time. |
| 3rd - SS | y | y | n | After ▓▓▓ break he was walking back into the classroom and he said loudly "booooooooorriing."  I explained that was strike one for disrespect and disruptive behavior.  As I was explaining to him why it was disrespectful and disruptive he was saying "lecture, lecture , lecture" along with some other things but, I don't remember what they were.  I explained that was stike two for disrespect.  Then he got up and walked out of the room.  I called down to the office and let them know that he left and they let me know that he was called down to meet with Mr. Hess.  I explained that walking out was strike 3 and that when he was done he was to go to the Focus Center per his plan.  It was explained that the Focus Center is closed.  He did not return to my class.  I will be figuring out the back up plan for when the Focus Center is unavailable. |
| 4th - ELA | y | y | y | ▓▓▓ put his hood on when he got to class. I asked him to take it down, and he ignored me. I gave him some space for a couple of minutes, and then I came back and told him I'd give him one more minute to take his hood down before it counted as a strike. He called me a buzzkill again, after two separate conversations this week about name-calling. I reminded him that calling me names was disrespectful, and that was strike number two. He responded, "Make it three. Goodbye!" and |

| | | | | |
|---|---|---|---|---|
| | | | | then he walked out of class without permission. |
| 5th - LS | | | | ██████ did well in life skills today.  He enjoyed doing the class jobs and did extra so he could get a "bonus". He did get one strike for throwing a ball across the room and continued to do it when asked to stop until i took the ball. BC |
| 6th - SCI | n | n | n | ██████ did a nice job working. He did ask multiple times if he could choose a friend to take during 7th hour for his break. I told him that if he and the person he wanted to go with him that they both had to make the right choices and do work. When I came back in the lab they were messing around. They said they just started, so I informed both boys that this meant they could not go together on ██████ break. |
| 7th - GA | y | y | | ██████ was still upset about not being able to take his friend on his break. Both students are in my class and they both know that I will not let them go together unless they have earned it earlier in the day. ██████ chose not to come to class. He was found after 10 minutes of looking for him in the office and calling other teachers, sitting in the hallway by my class. I was informed by Mr. Cunningham that he was riding the elevators up and down. He is not allowed to do that as it is not in his plan and he has no medical reason on record for needing the elevator. He refused to come in the classroom and was being disrespectful to Mr. Cunningham who was going to take him on his break. ██████ told Mr. Cunningham when he was trying to help him "fine, bye, go back to your room." ██████ was given the option to either come into my room and he could take his break on the chromebook or to go to the office for refusing to come to class. He chose to go to the office. |

██████ *communication log.  Please enter yes or no daily showing if* ██████ *was able to stay in class all day and if you witness any negative communication between* ██████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

1/28/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | ▮▮▮▮ did a good job following directions as expected in homeroom. |
| 2nd-MATH | yes | no | no | ▮▮▮▮ came back from his break and within 10-15 minutes of class, he stood up saying "I need to take my drugs." and left. Mrs. Gundlach followed him to the office. They both stayed down there and with 15 minutes of class left, he came back. He did no work in the classroom, but did do one note sheet with Mrs. Gundlach. When ▮▮▮▮ got to the office to take meds he was told he still had 15 minutes so we worked on fractions assignment.  He was calm in office but complained about having to do the work.  I did not take him back to class until after he took his meds.  KG |
| 3rd - SS | yes | yes | no | ▮▮▮▮ came back from his break and needed some help. After I answered a few questions I got him started.  He was talking with a student behind him and I asked him to turn around and continue working.  He would for a second and then turn back around and continue talking.  I asked him to turn around and he called me buzzkill and I explained that was strike one for disrespect.  Then he followed that up with OK Boomer, and I explained that was strike two for disrespect and explained that calling me anything but my name is disrespectful.  Then a student came back from the bathroom and said there was an issue.  I asked Mrs. Carter to step into my room while I went to see what was going on. In that time she had pulled him out for being excessively loud and disruptive to the students around him.  When she was talking to him I was just getting back and was listening to the conversation and he was saying I was not being loud and I was not yelling, if I was yelling it would have sounded like this and he began yelling at Mrs. Carter.  I said that is strike 3 for disrespect.  I said, lets go down to Ms. Bissetts room.  When we were on the way he yelled a little more and I was explaining that what he was doing was disrespectful and |

| | | | | |
|---|---|---|---|---|
| | | | | disruptive.  As I was explaining why, he went blah blah blah and said and you wonder why I don't like you.  I then explained don't mistake me not liking you for me holding you accountable for your actions.  Then he went into Ms. Bissett's room. |
| 4th - ELA | yes | yes | No, but next namec alling incden t with result in a write up | ████ received three strikes today, but he almost made it through class. He took his break as usual. When he came back, he loudly blurted multiple times that what I was teaching was boring. He was warned about blurting and given strike one. He also blurted, "Oh my God," when I told the class our next task. When ████ did not do well on his in-class assessment, I got him in a small group with one other student to reteach the concept. At first ████ was receptive, but when I gave the other student some attention, W. got up and started distracting another student, showing him how to play a game on his computer, despite the fact that they had an assignment. When I redirected ████ and reminded both students that they were not playing games right now, ████ loudly said, "Ok, buzzkill." I reminded him that we've talked about calling teachers names, and that it's disrespectful to call me a buzzkill. Strike two. He got louder and more confrontational and yelled, "Why? It's not my fault you're a buzzkill!" At this point, I sent him to the office for continuing to be disrespectful and disruptive. |
| 5th - LS | yes | | | ████ received a break at the beginning of class but asked if he could have another break.  I told him I couldnt give him one because he already had one and he wouldnt do any work.  At the time it was completely quiet in the room and he stated he needed a break because everyone was annoying.  I said he needed to do the work he was given and then I could give him a break.  He left the room without permission at this time |
| 6th - SCI | no | no | no | Mrs. Richardson- There was a sub in science today. However, I was able to get ████ to be respectful and do the work Mrs. Bowman had left for the class without arguement, disrespect, or much complaining. He had no negative interactions with the sub. I was pretty proud of his choices. |

| 7th – GA | no | no | no | ███████ did do some work. He finished the typing of his vocab words and also typed the definition of one word. He was focused on looking for a picture of his dad to show another classmate what his dad looked like. I did have to remind him that he cannot talk disrespectfully about the teachers when a student was talking about one of their teachers, especially since █████ does not have this teacher. I informed him that my son had that teacher and he liked the teacher. To which █████ responded "well that explains it!" He looked right and my face and saw that I was not happy with his choice of words regarding my son and apologized. This is something he and I have talked about in the past, that I am very protective of my kids and do not mess around or joke about them as a person. I was glad he was able to recognize what he had said offended me. Baby steps. |

Home:

████ *communication log. Please enter yes or no daily showing if* ████ *was able to stay in class all day and if you witness any negative communication between* ████ *and staff and students. The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

1/27/20

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Today they were watching CNN10, ████ and another student were "tossing, rolling, and dropping" a ball that I have in my fidgit bin. I asked them to stop doing whatever action they were doing at the time. I had to ask multiple times and he did eventually stop. |
| 2nd-MATH |  |  |  |  |
| 3rd - SS | yes | yes | no | ████ came into class and I asked him to take down his hood and he refused. I gave him a few minutes to comply and he did not. I asked him again before he left for his break and he refused. When he came back from his break I explained that he had two strikes for not following directions. He said he might as well leave then. I explained that he did not have to leave and that he could stay. He said I am just going to leave. He went to the office and told them he was on a break and he was not on a break. They sent him back to my class. He was in class for a minute and a student went to sharpen his pencil by his desk he went up to that student and was sort of wrestling with that student for his pencil. I asked them to both sit down and they did. Then I explained again to ████ that he needed to take off his hood. He asked why and as I began to explain he said I don't care and began using his hand to simulate talking/ blah blah blah. Then I told him that was strike three for being disrespectful and he said OK Boomer. He got up and left. When he was in the hall he told another student I was ornery (he used a different word but, I don't remember the word but, that is what he was getting at). He then said to me "what is it, your time of the month or something?" I |

| | | | | |
|---|---|---|---|---|
| | | | | escorted him to the office and explained what happened to Mr. Gerbers. |
| 4th - ELA | | | | ▮▮▮▮ came in with his hood on and argued with me when I asked him to take it off. He eventually took it off, but put it back on about ten minutes later. He was blurting to the point of being disruptive, but I was able to keep him in class. I worked with him one-on-one on his prepositions worksheet for about ten minutes, and he seemed to understand the concept fairly well. |
| 5th - LS | | | | ▮▮▮▮ was yelling loudly at another student who he called stupid, told to shut up and said he was going to put him in a trash can.  I at this point told him it was his first strike.  He said why he didnt do anything.  I asked him what he said to the other student and he repeated that he called him stupid and told him to shut up.  I said that was why he got a strike and he stormed out of the room. |
| 6th - SCI | yes | | | Brought to the office for refusing to work and take his hood down at 1:30. Mrs. George said she would help him and work one-on-one with him and he said he's not going to do it. Mrs. George asked him a couple of times if he was ready to work on it. He said no. She asked him why and he said it's stupid and it's not like he's going to remember it anyway. He spent the rest of the hour in the office. |
| 7th - GA | | | | ▮▮▮▮ did nothing during guided academics except mess with another students chromebook. He was then chasing the student around the end of the day playing a slapping on the arm game. I will be putting this in SWIS about both boys as they were asked not to mess around in class and they chose not to listen. |

Home:

▮▮▮▮ communication log.  Please enter yes or no daily showing if ▮▮▮▮ was able to stay in class all day and if you witness any negative communication between ▮▮▮▮ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed

*necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

1/24/20

|  | Left class (y or n) | Neg.  talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | An announcement came on during our morning announcements that ALL students must take their hood down. ▮▮▮▮ was asked to follow this rule as it was just told as a reminder for ALL students. He said no. I asked him 3 more times to take his hood down. He is being given his 1st strike for not following directions. No other student in the class that has a hoodie on and up (including myself). We also reviewed the 3 strike plan today so he would have a refresher. |
| 2nd-MATH | Class didn't start yet | yes | no | ▮▮▮▮ was headed to my class with his hood up. I asked him to put his hood down. (I was not the only teacher who asked him to put it down). He flat out refused and said "NO." He then went into my classroom with his hood still up. I told him if he wasn't going to take his hood down, then he needed to go to the office. He decided to go to the office with his hood up. |
| 3rd - SS | Class hadn't started yet | Yes | Yes, see below. | ▮▮▮▮ was asked 4 times by 4 different teachers in the hallway to take down his hood. He did not.  When he got into my room I explained that he had to take his hood down because it is a school rule and that if he didn't then he his is not following directions and he will have to go to the Focus Center.  He asked why and I explained that it was the school rule for safety.  Then he said OK Boomer.  I explained how what he said was disrespectful and that he was not to say that.  He continued arguing and being disrespectful.  I told him to come with me and he would be going to the Focus Center.  When we were in the hall and I asked him to stop )because we saw Ms. Bissett in the hall and I was going to have him walk with her to her room) he continued walking and said you can't tell me what to do. He walked down to the office.  After lunch I walked by Aaron's office in the office to go to |

| | | | | |
|---|---|---|---|---|
| | | | | my mailbox and ▮▮▮▮ was in there by himself and he said "you are freaking rude" to me as I walked by. |
| 4th - ELA | | | | ▮▮▮▮ started class by being extremely loud and disruptive. After an initial warning, he continued to blurt loudly and interrupt me. He received two strikes for repeatedly interrupting my directions. I informed him each time. ▮▮▮▮ asked for a break, and I said of course. I gave him the option of playing a game in the back of my room or having someone come take him for a break. He was upset that I would not let him stay in the hallway by himself. He loudly asked the class, "Do you have trust issues?" I called the office to see if someone could take him for a break. He started spinning around rapidly in my computer chair, saying, "I think I'm going to throw up!" and "Oh sh-" When I asked him to move to a normal student chair because he was not handling the privilege well, he refused and got argumentative. He was able to take a break with Aaron and come back. When he came back, he got back into the computer chair and started squeaking it back and forth. I talked to him nicely about how the noise from the chair was distracting for the students taking the quiz. I asked him to please sit in a student chair for today, and he said, "Fine, I'm not staying here." He left with Mr. Hess. |
| 5th - LS | | | | |
| 6th - SCI | | | | ▮▮▮▮ said "you little bitch". I'm not sure who it was directed at. He did his work and turned it in. I will grade it this weekend. |
| 7th - GA | n | n | n | ▮▮▮▮ took his ELA quiz in guided. He did a good job being patient as I was also working with others on their math tests at that time. |

*SWIS minor behavior referral made after ▮▮▮▮ refused to remove his hood for Carter, Ness, Bowman, and Claybaugh on separate interactions*

Home:When did he say "you little bitch" what was the context around it after you heard him say it? Was he arguing with someone?

███████ communication log.  Please enter yes or no daily showing if ███████ was able to stay in class all day and if you witness any negative communication between ███████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

1/23/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | n | n | n | |
| 2nd-MATH | n | n | n | After his break, he did no work. He just sat there during the lesson. After the lesson, during independent work time, he still did no work. |
| 3rd - SS | | | | He got two strikes early on for not following directions and then he was quiet the rest of the hour and followed along. |
| 4th - ELA | y | n | y | ███████ had multiple blurting episodes in class. When I mentioned that everyone needed to make sure they have a book to read, he yelled, "Do you think I'm actually going to read?" He hinted heavily that he had his phone on him, saying, "If someone has their phone on them, could they play games on it? Asking for a friend." In the library, he refused to get a book. When I reminded a group of students he was sitting with that they all needed to be reading, ███████ said, "Can't you see I'm reading?" He had no book. He continued, "I'm reading a book called leave me alone." He appeared to be seeking peer attention. When I tried to redirect him, he continued to ramp up his disrespectful comments and exceeded his three strike behavior plan, so I sent him to the office. He argued, claiming he didn't do anything wrong, and then yelled, "Okay, buzzkill!" After class, ███████ was attempting to board the elevator without permission and argued with me when I asked to see his pass. |
| 5th - LS | | | | |
| 6th - SCI | | | | |
| 7th - GA | | | | |

Home: Ms. Ness, How often would you say ▇▇▇ was just sitting there calmly not doing any work? There seems to be quite a few issues with that lately. Is he saying anything about the work to you? He hasn't said much at home, so its unclear why he is refusing!

▇▇▇ communication log. Please enter yes or no daily showing if ▇▇▇ was able to stay in class all day and if you witness any negative communication between ▇▇▇ and staff and students. The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed. 1/22/20

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | n | n | n |  |
| 2nd-MATH | n | y | y | He was a constant distraction during the hour. Talking excessively to those around him. During our lock down drill, he would not stop talking. When Mrs. George came to open our door, he yelled very loudly interrupting our drill. Then we went into a shelter in place, he kept opening and closing the door. This will be a write up because if this was a real situation, that is considered unsafe. |
| 3rd - SS | N | Y | N | ▇▇▇ hit his three strikes for talking back rudely to Mrs. Richardson, and then not following directions twice. I told him why he received each strike. On the last one that he could choose to follow directions or he was choosing to leave. He refused to follow my directions and chose to leave. He went to Ms. Bissett's room but, he did not follow her directions to remove his hood and he went to the office. |
| 4th - ELA | N | N | N | ▇▇▇ is very far behind in ELA, but he did listen and work hard today on an older assignment. He got one strike early on in class for interrupting me after I reminded him to get quiet. He was respectful and cooperative today overall. |
| 5th - LS | y | Y | n | ▇▇▇ came in after his break and was asked to log in to epic reading which he did. He said he did not want read baby stuff. I told him we are reading it for a reason and it really |

| | | | | wasnt baby stuff and it really should be easy for him if he felt that way.  He proceeded to play games on his chromebook. I asked him what his plan said about not doing his work. He said he didnt know.  I told him if he couldnt do his work and follow directions it was strike one and I would give him a few minutes so he wouldnt get strike two.  He slammed his chromebook shut and left the room.  I asked the EA to escort him to ISS and was told he refused to go there and went to the office instead. |
|---|---|---|---|---|
| 6th - SCI | | | | |
| 7th - GA | n | yes | no | I gave the class assigned seats. ▮▮▮ complained because he cannot sit next to someone he wanted to. He was also calling another student by a name he knows the student does not like. |

Home:

Date: 1/20/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | |
| 2nd-GA | no | no | no | It was a struggle to get him to answer 3/6 "My Dream" bubbles in honor of Dr. King's Birthday. His dream form school was that it would "burn down." |
| 3rd - Science | no | yes | no | Mrs. Richardson- I was in the class with ▮▮▮▮ and they were watching a video about the Earth. ▮▮▮▮ and other students were pushing a table. I grabbed the table so they could not keep pushing it and he yelled "rape, rape." I told him to stop that was in appropriate. He then started messing around again and I let him know that this was strike 2. He said I never told him he got strike 1, I said, that "yelling rape" was strike 1. He said why? I informed him that that was not appropriate and offensive. He laughed and said, "no one is offended (or something to that effect)." I burst |

| | | | | into tears and let him know that I was offended, knowing someone close to me that had this happen to them. He stopped and was silent, but I am extremely hurt by his choice of words. I would like a restorative meeting with him before I have him in my classroom. **Mrs. Bowman** - I have given him two strikes for blurting and calling a student a a "dumb ass". I did not know of the two strikes Mrs. Richardson gave him until filling this out. I was in the office when her situation happened. ▮▮▮▮ just said "wild fucking badgers". Mrs. Gundlach called his mother. He's going to the doctor today, so he will serve time after school tomorrow for language or Wednesday if he is not here.  10 minutes for each incident. He owes 20 minutes for third hour. |
| 4th - ELA | | | | Sub in the room so sent to focus center.  He was given two options, read or sit quietly.  He was told hoodies need to be off in focus center.  He refused. |
| 5th - Math | n | n | n | ▮▮▮▮  refused to do any math work |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

Home: What was the context in which he said "Wild Fucking Badgers"? Thats something very random to say. Was he talking with other kids? Alone? Sorry for all the questions, thats just a new one for me and i havent heard or read any reports of anything like that said before.

▮▮▮▮ communication log.  Please enter yes or no daily showing if ▮▮▮▮ was able to stay in class all day and if you witness any negative communication between ▮▮▮▮ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  1/16/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | | | | |
| 2nd-GA | | | | |
| 3rd - Science | | | | |
| 4th - ELA | y | n | y | ▮▮▮▮ got three strikes today. Two were for incessant blurting. One was for loudly refusing to follow directions. He was extremely argumentative in the hallway. Almost everytime I told him something |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

Home:

■■■ *communication log. Please enter yes or no daily showing if* ■■■ *was able to stay in class all day and if you witness any negative communication between* ■■■ *and staff and students. The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

Date:  1/15/20

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | |
| 2nd-GA | no | no | no | |
| 3rd - Science | y | y | | Mrs. Richardson-■■■ was given his break at the start of class. When he came back to class he was doing a good job. He watched the assigned BrainPop and answered the quiz. When it came time to do the worksheet he started arguing that he had "no idea what to do, what we were studying, and that he wasnt going to do it." I convinced him to help me label the parts of the earth. He told me the parts and I wrote down what he said. The next part of the assignment was a matching word and definition. Since he was absent yesterday, I asked him to simply look for the word in the back of the book like we do EVERY time he and I work on vocabulary. He then said again, "no idea what to do, what we were doing, and that he wasnt going to do it." He sat for a minute, I tried to get him to get work and he said again he wasnt going to work. I let him know that was strike 1. He then threw his book in the trash and said he wasnt doing the work, which was strike 2. We went to the office to take a break because I wanted to try to get him to finish the 7 matching, because I know he can. After the break I gave him a choice where to work. He said he wasnt going to do any work. So I let him know that was strike 3. He then went to the focus center as per his behavior plan. In the focus center he was given 5 minutes by Mrs. Bissett to refocus before he had to do work, I was in the room to continue to help him do the work. After his 5 minutes he said he was not going to do work. He was then sent to the office for the last 10 minutes of class. |

| 4th - ELA | y | y | | ███████ was continuously blurting and interrupting me when he got back from his break. "What happens if we don't do this? Asking for a friend." He was refusing to follow directions. When I adjusted a student's username in a game, he loudly and repeatedly said I was a "buzzkill." When I tried to have a hallway conversation with him where I explained it was disrespectful to blurt and call teachers names like that, he doubled down and continued to argue with me. |
| 5th - Math | n | n | n | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

███████ communication log.  Please enter yes or no daily showing if ███████ was able to stay in class all day and if you witness any negative communication between ███████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  1/13/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | |
| 2nd-GA | no | no | no | |
| 3rd - | | | | |

| Science | | | | |
|---|---|---|---|---|
| 4th - ELA | | | | |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

| Home: |
|---|
|  |

███████ *communication log.  Please enter yes or no daily showing if* ████████ *was able to stay in class all day and if you witness any negative communication between* ████████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*Date:  1/9/20*

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Did a good job today when we were watching CNN 10. |
| 2nd-GA | no | no | no | His new favorite phrase is "Ok, Boomer!" I shared with the whole class that Lake Superior State puts out a list of banned words every year and that was on the list. I think I am going to make a class list of banned words in here with that on the list (because it is an annoying phrase)...the list should be fun. He did his grade check and seems to be developing a good relationship with one of the |

| | | | | |
|---|---|---|---|---|
| | | | | students in class. They were working together on some photos the other student was trying to edit. |
| 3rd – Science | no | no | no | ▮▮▮▮ started class by taking his break with Mrs. Richardson in her classroom, the library, and a visit to Mr. Cunningham's class. ▮▮▮▮ worked in the lab with Mrs. Richardson on the project that was started yesterday. He was turning on the water at the lab stations. Mrs. Richardson asked him 3 times to stop the behavior and he did stop. Another student came into the lab and he and ▮▮▮▮ were struggling together over scissors. Mrs. Richardson had to take the scissors away and ask the other student to leave the room for safety reasons (we don't play around with scissors). He did complete the assignment but struggled with behavior expectations that he knew he should not do (as listed above). |
| 4th – ELA | | | | ▮▮▮▮ got his third strike right at the bell. He did participate in our activity, but he also blurted and spoke unkindly to other students. For instance, he said, "Be quiet before I make you, you little twerp." |
| 5th – Math | | | | |
| 6th – Gym | | | | |
| 7th – Soc. Studies | | | | |

| |
|---|
| Home: |

████ *communication log.  Please enter yes or no daily showing if* ████ *was able to stay in class all day and if you witness any negative communication between* ████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*Date:  1/8/20*

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | After CNN10 he did an amazing job today helping a student that was struggling to log into a chromebook. |
| 2nd-GA | no | no | no | Did a good job working on typing.com when asked. He did sneak back onto one of the games he plays when asked not to play games. He wasnt disrupting others and for the most part following directions, so I did not boot him off the game. I did politely remind him multiple times hoping he will make the right choice. |
| 3rd - Science | no | no | no | Good job today.  Watched a video quietly then went in the lab with Mrs. Richardson and watched a Bill Nye on Edpuzzle and got 14 out of 15 on the questions. |
| 4th - ELA | | | | After yesterday, I requested a restorative meeting with ████ before we try to move forward. Yesterday he was extremely argumentative when it came to my behavioral expectations, and we need to both reach some kind of understanding before he returns. |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

| Home: |
|---|

*██████ communication log.  Please enter yes or no daily showing if ██████ was able to stay in class all day and if you witness any negative communication between ██████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

Date: 1/7/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Watched CNN10. He kept getting on the Snake game even after he was asked not to. The students only have 10 minutes after CNN10 gets over and during that time they are asked to read a book, look at a magazine, or have one of the reading apps read to them. He chose to play games even after I would close him out of the game, he got back on. |
| 2nd-GA | yes | no | no | ██████ was upset because they are not allowed to play games on the chromebook. He did not show his upset about this by acting out physically or verbally, but instead opened up at one time 77 new tabs on the chromebook. He did call the class stupid. After I explained that the class being made of cement walls and carpeted floors had no form of intelligence, he then said, okay it is not stupid but dumb. He seems extremely tired today and stated this morning when asked that he didnt get much sleep. He then asked nicely to take a break (which is normally not allowed per his plan during 1st or 2nd hour), but I can sense that something isnt right so I called the office and sent him down there to see if someone could give him his break. |
| 3rd - Science | | | | |
| 4th - ELA | | | | ██████ walked in screaming, "I'm back!!" I |

| | | | | made him try again, but he continued to yell. I had him take his break. When he came back, we had to have a hallway conversation about profanity, where he took no responsibility for his actions, rolled his eyes, and kept saying, "Whatever." He came back in and started shouting out "Stupid. Dumb," at  the example I was showing the class. When I asked him to join me in the hallway again, I explained that his behavior was disrespectful. I told him interrupting me and telling me what I'm doing is dumb is disrespectful. He tried to argue with me, repeatedly saying it was not. Then he went back to saying, "Whatever." I told him that the way he was talking to me was disrespectful, and he said. "No it's not. You should look up the word disrespectful before you try to use it." I sent him to the office. |
|---|---|---|---|---|
| 5th - Math | no | no | no | ▮▮▮▮ was constantly talking to others around him. When I told him to stop, he would. Then he would start back up again every so often. It wasn't enough to send him out of the room. He also did not take notes during class. |
| 6th - Gym | | | | |
| 7th - Soc. Studies | yes, with permission | yes | no | ▮▮▮▮ came in without taking his break.  He was blurting and disruptive even after I asked him to stop.  Then he called another student a dumbass.  I asked him to go into the hall and I would come speak with him in a moment.  When I went out, I said he seems you are not quite ready to be here yet, why don't we start by taking a break.  He did, and then said he still wasn't ready.  So his break continued. While on his break he was loud in the hallway and disruptive.  I asked him to quiet down and come in.  He was gone for a large majority of the class.  He eventually came back in and got on the Chromebook without asking but, he was not disruptive and stayed for the duration of the hour. |

Home:

*█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

Date: 1/6/20

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | We reviewed the expectations today. One of the expectations in class is that after CNN10 students are to read or be read to (via MyOn). █████ did not want to do either of theses options. Instead he read another student's school emails as the student was going through them. I did let him know that even though that is reading, it is an invasion of privacy and on the creeper scale when you do that over someone's shoulders. The student didnt mind, but it is something I try and help all kids understand that you shouldnt do. |
| 2nd- GA | no | no | no | He did a nice job after several times asking to fill out his grade check sheet. As this class is to help work on goals and have that time to complete missing work, he was asked to either read, do code.org, or typing.com as his work is at home (which is great for him to work on). I did have to kick his computer off of the website Frivboss (a gaming site) multiple times. Our goal for the rest of this semester is to keep working on social cues and developing positive relationships with everyone in this class (regardless of past experiences). Can you please help me remind █████ that food is not allowed in the classroom, unless we are having a class party (birthday celebration, holiday, etc.) I am reminding all students everyday this week but I think this could be something that could use |

| | | | | extra reminders from home too. FYI-everytime I booted him off the computer games he yelled "Ow...she kicked me!" He was booted off the computer games several times. |
|---|---|---|---|---|
| 3rd - Science | yes | yes | yes | I sent an email to all teachers, principals, and counselors requesting a meeting to discuss how ▓▓▓▓▓ can be more successful in class. He was talking very loudly  through a video clip and students asked him to be quiet and he wouldn't.  I asked him to leave the room so students could watch the video.  I had to rewind it for the students.  When he came back he continued to talk loudly and disrupt the class.  I asked him to leave again because he kept saying "tick tock suck my ..."  When asked to stop several times he refused. |
| 4th - ELA | y | y | n | I had to ask ▓▓▓▓▓ to talk to me in the hallway after he was incessantly blurting while I tried to give directions. After he took a break, he was slightly less disruptive, but I had to constantly remind him to lower his volume while we played Gimkit. Also, right after I specifically told them to use their names only for their usernames, he wrote his as "pedo." It was disruptive and inappropriate. |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

Home:

███████ communication log. Please enter yes or no daily showing if ███████ was able to stay in class all day and if you witness any negative communication between ███████ and staff and students. The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date: 12/19

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Good job today |
| 2nd- GA | no | no | no | Played GimKit game with another student and worked well with the other student. The GimKits are used to study material in class. |
| 3rd - Science | | | | |
| 4th - ELA | yes | yes | yes | ███████ started class by "coughing" insults to the other students. He was covering his mouth and pretending to cough while saying things like "nerds" and "losers." I asked him to stop, but he continued to do it at a higher frequency. I asked him to step into the hallway and talk to me. I encouraged him to take a break, but he argued with me that he had done nothing wrong, and that he was just coughing. I explained that coughing was not an issue, but coughing with words is intentional and disruptive and I would not allow it to continue in my class. He walked away from me and ended up calling his mom in the office. He told her I kicked him out for coughing, which I was able to clarify. He then walked away from the office, ignoring me when I tried to talk to him and come up with a plan. I repeatedly made it extremely clear that he needed to go to the office or my room, but he continued walking away from me. The office walkied for someone to retrieve him for me, but apparently that did not happen. He spent more than three quarters of class wandering around, talking to students, and sitting in the display case. |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. | | | | |

| Studies | | | | |
|---|---|---|---|---|

| Home: |
|---|

*█████  communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*Date:  12/18*

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | | | | |
| 2nd- GA | no | no | | schedule is different with shortened classes. Started with 2nd hour because of assembly today. |
| 3rd - Science | | | | Mrs. Richardson-I was attempting to work with █████ in the lab on an assignment that needed done. He wanted to listen to music. I asked him if he was going to listen to music to plug in the headphones and listen that way. He switched the setting on the chrome book to still play through the speakers with the headphones plugged in. I asked him repeatedly to switch the setting back so we could work on his assignment. He was asked to do 3 lines of the first section of the assignment. He was to use numbers from the previous page to fill in a chart. It was 21 total numbers. I let him know if he did the first 3 |

| | | | | |
|---|---|---|---|---|
| | | | | lines, I would do the next 4. He did not want to work even with positive encouragement. I asked if he wanted a break and he said no, so I went back in the science room to see if me leaving the room would allow him to reset on his own.<br>Mrs. Bowman - ▇▇▇▇ would not do any work and would not listen to Mrs. Richardson. He yelled really loud in the lab when I went in to tell him to come in the classroom because it was the end of class. |
| 4th - ELA | | | | No issues |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

| Home: |
|---|

████ communication log.  Please enter yes or no daily showing if ████ was able to stay in class all day and if you witness any negative communication between ████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  12/16

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Did a good job. This week since we do not have CNN10, we will be listening to some of my favorite Christmas stories, either the book or short cartoon version. |
| 2nd- GA | no | no | no | He worked on a GimKit with another student so they could study the story Bud Not Buddy and hopefully prepare for upcoming tests they have. |
| 3rd - Science | | yes | | ████ was messing around in the hallway instead of working. When I walked by, I heard him say "fucking" very loudly. When I looked at him, he said, "Fudging! I meant fudging." Mrs. Richardson- There was a sub and ████ was working in the hallway with a group of students.I had him in the hallway working so he could continue to finish his work with his class as I was with the class. I had to step away to deal with another student but when I left he was not messing around. The messing around happened while I was not there. |
| 4th - ELA | | | | He walked in yelling, "Oh yay, I'm gay!" He was constantly going on game tabs without permission when he was supposed to be reading with us. When I talked to him in the hallway, I reminded him that computer games are only for rewards and free time in my room. He was frustrated but respectful. When I asked him if he wanted a break, he stayed calm and said yes. He walked for five minutes. |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. | no | no | no | Good day! |

| Studies | | | | |
|---|---|---|---|---|

| Home: |
|---|

█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  12/13

| | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | █████ was extremely lethargic. He was quiet and end up falling asleep at his desk. |
| 2nd- GA | no | no | no | █████ slept through the entire class period. He does not seem like himself today. █████ did email and let us know about his difficulty sleeping the past few days, so Heather George and I decided to just let him rest to see if that would help him out. Sometimes rest even if it is during class is what our bodies need mentally and physically. |
| 3rd - Science | | | | There is a substitute in 3rd hour, so █████ will be spending class with me. |
| 4th - ELA | | | | █████ listened to the book while typing. He also took a test he needed to make up, which boosted his grade quite a bit. |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

Home: