# EXHIBIT E-3

█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  12/10

|  | Left class (y or n) | Neg. talk lang. (y or n) | Write Up?. (y or n) | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Really was interested in today's CNN10. We watched an episode that had super high acrobats. He was amazed by how high they were jumping without safety harnesses. |
| 2nd- GA | no | no | no | Was working on code.org and doing well for the first half of class. He stayed with a sub (another teacher from 7th grade) while I am at the meeting. I received a good note from the substitute. |
| 3rd - Science |  |  |  |  |
| 4th - ELA | n | n | n | █████ took a 10 minute break in class, and then did his assignment with the class. |
| 5th - Math | y | y | y | Told a student to "shut the fuck up" loudly for the entire class to hear |
| 6th - Gym |  |  |  |  |
| 7th - Soc. Studies |  |  |  |  |

Home:

█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  12/9/19

| | Left class (y or n) | Neg. talk (y or n) | lang. | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | Yes-to call home about a permissio n slip | no | no | Did a good job today in class |
| 2nd- GA | no | no | Yes | █████ misheard a student. The student said another student's name. However, █████ said "That Mother Fucker said a bad word." We talked about how even if we hear a bad word, which in this case it was confirmed by multiple students that the initial student did not swear, that it is not a good choice for us to swear. After that his language was great. I did have to talk to him about playing Gangsterzz.io again. We have discussed because of the nature of that game it is not a school appropriate game. |
| 3rd - Science | YES | yes | yes | Mrs. Richardson-█████ was sent to my room to work on his work. He has a study guide to do and did not want to work on it. He had his book and complained when I asked him to write down five words to answer one of the questions. I encouraged him to write them because it was not a lot of writing and I knew he could do it, I have seen him do tasks like this before. After much complaining he did write down a few things. He has a mechanical pencil he uses in my room because I know that is his preference and I gave him that pencil to use on the assignment. Mrs. Bowman - █████ would not get on task after taking his break.  He kept talking and would not work on his study guide.  Mrs. Richardson was not in my room so I called her and asked if he could work in her room because he was disrupting the class.  She said yes and I sent him to her. |

| 4th - ELA | Yes- I sent him on a break | yes | yes | ███████ wanted to take a break in my room, so allowed him to try that. He started getting extremely loud, and one of the words he yelled was, "Bitch." I told him he needed to take a walk and cool off. He was calmer when he came back. He read with us until he left for bowling. |
|---|---|---|---|---|
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | | | | |

| Home: |
|---|

█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  12/5/19

|  | Left class (y or n) | Neg. talk (y or n) | lang. | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | █████ had a good day. He brought a set of personal headphones to use for class. I asked him to make sure he wasnt listening to music during CNN10. He agreed and did a nice job following directions. |
| 2nd- GA | Yes-for bathroom break | no | no | █████ worked on an online activity for his math class, a Khan Academy that was assigned. He had a pretty good day. He was playing a game called gansterzz.io, I talked to him about that game being not school appropriate because the avatars (characters) are killing people and have a weapon. He did get off the game and work on his work at that time with the same amount of enthusiasm as any middle schooler asking to get off a game they are playing (the equivalent of a "but...mom...."), which made me extremely happy that he followed that direction!! |
| 3rd - Science | no | no | no | Mrs. Richardson-There was a substitute in science today. I brought █████ back to our classroom and he did the activity that the rest of the class was going to be doing. He watched an episode of Mythbusters and helped me to answer the question sheet that goes along with the video. |
| 4th - ELA |  |  |  |  |
| 5th - Math |  |  |  |  |
| 6th - Gym |  |  |  |  |
| 7th - Soc. Studies |  |  |  |  |

Home:

█████ *communication log.  Please enter yes or no daily showing if* █████ *was able to stay in class all day and if you witness any negative communication between* █████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*Date:  12/5/19*

| | Left class (y or n) | Neg. talk (y or n) | lang. | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | no | no | no | Did a great job with our daily routine. Was respectful to everyone and actively interested in CNN10. |
| 2nd- GA | Yes-only to use the bathroom | no | no | █████ worked on missing assignments for Mr. Claybaugh's class the entire hour. He finished up the first part of an assignment-the questions of the autobiographical map. He then began working on part 2 of the map-creating the images. |
| 3rd - Science | Yes for break | no | no | He would not sit in his assigned seat and would not take his hood off.  When Mrs. Richardson got to my room I had her take him on his break.  He came back with his hood down and worked with Mrs. Richardson on his assignment. |
| 4th - ELA | | | | W. took a restroom break when class started. He tried to play gangsters.io while he caught up on our book. When I asked him to stop, he asked me why, but he wasn't disrespectful. He switched to typing lessons when I offered that option while he listened. He was respectful and polite. |
| 5th - Math | No | No | No | Mrs. Richardson- I had █████ today because he had a substitute teacher. We went to the weight room on his break. After his break, he came to my classroom and we worked on the math paper the rest of the class was doing. He completed half the paper (the math formulas part) and started with the coded answers coloring part. He says he doesnt like to color, but I was able to get him to do a few lines with one of the colors. During our next Guided Academics I will attempt to get him to color the rest of that colored section. |

| 6th - Gym | | | | |
|---|---|---|---|---|
| 7th - Soc. Studies | Y - Bathroom | Y | No | Today went very well in class except for the last few minutes. He did everything he was supposed to do, followed all directions, and completed work.  In the last few minutes of class a student asked another student if anyone ever call him a name. He said yes and that he didn't like it. ▉ called him that name anyway.  It really bothered the other student. I asked ▉ to stop and explained that it was bothering that student. He explained that he called him that name because he knew it bothered him. |

| Home: |
|---|

██████ communication log.  Please enter yes or no daily showing if ████████ was able to stay in class all day and if you witness any negative communication between ████████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date: 12/4

| | Left class (y or n) | Neg. talk (y or n) | lang. | Explanation or positive feedback |
|---|---|---|---|---|
| 1st HR | n | n | n | ████████ did a good job during our normal morning routines. He did have an interaction with a student where the student was staring at him. He was able to use appropriate word choices to let the student know to stop staring at him. |
| 2nd- GA | n | n | n | ████████ worked with other students on a learning game. They were all able to answer the questions and even when he the answer wrong he did a great job acting respectfully. |
| 3rd - Science | | | | |
| 4th - ELA | Y- for bathroom break | n | n | Today I let ████████ multitask while he listened to some chapters of the book he missed. He did some typing while listening to the audiobook. He did not take his normal break, but he did take a restroom break at the start of class. |
| 5th - Math | | | | |
| 6th - Gym | | | | |
| 7th - Soc. Studies | Y - Bathroom | N | N | Today went very well.  After ████████ was gone for many days we were able to make a connection over hunting.  I asked him about his hunting and then he reciprocated by asking me about mine.  He followed directions, began catching up on work, and overall had a very good day.  He was in class for the entire class period!  This is a win (it hasn't happened very many times)! |

| Home: |
|---|

█████ communication log.  Please enter yes or no daily showing if █████ was able to stay in class all day and if you witness any negative communication between █████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date:  11/14

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | | | █████ was adamant that he did not want to take his break today. We agreed that he would take one if he started getting angry or frustrated. He was very preoccupied on the computer with taking an IQ test online. He did read with Mrs. Milliman to finish catching up. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

Date:  11/13

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | | | █████ did well and almost caught up in our novel. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. | y | y | Today in class █████ came in after his break and |

| Studies | | | sat in his assigned seat. ▮▮▮ was given many reminders to quiet down and talk respectfully to his peers. I explained that his words and noise level were disruptive and rude and explained why. He would sit quietly for a minute or two and then blurt out or he would hear someone else talking and talk loudly across the room. As I tried to prod/push ▮▮▮ to do more work he would close his Chromebook instead of logging in. He then got up and said he was going to take a break. I didn't understand what he said and he yelled across the room I am taking a break. I followed him into the hall to clarify where he was going, etc. He then said I don't want to talk to you about this and walked away. I called the office and let them know. He was directed to Mr. Vandosen's room. When his break was over he was told to come back to my room and he never showed up. |
| --- | --- | --- | --- |

| Home: |
| --- |

█████ *communication log. Please enter yes or no daily showing if* █████ *was able to stay in class all day and if you witness any negative communication between* █████ *and staff and students. The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home. Please leave positive feedback here as well. Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

Date: 11/7

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | n | n | Did well in class during CNN10. Did not want to read a book, magazine, or online with MyOn (where the book will read to him). I did not push the issue of the reading because I know this is something he struggles with and for that short of time period as long as he was being respectful to others, I was fine with him not reading. I would like to continue encouraging him everyday to read at least with MyOn even if he chooses not to. |
| 2nd- GA | y | y | During the start of the hour, █████ made what he called a joke about wanting to be a "crackhead". Other students asked him not to talk like that for their own personal reasons. He did stop and we talked about not knowing what is going on in other people's lives makes jokes like that offensive. He was then supposed to work on the worksheets he went and got from math class. The worksheets are on ratios which they have been working on for a while now in class. █████ said that the work was "Gay" and "Stupid" and he wasnt going to do it because he already knew how. I talked to him about the math will progressively get harder and we keep repeating things multiple times in different ways to learn the concepts and master them. He then just left the room without asking for a break or saying he would like to take his break now, so that I can get someone to come take him for his break. |
| 3rd - Science | | | |
| 4th - ELA | | | |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

Home:

███████ communication log.  Please enter yes or no daily showing if ███████ was able to stay in class all day and if you witness any negative communication between ███████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

Date: 10/31/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | n | y | Our schedule was different today because of the Reward Day for the end of the quarter. We started in 2nd hour. ███████ did a good job controlling his language when he got frustrated about not getting an answer while we were playing Kahoot as a class. At the end of the class the kids were all standing by the door and ███████ starting calling a student "Gay." I repeatedly asked him not to do that. The student also kept telling ███████ "No, I am not." I was in the process of calling the office to get someone to take ███████ on his break because I did not want to see the language escalate into anything else. I saw the signs he needed his break. While I was on the phone with the office I saw movement by the door. I told ███████ to go to the office. I was already trying to get someone to come get him and this was the best option. As he was walking down the hall, he called me a "Fucking Bitch" |
| 3rd - Science | | | |
| 4th - ELA | | | |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

Home:

*Date*  10/25/19

|  | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | n | y | ████████ went with me around the school in order to collect assignments he needed to work on that he missed this week. While we were in the hallway we passed by a new teacher in our building that he does not have and he began saying that she is rude. He then was walking down the halls saying loudly for the other students to hear that she was rude. During our class period he did a good job following the required classroom procedures. After class was over he ran downstairs to the 6th grade hallway to ask more students if the new teacher was rude. |
| 2nd- GA | n | n | He worked on a few missing assignments. One of his assignments even after it was explained to him he said it was stupid and crumpled it up. I offered to continue helping him with it in between helping other kids in the class but he said no, it was stupid. He also kept unplugging his headphones and playing not school appropriate (songs with some foul language) songs out loud to disturb others. He was reminded several times to plug the headphones back in. He did complete a few items he had to work on. |
| 3rd - Science | no | yes | ████████ was blurting out at the beginning of class and I had him go into the hallway and talked to him. He was fine with our conversation about not blurting and came back in and sat down.  I was explaining what we doing during class and he blurted HAAAAAA.  I told him to stop blurting because I wanted to get class started.  He blurted approximately 6 times and then I told him to go in the hall.  He said something and I caught the word "bitch".  I said, "did you just call me a bitch"?  He said, "no, I called you a stupid ass bitch"!  As he was storming out of my classroom he yelled, "fuck this fucking school"! |
| 4th - ELA |  |  |  |
| 5th - Math |  |  |  |
| 6th - Gym |  |  |  |
| 7th - Soc. Studies |  |  |  |

*Date*  10/23/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | n | y | Our everyday schedule for this class is to after announcements we watch CNN 10, then for the last 8-10 minutes of class the students are to do SSR (silent sustained reading). ▇▇▇ was asked to either get a chromebook and read on MyOn (which will read to him) or get one of the many books we have in the classroom to read. He told me "no, he was not going to do that." I then said okay, pick a book and I will read it to him. He said that "Books are Gay." Another student was reminded to read and ▇▇▇ made a teasing tone "ooh...you got told" toward the other student. I informed him that since he was not doing what he was asked either, he was not allowed to make comments like that to others. |
| 2nd- GA | y | y | ▇▇▇ was given a quiz he needs to do for Math. He was able to take his break at the beginning of class and now that he is back he is refusing to do his quiz. I had to remove him from the classroom for being extremely disruptive. He called a student by a nickname that he knows irritates the student as multiple people including myself have asked him not to. I shut another students computer because they were supposed to be working not on the chromebook and ▇▇▇ kept getting louder and louder calling me rude. He then got behind a student's computer while the student was working and said "Hi (student's name)" over and over again. This student was trying his best to ignore as he was trying to work. A student told ▇▇▇ to stop it and be quiet and ▇▇▇ said "make me" the student then responded back and ▇▇▇ came to their computer and said "They said they were going to make me." As he was sent out of the classroom he told the class "Fuck You guys" and flipped us off. I then went to the office to talk to Mr. Gerbers about everything that had happened. When ▇▇▇ made it to the office he walked in and said "Hi rude person" multiple times as he saw me leaving. The office staff asked him to stop and quiet down. |
| 3rd - Science | y | y | ▇▇▇ was continuing to have issues in third hour. He came into the room and began bending and trying to rip his science book. Mrs. Bowman was gone and their was a substitute teacher in the room. |

|  |  |  | When the substitute asked ▮▮▮▮ to do the items listed on the board as work assigned by Mrs. Bowman he argued and said he wouldn't do the work. I (Mrs. Richardson) was in the room as I am everyday and I also tried to get him to do work and he did not want to do anything. He instead left the room and went to the office. |
|---|---|---|---|
| 4th - ELA |  |  |  |
| 5th - Math |  |  |  |
| 6th - Gym |  |  |  |
| 7th - Soc. Studies |  |  |  |

*Date*  10/21/19

|  | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | n | n | For the most part ▮▮▮▮ was good during homeroom. He made one comment about no one caring during CNN10 in regards to the story about North Korea |
| 2nd- GA | n | y | ▮▮▮▮ was being louder than normal and disrespectful to myself, and other students. He was constantly interrupting when I was talking to other students about their work. He then told a student to their face that they were "stupid" because they got an answer wrong on something the student was working on with their chromebook, that had nothing to do with ▮▮▮▮ at all. Another student was listening to music and said across the student's music was trash. The student did have the music up a little loud, and I asked them to turn it down. He refused to work on ANY missing work today because in his words he has D's in all of his classes and he doesn't need to work on any work because in his words he is "Gucci." |
| 3rd - Science |  |  |  |
| 4th - ELA |  |  |  |
| 5th - Math |  |  |  |

| | | | |
|---|---|---|---|
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

*Date*  10/17/2019

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | ye | yes | At the beginning of class ▮▮▮ scream across the classroom and I told him to go in the hall. I want to get him and he came in for about 5 minutes and went back in the hall and would not come back in.  I got Mrs. Richardson and she took ▮▮▮ for a walk. - Renee Bowman<br><br>▮▮▮ was wandering the hallway, opening doors, and yelling into rooms. He yelled, "Hi, people!" into a classroom. The teacher asked ▮▮▮ to talk to him, but ▮▮▮ was immediately disrespectful. He was argumentative, saying he didn't go into his room, and he was standing right here. He claimed he wasn't doing anything wrong. He walked away multiple times when the teacher  was speaking to him. At one point, the teacher asked ▮▮▮ to look at him. ▮▮▮ responded, "Why would I want to look at you? Have you looked in a mirror lately?" Mrs. Richardson took ▮▮▮ for a walk today and he kept walking into classrooms telling them "Hi People". He then called a teacher a Douche as he walked by the classroom. Was loud and disrespectful to everyone in the hallway. |
| 4th - ELA | | | |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | yes | yes | ▮▮▮ was constantly telling another student to "shut up". He was given multiple reminders by Mr. Claybaugh. He was telling the student if he didn't shut up, he would make him shut up. About 10 reminders about language. He was asked to step into the hall to talk. When he went to go into the hall he "fake tripped" because he wanted to make physical contact with a student. ▮▮▮ was escorted to the office. He purposely went past the office. He was yelling at other students that they |

| | | | were gay. Then Mr. Claybaugh asked him to go into the office and have a seat. ████ said no. ████ continued to cause a disruption in the office being loud and offensive language with other students' parents in the office. As we were waiting for Mr. Gerbers, it was his scheduled break time. ████ refused to stay in the office because it was his break time. He went into the hallway to another classroom to take his break stating that the adults were not his boss and we (Mr. Claybaugh and Mrs. Richardson- who was in the office at the time of the incident) were not his boss. He then yelled at Mrs. Richardson and was frustrated because he was supposed to wait to talk to Mr. Gerbers and stormed out of the side hallway outside the office and went outside. |
|---|---|---|---|

*Date*  10/10/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | | | ████ was not in my class today, but I did watch him stick out his foot and intentionally trip a girl who was walking by him in the hallway. We spoke about how that was dangerous. He tried to argue that it wasn't a big deal. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

*Date*  10/9/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|

| 1st HR | n | n | Was able to help me in class sorting and stacking class library books. |
|---|---|---|---|
| 2nd- GA | y | y | We had a fire drill during this class period. It provided a sensory overload for ▓▓▓▓ Before the drill occurred he began making comments to other students about discussions, I was having with the other students. After the drill he was in a sensory overload and the comments continued until he felt he had to leave class. I did attempt to send him to the hall as I saw this overload occurring so that he could be in a place where it was just him and able to help reset. He did not want to take this option, even though it was given multiple times. He left the room and went to the office instead on his own after announcing he was leaving. |
| 3rd - Science | y | y | ▓▓▓▓ refused to stay in class after the bell had rang when Mrs. Bowman had asked the entire class not to leave yet as they were still cleaning up. He walked out of the room and Mrs. Richardson asked him to wait until he was dismissed like everyone else. He then proceeded to say things like "peace out, nope, bye, not staying" as he was walking down the hallway. |
| 4th - ELA | n | n | ▓▓▓▓ caught up with his reading with Mrs. Milliman. He did well with her. He continues to be very disruptive when he comes to class before his break and as he's leaving. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

*Date*  10/8/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | n | n | |
| 2nd- GA | n | n | ▓▓▓▓ did a great job working on his math work he is missing. He completed several assignments and they were turned in during class. He still has a few assignments that he does not want to complete because they are coloring with numbers. I will continue working with him to attempt and get them done. |

| 3rd - Science | | | |
|---|---|---|---|
| 4th - ELA | n | n | ▆▆▆▆ did a nice job during class, but when the bell rang, he yelled, "Bye, Felicia!" and stormed out of the room before being dismissed. We have discussed on multiple occasions that I dismiss students when the classroom is ready, and they do not just walk out when they hear the bell. When he heard me call him back, he made eye contact and then kept walking. |
| 5th - Math | | | *note from Mrs. Carter<br>I could hear ▆▆▆▆ yelling in my room with my door shut because he was being extremely loud. He was arguing with everything the guest teacher said. I would have taken him and walked him to the office if he weren't already on his way when I left my room.<br><br>▆▆▆▆ had a substitute teacher today for math. The note from the substitute stated he was very disruptive and disrespectful in the classroom. The substitute sent ▆▆▆▆ to the office as this all occurred in the first few minutes of class. When he returned from the office he was handed a worksheet and crumpled it then threw it in the trash. He continued to be disrespectful the remaining time during class. |
| 6th - Gym | | | |
| 7th - Soc. Studies | y | y | ▆▆▆▆ had a really rough time in class. He was disruptive in the classroom and using offensive language. When trying to talk in the doorway of the classroom Mr. Claybough was pushed by ▆▆▆▆ |

*Date*  10/3/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | yes | yes | Came in yelling at ▆▆▆▆ to get away from him. ▆▆▆▆ was not even talking to ▆▆▆▆ he was walking in and talking to Mrs. Richardson.  Mrs. Richardson was trying to help ▆▆▆▆ and she was working with ▆▆▆▆ as well and ▆▆▆▆ didn't want Mrs. Richardson to help ▆▆▆▆ and wanted Damon to move.  Mrs. R said that ▆▆▆▆ didn't need to move because she was helping him too and ▆▆▆▆ left the room. ▆▆▆▆ wasn't even sitting by ▆▆▆▆ |
| 3rd - | | | |

| Science | | | |
|---|---|---|---|
| 4th - ELA | | | ▮▮▮▮ came into class yelling, but when he was reminded about his after lunch break, he went happily. He was much more calm and ready to work after that, but he did say the computer program we were using was gay and stupid. I was able to work with ▮▮▮▮ one-on-one for most of the hour on a diagnostic grammar quiz. He was respectful and worked hard after he complained about it initially. I also put a lei by the door for him to grab if he needs a break. He did not need it today, but I'll keep reminding him. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

Home:

*Date*   09/30/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | n | n | ▮▮▮▮ came to class with about ten minutes left. I gave him his midterm to be signed. He currently has a C in my class, but he could raise it by completing some of his missing/ incomplete assignments. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

Home:

*Date*  9/27/19

|  | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR |  |  |  |
| 2nd- GA |  |  |  |
| 3rd - Science |  |  |  |
| 4th - ELA | y | y | I missed the first half of class for a meeting, but ▮▮▮▮ started the class off by telling his guest teacher how much he disliked me. When he was asked to stop, he said, "Fuck you," to the teacher and stormed out. |
| 5th - Math |  |  |  |
| 6th - Gym |  |  |  |
| 7th - Soc. Studies |  |  |  |

Home:

*Date*  9/27/19

|  | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR |  |  |  |
| 2nd- GA |  |  |  |
| 3rd - Science |  |  |  |
| 4th - ELA | n | y | ▮▮▮▮ had a good day. After some blurting and negative talk  in the beginning of class, he worked well and took a quiz that brought his grade up dramatically. |
| 5th - Math |  |  |  |
| 6th - Gym |  |  |  |

| 7th – Soc. Studies | | | |
|---|---|---|---|

| Home: |
|---|

*Date*  9/23/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | y | y | Right after I explained the directions, ███ said, "This is stupid!" I told him that was one strike, and he needed to watch the negative talk. He stormed out of the room and did not return. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

| Home: |
|---|

*Date*  9/18/19

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | Y- for a | y | ███ did fairly well during presentations, but |

| | conversation | | afterwards, he yelled, "Kahoot is retarded AF (as f\*\*\*)." We talked about how I do not allow the word "retarded" in my class, and how "AF" is also inappropriate. He was respectful during our conversation and again when I asked him to quiet down during free time. |
|---|---|---|---|
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

Home:

_____ communication log.  Please enter yes or no daily showing if _____ was able to stay in class all day and if you witness any negative communication between _____ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.

**First table is an example only**

Date 8/23

| | Needed to leave (class y or n) | | Negative communication (y or n) | | Explanation or positive feedback |
|---|---|---|---|---|---|
| 1st | | n | | n | |
| 2nd | | n | | n | |
| 3rd | y | | y | | Student was using inappropriate language and was defiant toward teacher |
| 4th | | n | | n | |
| 5th | | n | | | Had a great day worked well in a group! |
| 6th | | n | | n | |
| 7th | | n | y | | Student swore during class but apologized |

Home: Student has an appointment at 2:10 today

██████ communication log.  Please enter yes or no daily showing if ██████ was able to stay in class all day and if you witness any negative communication between ██████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed. Date   **9/4/19**

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | no | no | Just a couple small comments. |
| 4th - ELA | no | no | The last two days have been positive in ELA. ██████ has been making positive contributions to class overall. He's usually remembering to raise his hand, which is awesome. |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

| Home: |
|---|

██████ communication log.  Please enter yes or no daily showing if ██████ was able to stay in class all day and if you witness any negative communication between ██████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed

*necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*Date*  **9/6/19**

|  | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR |  |  |  |
| 2nd- GA |  |  |  |
| 3rd - Science | No | Yes | A little quietly.  But cheered that ████ was not in class anymore and got others laughing. |
| 4th - ELA |  |  |  |
| 5th - Math |  |  |  |
| 6th - Gym |  |  |  |
| 7th - Soc. Studies |  |  |  |

| Home: |
|---|

*████ communication log.  Please enter yes or no daily showing if ████ was able to stay in class all day and if you witness any negative communication between ████ and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed.*

*Date*  09/17/19

|  | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR |  |  |  |
| 2nd- GA | no | no | Great day! |
| 3rd - Science |  |  |  |
| 4th - ELA |  |  |  |
| 5th - Math |  |  |  |
| 6th - Gym |  |  |  |
| 7th - Soc. |  |  |  |

| Studies | | | |
|---|---|---|---|

| Home: |
|---|

████ *communication log.  Please enter yes or no daily showing if* ████ *was able to stay in class all day and if you witness any negative communication between* ████ *and staff and students.  The last blank is left for explanation of any yes(s) and any communication deemed necessary between staff and home.  Please leave positive feedback here as well.  Family will be a part of this document and will be able to notify staff daily if there is anything that is needed. Date*

| | Needed to leave class (y or n) | Negative talk (y or n) | Explanation or positive feedback |
|---|---|---|---|
| 1st HR | | | |
| 2nd- GA | | | |
| 3rd - Science | | | |
| 4th - ELA | | | |
| 5th - Math | | | |
| 6th - Gym | | | |
| 7th - Soc. Studies | | | |

| Home: |
|---|