# EXHIBIT F

▆▆▆ Behavior Plan - 8/27/2019, 10/14/19, 11/14/19, 3/2/2020



## Target Behaviors

-Following Directions
-Disrespectful
-Work Completion

## Proactive Strategies

-▆▆▆ is given a "Yes" or "No" during different sections of his day for: being respectful, listening to the teacher the first time and staying on-task. This is indicated on his Daily Schedule.
-▆▆▆ has a built-in sensory break the first 10 minutes of every class which he is permitted regardless of behavior or circumstances. (except homeroom)
-If ▆▆▆ earns 80% or more of the points during each section, he may be permitted time to play on chrome book at the end of the day.
-If ▆▆▆ goes through the day without walking out, or being asked to leave class, he will be able to go to weight room or play basketball in Mr. Cunningham's room at the end of the day.
-Fidgets can be available to use at any time to try and prevent escalating behaviors, especially during math or other times the behavior is more likely to occur.
-Established positive rapport with SRO (Watson).
-▆▆▆ has the option of completing work in room 213 during Guided Academics. (7th hour) - Mom has requested that he work on Western Hemisphere and ELA during Guided Academics
- If there is a sub in the classroom, ▆▆▆ should report to focus center or one of the special education rooms to work.
- If there are many substitutes in the building let his mother know. And she may keep him home.
-▆▆▆ is very "literal" - If you don't want an honest answer, be careful what you ask.
- Use Zones of regulation to help him identify his feelings.
-▆▆▆ is tactile defensive. Avoid touching him, especially when he is upset.
-Go over the "My job is…" .information with ▆▆▆ daily

## Reactive Strategies

-When ▆▆▆ is escalating, he may be offered the use of fidgets in or close to his classroom.
-If this will not suffice, ▆▆▆ may have the option to pace at the back of the classroom or take a break card which will allow him to walk in the back stairwell by rooms 212 and 213 with an adult.

- If he escalates from there, the crisis/safety plan should be followed.
- If ▮ is asking to call his mom, he should be reminded that contacting mom is an option during his sensory breaks <u>if he is behaving appropriately</u>.
- If ▮ becomes unsafe (throwing things, slamming doors, physical aggression to peers or adults. Anything that can result in disciplinary referrals including language or disruptiveness.) Use google docs to record what happened so all parties (including his mother) are aware of what happened.
  - He will have a verbal reminder to walk to his designated 'safe place' (focus center) (Office: Mrs. George or Mr. Gerbers may be called) Adults may use visuals for this choice.
    - If he complies, adults should not discuss with ▮ until he is able to say he is ready to talk.
    - When he is ready to talk, ▮ should be verbally complimented for being calm. Additionally, staff should review questions with ▮ to help him reflect on his behavior.
    - If he has calmly walked through these steps, he does not have to make up missed time in class and can return to class when he is able to say he is calm enough to return.
  - If he does not choose to go back to his class, he will go to the focus center or one of the special education classrooms to finish the class period
  - ▮ will earn an after school detention on Tuesdays if he walks out of class
  - If he gets 3 strikes, 2 times, then ▮ mother is to be called to conference with him and determine if he should stay or she should pick him up. If he stays and gets 3 strikes for a 3rd time then he is sent home for the rest of the day and starts over the next day.

If he complies, adults should not discuss with ▮ until he is able to say he is ready to talk.
  - When he is ready to talk, ▮ should be verbally complimented for being calm. Additionally, staff should review questions with ▮ to help him reflect on his behavior. Staff should utilize restorative practice questions to help ▮ share his side of the story first.
  - ▮ will need to be able to identify what he did wrong: (disrespect, language, not following directions, etc.)
- If he continues to walk around and becomes a danger to himself or others (slamming doors, throwing items, putting hands on others, etc.), a team should be called and CPI interventions should be considered.
  - Mom and Mrs. Gundlach or counselor should be immediately contacted. When ▮ is calm, he will process using review questions to help him reflect on his behavior.
  - Administration will consider the benefits and risks to determine if there is a way that ▮ can remain in school in an alternate setting, or will need to go home.
  - If ▮ struggles in more than one class prior to lunch, and he is unable to stay in class, he will go to focus center or alternate location determined by office if focus center is unavailable and parent will be contacted. When ▮ goes to an alternate location as an intervention, this needs to be documented in the "SPED Students in Alternate Location Document" Sped Students in alternate location
  - If ▮ is suspended please follow up with a phone call. Parent will come in the next day to pick up make up work.
- If ▮ insists on talking to Mom
  - He should be reminded that he can, once he can show that he is calm by using appropriate language and not yelling.
  - Once he is calm, he may be allowed to call Mom on speaker phone, to help strategize his next steps.

*Please go over the following with* ▬▬▬ *each day in homeroom:*

✽My job at school is to learn. My teachers are here to help me.

*I will take a break at the beginning of each class

* I will stay in my classes

*I will be respectful

*I will follow directions

*If I am feeling frustrated, I will use my words to ask my teacher to help me.

*I will make the right choice

*If I do not want to go to the focus center I will go to one of the special ed. classrooms until the next hour. I will not go to the office.


Rewards:

If I make the right choices I will be able to play basketball or go to the weight room the last ten minutes of the day.


Consequences:

If I walk out of class I will earn an after school detention

If I get three strikes in a class I will earn an after school detention