# EXHIBIT G

Student: ▮▮▮ | Birthdate: ▮▮▮ | Meeting Date: 04-16-2020

## St. Joseph Co. ISD (ISD)
## Individualized Education Program Team (IEPT) Report

Form 8

| | | | |
|---|---|---|---|
| FAPE Date: 04-17-2020 | Initial/most recent reevaluation IEP | Birth Date: ▮ | Gender: Male |
| Prior IEP Date: 04-23-2019 | Date: 04-24-2018 | Grade: 6 | Meeting Date: 04-16-2020 |

**Student's Last Name:** ▮  **First:** ▮  **MI:** S  **Suffix:** ____
**Address:** ▮  **City:** BRONSON **State:** MI **Zip Code:** 49028
**Parent/Guardian's Last Name:** ▮  **First Name:** ▮  **Phone:** ▮
**Address:** ▮  **City:** BRONSON **State:** MI **Zip Code:** 49028
**Parent/Guardian's Last Name:** ▮  **First Name:** ▮  **Phone:** ▮
**Address:** ▮  **City:** BRONSON **State:** MI **Zip Code:** 49028
**Resident District:** Sturgis Public Schools **Operating District:** Sturgis Public Schools **Attending Bldg:** Sturgis Public Schools

**Purpose(s) of this IEP Team Meeting are to discuss:**

☐ To determine or redetermine eligibility for special education programs or services and, if appropriate, to develop an individualized education program (IEP). That is to develop an **Initial or Reevaluation IEP.**

☐ Initial  ☐ Reevaluation of Eligibility

☑ To review and/or revise the individualized education plan (IEP)

☐ To transfer the individualized education plan (IEP)

☐ To consider the need for a program change/level change

☐ To develop and/or review the individual transition plan (ITP)

☐ To discuss an evaluation plan

☐ To discuss disciplinary action that may result in a change of placement

**IEP Team Meeting Participants in Attendance:**

| Parent/Guardian: ▮ | MET Representative (Person able to explain the instructional implication of any evaluations): Karel Gundlach (Special Education Teacher) |
|---|---|
| District Representative: Heather George (Assistant Principal) | Special Education Teacher/Provider: Karel Gundlach (Special Education Teacher) |
| General Education Teacher: Allison Carter (ELA Teacher) | Speech Pathologist: Megan Williams (Speech Therapist) |
| Social Worker: Ben Karle (School Social Worker) | |

**Eligibility for Special Education:** The IEP Team determined this student to be: ☑ Eligible (Primary: Emotional Impairment (R340.1706))

**Special Consideration/Present Level Statement Section:**
**Parent input/concerns:**

Motivation to learn

Racism, ▮ has been reacting to people who say things on voice chat. If someone brings something up about his color it is a new "hot button."

**Strengths of the student:**

9/2019: On Fall NWEA MAP Reading test ▮ scored greatest strength in the areas of Vocabulary: Acquisition and Use - 214 and Informational Text: Key Ideas and Details - 217

▮ is a helpful student. He is curious, genuine and honest. ▮ will work hard when he chooses to do so.

Student: ▮                              Birthdate: ▮                    Meeting Date: 04-16-2020

2020 COMMUNICATION STRENGTH: ▮ is able to communicate his thoughts and experiences using age-appropriate expressive language skills. His receptive language skills, voice, and fluency appear to be age-appropriate as well. He is able to improve the articulation of his target sounds (H, S/Z, SH) in structured articulation activities.

2020: ▮ has maintained at least four friendships with other students.

**The following are the evaluations reviewed and considered:**

Classroom Based Assessments, District-wide Assessment

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| ☑ Academic | 9/2019: On Fall NWEA MAP Reading test ▮ scored greatest strength in the areas of Vocabulary: Acquisition and Use - 214 and Informational Text: Key Ideas and Details - 217 2020: ▮ struggles when completing grade-level reading assignments due in part to performing slightly below grade level and attendance. ▮ is reported to struggle mainly with motivation when working in the area of Reading/ Language Arts. These deficits impact the student ability to understand (comprehend) written text at grade level. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |
| ☑ Behavioral | 2020: ▮ has maintained at least four friendships with other students. ▮ struggles with impulsive control and managing his negative emotions, such as anger and irritability. According to Powerschool data, ▮ has 37 discipline referrals for inappropriate language, disrespect, and disruption. ▮ is working on responding respectfully to requests that he finds frustrating. He has a Behavior Support Plan to assist with prevention and response interventions. When frustrated, ▮ has engaged in arguing, loud responses, non-compliance, and swearing. ▮ has been diagnosed with Tourette's Syndrome. ▮ has been absent around 50 days this school year. with about nine of these days relating to Out of School Suspension. This is impacting the student's academic progress and his/her peer and adult relationships in the school setting. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |
| ☑ Communication | 2020 COMMUNICATION STRENGTH: ▮ is able to communicate his thoughts and experiences using age-appropriate expressive language skills. His receptive language skills, voice, and fluency appear to be age-appropriate as well. He is able to improve the articulation of his target sounds (H, S/Z, SH) in structured articulation activities. 2020 DEMONSTRATED NEED: ▮ does not use specific target sounds (S/Z) with consistency in low structure activities or in conversational speech yet. He also has errors for the articulation of R, which he has not yet demonstrated consistent accuracy with at the sentence level. These errors distort and decrease intelligibility and impair communication in all settings | ☑ Goals and Objectives |
| ☐ Extended School Year | Reviewed identified student needs and progress toward goals determining ESY services are not needed. | |

Generated by Illuminate Education
Special Education

Student: ▓▓▓▓   Birthdate: ▓▓▓▓   Meeting Date: 04-16-2020

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
|  | Rationale: Reviewed identified student needs and progress toward goals determining ESY services are not needed. Reviewed identified student needs and progress toward goals determining ESY services are not needed. |  |
| ☑ Social-Emotional | ▓▓ is a helpful student. He is curious, genuine and honest. ▓▓ will work hard when he chooses to do so. ▓▓ struggles with attending to task due to lack of motivation and fear of not doing well. He likes to clean, organize and do things with his hands. The student's inability to follow directions impacts the learning environment of the student and his/her peers. | ☑ Goals and Objectives |

| Areas considered but not identified as need areas | |
|---|---|
| ☑ Students anticipated needs or other matters | ☑ Language needs for students with limited English proficiency |
| ☑ Communication and language for students who are deaf/hearing impaired | ☑ Braille instruction for students who are blind or visually impaired |
| ☑ Physical including accessibility within facilities/community | ☑ Assistive Technology |
| ☑ Physical Education | ☑ Transition |
| ☑ Social-Emotional | ☑ Positive Behavior Supports |
| ☑ Extended School Year | |

## Annual Goals and Short-Term Objectives

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

▓▓ is a helpful student. He is curious, genuine and honest. ▓▓ will work hard when he chooses to do so. ▓▓ struggles with attending to task due to lack of motivation and fear of not doing well. He likes to clean, organize and do things with his hands. The student's inability to follow directions impacts the learning environment of the student and his/her peers.

**Standard Designation:** SELC.SA.6-8.1A.2

**Standard:** Identify emotional states that contribute to or detract from their ability to problem solve

**Role(s) Responsible:** Special Education Teacher and Teacher

**Annual Goal:** ▓▓ will be able to attend to a task that he is given even when it is a struggle with 60% accuracy or 3 out of 5 trials by April 2021 based on the following evaluation procedure(s): Documented Observation, Teacher observation.

| Short-Term Objectives | Schedules |
|---|---|
| • ▓▓ will be able to attend to a task that he is given even when it is a struggle with 15 percent task completion or 3 out of 5 trials by the end of reporting period 1 based on the following evaluation procedure(s): Documented Observation, Teacher observation | Quarterly |
| • ▓▓ will be able to attend to a task that he is given even when it is a struggle with 30 percent task completion or 3 out of 5 trials by the end of reporting period 2 based on the following evaluation procedure(s): Documented Observation, Teacher observation | |
| • ▓▓ will be able to attend to a task that he is given even when it is a struggle with 45 percent task completion or 3 out of 5 trials by the end of reporting period 3 based on the following evaluation procedure(s): Documented Observation, Teacher observation | |

Student: ▮▮▮   Birthdate: ▮▮▮   Meeting Date: 04-16-2020

| Short-Term Objectives | Schedules |
|---|---|
| ▮▮▮ will be able to attend to a task that he is given even when it is a struggle with 60 percent task completion or 3 out of 5 trials by the end of reporting period 4 based on the following evaluation procedure(s):Documented Observation, Teacher observation | |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

9/2019: On Fall NWEA MAP Reading test ▮▮▮ scored greatest strength in the areas of Vocabulary: Acquisition and Use - 214 and Informational Text: Key Ideas and Details - 217 2020: ▮▮▮ struggles when completing grade-level reading assignments due in part to performing slightly below grade level and attendance. ▮▮▮ is reported to struggle mainly with motivation when working in the area of Reading/Language Arts. These deficits impact the student ability to understand (comprehend) written text at grade level.

**Standard Designation: A/VBC.N9**

**Standard:** The student will follow instructions to complete a task and bring the work to the teacher or return his own educational materials.

**Role(s) Responsible:** Special Education Teacher and Teacher

**Annual Goal:** When presented with a grade level classroom assignment, ▮▮▮ will begin and maintain to the task by completing 60% of his assignments given by April 2021 based on the following evaluation procedure(s): Analysis of Work Samples, Teacher observation.

| Short-Term Objectives | Schedules |
|---|---|
| • When presented with a grade level classroom assignment, ▮▮▮ will begin and maintain to the task by 30 percent of assignments turned in by the end of reporting period 1 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation | Quarterly |
| • When presented with a grade level classroom assignment, ▮▮▮ will begin and maintain to the task by 40 percent of assignments turned in by the end of reporting period 2 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation | |
| • When presented with a grade level classroom assignment, ▮▮▮ will begin and maintain to the task by 50 percent of assignments turned in by the end of reporting period 3 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation | |
| • When presented with a grade level classroom assignment, ▮▮▮ will begin and maintain to the task by 60 percent of assignments turned in by the end of reporting period 4 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation | |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

**2020 COMMUNICATION STRENGTH:** ▮▮▮ is able to communicate his thoughts and experiences using age-appropriate expressive language skills. His receptive language skills, voice, and fluency appear to be age-appropriate as well. He is able to improve the articulation of his target sounds (H, S/Z, SH) in structured articulation activities. **2020 DEMONSTRATED NEED:** ▮▮▮ does not use specific target sounds (S/Z) with consistency in low structure activities or in conversational speech yet. He also has errors for the articulation of R, which he has not yet demonstrated consistent accuracy with at the sentence level. These errors distort and decrease intelligibility and impair communication in all settings

**Standard Designation: CCSS.LA.6.CCSS.ELA-Literacy.SL.6.4**

**Standard:** Present claims and findings, sequencing ideas logically and using pertinent descriptions, facts, and details to accentuate main ideas or themes; use appropriate eye contact, adequate volume, and clear pronunciation.

**Role(s) Responsible:** Speech Pathologist

**Annual Goal:** ▮▮▮ will increase his articulation skills as measured by documented observation with at least 75% accuracy on the following objectives by April, 2020 based on the following evaluation procedure(s): Documented Observation.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| ▮▮▮ will produce R in words. | • Documented Observation | 75% accuracy | Monthly |
| ▮▮▮ will produce S/Z, SH, and S-Blends in low structure activities (reading, games, story retell) and conversational speech. | • Documented Observation | 75% accuracy | Monthly |
| ▮▮▮ will demonstrate an understanding of clear speech strategies and communication repair strategies. | • Documented Observation | Clear speech strategies: | Monthly |

Student: [redacted]   Birthdate: [redacted]   Meeting Date: 04-16-2020

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
|  |  | medium rate of speech, appropriate volume for the setting, body turned toward listener, saying all sounds, over articulating, and using pauses between sentences. Communication repair strategies: slow and loud, face listener, give clues for difficult to articulate words, draw or write difficult words, point, or rephrase. |  |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

2020: [redacted] has maintained at least four friendships with other students. [redacted] struggles with impulsive control and managing his negative emotions, such as anger and irritability. According to Powerschool data, [redacted] has 37 discipline referrals for inappropriate language, disrespect, and disruption. [redacted] is working on responding respectfully to requests that he finds frustrating. He has a Behavior Support Plan to assist with prevention and response interventions. When frustrated, [redacted] has engaged in arguing, loud responses, non-compliance, and swearing. [redacted] has been diagnosed with Tourette's Syndrome. [redacted] has been absent around 50 days this school year, with about nine of these days relating to Out of School Suspension. This is impacting the student's academic progress and his/her peer and adult relationships in the school setting.

**Standard Designation:** SELC.RS.3-5.4C.2

**Standard:** Describes causes and effects of conflicts, including how their behavior impacts others emotions

**Role(s) Responsible:** Social Worker

**Annual Goal:** With visual and or verbal prompts, [redacted] will identify his level of frustration and choose and use a strategy to reduce his frustration 50% of the time 4 out of 5 opportunities April 2021 based on the following evaluation procedure(s): Documented Observation, Teacher observation.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| [redacted] will use appropriate words to identify and express how he is feeling (Ex: I am feeling angry because ...) | • Documented Observation<br>• Teacher observation | 4 out of 5 opportunities | marking period |
| [redacted] will develop a list of coping strategies and learn to choose an appropriate strategy when he is feeling irritable or angry. | • Documented Observation<br>• Teacher observation | 4 out of 5 opportunties | marking period |

**Review of Previous IEP's Goal/Objectives:**

Continues to work on consistency and accuracy with speech goals. Increase in behavior referrals, therefore goal one will continue. Assignments are not completed/turned in.

**Reporting Progress:** ☑ The parents will be regularly informed in writing of progress on goals and objectives of this IEP at the regular reporting periods applicable to general education students (concurrent with report card periods).

| Student: | Birthdate: | Meeting Date: 04-16-2020 |

### Least Restrictive Environment (LRE) - This student will:

- Fully participate with students who are nondisabled in general education setting except for the time spent in separate special education programs/services provided outside of the general education classroom as specified in this IEP. ☑ Yes ☐ No

- Be fully involved in and make progress in the general curriculum. ☑ Yes ☐ No

- Have the same opportunity as general education students to participate in nonacademic and extracurricular activities. ☑ Yes ☐ No

### Supplementary Aids/Services/Personnel Support

| Supplementary Aids/Service/Support | Amount of Time/Frequency/Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| Allow student to answer test questions orally (in person or on tape) | When taking assessments across subject areas, ▓ may have the option of responding to the presented questions orally. | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |
| Allow recorded/dictated/typed answers to assignments | Any time ▓ is completing independent grade level work, he may have the option to draft his response(s) using available technology, such as an iPad, Chromebook, or similar device. | 04-17-2020 | 04-14-2021 | General Ed classrooms |
| Visual Supports | During classroom activities and throughout the school building, ▓ may have the option of tracking the remaining time designated to a task with a timer or clock. | 04-17-2020 | 04-14-2021 | Throughout school building |
| Allow the student to use the "cooling off" area | When ▓ is frustrated, he may have the option to move to a designated cool-down space, where he may take a break (not to exceed 15 minutes) until he is able to verbalize to an adult that he is ready to talk. | 04-17-2020 | 04-14-2021 | Throughout school building |
| Provide extra time to answer questions and formulate responses | When completing grade level assignments and assessments, ▓ may be permitted extra time to answer questions and formulate responses. | 04-17-2020 | 04-14-2021 | General Ed classrooms |
| Alternative test area | Whenever grade level assessments are given, ▓ may be permitted to take the assessment in an alternate location. | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |
| Frequent breaks | During the day, ▓ may have the option to take frequent breaks, contingent on his ongoing behavioral progress, and to be initiated by student request or teacher direction. | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |
| Provide frequent feedback | Throughout the day, ▓ may benefit from frequent, disproportionately positive adult | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |

Student: ▮▮▮          Birthdate: ▮          Meeting Date: 04-16-2020

| Supplementary Aids/Service/Support | Amount of Time/Frequency/Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| | feedback regarding his behavior and choices, to ensure ▮ understands what is expected of him. | | | |
| Behavioral Support | To ensure that ▮ understands his expectations, he may benefit from the use of a Behavior Plan. | 04-17-2020 | 04-14-2021 | Throughout school building |
| Visual Supports | During the school day, ▮ may benefit from having access to visual representations of what is expected of him. This may also include a visual schedule. | 04-17-2020 | 04-14-2021 | Throughout school building |
| Utilize Sensory Strategies | When completing tasks in any setting, ▮ may benefit from having access to sensory items (such as fidgets) to help him remain calm and focused on tasks, provided the items are used in a manner that is not distracting to ▮ or those around him. | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |
| Verbal cue | Across settings, ▮ may benefit from being given advanced (1-2 minutes prior to task), verbal warning when he is about to begin a new activity. | 04-17-2020 | 04-14-2021 | Throughout school building |
| Provide seating arrangement that matches student's needs | When ▮ is working in any academic setting, he may benefit from having access to accommodated seating. This may include, but is not limited to: preferential location in the classroom (back of the room); larger work-space and use of varied seats (such as wobble chairs or exercise balls). This may also include standing or pacing in the back of the room in a manner that is not distracting to those around him. | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |
| Repeat directions | When directions are given which contain more than 1-2 steps, ▮ may benefit from having the directions repeated or restated, to ensure he understands what is expected of him. | 04-17-2020 | 04-14-2021 | Throughout school building |
| Read test and assignment content and questions to student | Any time a grade level assignment or assessment is given containing text above the 2nd grade level, ▮ may have the option to have the text read aloud to him, | 04-17-2020 | 04-14-2021 | General Ed and Special Ed classrooms |

Student: [REDACTED]  Birthdate: [REDACTED]  Meeting Date: 04-16-2020

| Supplementary Aids/Service/ Support | Amount of Time/Frequency/ Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| | provided it is not a task meant to address or assess his basic reading skills. This includes access to the Text-to-Speech option on the M-Step Assessment. This may also include access to Audio-Books when available. | | | |

### Special Education Programs/Services

| Special Ed. Programs/ Services (Rule Number) | Type of Delivery | *Depart | *Endorse | Frequency and Duration | Initiation Date | Duration Date | Location |
|---|---|---|---|---|---|---|---|
| School Social Work (R340.1701) | Direct | N/A | N/A | 15-60 minutes, 2-6x per month | 04-17-2020 | 04-14-2021 | Throughout school building |
| Alternative Special Education Program Level 3 R340.1832 (R3401832e) | Direct | Yes | N/A | 2 to 13 hours per week | 04-17-2020 | 04-14-2021 | Special Ed classrooms |
| Speech and Language Therapy (R340.1745) | Direct | N/A | N/A | 10-20 minutes, 3-5x/month | 04-17-2020 | 04-14-2021 | Throughout school building |

*Departmentalized Program (R 340.1749c)
*Endorsement from a teacher consultant needed?
All programs and services listed above will follow the stated initiation and duration dates in accordance with the approved district calendar.

### Transportation

**Special Transportation:** ☑ No ☐ Yes, specifics:

**Nonpublic School Pupils:**
☐ The programs offered by the district are outlined in the IEPT report but not provided because the parent elected to enroll the child in a nonpublic school.

The student will participate in the Michigan Educational Assessment System (MEAS), and district-wide/NAEP* assessments as follows:

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, state the reason why the subject area is inappropriate, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accommodations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| General Assessments (General Assessments) - 6th Grade | | | | | |

Student: ▮▮▮   Birthdate: ▮▮▮   Meeting Date: 04-16-2020

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, state the reason why the subject area is inappropriate, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accommodations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| English Language Arts | ✓ | ☐ | **Accommodation:** Frequent breaks | ✓ | ☐ |
| | | | **Accommodation:** Allow student to answer test questions orally (in person or on tape) | ✓ | ☐ |
| | | | **Accommodation:** Alternative test area | ✓ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ✓ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ✓ | ☐ |
| | | | **Accommodation:** Repeat directions | ✓ | ☐ |
| Mathematics | ✓ | ☐ | **Accommodation:** Alternative test area | ✓ | ☐ |
| | | | **Accommodation:** Allow student to answer test questions orally (in person or on tape) | ✓ | ☐ |
| | | | **Accommodation:** Repeat directions | ✓ | ☐ |
| | | | **Accommodation:** Frequent breaks | ✓ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ✓ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ✓ | ☐ |

| District-wide/NAEP Assessment | Is District Assessment Appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, indicate the appropriate alternate assessment, and list appropriate accommodations if needed. |
|---|---|---|---|
| | yes | no | |
| NWEA MAP tests | ✓ | ☐ | • Read test and assignment content and questions to student<br>• Repeat directions<br>• Frequent breaks<br>• Alternative test area<br>• Provide extra time to answer questions and formulate responses<br>• Allow student to answer test questions orally (in person or on tape) |

The WIDA ACCESS for ELLs was considered and not deemed appropriate based on the student's needs.

**Operating District Notice Requirements** - The superintendent or designee of the operating district assures that:

(a) to the maximum extent appropriate, a person who has a disability, including a person who is assigned to a public or private institution or other care facility, is educated with persons who do not have disablities.

(b) placement of a person who has a disability in special classes, separate schools, or the removal of a person who has a disability from the general education environment occurs only when the nature or severity of the disability is such that education in a regular class using supplementary aids and services cannot be satisfactorily achieved.

(c) the placement for the student is as close as possible to his or her home.

(d) unless the IEP of a student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if non-disabled.

Student: ▮▮▮    Birthdate: ▮    Meeting Date: 04-16-2020

(e) in selecting the least restrictive environment, consideration shall be given to any potentially harmful effects to the student or the quality of services that the student needs.

(f) a child with a disability will not be removed from education in age-appropriate regular classrooms solely because of needed accommodations in the general curriculum.

**Other Consideration:** Due to the Covid 19 pandemic, schools are closed until the end of the 2019-20 school year.. Documentation of supports will be on contingency plan and uploaded in illuminate. ▮ may use the back stairway to go from class to class as needed if he is having a rough day or leave early as predetermined. Recommend a meeting with team at start of school year to discuss behavior plan and schedule.

Generated by Illuminate Education
Special Education

## St. Joseph Co. ISD (ISD)
62445 Shimmel Rd., Centreville, MI 49032

### NOTICE FOR PROVISION OF PROGRAM AND SERVICES

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▮▮▮▮ (Birth Date: ▮▮▮▮)

☑ You are receiving this notice as Sturgis Public Schools is offering the provision of a FAPE. The programs/services will begin on 04-17-2020 and will be located at Sturgis Public Schools. This proposal is the result of the IEP Team meeting date 04-16-2020 that was convened for the purpose of To review and/or revise the individualized education plan (IEP).

☐ You are receiving this notice as your child was found ineligible for special education programs/services at the IEP Team meeting dated 04-16-2020 for the purpose of a re-evaluation.

☑ The IEP describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development of the IEP, other options and factors were considered but not incorporated into the IEP were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| Art class | Needs gym and guided academics so art class will not be an option. |
| Life Skills class or Emotional wellness class | ▮▮▮ will have more social work support and needs to participate in a gym class. |

The IEP Team has determined that programs and services will be provided in the:

☑ Resident district (Sturgis Public Schools)

☐ Operating district
    ☐ The resident district authorizes the operating district to conduct all subsequent IEP Team meetings.
    ☐ The resident district will conduct all subsequent IEP Team meetings.
    ☐ The Public School Academy will conduct all subsequent IEP meetings.

☐ Not Applicable

This notice and the student's IEP constitute Sturgis Public Schools offer of a FAPE.

_Heather Hronse_ (Signature of Superintendent or Designee)   4-16-2020 (Date)

The Procedural Safeguards Notice you received when the district requested your consent for the initial evaluation describes protections under the IDEA. The Procedural Safeguards Notice is also available at www.michigan.gov/documents/mde/May09-ProceduralSafeguardsNotice_278611_7.pdf. The following sources are available to assist you in understanding your rights: Michigan Alliance for Families (800) 552-4821 http://www.michiganallianceforfamilies.org/

Nicole Airgood                                   (269) 659-1500

FAPE Date: 04-17-2020

Dissenting Report(s) attached   ☐ Yes   ☑ Not applicable

## St. Joseph Co. ISD (ISD)

## Medicaid Annual Notification Regarding Parental Consent

**Background:**

Since 1993, the State of Michigan has participated in a Federal program called Medicaid School-Based Services. The program assists school districts by providing partial reimbursement for medically-related services listed on a student's Individualized Education Program (IEP) or Individualized Family Service Plan (IFSP). Although this partial reimbursement is available only for students who are Medicaid eligible, services are provided to all students with disabilities regardless of their Medicaid eligibility status.

The Michigan School-Based Services program is under the direction of the Michigan Department of Community Health.

In 2013, the regulations regarding Medicaid parental consent for School-Based Services changed. Prior to accessing a child's public benefits or insurance for the first time, and <u>annually</u> thereafter, school districts must provide parents/guardians written notification. So what does all this mean?

**Is there a cost to you?**

NO – IEP/IFSP services are provided to students while they are at school at NO cost to the parent/guardian.

**Will School-Based Medicaid claiming impact your family's Medicaid benefits?**

The School-Based Services program does NOT impact a family's Medicaid services, funds, or limits. Michigan operates the School-Based Services program differently than the family's Medicaid program. The School-Based Services program does not affect your family's Medicaid benefits in any way.

**What type of services does the School-Based Services program cover?**

- Evaluations
- Speech & Language/Audiology
- Occupational Therapy
- Physical Therapy
- Psychological/Social Work
- Orientation & Mobility
- Assistive Technology Svcs.
- Nursing
- Case Management
- Personal Care
- Special Education Transportation

**What type of information about your child will be shared?**

In order to submit claims for School-Based Services reimbursement, the following types of records may be required: first name, last name, middle name, address, date of birth, student ID, Medicaid ID, disability, service dates and the type of services delivered.

**Who will see this information?**

Information about your child's School-Based Services may be shared with the Michigan Medicaid agency and its affiliates for the purpose of verifying Medicaid eligibility and submitting claims.

**What if you change your mind?**

You have the right to withdraw consent to disclose your child's personally identifiable information to the Michigan Medicaid agency and its affiliates at any time.

**Will your consent or refusal affect your child's services?**

NO. Regardless of whether you have Medicaid coverage or not (and whether you provide consent or not) the school district will still provide services to your child pursuant to their IEP or IFSP.

**What if you have questions?**

Please call your school district's Special Education department with questions or concerns, or to obtain a copy of the parental consent form.