# EXHIBIT H

Student: ▌                Evaluation Plan Date: 01-20-2020                Birthdate: ▌

# Sturgis Public Schools
107 W West St, Sturgis, MI 49091

## REVIEW OF EXISTING EVALUATION DATA (REED)

**Evaluation Plan Date:** 01-20-2020                    **Previous:** 02-23-2018
**Evaluation Due Date:** 03-02-2020
**Current Eligibility:** Emotional Impairment (R340.1706)

**STUDENT DEMOGRAPHICS:**

Student Name: ▌                    Birth date: ▌

Native Language:                    Address: ▌

Gender: M                           City: BRONSON
Grade: 6                            Zip: 49028
Attending Building: Sturgis Middle School

*Parent Information*

| Parent Name | Phone Number | Native Language | Address |
|---|---|---|---|
| ▌ | | | ▌ |
| ▌ | | | |

**PURPOSE OF REED:**
☐ Initial
☐ Initial due to revocation of services
☐ Out of state initial
☐ Re-Evaluation
☑ Reevaluation Parent Request
☐ Addition of services, not related to eligibility
☐ Termination of services
☐ Other , _____

**KNOWLEDGEABLE INDIVIDUALS:**

| Student: | Parent(s): | General Ed Teacher: ALLISON CARTER |
|---|---|---|
| ▌ | ▌ | |
| District Representative: HEATHER GEORGE | MET Representative (Person able to explain the instructional implication of any evaluations): Matt Bonynge | Special Education Teacher/ Provider: KAREL GUNDLACH |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**
**Evaluation/Assessment:**
▌ first semester grades for the current school year (6th) are as follows: Homeroom- No Credit, Guided Academics-E, Science-E, Language Arts-E, Math-E, PE-E, Social Studies-B. From his most current IEP from 4-17-19: ▌ demonstrates

**Parent Input:**
▌ mother requested a cognitive evaluation. In her email, she stated that she would like to know where he is academically. She would like the information to help the MET team come up with different interventions and accommodations to help him become more successful in school. She reported

Student: ▓▓▓▓▓    Evaluation Plan Date: 01-20-2020    Birthdate: ▓▓▓

that ▓▓▓ has made multiple complaints to her this year that he doesn't understand the material presented in his classes.

## School Based Observations:

Behavior/Positive Character strengths: ▓▓▓ is helpful, curious, shows great potential, is genuine, and is honest. ▓▓▓ can work hard when he chooses to. ▓▓▓ has a big heart.

Behavioral concerns: ▓▓▓ is very anxious and struggles with insecurities. He does not use appropriate calming strategies so he wants to hurt others. ▓▓▓ also makes unnecessary comments or noises in class. He makes unnecessary physical contact with peers. He steals, overreacts to losing a game, overreacts to constructive criticism, flies into a rage for no apparent reason, loses temper easily, is impulsive, is non-compliant to teacher directives, and has difficulty with changes to established routines. These behaviors of concern have been present since early childhood grades. The acting out behaviors often stem from comments made by other students or his choice of not following directions in math. ▓▓▓ classmates are frightened by his size and how loud he becomes when upset. A couple of strategies that can help is for ▓▓▓ to take a break in the hall or pace in the hall.

## Additional Evaluation Data:
### State Assessment Results:

Based on classroom district assessments, ▓▓▓ took the M-Step in the spring of 2017 and scored in ELA 1274 (1-Not Proficient) and in Mathematics 1303 (3-Proficient). Based on CA60 file review, ▓▓▓ historically has "developing" skills in the areas of Language Arts and Specials

## Behavior:

PEER RELATIONSHIPS: ▓▓▓ is aggressive towards other students. He tends to shove his way into a game. ▓▓▓ cuts to be first or races to be first for everything. He does have friends. Many classmates tolerate him sometimes and he is likable. Other students will include ▓▓▓ in their activities if he asks first. Some of the other students do add to the problems that occur. Some of his classmates will stop what they are doing when he is upset, but others will continue to agitate him more which only makes the situations worse.

RELATIONSHIPS WITH ADULTS: ▓▓▓ interactions vary with adults. His mood and level of relationship with the adult may determine how he interacts/responds with adults. He has developed relationships with at least five adults in the building. When given a directive, ▓▓▓ asks why he has to do what he is being asked to do. His mood also affects how he will respond to adult directives.

MOODS/FEELINGS: ▓▓▓ presents as happy. He also worries quietly until he has a meltdown. He feels insecure with himself and with his speech. ▓▓▓ would describe himself as "Awesome" but this seems to be a cover up for how he truly feels about himself. ▓▓▓ wants to be liked. He tends to blame others for circumstances out of his control. ▓▓▓ appears to like receiving verbal praise. He is able to regulate his emotions with minor things, but not for the major incidents that occur.

## School History:

Based on CA60 file review, ▓▓▓ is a school of choice student with a residence district of Bronson, MI. ▓▓▓ currently receives special education services as a student with a Speech and language Impairment at Sturgis Middle School, Sturgis, MI. ▓▓▓ has between 37 and 49 absences this year according records in PowerSchool as of 1-20-20

▓▓▓ was being serviced under 504 Plan initiated June of 2016, to support emotional/behavioral needs that interfered with his academic progress. He was given accommodations to support his success, as a result of his diagnosed Mood Disorder, ADHD, and anxiety disorder from St. Joseph County Mental health (Dr. Nazeer) 10/25/2015. He was currently taking Concerta at the time of the report.

## Communication/Language:

Based on previous IEP from Hillsdale County (2/27/14) ▇ was seeing an Audiologist at the University of Michigan, he underwent surgery to place a tube in his right ear to reduce fluid. At the time of the testing, he had mild hearing loss. He was being serviced for a student with a Speech and Language Impairment. The student has been receiving speech therapy services to improve his articulation. The student has made good progress toward his goal of improving his articulation skills. Assessments completed indicated that the phonemes that are the most troublesome for the student are /h, s, z, sh/, particularly within connected speech. He has difficulty with distortions, omissions, and substitution errors. These difficulties can make his speech difficult to understand at times by both peers and teachers. While progress has been demonstrated, optimal skills have yet to be obtained. A student of his age/gender should be able to produce all speech sounds at all levels without difficulty. It is possible that the student's auditory history of multiple ear infections and scar tissue may have impacted his ability to adequately hear certain speech sounds when he was younger which in turn may have effected his ability to produce specific phonemes. However, he has demonstrated the ability to produce targeted phonemes with receipt of skilled speech therapy services. At times the student's ability to progress is impacted by his decreased motivation and refusal to participate. He is able to be redirected with min to mod effort. The student would likely benefit from additional support services.

## EVALUATION PLAN:

The IEP Team has determined, based on the present level of educational performance statement that additional evaluation is required to determine the needs of the student

### Additional Data Needed:

| Description | Response |
|---|---|
| Data to determine whether the student has a disability/continues to have a disability or has an additional disability and needs special education and related services. | ☐ Yes  ☑ No |
| Data to determine the present levels of performance and educational needs of the student. | ☑ Yes  ☐ No |
| Data to determine whether additions or modifications to special education & related services are needed to enable student to meet annual goals and to progress in the general curriculum. | ☑ Yes  ☐ No |

### Evaluations to be conducted:

| Type of Evaluation | Conducted By: | Comments: |
|---|---|---|
| Cognitive | Matt Bonynge | Cognitive Testing |

Student: ▮▮▮▮   Evaluation Plan Date: 01-20-2020   Birthdate: ▮▮▮

## PARENT CONSENT AND NOTICE:

☐ I have been fully informed of my rights and procedural safeguards including my right to disagree with the IEP Team's recommendations as indicated above.
☐ I understand that the results of this evaluation plan will be used as described above.
☐ I understand that under most circumstances my consent is required for this evaluation plan to be completed. My signature below indicates that I agree with this plan and request that it be implemented.
☐ I do not give consent for an evaluation.

The IEP will be held on or before: 03-02-2020

Parent(s)/Guardian Signature: _____   Date: _____

District Signature: _____   Date District Received Signed Parent Consent: _____

# Sturgis Public Schools
107 W West St, Sturgis, MI 49091

## NOTICE FOR PROVISION OF AN EVALUATION

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▮▮▮▮▮▮▮

☑ You are receiving this because the district is proposing to conduct an evaluation
☐ You are receiving this because the district reviewed existing evaluation data and determined that no additional evaluations were needed

The REED describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development REED, other options and factors were considered but not incorporated into the REED Plan were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| Achievement testing was considered | The parent requested cognitive testing only |

The IEP Team has determined that evaluations will be conducted in the:
☑ Resident district (Bronson Community School District)
☐ Operating district

  ☐ The resident district authorizes/authorized the operating district to conduct subsequent REED and evaluations.
  ☐ The resident district will conduct subsequent REED and evaluations.

This notice and the student's REED constitute an offer of FAPE Bronson Community School District.

_____        _____
(Signature of Superintendent or Designee)                    (Date)

The Procedural Safeguards Notice you received describes protections under the IDEA. The Procedural Safeguards Notice is also available at http://www.michigan.gov/mde/0,4615,7-140-6530_6598_36168-188305--,00.html. The following source is available to assist you in understanding your rights.

Matt Bonynge                                    (269) 420-8372

FAPE Date:  01-20-2020

Dissenting Report(s) attached       Yes  ✓Not applicable