# EXHIBIT I

> This Evaluation will be placed in the student's CA-60

This copy to be distributed to: __CA-60__

### ST. JOSEPH COUNTY INTERMEDIATE SCHOOL DISTRICT
62445 Shimmel Road
Centreville, MI 49032
PHONE: (269) 467-5400 FAX: (269) 467-4309

## MULTIDISCIPLINARY EVALUATION TEAM ASSESSMENT

1. The attached report has been prepared to provide educational placement information for those individuals, such as teachers, counselors, administrators, parents, and agencies that have a legitimate need to access such information.

2. The Family Education Rights and Privacy Act of 1974 in conjunction with school district policies establish the procedures for the maintenance and divulging of information from this report.

3. The information contained in this report is confidential except as authorized in the Family Educational Rights and Privacy Act of 1974 and district policy.

4. The interpretation of the report is critical. The staff of the St. Joseph County Intermediate School District would be most willing to assist with the interpretation of this report.

5. A copy of this evaluation report is also on file at St. Joseph County Intermediate School District.

1 | Page



# CONFIDENTIAL

## St. Joseph County Intermediate School District

**62445 Shimmel Road**
**Centreville, Michigan 49032**
**Phone (269) 467-5400**
**Fax (269) 467-4309**
**Web: //www.sjcisd.org**

### MULTIDISCIPLINARY EVALUATION TEAM REPORT

**Student's Name:** ▓▓▓▓▓
**Grade:** 6th
**School:** Sturgis Middle School
**Birth Date:** ▓▓▓▓▓
**Evaluator(s):** Matt Bonynge, Ed.S.
**Date of Report:** 3-11-2020

### CURRENT ASSESSMENTS ADMINISTERED/SOURCES OF INFORMATION:

Wechsler Intelligence for Children, Fifth Edition (WISC-V)
Student Interview
Teacher Reports

### REASON FOR REFERRAL:

▓▓▓▓▓ mother requested updated cognitive testing to provide relevant information on his learning style and cognitive skills. The information gained through the evaluation will be used to help the MET develop interventions and accommodations to support ▓▓▓▓▓ in the general education curriculum.

## STUDENT INTERVIEW/TESTING OBSERVATIONS:

▇▇▇ demonstrated some frustration when did not feel as though he was performing well or answering questions correctly. He needed a lot of reassurance at times to not give up and to persevere. He responded well to the redirection and reassurance provided to him during testing and this tendency did not appear to negatively affect his performance. ▇▇▇ formed his letters slowly, taking great care to form them to his satisfaction. His behavior indicated the possibility of a desire for perfectionism and anxiety of make a mistake.

Overall, ▇▇▇ attempted all tasks presented to him exhibiting no signs of fatigue, stress, or noncompliance. The overall testing environment at Sturgis Middle School appeared adequate with no interruptions, excessive noise, distractions, etc.; in addition, hearing and vision were determined to be adequate--so assessment scores obtained in the test session should be accurate representations of ▇▇▇ current cognitive skill levels.

## EVALUATION RESULTS:

### Cognitive Processing:

**The Wechsler Intelligence Scale for Children-Fifth Edition (WISC-V)** was administered to determine intellectual functioning. The WISC-V consists of several subtests, each measuring a somewhat different facet of intelligence. The child's performance on these various measures is summarized in a measure of general intellectual functioning (Full Scale IQ) and five index scores, Verbal Comprehension (VCI), Visual Spatial (VSI), Fluid Reasoning (FRI), Working Memory (WMI), and Processing Speed (PSI). All scores are compared to other students with the same chronological age group. The WISC- V provides composite scores (IQ), scaled scores, and percentile ranks. The composite score has a mean of 100 with an average range from 85-115; scaled scores (SS) of 8-12 are considered within the average range, this is the range where most student's scores tend to fall. The following scores were obtained:

| Verbal Comprehension | SS | Visual Spatial | SS | Fluid Reasoning | SS | Working Memory | SS | Processing Speed | SS |
|---|---|---|---|---|---|---|---|---|---|
| Similarities | 8 | Block Design | 9 | Matrix Reasoning | 14 | Digit Span | 10 | Coding | 5 |
| Vocabulary | 11 | Visual Puzzles | 15 | Figure Weights | 12 | Picture Span | 9 | Symbol Search | 6 |

| Composite | | | Composite Score | Percentile Rank | 90% Confidence Interval | Qualitative Description | |
|---|---|---|---|---|---|---|---|

3 | P a g e

| | | | | |
|---|---|---|---|---|
| Verbal Comprehension (VCI) | 98 | 45 | 92-105 | Average |
| Visual Spatial (VSI) | 111 | 77 | 104-117 | High Average |
| Fluid Reasoning (FRI) | 118 | 88 | 111-123 | High Average |
| Working Memory (WMI) | 97 | 42 | 91-104 | Average |
| Processing Speed (PSI) | 75 | 5 | 70-86 | Very Low |
| Full Scale (FSIQ) | 99 | 47 | 94-104 | Average |

Note: The standard score interval range was calculated using the 90 percent confidence level. Test scores change over time due to variable performance, test error, and many other factors. The confidence interval indicates the probable range of scores (with 90% confidence) which we can expect or predict the student to score on a particular task if the student is retested at another time.

**Interpretation of WISC-V composite areas:**

**FSIQ**

The FSIQ summarizes cognitive ability across a diverse set of cognitive functions. This score is typically considered the most representative indicator of general intellectual functioning. Subtests are drawn from five areas of cognitive ability: verbal comprehension, visual spatial, fluid reasoning, working memory, and processing speed. ▇▇▇▇ FSIQ score is in the Average range when compared to other children his age (FSIQ = 99, PR = 47th).

**Verbal Comprehension**

The Verbal Comprehension Index (VCI) measured ▇▇▇▇ ability to access and apply acquired word knowledge. This score reflects his ability to verbalize meaningful concepts, process verbal information, and express himself using words. ▇▇▇▇ performance on the VCI was within the Average range compared to other students his age (VCI – SS=98, PR = 45th).

**Visual Spatial**

The Visual Spatial Index (VSI) measured ▇▇▇▇ ability to evaluate visual details and understand visual spatial relationships. This requires visual spatial reasoning, integration and synthesis of part-to-whole relationships, attentiveness to visual detail, and visual-motor integration. Visual spatial processing was another one of ▇▇▇▇ cognitive strengths, his performance was within the High Average range (VSI =111, PR = 77th).

**Fluid Reasoning**

The Fluid Reasoning Index (FRI) measured ▇▇▇▇ ability to detect the underlying conceptual relationship among visual objects and to use inductive reasoning to identify visual patterns and understand rules associated with visual patterns. This process requires inductive and quantitative reasoning, broad visual intelligence, simultaneous processing, and abstract thinking. ▇▇▇▇ performance on the FRI subtests was within the High Average range and a cognitive strength in his profile (FRI = 118, PR = 88th).

4 | Page

**Working Memory**

The Working Memory Index (WMI) measured [redacted] ability to register, maintain, and manipulate information in conscious awareness, which requires attention and concentration as well as the ability recognize and remember auditory and visual information. [redacted] performed well on the WMI tests. His working memory functions are similar to other children his age (WMI = 97, PR = 42nd).

**Processing Speed**

The Processing Speed Index (PSI) measured [redacted] speed and accuracy of visual identification, decision making, and decision implementation. Performance on the PSI is related to visual scanning, visual discrimination, short-term visual memory, **visuomotor coordination**, and concentration. His performance on the processing speed subtests was Very Low in comparison to other children his age and a weakness within his cognitive profile (PSI = 75, PR = 5th). [redacted] was observed to form his letters and shapes slowly and carefully. When doing the Coding subtest, he stated, "I write slow, that's my problem."

**RECOMMENDATIONS:**

[redacted] teachers reported that he is a capable student who is able to do much of his grade level work independently when he decides to put forth the effort. They reported that he frequently needs redirection to stay on-task in class especially when he is assigned non-preferred work. They reported that he is resistant to writing and will avoid it when it is assigned. They reported that he has many strengths as a person and as a student. He was described as helpful, curious, genuine and honest, and he shows great potential as a learner. They believe he is self-conscious about his speech and his abilities as a student. He can be moody and unpredictable at times which can negatively affect his relationships with peers and adults. [redacted] wants to be liked and he responds well to praise and encouragement. Finally, his teachers expressed concern over his frequent absenteeism which tends to compound his frustration over not being able to keep up with his peers in class.

Discussion of the assessment results as well as recommendations for accommodations and interventions to assist [redacted] in the general education curriculum with be discussed by the MET team at his parent/teacher, IEPC meeting.

**Recommendations:**

1. That an Individual Educational Planning Committee (IEPC) be convened to consider further interventions and accommodations to improve [redacted] academic skills.

2. That [redacted] continues to be involved in general education classes as much as possible and consistent with his educational needs.

Suggestions for classroom accommodations:

1) Provide ▮ with copies of any notes that are expected to be copied during class.

2) Whenever possible, encourage ▮ to use technology when longer writing assignments are assigned. Speech to text or a scribe can be provided so he can generate ideas for writing and avoid the struggle of writing it down on paper.

3) Allow extra time for ▮ to finish written work that involves a timeline or deadline.

If there are any questions concerning this report, please contact the SJCISD evaluation team at (269) 467-5400.

*Matt B____*
Matt Bonynge, Ed.S, School Psychologist
St. Joseph County Intermediate School
mbonynge@sjcisd.org

Mailed on 11/09/2015 via US Mail postage prepaid label attached.