# EXHIBIT J

S[redacted]   Birthdate: [redacted]   Meeting Date: 04-14-2021

## St. Joseph Co. ISD (ISD)
## Individualized Education Program Team (IEPT) Report

Form 8

FAPE Date: 04-16-2021   Initial/most recent reevaluation IEP   Birth Date: [redacted]   Gender: Male
Prior IEP Date: 04-17-2020   Date: 04-16-2021   Grade: 7   Meeting Date: 04-14-2021

**Student's Last Name:** [redacted]   **First:** [redacted]   **MI:** S   **Suffix:** ___
**Address:** [redacted]   **City:** BRONSON **State:** MI **Zip Code:** 49028
**Parent/Guardian's Last Name:** [redacted]   **First Name:** [redacted]   **Phone:**
**Address:** [redacted]   **City:** BRONSON **State:** MI **Zip Code:** 49028
**Parent/Guardian's Last Name:** [redacted]   **First Name:** [redacted]   **Phone:**
**Address:** [redacted]   **City:** BRONSON **State:** MI **Zip Code:** 49028
**Resident District:** Bronson Community School District **Operating District:** Sturgis Public Schools **Attending Bldg:** Sturgis Public Schools

**Purpose(s) of this IEP Team Meeting are to discuss:**

☑ To determine or redetermine eligibility for special education programs or services and, if appropriate, to develop an individualized education program (IEP). That is to develop an **Initial or Reevaluation IEP.**
☐ Initial ☑ Reevaluation of Eligibility
☐ To review and/or revise the individualized education plan (IEP)
☐ To transfer the individualized education plan (IEP)
☐ To consider the need for a program change/level change
☐ To develop and/or review the individual transition plan (ITP)
☐ To discuss an evaluation plan
☐ To discuss disciplinary action that may result in a change of placement

**IEP Team Meeting Participants in Attendance:**

| Parent/Guardian: [redacted] | Special Education District Admin: Terisa Jones (Special Education District Admin) |
|---|---|
| Social Worker: Ben Karle (Social Worker) | Speech Pathologist: Megan Williams (Speech Pathologist) |
| District Representative: Heather George (Assistant Principal) | Special Education Teacher/Provider: Stacey Richardson (Special Ed Teacher) |
| General Education Teacher: Aaron Hess (Online Mentor Teacher) | |

**Eligibility for Special Education:** The IEP Team determined this student to be: ☑ Eligible  (Primary: Emotional Impairment (R340.1706))

**Special Consideration/Present Level Statement Section:**
**Parent input/concerns:**

No current concerns as long as he is in virtual school. I have ALOT of concerns if that is not an option next year for him.

His strengths are being able to absorb any and all information like a sponge to things he is interested in, like he can master an interesting topic (to him) in a very short amount of time, and he is ALWAYS up for debating things. He is a very very smart child, and it shows with people who are able to communicate with him on a human level.

Virtually, I am not worried about him, he could use a tad more help when he doesn't understand school work BUT he is receiving very good grades, grades I haven't seen since 1st grade with him. I am very worried about how intergrading him back to a daily in person school life will go when virtual is no longer an option. After more then a year on virtual, it has the potential to be very catastrophic for him and staff. I do think, if/when the in person time comes, we need to have an in person meeting about potentially partial days where he only attends academically mandated classes (the core classes with no electives) for a short period to ease him back into the routine.

Student: ▮▮▮    Birthdate: ▮▮▮    Meeting Date: 04-14-2021

Per IEP conversation, mom stated that Sturgis is doing the best with online schools of all of the online school options her children are attending, she currently has children in two different districts.

**Strengths of the student:**

Reading: On the Winter NWEA 2021 assessment, ▮▮▮ scored a 204. He scored highest in the areas of Literary Text: Key Ideas and Details (209) and Informational Text: Key Ideas and Details (208).

Communication 2021: ▮▮▮ is able to create his /s/, /z/, and 'sh' sound independently at the sound and word level. With his /r/ sound, he is able to verbalize how to create his /r/ sound. ▮▮▮ is also able to verbalize several strategies for how to repair a communication breakdown (e.g. speak louder, repeat himself, rephrase, use a different word, break words into individual sounds, etc) and how to create an environment to promote successful communication.

Social/Emotional: ▮▮▮ presents with respect towards adults during virtual sessions. He is engaging about topics of interest.

**The following are the evaluations reviewed and considered:**

District-wide Assessment, Reevaluation Assessment

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| ☑ Academic | Reading: On the Winter NWEA 2021 assessment, ▮▮▮ scored a 204. He scored highest in the areas of Literary Text: Key Ideas and Details (209) and Informational Text: Key Ideas and Details (208). Based on ▮▮▮ NWEA score decrease from a 212 in Fall 2020 to a 204 in the winter, ▮▮▮ showed signs of rapid guessing on his work and struggles with motivation. Previous test scores show ▮▮▮ is in the 209-215 range for his reading test. ▮▮▮ struggled the most in the area of Vocabulary (200) and Informational Text: Language, Craft, Structure (201). In the past ▮▮▮ had reported struggling to complete assignments and maintain motivation in language arts/reading assignments. These deficits impact the student ability to understand (comprehend) written text at grade level. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |
| ☑ Communication | Communication 2021: ▮▮▮ is able to create his /s/, /z/, and 'sh' sound independently at the sound and word level. With his /r/ sound, he is able to verbalize how to create his /r/ sound. ▮▮▮ is also able to verbalize several strategies for how to repair a communication breakdown (e.g. speak louder, repeat himself, rephrase, use a different word, break words into individual sounds, etc) and how to create an environment to promote successful communication. NEED: Although ▮▮▮ is successful at the sound and word level with his target sounds, he struggles with sentences, reading, and other less structured activities. As the activity becomes more complex and/or less structured, his accuracy tends to decrease. This could be due to several factors, such as lack of motivation and difficulty with attention. His speech sound errors may result in communication breakdown at times. ▮▮▮ does not always demonstrate awareness of his errors during sessions, which reduces his self-correcting skills. His progress has appeared to slow down over the past year, and this has possibly increased due to poor attendance. In addition, he does not consistently demonstrate appropriate | |

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| | levels of motivation/effort. The deficits in this area impair the student's ability to effectively and clearly communicate in his/her classroom and community settings. | |
| ☐ Extended School Year | Reviewed identified student needs and progress toward goals determining ESY services are not needed.<br><br>Rationale: Reviewed identified student needs and progress toward goals determining ESY services are not needed. ▇ is progressing well this academic year. | |

| Status of previous need area | Description of why this is no longer a need area |
|---|---|
| ☐ Behavioral | ▇ has been attending school virtually since his last IEP. He has not presented with any behavioral needs. He has only attended three social work sessions, having stated that these sessions are boring to him. ▇ mom continues to report positive progress behaviorally. |
| ☐ Social-Emotional | ▇ has been attending school virtually this past year. He has not presented with any social/emotional needs. His mom reports that he socializes virtually with peers after school. His special education teacher has stated that he sometimes does not turn in work. When ▇ has attended virtual social work sessions he has reported stable emotional wellness. He interacts respectfully. In addition to individual virtual sessions, he has also been offered the opportunity to attend group sessions with in-person students. He has not attended the group sessions. |

| Areas considered but not identified as need areas | |
|---|---|
| ☑ Academic | ☑ Transition |
| ☑ Extended School Year | ☑ Positive Behavior Supports |
| ☑ Students anticipated needs or other matters | ☑ Physical Education |
| ☑ Assistive Technology | ☑ Physical including accessibility within facilities/community |
| ☑ Braille instruction for students who are blind or visually impaired | ☑ Communication and language for students who are deaf/hearing impaired |
| ☑ Language needs for students with limited English proficiency | |

## Annual Goals and Short-Term Objectives

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

Reading: On the Winter NWEA 2021 assessment, ▇ scored a 204. He scored highest in the areas of Literary Text: Key Ideas and Details (209) and Informational Text: Key Ideas and Details (208). Based on ▇ NWEA score decrease from a 212 in Fall 2020 to a 204 in the winter, ▇ showed signs of rapid guessing on his work and struggles with motivation. Previous test scores show ▇ is in the 209-215 range for his reading test. ▇ struggled the most in the area of Vocabulary (200) and Informational Text: Language, Craft, Structure (201). In the past ▇ had reported struggling to complete assignments and maintain motivation in language arts/reading assignments. These deficits impact the student ability to understand (comprehend) written text at grade level.

**Standard Designation:** CCSS.ELA-Literacy.L.7.4

**Standard:** Determine or clarify the meaning of unknown and multiple-meaning words and phrases based on grade 7 reading and content, choosing flexibly from a range of strategies.

**Role(s) Responsible:** Special Education Teacher and Teacher

| Student | Birthdate: | Meeting Date: 04-14-2021 |
|---|---|---|

**Annual Goal:** ▓▓▓ will use strategies to determine the context clues and background knowledge to determine word meaning and usage in a sentence with 80% accuracy by April 2022.. The following evaluation procedures will be used: Analysis of Work Samples, Teacher made test, Teacher observation.

| Short-Term Objectives | Schedules |
|---|---|
| • ▓▓▓ will use strategies to determine the context clues and background knowledge to determine word meaning and usage in a sentence 57.5 % by the end of reporting period 1 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation, Teacher made test | Quarterly |
| • ▓▓▓ will use strategies to determine the context clues and background knowledge to determine word meaning and usage in a sentence 65 % by the end of reporting period 2 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation, Teacher made test | |
| • ▓▓▓ will use strategies to determine the context clues and background knowledge to determine word meaning and usage in a sentence 72.5 % by the end of reporting period 3 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation, Teacher made test | |
| • ▓▓▓ will use strategies to determine the context clues and background knowledge to determine word meaning and usage in a sentence 80 % by the end of reporting period 4 based on the following evaluation procedure(s):Analysis of Work Samples, Teacher observation, Teacher made test | |

**Review of Previous IEP's Goal/Objectives:**

▓▓▓ has elected to attend school from home option for the 2020-2021 school year. His previous goals were ones that were able to be monitored in the classroom setting.

**Reporting Progress:** ☑ The parents will be regularly informed in writing of progress on goals and objectives of this IEP at the regular reporting periods applicable to general education students (concurrent with report card periods).

**Least Restrictive Environment (LRE) - This student will:**
- Fully participate with students who are nondisabled in general education setting except for the time spent in separate special education programs/services provided outside of the general education classroom as specified in this IEP. ☑ Yes ☐ No
- Be fully involved in and make progress in the general curriculum. ☑ Yes ☐ No
- Have the same opportunity as general education students to participate in nonacademic and extracurricular activities. ☑ Yes ☐ No

**Supplementary Aids/Services/Personnel Support**

| Supplementary Aids/Service/ Support | Amount of Time/Frequency/ Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| Consultation of School Social Work Services | To support objectives of motivation towards and maintaining emotional wellness, ▓▓▓ will consult with the school social worker one to two times per month. | 04-16-2021 | 04-15-2022 | Throughout school building |
| Read test and assignment content and questions to student | Any time a grade level assessment or assignment is given containing text above a 5th grade level, provided it is not a task meant to address or assess his basic reading skills. This includes text-to-speech option on the M-Step assessment. This may also include access to Audio-Books when available. | 04-16-2021 | 04-15-2022 | General Ed and Special Ed classrooms |
| Repeat directions | When directions are given which contain more than 1-2 steps, ▓▓▓ may benefit from having the directions repeated or restated, to ensure he understands what is expected of him. | 04-16-2021 | 04-15-2022 | General Ed and Special Ed classrooms |

| Supplementary Aids/Service/Support | Amount of Time/Frequency/Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| Allow student to answer test questions orally (in person or on tape) | When taking assessments across subject areas, [redacted] may have the option of responding to the presented questions orally. | 04-16-2021 | 04-15-2022 | General Ed and Special Ed classrooms |
| Allow recorded/dictated/typed answers to assignments | Anytime [redacted] is completing independent grade level work, he may have the option to draft his response(s) using available technology such as a chromebook, iPad, or similar device. | 04-16-2021 | 04-15-2022 | General Ed and Special Ed classrooms |
| Alternative test area | Whenever grade level assessments are given, [redacted] may be permitted to take the assessment in an alternate location. | 04-16-2021 | 04-15-2022 | General Ed and Special Ed classrooms |
| Provide extra time to answer questions and formulate responses | When completing grade level assignments and assessments, [redacted] may be permitted extra time to answer questions and formulate responses. | 04-16-2021 | 04-15-2022 | General Ed and Special Ed classrooms |

## Special Education Programs/Services

| Special Ed. Programs/Services (Rule Number) | Type of Delivery | *Depart | *Endorse | Frequency and Duration | Initiation Date | Duration Date | Location |
|---|---|---|---|---|---|---|---|
| School Social Work (R340.1701) | Consult | N/A | N/A | 5-15 minutes, one to two times per month. | 04-16-2021 | 04-15-2022 | Throughout school building |
| Speech and Language Therapy (R340.1745) | Consult | N/A | N/A | 5-20 minutes, 1-3x/month | 04-16-2021 | 04-15-2022 | Throughout school building |
| Alternative Special Education Program Level 3 R340.1832 (R3401832e) | Direct | N/A | N/A | .5-10 hours per week | 04-16-2021 | 04-15-2022 | Special Ed classrooms |

*Departmentalized Program (R 340.1749c)
*Endorsement from a teacher consultant needed?
All programs and services listed above will follow the stated initiation and duration dates in accordance with the approved district calendar.

## Transportation

**Special Transportation:** ☑ No ☐ Yes, specifics:

**Nonpublic School Pupils:**
☐ The programs offered by the district are outlined in the IEPT report but not provided because the parent elected to enroll the child in a nonpublic school.

The student will participate in the Michigan Educational Assessment System (MEAS), and district-wide/NAEP* assessments as follows:

*Generated by Illuminate Education*

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, state the reason why the subject area is inappropriate, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accommodations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| **General Assessments (General Assessments) - 7th Grade** | | | | | |
| English Language Arts | ✓ | ☐ | **Accommodation:** Alternative test area | ✓ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ✓ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ✓ | ☐ |
| Mathematics | ✓ | ☐ | **Accommodation:** Alternative test area | ✓ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ✓ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ✓ | ☐ |
| Science | ☐ | ✓ | There is no science general state assessment for this grade level | | |
| | | | **Rationale:** No grade level science assessment | | |
| | | | **Accommodation:** No accommodation(s) needed for this assessment. | | |

| District-wide/NAEP Assessment | Is District Assessment Appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, indicate the appropriate alternate assessment, and list appropriate accommodations if needed. |
|---|---|---|---|
| | yes | no | |
| NWEA | ✓ | ☐ | • Read test and assignment content and questions to student<br>• Alternative test area<br>• Provide extra time to answer questions and formulate responses |

The WIDA ACCESS for ELLs was considered and not deemed appropriate based on the student's needs.

**Operating District Notice Requirements** - The superintendent or designee of the operating district assures that:

(a) to the maximum extent appropriate, a person who has a disability, including a person who is assigned to a public or private institution or other care facility, is educated with persons who do not have disablities.

(b) placement of a person who has a disability in special classes, separate schools, or the removal of a person who has a disability from the general education environment occurs only when the nature or severity of the disability is such that education in a regular class using supplementary aids and services cannot be satisfactorily achieved.

(c) the placement for the student is as close as possible to his or her home.

(d) unless the IEP of a student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if non-disabled.

(e) in selecting the least restrictive environment, consideration shall be given to any potentially harmful effects to the student or the quality of services that the student needs.

(f) a child with a disability will not be removed from education in age-appropriate regular classrooms solely because of needed accommodations in the general curriculum.

**Additional Comments:** ▮▮▮ has a temporary Contingency Learning Plan which will be implemented in the event any of the following occur: 1) The district is placed in Phase I, II or III either by Executive Order or community decision. 2) The district chooses to provide a remote only or hybrid mode of instruction which prohibits the implementation of FAPE during Phase IV, V or VI. 3) A parent chooses to keep the student home due to health and safety concerns. 4) Student illness due to COVID-19.

5) Household member quarantined due to exposure to COVID-19. The Contingency Learning Plan will expire at the end of the pandemic or when the district resumes normal operations. The team decided that recovery services are not needed at this time.

**St. Joseph Co. ISD (ISD)**

62445 Shimmel Rd., Centreville, MI 49032

## NOTICE FOR PROVISION OF PROGRAM AND SERVICES

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▮▮▮ (Birth Date: ▮▮▮)

☑ You are receiving this notice as Sturgis Public Schools is offering the provision of a FAPE. The programs/services will begin on 04-16-2021 and will be located at Sturgis Public Schools. This proposal is the result of the IEP Team meeting date 04-14-2021 that was convened for the purpose of To determine eligibility for special education programs or services and, if appropriate, to develop an individualized education program (IEP), Reevaluation of Eligibility.

☐ You are receiving this notice as your child was found ineligible for special education programs/services at the IEP Team meeting dated 04-14-2021 for the purpose of a re-evaluation.

☑ The IEP describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development of the IEP, other options and factors were considered but not incorporated into the IEP were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| Continued in-person speech services. | With difficulty with attendance virtually, slowed rates of progress, and reduced amounts of motivation, consult services were discussed with the team and parent and selected. |
| Re-eval testing | ▮▮▮ was re-evaluated and testing done in 2020. It was determined at this time that additional or updated testing was not needed. |

The IEP Team has determined that programs and services will be provided in the:

☑ Resident district (Bronson Community School District)

☐ Operating district
 ☐ The resident district authorizes the operating district to conduct all subsequent IEP Team meetings.
 ☐ The resident district will conduct all subsequent IEP Team meetings.
 ☐ The Public School Academy will conduct all subsequent IEP meetings.

☐ Not Applicable

This notice and the student's IEP constitute Sturgis Public Schools offer of a FAPE.

_Heather George_ (Signature of Superintendent or Designee)    4-16-21 (Date)

The Procedural Safeguards Notice you received when the district requested your consent for the initial evaluation describes protections under the IDEA. The Procedural Safeguards Notice is also available at www.michigan.gov/documents/mde/May09-ProceduralSafeguardsNotice_278611_7.pdf. The following sources are available to assist you in understanding your rights: Michigan Alliance for Families (800) 552-4821 http://www.michiganallianceforfamilies.org/

Nicole Airgood        (269) 659-1500

Generated by Illuminate Education