# EXHIBIT L

# IN THE MATTER OF: N.S. o/b/o W.F. v. STURGIS PUBLIC SCHOOLS, DOCKET NO.: 22-011246, HEARING VOLUME III

October 19, 2022

Prepared by



depos@networkreporting.com
Phone: 800.632.2720
Fax: 800.968.8653
www.networkreporting.com

*Let us assist you GLOBALLY for all of your deposition needs.*

STATE OF MICHIGAN

MICHIGAN OFFICE OF ADMINISTRATIVE HEARINGS AND RULES

| | |
|---|---|
| In the matter of: | Docket No.:   22-011246 |
| N.S. o/b/o W.F., | Case No.:     DP-22-0043 |
| Petitioner, | Agency:       Education |
| v | Case Type:    ED Sp Ed Regular |
| Sturgis Public Schools, | Filing Type:  Appeal |
| Respondent. / | |

HEARING - VOL. III

BEFORE LINDSAY WILSON, ADMINISTRATIVE LAW JUDGE

Via Zoom Video Conference

Wednesday, October 19, 2022, 9:00 a.m.

APPEARANCES:

For the Petitioner:   MS. ELIZABETH KAMM ABDNOUR (P78203)
                      Elizabeth Abdnour Law, PLLC
                      1100 West Saginaw Street, Suite 4A-2
                      Lansing, Michigan 48915
                      (517) 291-0067

For the Petitioner:   MS. JACQUELYN NICOLE BABINSKI (P83575)
                      North Pointe Legal, PLLC
                      216 South James Street
                      PO Box 733
                      Ludington, Michigan 49431
                      (231) 794-2379

For the Respondent:   MS. ERIN H. WALZ (P55484)
                      MS. CATHLEEN M. DOOLEY (P86148)
                      Thrun Law Firm, PC
                      PO Box 2575
                      East Lansing, Michigan 48826
                      (517) 484-8000

Also Present:         N.S., Nicole Gittinger

Page 488



```
 1   RECORDED BY:        Marcy A. Klingshirn, CER 6924
                         Certified Electronic Recorder
 2                       Network Reporting Corporation
                         Firm Registration Number 8151
 3                       1-800-632-2720
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                              Page 489
```

TABLE OF CONTENTS

PAGE

WITNESSES: RESPONDENT
NICOLE GITTINGER
  Direct Examination by Ms. Walz. . . . . . . . . . . . 498
STACEY RICHARDSON
  Direct Examination by Ms. Walz. . . . . . . . . . . . 512
  Cross-Examination by Ms. Abdnour. . . . . . . . . . 581

Page 490

EXHIBIT INDEX

|  | PAGE | |
|---|---|---|
|  | IDENTIFIED | RECEIVED |
| Petitioner's Exhibit 1 (10/3/15 St. Joseph evaluation) | 10 | -- |
| Petitioner's Exhibit 2 (11/9/17 Pines Behavioral Health ASD Evaluation) | 10 | -- |
| Petitioner's Exhibit 3 (2/23/18 REED) | 10 | -- |
| Petitioner's Exhibit 4 (3/23/18 BSAT) | 10 | -- |
| Petitioner's Exhibit 5 (4/18/18 On Task Analysis Observation Form) | 10 | -- |
| Petitioner's Exhibit 6 (4/23/18 Eligibility Report Summary) | 10 | -- |
| Petitioner's Exhibit 7 (4/23/18 MET) | 10 | -- |
| Petitioner's Exhibit 8 (4/24/18 IEP) | 10 | -- |
| Petitioner's Exhibit 9 (5/1/18 IEP Amendment) | 10 | -- |
| Petitioner's Exhibit 10 (4/21/18 Emergency Intervention Plan) | 10 | -- |
| Petitioner's Exhibit 11 (6/13/18 Student Demographic Information) | 10 | -- |
| Petitioner's Exhibit 12 (9/25/18 IEP Amendment) | 10 | -- |
| Petitioner's Exhibit 13 (9/25/18 Student Dashboard) | 10 | -- |
| Petitioner's Exhibit 14 (10/5/18 Pines Behavioral Health Treatment Plan Addendum) | 10 | -- |
| Petitioner's Exhibit 15 (10/29/18 Behavior Log) | 10 | -- |
| Petitioner's Exhibit 16 (11/5/18 Student Dashboard) | 10 | -- |
| Petitioner's Exhibit 17 (11/6/18 Pines Behavioral Health MD Notes) | 10 | -- |
| Petitioner's Exhibit 18 (11/28/18 Pines Behavioral Health ASD Evaluation) | 10 | -- |
| Petitioner's Exhibit 19 (11/28/18 Safety Plan - Crisis Intervention Plan) | 10 | -- |

Page 491

| Petitioner's Exhibit 20 (11/29/18 Behavior Log) | 10 | -- |
|---|---|---|
| Petitioner's Exhibit 21 (2019-2020 School Year Communication Log) | 10 | -- |
| Petitioner's Exhibit 22 (2019-2020 School Year Semester 1 e-mails between Petitioner and Special Education Teacher) | 10 | -- |
| Petitioner's Exhibit 23 (4/17/19 IEP) | 10 | 483 |
| Petitioner's Exhibit 24 (5/23/19 Behavior Log) | 10 | -- |
| Petitioner's Exhibit 25 (5/28/19 MDR) | 10 | -- |
| Petitioner's Exhibit 26 (6/6/19 Student Dashboard) | 10 | -- |
| Petitioner's Exhibit 27 (8/27/19 Behavior Plan) | 10 | -- |
| Petitioner's Exhibit 28 (10/8/19 Discipline Referral) | 10 | -- |
| Petitioner's Exhibit 29 (10/14/19 Behavior Plan) | 10 | -- |
| Petitioner's Exhibit 30 (10/29/19 Pines Behavioral Health ASD Evaluation) | 10 | -- |
| Petitioner's Exhibit 31 (11/7/19 Behavior Log) | 10 | -- |
| Petitioner's Exhibit 32 (11/14/19 Behavior Plan) | 10 | -- |
| Petitioner's Exhibit 33 (12/3/19 Petitioner e-mail to District Staff regarding Mediation) | 10 | -- |
| Petitioner's Exhibit 34 (12/10/19 Mediation Agreement) | 10 | -- |
| Petitioner's Exhibit 35 (2020-2022 E-mails between Petitioner and District Staff) | 10 | -- |
| Petitioner's Exhibit 36 (1/17/20 Truancy Step 1 Notice) | 10 | -- |
| Petitioner's Exhibit 37 (1/20/20 REED) | 10 | 113 |
| Petitioner's Exhibit 38 (1/23/20 letter from Dr. Woodruff, M.D.) | 10 | 483 |
| Petitioner's Exhibit 39 (3/3/20 MET) | 10 | 113 |
| Petitioner's Exhibit 40 (4/16/20 IEP) | 10 | 113 |

Page 492



## Page 517

```
 1     here?
 2  A  So at that time she's showing that there was no goals for
 3     him to work on for speech during that particular time.
 4  Q  Okay.  And I see your name here.
 5  A  Yes.
 6  Q  What does that reflect?
 7  A  So that reflects that I am part of his IEP team, so that I
 8     was one of the pers- -- one of the individuals that would be
 9     providing him service in the virtual setting.
10  Q  Okay.  And is this the MDE-required language?
11  A  Yes; yes, it is.
12  Q  Okay.  And that's all there is to this document; correct?
13     It's a short document?
14  A  Yes; yes.
15  Q  Okay.  So when we look at -- there's a couple of IEPs.  I'm
16     going to ask you about Exhibit E as in earth.
17        (Counsel shares exhibit via video)
18  Q  What is the date of this IEP amendment?
19  A  So this amendment date would have been on October 13th,
20     2020, starting October 15th.
21  Q  Okay.  And what is the reflected purpose?
22  A  So you would have to scroll down.  So it says the purpose is
23     to add or delete or modify.  So then if you would scroll
24     down for me?  Up a little bit more.  Too far.
25  Q  That one?
```

## Page 518

```
 1  A  Yes, where it says "Rationale."  The reason for this
 2     amendment is because at that time when we needed the CLP, we
 3     would have to make an amendment note in the IEP showing that
 4     we had made a change for the CLP.
 5  Q  Okay.
 6  A  And that could be something as simple as we changed a date.
 7  Q  Okay.  So it's not going to be reflected in the amendment
 8     beyond that?
 9  A  Right.
10  Q  And then the CLP was attached to these amendments in your
11     system?
12  A  The CLP is its own area of the system, but they're both
13     accessed to people in the same system that we use to record
14     special ed documents.
15  Q  Okay.
16  A  I mean, have -- these are both in the student's files.
17  Q  Now, would these IEP amendments have been provided to
18     parent?
19  A  Yes.  They were mailed out.
20  Q  Did you do that?
21  A  Yes.  I dropped it in the mail and then where it went from
22     the mail cart is beyond me.
23  Q  Okay.  All right.  Let me have you take a look -- oh, I'm
24     sorry.  This is the notice you provided to parent with the
25     IEP amendment?
```

## Page 519

```
 1  A  Yup.
 2  Q  Okay.
 3        (Counsel shares exhibit via video)
 4  Q  And Exhibit F, what is this document?
 5  A  Another amendment to his IEP for the space on the CLP.  The
 6     date was 10/21/20 for this one.
 7  Q  Okay.  And same indication here or close to it?
 8  A  Yes.
 9  Q  Would you have also notified parent of this amendment to the
10     CLP?
11  A  Yes.
12  Q  Is this the notice that you created?
13  A  Yes; yes.  That is the notice -- that is the notice that's
14     pre-created in the system and then the "Options and other
15     factors considered" section is where I update.  And so we
16     had talked about the possibility of a virtual life skills
17     class or a virtual emotional wellness class in order to
18     offer him support for classes.
19  Q  And what was the result of that?  What did you decide to do?
20  A  At that time because he was staying virtual we didn't go
21     through with any of this because he was doing so well with
22     the stuff he was doing at home so we didn't need to offer
23     those classes.
24  Q  Okay.  And what was your role beyond helping with the
25     documents?  What was your role with student for 2021?
```

## Page 520

```
 1  A  So for him I facilitated his virtual classes through the
 2     Odysseyware program.  So I would log into (inaudible)
 3     Odysseyware when he needed help or when he would join me for
 4     a Google Meet.  I would also update his grades in
 5     Odysseyware to make sure that he's doing his work and turn
 6     those grades in to the district so that we could log the
 7     progress he had made.
 8  Q  And was there a requirement for when or how many times
 9     student was to access Odysseyware?
10  A  The district requirement was the students were to log on
11     every day during school hours.  And for my personal
12     requirement, I required a check in every day if possible,
13     but I was willing to work with him if he wasn't able to
14     check in every day to meet his needs and his availability.
15     We did a lot of flexibility with our special ed students
16     that were virtual to make sure we were meeting their needs.
17  Q  And how often do you think student checked in or contacted
18     you for virtual contact?
19  A  I had my Google Meet open every day during set times, but he
20     would check in once, twice a month, not very frequently.
21  Q  Okay.  I'm going to ask you to look at another exhibit.
22        (Counsel shares exhibit via video)
23  Q  Okay.  So, Ms. Richardson, these are text messages produced
24     by parent and her counsel that I am told are dated -- what
25     are these? -- August of -- no, I'm sorry -- January of 2021.
```



```
 1  A   Yeah.  The bottom one is January of 2021.
 2  Q   Okay.  So just take a look at this.  I think we can easily
 3      tell you because you say, "Hey, N.S., it's Stacey."  Does
 4      that look like you?
 5  A   Yes, that looks like me.
 6  Q   Okay.  Any reason that you're aware of that there is a gap
 7      between October of 2020 and January of '21?
 8  A   No reason that I'm aware of.
 9  Q   Were you in regular contact with parent --
10  A   Yes.
11  Q   -- 2020-21?
12  A   Yes, I was.
13  Q   Okay.  So best of your knowledge there was not a three or
14      four month gap in your communication?
15  A   No.
16  Q   All right.  Okay.  This is -- hold on.  I'm going to blow it
17      up a little.  I know it gets hard to see.
18  A   Uh-huh (affirmative).
19  Q   I can't see this up top.  Do you have any idea what that is?
20  A   Yes.  So that is a screenshot of his, the end of his NWEA
21      test.  So at the end when the students are finished with
22      their NWEA, it comes up with a score that they received at
23      the very top which it's in the centered part of it and I
24      believe it says, like, "overall score."
25  Q   Okay.
```

Page 521

```
 1  A   So right where your cursor was.  And then it's a breakdown
 2      of each of the different areas of focus over the test and it
 3      gives a score they got in that area and then the range score
 4      for where the margin of error could be.
 5  Q   Okay.  And what are you relaying to mom in the text message
 6      below that?
 7  A   So that test would have been for math then based on the text
 8      and I told her that from the previous test he took he made a
 9      six point growth.  And he always would tell me things like
10      math was too hard and the scores that he gave based on my
11      level of exclamation points showed that he was in the range
12      of what we would consider and the students we would place in
13      an advanced level math class, so instead of in the grade
14      level math.
15  Q   Okay.  So in your opinion, how did student do academically
16      this school year, 2021?
17  A   That school year --
18  Q   Yeah.
19  A   -- he did, in my personal opinion, he did an amazing job.
20      He worked very hard on the work that he was doing and his
21      academic growth and efforts show that he did a great job
22      during that.
23  Q   Okay.  And how was he provided with his education and
24      services via Odysseyware?  How many classes did he have?
25  A   So he had two classes per semester.  The way the special ed
```

Page 522

```
 1      was set up was they had four classes total for the year.  We
 2      split it two for first semester and two for second so that
 3      way it wasn't overwhelming and it was easier for them to
 4      work on their work independently and for us to help them
 5      focus on just specific classes as opposed to all four core
 6      subjects.
 7  Q   Okay.  And were assignments, the completion of assignments,
 8      was that monitored on Odysseyware?
 9  A   I'm sorry.  Will you repeat that question?
10  Q   Completion of assignments by the students, was that
11      something you could monitor?
12  A   Yes.  So we would be able to see when they finished the
13      assignment.  It would tell us on our end "completed" or it
14      would say they were "in progress."
15  Q   Okay.  And was student required to meet with you?
16  A   Yes, he was.
17  Q   Did he?
18  A   Not on a regular basis, no.
19  Q   Were there parameters around when he would be able to meet
20      with you?
21  A   My goal for him was to meet with me during the school hours.
22      So from the start of the school day 'til the end of the
23      school day.  I did have a set time and I don't remember the
24      exact time it was, but I did have a set window every day --
25      I believe it was during my planning hour -- that I had
```

Page 523

```
 1      devoted specifically to him so that way no other students
 2      would be in the room and we could be one-on-one focus.
 3  Q   Okay.  But he did not regularly come to that?
 4  A   No.
 5  Q   Did you notify parent every day when he didn't show up?
 6  A   I gave it some time because I knew that mom's work schedule
 7      had her not always available and she would let me know if
 8      that was the case.  So I tried to update frequently if he
 9      hadn't shown up for in a couple of days, or if I noticed he
10      hadn't done any work.
11  Q   Okay.  Are you aware if student also had social work
12      services made available for 2020-21?
13  A   I do know that the social work was available at that time.
14      The social worker, Mr. Ben Karle, had a group setting that
15      he did where he did Google Meets for groups of students to
16      get together and work through the SEL, their social
17      emotional learning together and he also offered one-on-ones.
18  Q   Do you know if student attended any of those groups?
19  A   I am not aware that he attended any.  I know that the
20      student did not like Mr. Karle so he had rubbed him the
21      wrong way, if you will.  So he didn't attend those meetings
22      that I'm aware of.
23  Q   So he declined the services because he didn't like the
24      provider?
25  A   Yes.
```

Page 524



## Page 525

1  Q  Are there multiple related services providers available in
2     Sturgis?
3  A  The districts have one as far as I know from the ISD for
4     each of the different grade -- or school levels.  So, like,
5     elementary has a different social worker than the middle
6     school level would have, so that was the middle school
7     social worker.
8  Q  And provided by the ISD?
9  A  Yes.
10 Q  Okay.  Let me get to Exhibit U.
11        (Counsel shares exhibit via video)
12 Q  Respondent's Exhibit U, what is this document?
13 A  So this is a progress report.  Those are sent out on a
14    quarterly basis to the family to show the progress that a
15    student's made on their IEP goals.
16 Q  Okay.  And did you send these out for this school year?
17 A  No.  Based on the date of this one, that would have been
18    sent out by Karel Grundlach.
19 Q  Okay.  Based on this date?
20 A  Yes.
21 Q  Okay.  Because she was still the special ed provider at that
22    point?
23 A  Yes.
24 Q  Okay.  Let me get -- all right.  Now, what about that date?
25 A  That one --

## Page 526

1        (Off the record interruption)
2  Q  Okay.
3  A  Hang on just a second.
4  Q  Yup.
5  A  The bell.  They're changing classes.  That date would have
6     been me.
7  Q  Okay.  So you would have completed this particular progress
8     comment?
9  A  Yes.
10 Q  And tell me how student was doing based on this report.
11 A  So based on this report I show that he was making growth.
12 Q  Okay.  And how did you provide progress reports to parent?
13 A  They were mailed and if they didn't get sent in the mail,
14    then I would e-mail.
15 Q  Okay.  Now why is there only progress reported on one goal?
16 A  Because he as a EI student which is an emotional impairment
17    student only has one goal academically because that was his
18    lowest area of need.  His other goals would be related to
19    social work or his emotional area.  But for me, in special
20    ed, my goals were written based on an academic area that he
21    needed and this was just his area where he was lower.
22 Q  Okay.  And you believe he made progress on the academic
23    goal?
24 A  I do.
25 Q  And he declined the social/emotional services?

## Page 527

1  A  Yes.
2  Q  Okay.  All right.
3         (Counsel shares exhibit via video)
4  Q  And Exhibit G, what date is this IEP?
5  A  So this IEP was held on April 14th, 2021, and it would have
6     went into effect April 16th was the publish day.
7  Q  He was still virtual at this point?
8  A  Yes.  This was the end of the 2020-2021 school year.
9  Q  Were you -- I'm sorry.  Did you attend this one?
10 A  I did.
11 Q  Okay.  Do you recall if this was prepared with an eye
12    towards keeping him virtual versus returning to in person?
13 A  Yes.  So this IEP was made because at the time it wasn't --
14    the district wasn't sure or we weren't sure whether we were
15    going to allow virtual for the following year.  So this IEP
16    was written because he was in the virtual setting and the
17    plan at the time was to try to continue him for the
18    following school year in virtual if available.
19 Q  Okay.  And hold on one second.  Let me pull down here.  Now,
20    are these need areas, the ones that are checked, was this
21    assessed at this IEP?
22 A  Yes.  So the need shows the area that we see that he has a
23    concern or an area that we want him to work on.
24        (Off the record interruption)
25        THE WITNESS:  There's going to be another bell in

## Page 528

1     about 48 seconds.
2         MS. WALZ:  Okay.
3  A  So, but this is his area of need and so this one would talk
4     about -- it would reiterate the strengths from the previous
5     page and then talk about whether we can show improvement.
6     And for this it talks about his improvement starting at the
7     words "based on student's NWEA score."
8  Q  Okay.  And so as an EI student, this would be the academic
9     goal; is that what I hear?
10 A  Uh-huh; yes.
11 Q  Okay.  And any other goals would be social/emotional?
12 A  Yup.
13 Q  Okay.  And, now, why are all of these boxes checked?
14 A  Because those are considered not an area that he is needing
15    support.
16 Q  But we know he needs academic.
17 A  There is more than one academic box that's available, but if
18    they only have -- I believe there's two on the pre-set.
19 Q  Okay.
20 A  But he only had one academic area of need so that's why the
21    second one is not checked.
22        MS. ABDNOUR:  I'm sorry to interrupt.  Can we
23    clarify what exhibit this is?  I just can't see it anywhere.
24        JUDGE WILSON:  Respondent Exhibit G.
25        MS. WALZ:  Exhibit G.



```
 1  A   Yeah. It would have been, I believe, sometime around the
 2      third week of September.
 3  Q   Okay. Let's go down to the 25th. Why are you reporting
 4      subs to mom?
 5  A   So part of W.F.'s behavior plan is that if there is a sub he
 6      is -- that we notify mom so in case that there's an issue
 7      with substitute teacher, he doesn't always -- or, sorry,
 8      student doesn't always follow the rules with subs and can be
 9      disrespectful to subs. So we let mom know there's a sub
10      just in case there is an issue so she can be made aware if
11      she needs to come in and help to talk him through what
12      happened or process in a way that's going to work for him.
13  Q   Okay. And that's what you're advising her of the --
14  A   Yes. There was multiple subs that day and out of his eight
15      classes, three of them were substitutes.
16  Q   Okay. Let me go down here. What did you run into on the
17      meeting scheduling saga?
18  A   State required NWEA testing was during that same time so
19      teachers weren't available to miss any time for the meeting
20      because the state test -- we did our testing first hour
21      which that time school started around 7:20, 7:25-ish. So we
22      weren't able to have the meeting that day.
23  Q   And was the scheduling of NWEA testing at that time on that
24      day new information to you at that point?
25  A   It was to me, yes.

                             Page 541
```

```
 1  Q   Okay. You were coordinating everyone's schedules, but you
 2      didn't have that piece?
 3  A   Yes.
 4  Q   Okay. And how does parent respond? Does she propose
 5      another day?
 6  A   Yes. She does propose another day.
 7  Q   Does she also indicate that they're going to be gone
 8      extensively?
 9  A   Yes. That way we know when they won't be available and when
10      the student would not be able to be there.
11  Q   Okay. So you could choose days?
12  A   Yes.
13  Q   Got it. What are you relaying to parent in this text
14      message?
15  A   So that was his NWEA test that was taken on 9/21. He went
16      up in whatever subject we did first that day. I believe it
17      was reading or, yeah.
18  Q   What is "rapid guess rate"? Can you explain that to me?
19  A   Yeah. Rapid guess rate means that a student isn't taking
20      time to listen to or read through the material that's
21      presented in NWEA and instead they're just clicking an
22      answer and going on to the next question.
23  Q   Okay. And would NWEA have been, if it was reading, did he
24      read the material or was it read to him?
25  A   So for reading, because that's an area of need, it's read to

                             Page 542
```

```
 1      him. However, students can opt to not listen to it. We
 2      provide them with the headphones. We have it set up for it
 3      to read to them, but we do not force them to put the
 4      headphones on and actually listen to it. That is their
 5      choice.
 6  Q   Okay. I'm going to let you take a look at this, Stacey.
 7      I'm guessing it's somewhere around that date in the middle
 8      of the day --
 9  A   Right.
10  Q   -- before I ask you a question.
11  A   Okay.
12  Q   Do you have any recollection of what this is talking about?
13  A   The class that he was in has a no hat rule and so the
14      teachers can enforce the no hat rule and the school had a no
15      hat rule written in the rule book at that time. So that
16      means that they would have been a violation of the teacher's
17      code of conduct and part of the school's code of conduct
18      says that insubordination has a consequence.
19  Q   Okay. And down here, what does parent state in response?
20  A   "His IEP also states he needs same day consequences. After
21      school isn't an option today."
22  Q   Okay. So she wants same day consequences; right?
23  A   Yeah. But we didn't have an after school option that day
24      that that occurred because we didn't have someone for
25      behaviors. Per the top one where it says "we only have ASD

                             Page 543
```

```
 1      on certain days of the week," --
 2  Q   Okay.
 3  A   -- we don't -- do not have the staffing to do ASD every day
 4      which is after school detention.
 5  Q   Okay. So it simply is not possible to have ASD every day --
 6  A   Yes.
 7  Q   -- for the district. Okay. And does parent also at this
 8      point inform you that any out of school consequence will be,
 9      and I quote, "damn near impossible"?
10  A   Yes.
11  Q   Okay. And you understood that to be her saying -- what? --
12      don't schedule it? He won't attend? What did you think,
13      Stacey?
14  A   My assumption was that he wouldn't be able to attend any
15      after school.
16  Q   Okay. All right.
17          MS. WALZ: I am done with this exhibit. Your
18      Honor, could we take a 10-minute break?
19          JUDGE WILSON: Yes. That sounds good. Let's take
20      a 10-minute break and we'll reconvene around 10:41. Off the
21      record at 10:31.
22          (Off the record)
23          JUDGE WILSON: All right. We're back on the
24      record at 10:43 a.m. And, Ms. Walz, you may proceed with
25      your direct.

                             Page 544
```



```
 1     attendance?
 2  A  I am.
 3  Q  All right.  I want you to take a look at this reading box.
 4     I got most of it.
 5  A  Okay.
 6         (Witness reviews exhibit)
 7  A  Okay.
 8  Q  I think we saw a text earlier about NWEA rushing?
 9  A  Yes.
10  Q  Isn't this the same assessment to the best of your
11     knowledge?
12  A  This is actually the winter assessment.  The previous one
13     would have been the fall assessment.  NWEA is done three
14     times a year:  once in the fall, once in the winter, and
15     once in the spring.
16  Q  And the same thing happened with the ELA one?
17  A  Yeah; yes.
18  Q  What did you think should happen to prevent that response in
19     the testing environment, if anything?
20  A  For this student, other than encouraging them to slow down,
21     there wasn't a lot of different ways I could prevent for the
22     specific assessment them to help get their score higher.  If
23     the student would have slowed down, I'm confident the
24     student would have had a higher score in previous scores,
25     through other years had shown this.  But it was the
```

Page 573

```
 1     non-desired task resulting in speed.
 2  Q  Okay.  And then this section in the "Behavioral," please?
 3  A  Yes.  So that is from the social worker.  Part of a social
 4     worker's behavioral goals and behavioral need area, they
 5     pull data from the PowerSchool logs showing the different
 6     log entries that are happening to help support areas of need
 7     for behavior.
 8  Q  Okay.  And here it looks like the social worker writes them
 9     down into categories; agreed?
10  A  Yes.  That is how they were entered into the PowerSchool log
11     system.
12  Q  So for 21-22, I understand we're at about the halfway mark
13     here, was student receiving social/emotional supports?
14  A  Yes, they were.
15  Q  Do you know in what form?  Was he seeing the social worker
16     now?
17  A  Yes.  They were -- this is checking on in person.  I believe
18     at prior to this date they were still on consult because of
19     the time when they were virtual the students didn't attend.
20     So it switched from direct service to consult service, so it
21     was a check in with the student, check in with the parent,
22     but not frequent meetings.
23  Q  Okay.  And then on this IEP you think it may have changed?
24  A  Yes.  I believe it switched to direct services.
25  Q  Okay.  Hold on.  Let me get down there.
```

Page 574

```
 1         (Off the record interruption)
 2  Q  Okay.
 3  A  Yeah, so right -- right there.  Social work switched to
 4     direct.  So if the social work was offering 10 minutes to a
 5     half hour, and it was I believe for once a week.
 6  Q  Okay.  What are Alternative Education Programs?  What is
 7     this?
 8  A  So that's the way that the state has coded for our resource
 9     room; our special education resource rooms.  So a level
10     three means that they don't need to be in a self-contained
11     room.  The student isn't of a mild to sev- -- or moderate to
12     severe disability.
13  Q  And this student is not moderate to severe?
14  A  No.
15  Q  Why is the range so big?
16  A  To encompass the multiple hours where there is a special ed
17     teacher co-teaching in the room to encompass the hours of
18     the students with the special ed teacher in the room
19     one-on-one.  So we ranged it from .5 to 12 at that time
20     being with me for homeroom every week.  It would throw --
21     would give the student anywhere between two to four hours a
22     week depending on how long homerooms were.  Also, when they
23     were in the co-taught rooms with me, that would be a two and
24     a half hour a week time range so that adds up.  Any
25     co-taught room the student was in, that adds up and
```

Page 575

```
 1     increases their time so they have a larger range of time to
 2     make sure that they have full supports of a special ed
 3     teacher as needed.
 4  Q  And so if student came to school, he had access to those
 5     hours?
 6  A  Yup.
 7  Q  Got it.  Let me just -- and for this last half of eighth
 8     grade, were you working on a goal with student?
 9  A  Yes.
10  Q  Hold on.  Let me get there.
11         (Counsel shares exhibit via video)
12  Q  Is this you?
13  A  Yes.  So to help with the reading and to help improve NWEA
14     scores and the areas of concern for reading, we had a goal
15     for informational text.  I chose informational text because
16     that was an area of need on testing, but that was also an
17     area of interest for the student.  He preferred true stories
18     and fact-based things as opposed to something that was made
19     up.  So we were going to work on reading it and
20     understanding why the author wrote the work and that also
21     would work towards helping with his transition.  At eighth
22     grade we do a transition IEP which means we prepare them for
23     life after high school and start that ball rolling.  So the
24     student wanted to be a heavy machine operator, so we needed
25     to make sure that they understood why different things, like
```

Page 576

23 (Pages 573 to 576)



|  | Page 617 | | Page 619 |
|---|---|---|---|
| 1 | (Counsel shares exhibit via video) | 1 | end of the first period, we would hope for a two and a half |
| 2 | Q  Okay. So if we look in this document, at the very top it | 2 | percent growth from where he currently was at. So it does |
| 3 | says that the meeting date was 1/21 of '22. Does that look | 3 | not list the starting range, but tells you to -- gives you a |
| 4 | right? Or 1/20, I'm sorry, of '22. Does that look right -- | 4 | two percent -- two and a half percent growth in this case. |
| 5 | A  Yes. | 5 | So when I enter it into my system it doesn't print out with |
| 6 | Q  -- in terms of your recollection? | 6 | that, but those numbers are in that system? |
| 7 | A  Yes. | 7 | Q  And is that something that you could have added to the |
| 8 | Q  Okay. And then it says, the FAPE date was 2/1 of '22. What | 8 | present levels yourself or is that something it wouldn't |
| 9 | does that mean? | 9 | have allowed you to add there? |
| 10 | A  So that means that is the date that this IEP is put into | 10 | A  I -- no, because it's in a different section of the IEP. So |
| 11 | place. That is the publish date. | 11 | it's in the IEP, but in the printed out version it doesn't |
| 12 | Q  Okay. So do you know -- you may not know. Do you know why | 12 | show it, but it is in the system in the back end. So that |
| 13 | there was about an 11-day difference there? | 13 | information is there, but not in the finalized document that |
| 14 | A  Because of weekends and because of the fact that we had to | 14 | they do. |
| 15 | make sure all of, everything was written correctly. So I | 15 | Q  Okay. So the reason I'm asking this is because let's say he |
| 16 | had to go through all of the notes from the IEP meeting and | 16 | were to go to another district next week and they saw this |
| 17 | update anything from the notes that we had discussed to add | 17 | IEP. Would there be any way from looking at this IEP to |
| 18 | to the IEP. | 18 | understand where he was starting at? |
| 19 | Q  Okay. And -- hold on. Let me find what page my next | 19 | A  If they had the progress reports with it, yes. |
| 20 | question is on. Okay. | 20 | Q  Okay. And the progress reports would have showed what his |
| 21 | MS. ABDNOUR: So let's scroll down to the bottom | 21 | starting point of 40 percent was? |
| 22 | of page 5, top of page 6, which is where the annual goals | 22 | A  Yes. |
| 23 | start. | 23 | Q  Okay. Okay. Let's look now -- hang on a second. Okay. |
| 24 | A  Uh-huh (affirmative). | 24 | MS. ABDNOUR: So we're going to look -- Jacquelyn, |
| 25 | Q  So under the "Short-Term Objectives" there -- I'm just going | 25 | we're going to be looking at the three different IEPs. But |

|  | Page 618 | | Page 620 |
|---|---|---|---|
| 1 | to read it to you. The first short-term objective says, | 1 | right now let's just take this one off the screen because we |
| 2 | "When given an informational text at the student's | 2 | don't need it. |
| 3 | instructional level he will read, collaboratively and | 3 | Q  Okay. So I want to talk about the student's reading levels |
| 4 | independently" et cetera with the goal to help him reach his | 4 | a little bit. |
| 5 | postsecondary (sic) goal of being a heavy equipment operator | 5 | A  Okay. |
| 6 | in the construction field 42.5 percent by the end of | 6 | Q  And one thing that you had testified about was that, you |
| 7 | reporting period 1. And I'm paraphrasing, so -- | 7 | know, the NWEA scores were very low, obviously, but that you |
| 8 | A  Yes. | 8 | thought he would have gotten higher scores if he had not |
| 9 | Q  -- I did not read everything. And you had testified with | 9 | been rushing. Does that sound accurate? |
| 10 | Ms. Walz that the reason for that 42.5 percent was because | 10 | A  Absolutely. |
| 11 | at the time that you wrote this he was at a 40 percent level | 11 | Q  And so what made you think that? |
| 12 | of achievement. Am I characterizing your testimony | 12 | A  Because I've read with the student. I know -- I knew what |
| 13 | correctly? | 13 | he was capable of. I also know that he had a strong dislike |
| 14 | A  Yes. | 14 | of testing, so his goal was generally to get done with the |
| 15 | Q  Okay. Now, I don't see that 40 percent referenced anywhere | 15 | test as soon as possible because then he has "him" time |
| 16 | in the present levels above. Is there a reason that you | 16 | which is not required of testing. |
| 17 | didn't (inaudible) that information in there? | 17 | Q  Why does he dislike testing? |
| 18 | A  So when we -- when we fill out the IEPs, when we use the | 18 | A  Why does any student dislike testing? They just don't. I |
| 19 | Illuminate system, it puts it -- you put in a range where | 19 | would love to answer that question for you, but I cannot |
| 20 | what this is called a benchmark assessment which is how this | 20 | tell you why a student dislikes tests. If I could, I would |
| 21 | is written. So you put in a range, a starting value for | 21 | be the richest teacher in the entire world. |
| 22 | where they're at, and an ending range. It'll always for the | 22 | Q  Do all students dislike tests for the same reasons? |
| 23 | fourth one -- because I do it in quarters which is why | 23 | A  No. |
| 24 | there's four bullet points -- end with the 80. But so that | 24 | Q  Okay. So do you know any particular reasons why this |
| 25 | way by the start of this IEP, which was the 2/1 date to the | 25 | student dislikes tests? |



```
 1      for that to change?
 2   A  Uh-huh; yeah; yeah.
 3   Q  Okay.
 4          MS. ABDNOUR:  Let's look at the January 2022 IEP,
 5      which is Exhibit 83, Jacquelyn.  Okay.  And I want to look
 6      at that same area there if we can.
 7          (Counsel shares exhibit via video)
 8   Q  Okay.  And was this also an IEP?  This was one also that you
 9      were -- you were a direct part of preparing; correct?
10   A  Yes.
11   Q  This January 2022?  Okay.
12   A  Yup.  And this one, you had noticed where I said on the
13      winter NWEA assessment, because we had just finished it
14      right before this IEP, so that was fresh data within a
15      couple of days, I believe, based on the date.
16   Q  Okay.
17   A  He scored a 189 so it was a significant drop, but that
18      significant drop also had impact on how quickly he went
19      through that test.  That test --
20   Q  Okay.
21   A  -- 40 -- I believe that reading has 40 questions on it and
22      he did a 75 percent rushing rate on 40 questions.  So that's
23      less than a minute to 30 seconds roughly per question.
24      That's including reading whatever passage is there.
25   Q  Okay.  So was it ever considered at that point to do any
                                Page 629
```

```
 1      additional reading testing beyond the NWEA?
 2   A  So he has his reading testing that he does during classes.
 3      We used his assessments for based on his ability in class
 4      and class work.  He could read grade level work.  But this
 5      stuff that was there, it wasn't of interest.  If it was of
 6      interest to him, he was more apt to do the work, more apt to
 7      do the reading.  He could tell you everything about what he
 8      read.  But these NWEA tests are state tests, therefore, it's
 9      not on an interest of this particular student so he's going
10      to get done with it quick because we had it set to read
11      aloud for him because he has a reading need, so we have that
12      set to read aloud so he can hear it and help with his
13      reading and listening comprehension.  He chose not to listen
14      to the headphones because he didn't like the monotone of the
15      computerized recorder.  So that -- making that choice, it
16      makes it hard to judge your reading comprehension when his
17      listening comprehension is higher than his independent
18      reading comprehension.
19   Q  So did you have any idea of what his independent reading
20      comprehension was?
21   A  Yeah, because I've had him read using the San Diego
22      Assessment test with me.
23   Q  Okay.
24   A  Gives the independent read, smaller passages at different
25      grade levels to show where he could read at which is how I
                                Page 630
```

```
 1      could gain where he could read and what he could read.  I
 2      also had him read in class work with me because I was in his
 3      language arts class with him.  So he would read the story
 4      they're reading out loud to me and we would take turns.  So
 5      I had a very good idea of what his reading levels were.
 6   Q  And what did you -- from that other information what -- at
 7      this point where would you have put him at?
 8   A  For reading -- independent reading level?
 9   Q  Yeah.
10   A  So I would have put him roughly between a third grade level
11      to an eighth grade level depending on the text and his
12      interest.  It would vary day to day.  It's hard to judge
13      when a student engages and doesn't engage in it because of
14      their interest.  So if the test was something interesting to
15      him, he would have been closer to grade level.  If it was
16      not of interest to him, there would have been more a
17      struggle because he didn't want to do that particular
18      reading.
19   Q  Okay.  And let's talk about the rushing issue with the NWEA
20      a little bit more.
21   A  Uh-huh (affirmative).
22   Q  What interventions are you aware of for a student who is
23      rushing on standardized tests?
24   A  So when a student rushes and it comes up in the red -- a
25      little red flag type situation on NWEA saying "student is
                                Page 631
```

```
 1      rushing," I have to unpause their system and re-do it.
 2      Because of his rushing rate, any student that I have that
 3      has a rushing or that I see a significant drop, I have them
 4      retake the test a different day to see if they can do
 5      better.  However, I don't believe he was able to retake the
 6      test and I think it had to do with test windows closing and
 7      attendance.  I would not -- I'm not 100 percent on that, but
 8      to the best of my knowledge there was that time frame.  He
 9      was absent when our test window was open.  It's only open
10      during certain time periods for the district.  So if the
11      students are gone after the window closes, we can't retest
12      them.
13   Q  Okay.  So the question -- what I was trying to get at was
14      what -- what interventions are available for a student who
15      is rushing on standardized tests, if any?
16   A  I mean, I can't force him to slow down.  And he can take --
17      if we have a resource reading class available, he would take
18      a resource reading class.  But just to get him to slow down
19      and take a test, there is no way for me to mandate that.
20          MS. ABDNOUR:  Jacquelyn, just sent me a message
21      asking if she could stop the screen share.  Yeah, let's --
22      you can stop the screen share, Jacquelyn.  Thanks.  Sorry
23      about that.  I didn't mean to interrupt, but I don't want
24      her to have to continue to worry about that.
25   Q  What is your knowledge in terms of generally reasons that
                                Page 632
```

