# EXHIBIT M

**Sturgis Public Schools**
107 W West St, Sturgis, MI 49091

# REVIEW OF EXISTING EVALUATION DATA (REED)

**Evaluation Plan Date:** 04-16-2021          **Previous:** 01-20-2020
**Evaluation Due Date:**
**Current Eligibility:** Emotional Impairment (R340.1706)

**STUDENT DEMOGRAPHICS:**

Student Name:                              Birth date:

Native Language:                           Address:

Gender: M                                  City: BRONSON
Grade: 7                                   Zip: 49028
Attending Building: Sturgis Middle School

*Parent/Guardian Information*

| Parent/Guardian Name | Phone Number | Native Language | Address |
|---|---|---|---|
|  |  |  |  |

**PURPOSE OF REED:**
- [ ] Initial
- [ ] Initial due to revocation of services
- [ ] Out of state initial
- [x] Re-Evaluation
- [ ] Reevaluation Parent Request
- [ ] Addition of services, not related to eligibility
- [ ] Termination of services
- [ ] Other, _____

**KNOWLEDGEABLE INDIVIDUALS:**

| Student: | Parent(s)/Guardian(s): | General Ed Teacher: KIMBERLY FURNEY |
|---|---|---|
| District Representative: HEATHER GEORGE | MET Representative (Person able to explain the instructional implication of any evaluations): Matt Bonynge | Special Education Teacher/Provider: Stacey Richardson |
| Speech Pathologist: Megan Williams |  |  |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**
**Evaluation/Assessment:**

████ was last formally evaluated 3-11-20. Results of that cognitive assessment were as follows: ████ FSIQ score is in the Average range when compared to other children his age (FSIQ = 99, PR = 47th). ████ performance on the VCI was within the Average range compared to other students his age (VCI – SS=98, PR = 45th). Visual spatial processing was another one of ████ cognitive

strengths, his performance was within the High Average range (VSI =111, PR = 77th). ███ performance on the FRI subtests was within the High Average range and a cognitive strength in his profile (FRI = 118, PR = 88th). ███ performed well on the WMI tests. His working memory functions are similar to other children his age (WMI = 97, PR = 42nd). His performance on the processing speed subtests was Very Low in comparison to other children his age and a weakness within his cognitive profile (PSI = 75, PR = 5th). ███ was observed to form his letters and shapes slowly and carefully. When doing the Coding subtest, he stated, "I write slow, that's my problem."

**Parent/Guardian Input:**
No current concerns as long as he is in virtual school. I have ALOT of concerns if that is not an option next year for him.Medically he has been diagnosed with Autism, that effects mostly social and emotional aspects of his life, he is unable to read (correctly) facial expressions and body language. He is also unable to show appropriate facial expressions and body language, ESPECIALLY in high stress periods of his day. The autism also has him very impulsive, especially if he feels he was wronged or doesn't understand what is going on. He is high energy, likes to move and HATES being touched.

He has also been diagnosed with tourette's. He has a tendency to make involuntary movements with his legs and vocal tics. These are exacerbated when he is frustrated, they can also be a source of frustration he is unaware he is doing.

He has been diagnosed with Cough Variant Asthma. He will have a coughing fit that will make it hard for him to breathe. He is supposed to carry an inhaler, but often forgets it, so I have one for him in every spot he goes (my purse, van, house etc). The asthma usually comes mostly during the spring and fall when allergens are high. Unfortunately this leaves him with a weakened immune system to fight off lung affecting diseases (bronchitis, pneumonia, covid, URIs etc)

6. Virtually, I am not worried about him, he could use a tad more help when he doesn't understand school work BUT he is receiving very good grades, grades I haven't seen since 1st grade with him. I am very worried about how intergrading him back to a daily in person school life will go when virtual is no longer an option. After more then a year on virtual, it has the potential to be very catastrophic for him and staff. I do think, if/when the in person time comes, we need to have an in person meeting about potentially partial days where he only attends academically mandated classes (the core classes with no electives) for a short period to ease him back into the routine.

I do not belive we need any more testing at this point.

**School Based Observations:**
███ has done a great job on his academic work. He is meeting his goals and has maintained passing grades in his online classes. He engages through email with his teacher on a semi regular basis.

**Additional Evaluation Data:**
**Behavior:**
███ has not had any behavioral concerns during seventh grade, as he has been attending school virtually. He reports a stable emotional state. During sixth grade ███ displayed frequent disrespect towards adults as well as physical aggression towards other students. ███ received 37 log entries. ███ has received direct social work services. He has expressed that he finds this service to be boring, though his relationship with this provider improved progressively during sixth grade. ███ has attended three sessions this school year. ███ does not consistently respond to emails from the social worker to set up appointments.

**Communication/Language:**

▓▓▓▓ current IEP provides him with 10-20 minutes of speech therapy each session for 3-5 sessions per month. His speech therapy from this IEP has been addressed virtually since the school shut down in March 2020. Since the school year started in August 2020, ▓▓▓▓ has been attending speech therapy virtually 1x/week. Progress has been slow. He has struggled with attendance at speech therapy sessions despite reminder emails and calendar reminders. During sessions, he sometimes appears distracted by his environment. He also appears unmotivated often, yet vocalizes the continued want for therapy sessions. Due to attendance inconsistency, it has been difficult to determine his current skills with speech sounds. He knows how to make the majority of the sounds that he has goals for, but he struggles with awareness and carryover of those skills. With /s/ and /z/, he requires more practice with carrying over his skills to less structured activities (games, reading, conversation, etc). With /r/, he requires more cueing to get his tongue in the correct spot in words and sentences. He has done well with discussing and demonstrating knowledge of clear speech strategies and communication repair strategies. Homework packets and activities were sent home for ▓▓▓▓ to practice throughout the school weeks.

## EVALUATION PLAN:
The IEP Team has determined that no additional information or evaluation data is required for eligibility.

## Notice of Sufficient Data:
Based upon the review of the Present Level of Academic Achievement and Functional Performance (PLAAFP) and the Parent(s)/Guardian(s) input, it was determined that no additional evaluation data is needed to determine whether the student is or continues to be a student with a disability, and to determine educational needs. Parent(s)/Guardian(s) were notified of their right to request an assessment to determine whether the student is or continues to be a student with a disability, and to determine educational needs.

Rationale: The IEP team has enough curriculum based data to develop goals, objectives, accommodations, and interventions to help him progress in the general education curriculum.

## PARENT/GUARDIAN CONSENT AND NOTICE:

☐ I have been fully informed of my rights and procedural safeguards including my right to disagree with the IEP Team's recommendations as indicated above.
☐ I understand that the results of this evaluation plan will be used as described above.
☐ I understand that under most circumstances my consent is required for this evaluation plan to be completed. My signature below indicates that I agree with this plan and request that it be implemented.
☐ I do not give consent for an evaluation.

The IEP will be held on or before:

Parent/Guardian Signature: _____   Date: _____

District Signature: _____   Date District Received Signed Parent/Guardian Consent: _____

### ATTEMPTS TO CONTACT PARENT(S)/GUARDIAN(S):

| Date | Method | Contact | Notes |
|---|---|---|---|
| 04-16-2021 | email | Stacey Richardson | Mother was informed that REED was available to be signed in the office. |
| 04-14-2021 | video conference | Stacey Richardson | Mother was informed that she would still need |

to come in and sign the Reed during the IEP

**Sturgis Public Schools**
107 W West St, Sturgis, MI 49091

## NOTICE FOR PROVISION OF AN EVALUATION

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▇▇▇▇▇▇▇▇

☐ You are receiving this because the district is proposing to conduct an evaluation
☑ You are receiving this because the district reviewed existing evaluation data and determined that no additional evaluations were needed

The REED describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development REED, other options and factors were considered but not incorporated into the REED Plan were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| Re-evaluation testing | ▇▇▇ had testing done in 2020 to check his acheivement levels. Based on that data and communication from mom, no additional testing was required. |

The IEP Team has determined that evaluations will be conducted in the:
☑ Resident district (Bronson Community School District)
☐ Operating district

  ☐ The resident district authorizes/authorized the operating district to conduct subsequent REED and evaluations.
  ☐ The resident district will conduct subsequent REED and evaluations.

This notice and the student's REED constitute an offer of FAPE Bronson Community School District.

_____    _____
(Signature of Superintendent or Designee)    (Date)

The Procedural Safeguards Notice you received describes protections under the IDEA. The Procedural Safeguards Notice is also available at https://www.michigan.gov/documents/mde/Procedural_Safeguards_Notice_550307_7.pdf. The following source is available to assist you in understanding your rights.

Nicole Gittinger    (269) 659-1500

FAPE Date:  04-14-2021

Dissenting Report(s) attached    Yes  ☑ Not applicable