# EXHIBIT N

October 5, 2021

# Draft

▇▇▇ Behavior Plan 2021-2022

## Target Behaviors

-Following Directions
-Be more respectful
-Work Completion
-Appropriate physical school interactions (appropriate contact)

## Proactive Strategies

- ▇▇▇ is given a "Yes" or "No" during different sections of his day for: being respectful, listening to the teacher the first time and staying on-task. This is indicated on his Daily Communication Log.

- ▇▇▇ has a built-in sensory break for the first 10 minutes of his 4th hour which he is permitted regardless of behavior or circumstances. He is to go to Mrs. Richardson's room before the 4th hour bell rings and take his break with her in either room 212 or in the sensory room. A timer will be used so he knows when he is done. His choices are
  - Chromebook
  - Sensory room
  - Phone
  - Walk in the hall with an adult

-If ▇▇▇ goes through the day without walking out, or being asked to leave class, he will be able to go to STEM class in Mrs. Richardson's room and either use one of her STEM building supplies, chromebook, or phone at the end of the day for the last 5 minutes.
-Fidgets can be available to use at any time to try and prevent escalating behaviors, especially during math or other times the behavior is more likely to occur.
-Established positive rapport with SRO (Watson).
- If there is a sub in the classroom, ▇▇▇ should report to focus center or the resource room available, if he feels he is unable to work in his classroom.
- If there are many substitutes in the building let his mother know. And she may keep him home.
- ▇▇▇ is very "literal" - If you don't want an honest answer, be careful what you ask. When addressing issues do not give ▇▇▇ a general time response when addressing an issue. Use specific times.
- Use Zones of regulation to help him identify his feelings.
- ▇▇▇ is tactile defensive. Avoid touching him, especially when he is upset.
- ▇▇▇ is allowed the use of his phone ONLY to LOOK AT THE TIME. If he is not following directions, see insubordination below.

## Reactive Strategies

-When ▇▇▇ is escalating, he may be offered the use of fidgets in or close to his classroom.

# Draft

-If this will not suffice, ▇▇▇ may have the option to pace at the back of the classroom or take a break card which will allow him to walk in the back stairwell by rooms 212 and 213 with an adult.

- If he escalates from there, the crisis/safety plan should be followed.

-If ▇▇▇ is asking to call his mom, he should be reminded that contacting mom is an option during his sensory breaks if he is behaving appropriately.

-If ▇▇▇ becomes unsafe (throwing things, slamming doors, physical aggression to peers or adults. Anything that can result in disciplinary referrals including language or disruptiveness.) Use Daily Interactions Google Doc to record what happened so all parties (including his mother) are aware of what happened.

- He will have a verbal reminder to walk to his designated 'safe place' (focus center ) (Office: Mrs. George or Mr. Lamb may be called) Adults may use visuals for this choice.
  - If he complies, adults should not discuss with ▇▇▇ until he is able to say he is ready to talk.
  - When he is ready to talk, ▇▇▇ should be verbally complimented for being calm. Additionally, staff should review questions with ▇▇▇ to help him reflect on his behavior.
  - If he has calmly walked through these steps, he does not have to make up missed time in class and can return to class when he is able to say he is calm enough to return.
- If he does not choose to go back to his class, he will go to the focus center or one of the special education classrooms to finish the class period
- ▇▇▇ will earn an after school detention if he walks out of class without asking for break.

### ~~Insubbordination~~Insubordination

-He has a **total** of 1 verbal warning and redirection in his class. His goals are to follow directions, be respectful, Stay in class, and not blurt (including no foul language).

- If ▇▇▇ exceeds 1 warning and redirection he is to go ~~to focus~~to the focus center. He needs to be told what direction he didn't follow, what he did that what was disrespectful, etc., so we can help him know what he did. (Please ~~call focus~~call the focus center or contact Mrs. Richardson to explain what happened).
- He will finish the class ~~in focus~~in the focus center and start over again attending the next class, beginning with his break.
  - If ▇▇▇ does not want to go to the focus center he has the option to go to one of the Special Education classrooms, but he needs to NOT wear a hoodie and work while in room - The office is NOT an option
  - If ▇▇▇ does not work ~~in room~~in the room and is disrespectful, he will earn an after school detention.

# Draft

- - If ▇ is sent out of 2 or more classes he will receive an ISS.
  - If ▇ is unable to serve is ISS, he will receive an OSS

-If ▇ is playing music or games on his phone without permission, please follow the insubordination plan above.

Please record incident in google doc 🗎 W.F daily interactions 2021-2022

**Inappropriate Physical Actions with Students**

-If ▇ has physical contact with a student in a way that could cause harm (putting hands on student, putting student in trash can, aggressive physical behavior) he should be sent to the focus center.

- Administration will consider the benefits and risks to determine if there is a way that ▇ can remain in school in an alternate setting, or will need to go home.