# EXHIBIT Q

Student: ▮ S. ▮                                  Birthdate: ▮                       Meeting Date: 11-09-2021

Sturgis Public Schools
107 W West St, Sturgis, MI 49091
**MANIFESTATION DETERMINATION REVIEW**

### Student Information
Student: ▮ ▮                                                                    Birthdate: ▮
Date of MDR: 11-09-2021

### Participants
The following individuals participated in this Manifestation Determination Review Meeting. Additional participants should be noted and attached to this form [34 CFR §300.344]:

| ▮ | HEATHER GEORGE (Assistant Principal) |
|---|---|
| **Parent/Guardian** | **MET Representative (Person able to explain the instructional implication of any evaluations)** |
| HEATHER BREW (General Ed Teacher) | Stacey Richardson (Special Education Teacher) |
| **General Education Teacher** | **Relevant IEP Team Member** |
| Kim Geibe (Social Worker) | Megan Williams (Speech Pathologist) |
| **Social Worker** | **Speech Pathologist** |

### Procedural Safeguards
Procedural Safeguards were initially provided to the parent by:
Person: Heather George      Date: 11-09-2021

### Description of Misconduct
During recess a student and ▮ were talking about ▮ pushing a girl the week before and ▮ called the student a "fiend" which made the student mad so he slapped ▮ walked away and the student followed him and pushed him in the back. They continued yelling at each other and ▮ pushed the student to the ground. They both began punching each other at this time. ▮ was punched in the nose and it started bleeding. Mr. Lamb was a witness to the fight and broke it up.

### Considerations for Review
In carrying out a manifestation determination review, the IEP team must consider, in terms of the behavior subject to disciplinary action, all relevant information, including:

| Information for Review | Data Source/Date | Summary of Information |
|---|---|---|
| The Student's IEP. | Current IEP / 11-08-2021 | The IEP is current and up-to-date. |
| Relevant information provided by parent | Parent Input / 11-09-2021 | Mom said that she has not noticed any behaviors lately related to his eligibility and that she thinks this incident was just when he was at a breaking point and didnt care anymore. |

Student: ▮▮▮ S. ▮▮▮    Birthdate: ▮▮▮    Meeting Date: 11-09-2021

| Information for Review | Data Source/Date | Summary of Information |
|---|---|---|
| Teacher observation of student | Teacher Observation / 11-09-2021 | ▮▮▮ came in after his break and loudly said, "What up Mother fuhhhhh" I just quietly said "no", but didn't give him a strike even though we have discussed the appropriate way to enter class many times. He asked what we were doing and I indiated the board that had all of the steps on it. He got confrontational about the work and said he was not going to do it if he lost points for not doing it online. I have not taken any off for him yet, even though he never brings his computer. It is essential for this class. He wanted to be confrontational about not having the computer-acting as if he's not capable of doing this. I asked how old he was (since I didn't want a confrontation for guessing wrong) and pointed out that it is not an unreasonable expectation to ask 13 year olds to be responsible to bring thier computers back and forth to class. The converstion did continue as he wanted to argue. I should have given him a strike as he was extremely disrespectful. I finally just cut it off and asked him what he could do to solve the computer situation. He said see if he could borrow one from another teacher. I said, "yes-quietly ask." I could hear him from my room loudly holler into two other classes. He came back in, sat down, but interrupted me twice,right after I had asked others to be quiet- I gave him a strike. Mrs. R came in and he insisted that he had done the second chapter of the story we are doing. She went to see if she had it on her desk. He loudly started to talk to another student across the room. I asked him to be quiet since people were supposed to be reading silently and doing their work. He argued that he was just having a conversation-i gave him a second strike for disrupting and arguing. When Mrs. Richardson returned, he started hollering that another student swore, I said I was helping another student across the room and didn't hear it. Before I could go further to remind everyone that this was inapporpriate, he got disrespectful again and said that I only have selective hearing and begain to argue further. Igave him the third strike and sent him out. |
| All relevant information in the student's file | Behavior Logs / 11-09-2021 | ▮▮▮ came into class and came to me and we talked about the first part of the test he missed yesterday. We were watching the Lion King and using examples from the video to compare to things we have learned over this section. He went into the lab and answers his questions. He did his work and was on task. When he came back into the classroom |

Student: ▇▇▇ S. ▇▇▇          Birthdate: ▇▇▇          Meeting Date: 11-09-2021

| Information for Review | Data Source/Date | Summary of Information |
|---|---|---|
| | | to watch the movie. I had to ask him mulitple times times to be quiet to watch the movie. He got his phone out and was moving it around on the desk and making noises, I asked him to put it away an dhe gave a sarcastic response back 'I wasnt even on it, don't know why it matters'. Towards the end of the hour a student came in to get their stuff then left the room to go home, ▇▇▇ quickly stood up and left to follow after her yelling her name through the hallway as he did. |

**Manifestation Determination**

If the determination of the IEPT is "Yes" to any of the statements below, then the behavior must be considered a manifestation of the student's disability, and the student returns to the previous placement (except in Special Circumstances).

| On the basis of the above review and the relationship of the behavior subject to discipline and the student's disability, respond to both of the following statements, and give the rationale for the response: | | |
|---|---|---|
| The conduct in question was caused by or had a direct and substantial relationship to the student's disability. | ☑ No | No - Describe why there is no relationship between the disability and the behavior<br>▇▇▇ engaged in the disciplinary action based on environmental factors not pertaining to his area of eligibility. |
| | ☐ Yes | Yes - Describe why there is relationship between the disability and the behavior |
| The conduct in question was the direct result of the school district's failure to implement the current IEP. | ☐ Yes | Yes - List the areas of non-implementation, the impact on behavior, and the steps to be taken to remedy areas of non-implementation. |
| | ☐ No | No - List the areas of non-implementation. State why no impact |
| | ☑ No | No - IEP was fully implemented<br>The IEP was fully implemented and the incident did not result in a failure by the school district to make sure services were provided. |

The determination of the IEP Team is that the behavior subject to discipline is:

☑ Not a manifestation of the disability; records are transferred to general education for disciplinary procedures.
☐ A manifestation of the disability.
  ☐ Review and modify, if necessary, current Behavior Intervention Plan. (Attached copy along with modifications)
     To be completed by: ___/___/_____
  ☐ Complete Functional Behavior Assessment and Behavior Intervention Plan.

Student: ▮▮▮▮ S. ▮▮▮▮   Birthdate: ▮▮▮▮   Meeting Date: 11-09-2021

To be completed by: ___/___/_____