# EXHIBIT T

January 4, 2022

# Draft

███████ Behavior Plan 2021-2022

**Target Behaviors**

-No inappropriate language (swearing or replacement words)
-Charged Chromebook (to be used to check time and do school work)
-Phone to be left in locker or secure location (office or Mrs. Richardson's room)
-Appropriate physical school interactions (appropriate contact)
-Class disruptions - outbursts, argue, no rude comments, making scene, no prohibiting the lesson
-Listen and Follow directions - discussion on behavior or questions can be held when appropriate for the class lesson.

**Proactive Strategies**

-███████ is given a "Yes" or "No" during different sections of his day for: being respectful, listening to the teacher the first time and staying on-task. This is indicated on his Daily Communication Log.

-███████ has a built-in sensory break for the first 10 minutes of his 4th hour which he is permitted regardless of behavior or circumstances. He is to go to Mrs. Richardson's room before the 4th hour bell rings and take his break with her in either room 212 or in the sensory room. He cannot take a break without another adult. A timer will be used so he knows when he is done. His choices are
- Chromebook
- Sensory room
- Phone
- Walk in the hall with an adult

-If ███████ goes through the day without walking out, or being asked to leave class, he will be able to go to STEM class in Mrs. Richardson's room and either use one of her STEM building supplies, chromebook, or phone at the end of the day for the last 5 minutes.
-Fidgets can be available to use at any time to try and prevent escalating behaviors, especially during math or other times the behavior is more likely to occur.
-Established positive rapport with Dave Northrop
- If there is a sub in the classroom, ███████ can choose to report to the focus center or the resource room available, if he feels he is unable to work in his classroom.
- If there are many substitutes in the building let his mother know. And she may keep him home.
-███████ is very "literal" - If you don't want an honest answer, be careful what you ask. When addressing issues do not give ███████ a general time response when addressing an issue. Use specific times.
- Use Zones of regulation to help him identify his feelings.

# Draft

- ▇▇▇ is tactile defensive. Avoid touching him, especially when he is upset.
- ▇▇▇ is not allowed to use his phone per school rules. He may use a digital device such as his chromebook or a clock to tell the time as needed.

### Reactive Strategies
-When ▇▇▇ is escalating, he may be offered the use of fidgets in or close to his classroom.
-If this will not suffice, ▇▇▇ may have the option to pace at the back of the classroom or take a break which will allow him to walk in the back stairwell by rooms 212 and 213 with an adult contact Mrs. Bissett or Mrs Richardson about break..
- If he escalates from there, the crisis/safety plan should be followed.
-If ▇▇▇ is asking to call his mom, he should be reminded that contacting mom is an option during his sensory breaks if he is behaving appropriately.

### Crisis/Safety Plan
-If ▇▇▇ becomes unsafe (throwing things, slamming doors, physical aggression to peers or adults. Anything that can result in disciplinary referrals including language or disruptiveness.) Use Daily Interactions Google Sheet to record what happened so all parties (including his mother) are aware of what happened.
- He will have a verbal reminder to walk to his designated 'safe place' (focus center or Mrs. Richardson's room-contact office to inform the focus center or Mrs. Richardson that he is on his way) (Office: Mrs. George or Mr. Lamb may be called) Adults may use visuals for this choice.
  - If he complies, adults should not discuss with ▇▇▇ until he is able to say he is ready to talk.
  - When he is ready to talk, ▇▇▇ should be verbally complimented for being calm. Additionally, staff should review questions with ▇▇▇ to help him reflect on his behavior.
  - If he has calmly walked through these steps, he does not have to make up missed time in class and can return to class when he is able to say he is calm enough to return.
- If he does not choose to go back to his class, he will go to the focus center or one of the special education classrooms to finish the class period
- Notify N▇▇ (mom) if ▇▇▇ has become unsafe and the plan was implemented

### Insubordination
-He has a **total** of 2 verbal warnings and redirections. Nonverbal reminders such as (shushing finger to mouth can be used for redirections).
- If ▇▇▇ exceeds 2 warnings and redirections (let him know that is strike 3) he is to go to the focus center.

# Draft

He needs to be told what direction he didn't follow, what he did that what was disrespectful, etc., so we can help him know what he did. (Please call the focus center or contact Mrs. Richardson to explain what happened).
- He will finish the class in the focus center and start over again attending the next class, beginning with his break.
    - If ▮ does not want to go to the focus center he has the option to go to one of the Special Education classrooms - The office is an option if needed he can be let in the side door by Mrs. Hampton's office and sit in one of the little rooms.
    - For instances where ▮ is sent to the focus center and the focus center determines that this is not the best environment for the time, he will be sent to an alternate location for the remainder of the hour.
    - If ▮ does not work in the room and is disrespectful, he will earn an after school detention. If ▮ walks out of the school during after school detention someone will follow him even off school grounds to make sure he is safe, while mom is contacted.
    - If ▮ is sent out of 2 or more classes he will receive an ISS. Mom is to be contacted after the 2nd time he is sent out or leaves a class regardless of the reason.
    - If ▮ is unable to serve his ISS, he will receive an OSS
- If ▮ is being insubordinate in the hallway and the teacher directs him to go to the office, he will go there and be redirected to an alternative location.

-If ▮ ~~is playing music or games on~~has his phone without permission, per school rules and FAPE he will have it follow the school phone plan~~please follow the insubordination plan above.~~.
Please record the incident in google doc W.F. Interactions log 2021-2022

**Inappropriate Physical Actions with Students**

-If ▮ has physical contact with a student in a way that could cause harm (putting hands on student, putting student in trash can, aggressive physical behavior) he should be sent to the focus center.
- Administration will consider the benefits and risks to determine if there is a way that ▮ can remain in school in an alternate setting, or will need to go home.


If ▮ has issues in two consecutive classes, please have office call Nyssa (mom) to let her know about the issues.