# EXHIBIT V

## St. Joseph Co. ISD (ISD)
## Individualized Education Program Team (IEPT) Report

Form 8

FAPE Date: 02-01-2022　　Initial/most recent reevaluation IEP　　Birth Date: ▮▮▮　　Gender: Male
Prior IEP Date: 04-16-2021　　Date: 04-16-2021　　Grade: 8　　Meeting Date: 01-20-2022

**Student's Last Name:** ▮▮▮ **First:** ▮▮▮ **MI:** S **Suffix:** ___
**Address:** ▮▮▮ **City:** Bronson **State:** MI **Zip Code:** 49028
**Parent/Guardian's Last Name:** ▮▮▮ **First Name:** ▮▮▮ **Phone:**
**Address:** ▮▮▮ **City:** Bronson **State:** MI **Zip Code:** 49028
**Parent/Guardian's Last Name:** ▮▮▮ **First Name:** ▮▮▮ **Phone:**
**Address:** ▮▮▮ **City:** Bronson **State:** MI **Zip Code:** 49028
**Resident District:** Bronson Community School District **Operating District:** Sturgis Public Schools **Attending Bldg:** Sturgis Public Schools

**Purpose(s) of this IEP Team Meeting are to discuss:**

☐ To determine or redetermine eligibility for special education programs or services and, if appropriate, to develop an individualized education program (IEP). That is to develop an **Initial or Reevaluation IEP.**
☐ Initial ☐ Reevaluation of Eligibility
☑ To review and/or revise the individualized education plan (IEP)
☐ To transfer the individualized education plan (IEP)
☐ To consider the need for a program change/level change
☑ To develop and/or review the individual transition plan (ITP)
☐ To discuss an evaluation plan
☐ To discuss disciplinary action that may result in a change of placement

**IEP Team Meeting Participants in Attendance:**

| Student: ▮▮▮ | Parent/Guardian: ▮▮▮ |
|---|---|
| Social Worker: Kim Geibe (School School Work) | General Education Teacher: Aaron Claybaugh (General Ed. Teacher) |
| MET Representative (Person able to explain the instructional implication of any evaluations): Stacey Richardson (Designated Case Manager) | Speech Pathologist: Megan Williams (Speech Pathologist) |
| Special Education Teacher/Provider: Stacey Richardson (Special Ed Teacher) | District Representative: Heather George (Assistant Principal) |
| Special Education Teacher: Preston Ferry (Special Education Teacher) | Principal: Nicholas Herblet (High School Principal) |

**Eligibility for Special Education:** The IEP Team determined this student to be: ☑ Eligible (Primary: Emotional Impairment (R340.1706))

**Special Consideration/Present Level Statement Section:**
**Parent input/concerns:**

Per conversation on 1/20/2022, ▮▮▮ (mom) she sees a strength for ▮▮▮ in that he is able to correct people when he is misquoted. She also notes that he has improved objectivity. Mom is concerned with making sure his behavior plan is followed. She wanted to make it clear that issues for ▮▮▮ may stem from something small (either an outside influence or his own thought). Communication with ▮▮▮ on a regular basis is important.

**Strengths of the student:**

Social/emotional 1/2022: When ▮▮▮ has checked in with the social worker, ▮▮▮ has been respectful and responded appropriately to questions asked of him.

Speech/Language 1/2022: When SLP has checked in with teachers each month regarding ▇ speech, teachers have not responded with concerns regarding his speech. In addition, ▇ continues to be polite during brief interactions in the hall.

Reading: ▇ has been working on increasing his participation in ELA class this year. He has taken the NWEA assessment in the Fall (September) 2021 and the Winter (January) 2022, both showing him having a strength in the area of vocabulary.

Transition: ▇ was given the ESTR-J Revised on January 13, 2022. This is ▇ first transition assessment. Per the interview ▇ goals include being in the construction field operating heavy equipment. ▇ career pathway is Engineering, Manufacturing, and Industrial Technology. He scored an overall 74% on the ESTR-J when all areas were combined. ▇ scored highest in the areas of Recreation and Leisure (100%) and Home Living (86%). ▇ is able to dress properly based on occassion, help and understand basic household tasks, and choose appropriate recreation and leisure activities.

**The following are the evaluations reviewed and considered:**

Classroom Based Assessments, District-wide Assessment

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| ☑ Academic | Reading: ▇ has been working on increasing his participation in ELA class this year. He has taken the NWEA assessment in the Fall (September) 2021 and the Winter (January) 2022, both showing him having a strength in the area of vocabulary. ▇ is vocal about not liking to read or wanting to participate in ELA classes. He does not find the material interesting and does not see the point to having to do the work for that reason. When he does engage in activities he rushes to get done as quickly as possible. On the Winter NWEA assessment (January 2021), ▇ scored a 189 and had a 75% rushing rate on the reading assessment finishing 40 questions in only 9 minutes. The score of a 189 puts ▇ at a mid third grade reading level. This supports his in class rushing through work but does not help give an accurate portrayal of his reading ability. ▇ continues to have difficulty in the area of informational text: language, craft, and structure (176). These deficits impact the student ability to understand (comprehend) written text at grade level. | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |
| ☑ Behavioral | Social/emotional 1/2022: When ▇ has checked in with the social worker, ▇ has been respectful and responded appropriately to questions asked of him. ▇ has struggled with following the school and classroom rules consistently. ▇ has earned twenty-eight behavior referrals for the current school year for being disruptive (11), non-compliance/insubordination (4), inappropriate language/comments (5), disrespect (3), physical contact/aggression (4), and skipping (1). ▇ is not completing all of his assignments in class which is impacting his grades. ▇ is currently not passing four of his classes. Since ▇ has returned to in person learning this school year and because there has been an increase in referrals, social work services will increase from consult services to direct social work services. These behaviors impact the student's ability to function independently in the general education setting | ☑ Goals and Objectives<br>☑ Supplemental Aids/Services |

Student: ▇▇▇▇  Birthdate: ▇▇▇  Meeting Date: 01-20-2022

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| ☑ Communication | Speech/Language 1/2022: When SLP has checked in with teachers each month regarding ▇▇ speech, teachers have not responded with concerns regarding his speech. In addition, ▇▇ continues to be polite during brief interactions in the hall. NEED: ▇▇ struggles with clear speech during his communication exchanges, whether that be sentences, reading, and other less structured activities, like a conversation. ▇▇ understands strategies to implement to create more clear speech and can create many target sounds in isolation. As tasks become more complex and/or less structured, his accuracy tends to decrease. This could be due to several factors, such as lack of motivation and difficulty with attention. It may also be that his speech errors are not a priority to him at this point in his development. His speech sound errors may result in communication breakdown at times. ▇▇ may not always hear his errors, which may limit his ability to self-correct. His progress has appeared to be maintained over the past year, as demonstrated in teacher feedback. The deficits in this area impair the student's ability to effectively and clearly communicate in his/her classroom and community settings. | |
| ☐ Extended School Year | Reviewed identified student needs and progress toward goals determining ESY services are not needed.

Rationale: Reviewed identified student needs and progress toward goals determining ESY services are not needed. Reviewed identified student needs and progress toward goals determining ESY services are not needed. | |
| ☑ Transition | Transition: ▇▇ was given the ESTR-J Revised on January 13, 2022. This is ▇▇ first transition assessment. Per the interview ▇▇ goals include being in the construction field operating heavy equipment. ▇▇ career pathway is Engineering, Manufacturing, and Industrial Technology. He scored an overall 74% on the ESTR-J when all areas were combined. ▇▇ scored highest in the areas of Recreation and Leisure (100%) and Home Living (86%). ▇▇ is able to dress properly based on occassion, help and understand basic household tasks, and choose appropriate recreation and leisure activities. When being assessed with the ESTR-J Revised on January 13, 2022, ▇▇ showed a need in the area of community participation (57%) and post-secondary education (50%). During the discussion, ▇▇ could recognize and identify the ways to participate in the community after graduating/completing his education but was not sure how to make those things happen or develop a goal for community participation. In the area of post-secondary education, ▇▇ age was the factor that influenced his lower score. ▇▇ struggles with completing tasks and following rules or directions from authority figures may impact his career choice of being a heavy machine operator. These deficits impact the student's | ☑ Transition Plan |

| Need Area | Description of Need | Where in the IEP will this be addressed? |
|---|---|---|
| | ability to complete daily assignments/task and to achieve his/her post-secondary goals. | |

| Areas considered but not identified as need areas | |
|---|---|
| ☑ Social-Emotional | ☑ Positive Behavior Supports |
| ☑ Extended School Year | ☑ Students anticipated needs or other matters |
| ☑ Physical Education | ☑ Assistive Technology |
| ☑ Physical including accessibility within facilities/community | ☑ Braille instruction for students who are blind or visually impaired |
| ☑ Communication and language for students who are deaf/hearing impaired | ☑ Language needs for students with limited English proficiency |

## Transition Plan

Were the following persons or representatives invited to the Transition IEP Team Meeting?

Other agency representatives ☐ Yes ☑ No. If no, Explain <u>Parents did not give permission to invite an outside agency at this time.</u>

The student ☑ Yes ☐ No. If no, Explain

### Student's Post-secondary Preferences/Interests and Goals

| Goal Area | | | | |
|---|---|---|---|---|
| Post Secondary Education/Training | **Preferences/Interests**<br>January 2022: Per the interview with [redacted] and the ESTR-J Revised form, [redacted] expressed an interest in either working full time and attending a 2 year college or a technical college for his goal of being a heavy equipment operator and working in construction. [redacted] has an interest in going to either MSU or Texas A&M. | | | |
| | **Goal(s)**<br>January 2022: Based upon student interview and ESTR-J results, after graduating from high school, he will attend college/trade school to study construction and heavy equipment. | | | |
| | **Activity** | **Activity Area** | **Person/Agency** | **Timeline** |
| | He will investigate local scholarships available to assist students with college expenses. | Further Education | Special Education Case Manager, student | 01-20-2023 |
| | [redacted] will research college classes and requirements to become a construction heavy equipment operator. | Further Education | [redacted] and SPS staff | 01-20-2023 |
| Employment | **Preferences/Interests**<br>January 2022: Based on the ESTR-J Revised form and the student interview on January 13th, [redacted] stated that one year after exiting school he plans to be a heavy machine operator in the construction field. | | | |
| | **Goal(s)**<br>January 2022: Based on the ESTR-J Revised form given on January 13th, [redacted] said he will attend a trade school to get training to begin his career goal as a heavy machine operator in the construction field. | | | |

| | Activity | Activity Area | Person/Agency | Timeline |
|---|---|---|---|---|
| | ▓▓▓ will explore being a heavy machine operator by visiting local construction companies to learn about what he needs to do to be a heavy machine operator. | Employment | ▓▓▓ and SPS staff | 01-20-2023 |
| Independent Living (goal(s) where appropriate) | **Preferences/Interests**<br>January 2022: On the ESTR-J Revised on January 13th, ▓▓▓ will live in a house with one roommate to reduce his housing costs. ▓▓▓ stated his house will be located somewhere in either Michigan or Texas depending on school and jobs. ▓▓▓ will go to the bank, stores, work, restaurants, bars, friends' houses, and vote. | | | |
| | **Goal(s)**<br>January 2022: Based on the ESTR-J Revised given on January 13th, after graduating from high school, ▓▓▓ will live in a house, either in Michigan or Texas, with one roommate to reduce his housing costs. | | | |
| | **Activity** | **Activity Area** | **Person/Agency** | **Timeline** |
| | He will investigate the requirements of being able to play football in high school. | Adult Living | Special Education Case Manager, student | 01-20-2023 |
| | ▓▓▓ will receive support in the area of reading to help him prepare for living independently. | Adult Living | ▓▓▓ and SPS staff | 01-20-2023 |

**Course of Study Addressing Post-school Transition Needs for Post-secondary Adult Activities** - Consider the following for **any students who will reach age 16** during the IEP (consider at age 16 or younger if determined appropriate by the IEP Team, and review at each subsequent IEP).

☑ General and/or special education classes leading to a diploma
☐ Course of study leading to a certificate of completion

---

**Parental Rights and Age of Majority** (Check all applicable)
☑ If the student will be age 17 during this IEP, the student was informed of parental rights that will transfer to him/her at age 18
☐ If the Student is or will be age 18 the student and the parent were informed of the parental rights that have or will transfer to the student at age 18.
☐ The student has turned age 18 and there is a legally designated representative appointed. Representative Name(s) and Title:

---

## Annual Goals and Short-Term Objectives

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

**Reading:** ▓▓▓ has been working on increasing his participation in ELA class this year. He has taken the NWEA assessment in the Fall (September) 2021 and the Winter (January) 2022, both showing him having a strength in the area of vocabulary. ▓▓▓ is vocal about not liking to read or wanting to participate in ELA classes. He does not find the material interesting and does not see the point to having to do the work for that reason. When he does engage in activities he rushes to get done as quickly as possible. On the Winter NWEA assessment (January 2021), ▓▓▓ scored a 189 and had a 75% rushing rate on the reading assessment finishing 40 questions in only 9 minutes. The score of a 189 puts ▓▓▓ at a mid third grade reading level. This supports his in class rushing through work but does not help give an accurate portrayal of his reading ability. ▓▓▓ continues to have difficulty in the area of informational text: language, craft, and structure (176). These deficits impact the student ability to understand (comprehend) written text at grade level.

**Standard Designation: CCSS.ELA-Literacy.RI.8.6**

**Standard: Determine an author's point of view or purpose in a text and analyze how the author acknowledges and responds to conflicting evidence or viewpoints.**

**Role(s) Responsible: Special Education Teacher and Teacher**

**Annual Goal:** When given an informational text at [redacted] instructional level he will read, both collaboratively and independently to determine and state the authors purpose for text to help him reach his postsecondary goal of being a heavy equipment operator in the construction field with 80% accuracy by January 2023.. The following evaluation procedures will be used: Analysis of Work Samples, Standardized Assessment, Teacher made test.

| Short-Term Objectives | Schedules |
|---|---|
| • When given an informational text at [redacted] instructional level he will read, both collaboratively and independently to determine and state the authors purpose for text to help him reach his postsecondary goal of being a heavy equipment operator in the construction field 42.5 % by the end of reporting period 1 based on the following evaluation procedure(s):Standardized Assessment, Analysis of Work Samples, Teacher made test | Quarterly |
| • When given an informational text at [redacted] instructional level he will read, both collaboratively and independently to determine and state the authors purpose for text to help him reach his postsecondary goal of being a heavy equipment operator in the construction field 55 % by the end of reporting period 2 based on the following evaluation procedure(s):Standardized Assessment, Analysis of Work Samples, Teacher made test | |
| • When given an informational text at [redacted] instructional level he will read, both collaboratively and independently to determine and state the authors purpose for text to help him reach his postsecondary goal of being a heavy equipment operator in the construction field 67.5 % by the end of reporting period 3 based on the following evaluation procedure(s):Standardized Assessment, Analysis of Work Samples, Teacher made test | |
| • When given an informational text at [redacted] instructional level he will read, both collaboratively and independently to determine and state the authors purpose for text to help him reach his postsecondary goal of being a heavy equipment operator in the construction field 80 % by the end of reporting period 4 based on the following evaluation procedure(s):Standardized Assessment, Analysis of Work Samples, Teacher made test | |

**Present Level of Academic Achievement and Functional Performance (PLAAFP):**

**Social/emotional 1/2022:** When [redacted] has checked in with the social worker, [redacted] has been respectful and responded appropriately to questions asked of him. [redacted] has struggled with following the school and classroom rules consistently. [redacted] has earned twenty-eight behavior referrals for the current school year for being disruptive (11), non-compliance/insubordination (4), inappropriate language/comments (5), disrespect (3), physical contact/aggression (4), and skipping (1). [redacted] is not completing all of his assignments in class which is impacting his grades. [redacted] is currently not passing four of his classes. Since [redacted] has returned to in person learning this school year and because there has been an increase in referrals, social work services will increase from consult services to direct social work services. These behaviors impact the student's ability to function independently in the general education setting

**Standard Designation:** ii.B25.1

**Standard:** The student will communicate with others in an acceptable manner in the classroom.

**Role(s) Responsible:** Social Worker, Special Education Teacher, and Teacher

**Annual Goal:** [redacted] will demonstrate productive school behavior on a daily basis by following school and classroom expectations and interacting respectfully with peers and adults by earning five or fewer behavior referrals per marking period by January 2023. The following evaluation procedures will be used: Running Records, Teacher observation.

| Short-Term Objectives | Evaluation | Criterion | Schedules |
|---|---|---|---|
| [redacted] will interact and respond respectfully with adults and peers. | • Running Records<br>• Teacher observation | Earn five or fewer behavior referrals per marking period | Quarterly |
| [redacted] will follow school and classroom expectations, specific to each classroom and specific to the different areas within the school building (lunchroom, library, hallways, etc.) (use appropriate language, work on assignments, ask for help when needed, stay on task, work quietly, etc.). | • Running Records<br>• Teacher observation | Earn five or fewer behavior referrals per marking period | Quarterly |

**Review of Previous IEP's Goal/Objectives:**

[redacted] did not reach his reading goals, the goals have been modified based on current needs.

**Reporting Progress:** ☑ The parents will be regularly informed in writing of progress on goals and objectives of this IEP at the regular reporting periods applicable to general education students (concurrent with report card periods).

**Least Restrictive Environment (LRE) -** This student will:

- Fully participate with students who are nondisabled in general education setting except for the time spent in separate special education programs/services provided outside of the general education classroom as specified in this IEP. ☑ Yes ☐ No
- Be fully involved in and make progress in the general curriculum. ☑ Yes ☐ No
- Have the same opportunity as general education students to participate in nonacademic and extracurricular activities. ☑ Yes ☐ No

## Supplementary Aids/Services/Personnel Support

| Supplementary Aids/Service/Support | Amount of Time/Frequency/Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| Use of computer or word processing equipment | To help ▇ complete independent grade level work (reading or writing) he may have the option to use a computer for all assignments or assessments. This includes the text-to-speech or reader options as long as his basic skills are not being assessed. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Behavioral Support | To ensure that ▇ understands his expectations, he may benefit from the use of a Behavior Plan. | 02-01-2022 | 01-31-2023 | Throughout school building |
| Provide seating arrangement that matches student's needs | When ▇ is working in any academic setting, he may benefit from having access to accommodated seating. This may include, but is not limited to: preferential location in the classroom (back of the room); larger workspace and use of varied seats (such as wobble chairs or exercise balls). This may also include standing or pacing in the back of the room in a manner that is not distracting to those around him. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Utilize Sensory Strategies | When completing tasks in any setting, ▇ may benefit from having access to sensory items (such as fidgets) to help him remain calm and focused on tasks, provided the items are used in a manner that is not distracting to ▇ or those around him. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Frequent breaks | During the day, ▇ may have the option to take frequent breaks, contingent on his ongoing behavioral progress per his behavioral plan, and to be initiated by student request or teacher direction | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Provide frequent feedback | Throughout the day, ▇ may benefit from frequent feedback, disproportionately positive adult feedback, regarding his behavior and choices, to ensure he | 02-01-2022 | 01-31-2023 | Throughout school building |

| Supplementary Aids/Service/ Support | Amount of Time/Frequency/ Conditions | Initiation Date | Duration Date | Location |
|---|---|---|---|---|
| | understands what is expected of him. | | | |
| Alternative test area | To help [redacted] focus and provide support he may have access to an alternative setting when given assessments. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Provide extra time to answer questions and formulate responses | When completing grade level assignments and assessments, [redacted] may be permitted extra time in an amount to be decided by the teacher to answer questions and formulate responses. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Allow student to answer test questions orally (in person or on tape) | When taking assessments across subject areas, [redacted] may have the option of responding orally to the questions. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Read test and assignment content and questions to student | Any time a grade level assignment or assessment is given containing text above [redacted] instructional level, provided the text is not meant to address or assess his basic reading skills. This includes text-to-speech option on state and district testing. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Repeat directions | When directions are given with contain more than 1-2 steps, [redacted] may benefit from having directions repeated or restated. | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| Allow the student to use the "cooling off" area | When [redacted] is feeling upset, angry, or frustrated, he will be allowed to take time away from the difficult situation in a safe space. | 02-01-2022 | 01-31-2023 | Throughout school building |

## Special Education Programs/Services

| Special Ed. Programs/ Services (Rule Number) | Type of Delivery | *Depart | *Endorse | Frequency and Duration | Initiation Date | Duration Date | Location |
|---|---|---|---|---|---|---|---|
| Speech and Language Therapy (R340.1745) | Consult | N/A | N/A | 5-20 minutes, 1-3x/month | 02-01-2022 | 01-31-2023 | Within the community |
| Alternative Special Education Program Level 3 R340.1832 (R3401832e) | Direct | N/A | N/A | .5-12 hours a week | 02-01-2022 | 01-31-2023 | General Ed and Special Ed classrooms |
| School Social Work (R340.1701) | Direct | N/A | N/A | 10-30 minutes, | 02-01-2022 | 01-31-2023 | Therapy Area and Special Education Classroom |

Student: [redacted]   Birthdate: [redacted]   Meeting Date: 01-20-2022

| Special Ed. Programs/ Services (Rule Number) | Type of Delivery | *Depart | *Endorse | Frequency and Duration | Initiation Date | Duration Date | Location |
|---|---|---|---|---|---|---|---|
| | | | | 1-4 times per month | | | |

*Departmentalized Program (R 340.1749c)
*Endorsement from a teacher consultant needed?
All programs and services listed above will follow the stated initiation and duration dates in accordance with the approved district calendar.

## Transportation

**Special Transportation:** ☑ No ☐ Yes, specifics:

**Nonpublic School Pupils:**
☐ The programs offered by the district are outlined in the IEPT report but not provided because the parent elected to enroll the child in a nonpublic school.

The student will participate in the Michigan Educational Assessment System (MEAS), and district-wide/NAEP* assessments as follows:

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, state the reason why the subject area is inappropriate, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accommodations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |
| **8th Grade** | | | | | |
| English Language Arts General Assessment (College Reportable) | ☑ | ☐ | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| Mathematics General Assessment (College Reportable) | ☑ | ☐ | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| Science General Assessment | ☑ | ☐ | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |
| Social Studies General Assessment | ☑ | ☐ | **Accommodation:** Alternative test area | ☑ | ☐ |
| | | | **Accommodation:** Provide extra time to answer questions and formulate responses | ☑ | ☐ |
| | | | **Accommodation:** Read test and assignment content and questions to student | ☑ | ☐ |

| MEAS Assessment | Is General Assessment appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, <u>state the reason why the subject area is inappropriate</u>, indicate the appropriate alternate assessment, and list appropriate accommodations if needed | Standard Accommodations? | |
|---|---|---|---|---|---|
| | yes | no | | yes | no |

Accommodations associated with General Assessment, College Reportable, will be requested from the College Board as standard accommodations that, if approved, will result in a college reportable score.

Accommodations associated with General Assessment, State-Allowable, will be available to the student. These are state-allowable accommodations only, and will not result in a college reportable score. The student and school will receive a letter indicating the student's performance rather than a College Board report.

| District-wide/NAEP Assessment | Is District Assessment Appropriate? | | If yes, list appropriate assessment accommodations if needed. If no, indicate the appropriate alternate assessment, and list appropriate accommodations if needed. |
|---|---|---|---|
| | yes | no | |
| NWEA | ☑ | ☐ | • Read test and assignment content and questions to student<br>• Alternative test area<br>• Provide extra time to answer questions and formulate responses |

The WIDA ACCESS for ELLs was considered and not deemed appropriate based on the student's needs.

**Operating District Notice Requirements** - The superintendent or designee of the operating district assures that:

(a) to the maximum extent appropriate, a person who has a disability, including a person who is assigned to a public or private institution or other care facility, is educated with persons who do not have disablities.

(b) placement of a person who has a disability in special classes, separate schools, or the removal of a person who has a disability from the general education environment occurs only when the nature or severity of the disability is such that education in a regular class using supplementary aids and services cannot be satisfactorily achieved.

(c) the placement for the student is as close as possible to his or her home.

(d) unless the IEP of a student with a disability requires some other arrangement, the student is educated in the school that he or she would attend if non-disabled.

(e) in selecting the least restrictive environment, consideration shall be given to any potentially harmful effects to the student or the quality of services that the student needs.

(f) a child with a disability will not be removed from education in age-appropriate regular classrooms solely because of needed accommodations in the general curriculum.

**Additional Comments:** has a Contingency Learning Plan (CLP) that will be used for situations that lead to disruption in full-time in-person or face-to-face learning during the school year due to the Pandemic. The purpose of the CLP is for the District to provide the accommodations, services and supports identified within that plan in order to implement the student's IEP and to provide the student a Free Appropriate Public Education (FAPE) during the Pandemic. Per team discussion will start with a Guided Academics to help him with classes. If he meets requirements and/or changes toward academic improvement happen he can be removed from class. There are concerns about the current path he is on and if he will be diploma track or certificate of completion.

**St. Joseph Co. ISD (ISD)**

62445 Shimmel Rd., Centreville, MI 49032

## NOTICE FOR PROVISION OF PROGRAM AND SERVICES

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes to initiate or change the educational placement of the student or the provision of a Free Appropriate Public Education (FAPE) to the student; or when they refuse to initiate or change the educational placement of the student or the provision of a FAPE to the student.

You are receiving this notice for: ▮▮▮ (Birth Date: ▮▮)

- [x] You are receiving this notice as <u>Sturgis Public Schools</u> is offering the provision of a FAPE. The programs/services will begin on <u>02-01-2022</u> and will be located at <u>Sturgis Public Schools</u>. This proposal is the result of the IEP Team meeting date <u>01-20-2022</u> that was convened for the purpose of <u>To review and/or revise the individualized education plan (IEP). To develop and/or review the individual transition plan (ITP).</u>

- [ ] You are receiving this notice as your child was found ineligible for special education programs/services at the IEP Team meeting dated <u>01-20-2022</u> for the purpose of a re-evaluation.

- [x] The IEP describes each evaluation procedure, assessment, record, or report used in the offer of a FAPE. In the course of the development of the IEP, other options and factors were considered but not incorporated into the IEP were:

| Options and other factors considered | Reason for not selecting |
|---|---|
| Discussion about changing number of referrals for social work support from 3 versus 5. | At this time team feels that ▮▮ should have a realistic goal and changes will be made as needed. |

The IEP Team has determined that programs and services will be provided in the:

- [x] Resident district (Bronson Community School District)

- [ ] Operating district
    - [ ] The resident district authorizes the operating district to conduct all subsequent IEP Team meetings.
    - [ ] The resident district will conduct all subsequent IEP Team meetings.
    - [ ] The Public School Academy will conduct all subsequent IEP meetings.

- [ ] Not Applicable

This notice and the student's IEP constitute <u>Sturgis Public Schools</u> offer of a FAPE.

_____    _____
(Signature of Superintendent or Designee)    (Date)

The Procedural Safeguards Notice you received when the district requested your consent for the initial evaluation describes protections under the IDEA. The Procedural Safeguards Notice is also available at www.michigan.gov/documents/mde/May09-ProceduralSafeguardsNotice_278611_7.pdf. The following sources are available to assist you in understanding your rights: Michigan Alliance for Families (800) 552-4821 http://www.michiganallianceforfamilies.org/

Nicole Gittinger    (269) 659-1500

FAPE Date: 02-01-2022

Dissenting Report(s) attached    [ ] Yes    [x] Not applicable

# St. Joseph Co. ISD (ISD)

## Medicaid Annual Notification Regarding Parental Consent

**Background:**

The State of Michigan participates in a Federal program called Medicaid School Services. The program assists school districts by providing partial reimbursement for medically-related services listed on a students Individualized Education Program (IEP), Individualized Family Service Plan (IFSP) or Plan of Care (POC). Although this partial reimbursement is available only for students who are Medicaid eligible, services are provided to all students with disabilities and/or health services regardless of their Medicaid eligibility status.

The Michigan School Services program is under the direction of the Michigan Department of Health and Human Services (MDHHS).

Prior to accessing a child's public benefits or insurance for the first time, and <u>annually</u> thereafter, school districts must provide parents/guardians written notification. So what does all this mean?

**Is there a cost to you?**

NO - IEP/IFSP/POC services are provided to students while they are at school at NO cost to the parent/guardian.

**Will the Medicaid School Services Program claiming impact your familys Medicaid benefits?**

The School Services Program does NOT impact a familys Medicaid services, funds, or limits. Michigan operates the School Services Program differently than the familys Medicaid program. The School Services Program does not affect your familys Medicaid benefits in any way.

**What type of services does the School Services Program cover?**

- Evaluations
- Speech & Language/Audiology
- Occupational Therapy
- Profesional Counseling
- Psychological/Social Work
- Orientation & Mobility
- Assistive Technology Svcs.
- Physical Therapy
- Case Management
- Personal Care
- Special Education Transportation
- Nursing

**What type of information about your child will be shared?**

In order to submit claims for School Services Program reimbursement, the following types of records may be required: first name, last name, middle name, address, date of birth, student ID, Medicaid ID, disability, service dates and the type of services delivered.

**Who will see this information?**

Information about your childs School Services Program may be shared with the Michigan Medicaid agency and its affiliates for the purpose of verifying Medicaid eligibility and submitting claims.

**What if you change your mind?**

You have the right to withdraw consent to disclose your child's personally identifiable information to the Michigan Medicaid agency and its affiliates at any time.

**Will your consent or refusal affect your child's services?**

NO. Regardless of whether you have Medicaid coverage or not (and whether you provide consent or not) the school district will still provide services to your child pursuant to their IEP, IFSP or POC.

**What if you have questions?**

Please call your school district with questions or concerns, or to obtain a copy of the parent(s)/guardian(s) consent form.