# EXHIBIT Z

Confidential

**In The Matter Of:**

*N.S. o/b/o W.F. v.*

*STURGIS PUBLIC SCHOOLS*

*W.F.  (CONFIDENTIAL)*

*August 26, 2024*

*Catka Court Reporting, LLC*

*33260 Spoonbill Avenue*

*Brownstown, Michigan  48173*

*313.282.8112*

*catkacourtreporting@gmail.com*

Original File 8-26-2024WF-WF-JC.TXT

**Min-U-Script® with Word Index**

## Page 1

```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION

 N.S. o/b/o W.F.,
                                        Case No.
            Plaintiff,                   23-448

 vs                                    Honorable
                                       Phillip J. Green
 STURGIS PUBLIC SCHOOLS,

            Defendant.


                  DEPOSITION OF W.F.

 taken on Monday, August 26, 2024, at Sturgis Public
 Library, 255 North Street, Sturgis, Michigan at
 10:07 a.m.
```

## Page 2

```
 For the Plaintiff
        Abdnour Weiker, LLP
        Elizabeth K. Abdnour P78203
        Renee A. Stromski
        (OH: 0101347)(via telephone)
        500 East Michigan Avenue
        Suite 130
        Lansing, Michigan 48912
        517.994.1776

 For the Plaintiff
        Barger & Gaines
        Jacquelyn N. Kmetz P83575
        90 North Broadway
        Suite 320
        Irvington, New York, 10533
        734.864.4514
        (Via telephone)

 For the Defendant
        Giarmarco Mullins & Horton, PC
        Travis M. Comstock P72025
        101 West Big Beaver Road
        Tenth Floor
        Troy, Michigan 48084
        248.457.7020

 ALSO PRESENT:  N.S.

 REPORTER:  Julie A. Catka, CSR-6530, CER-6530.
```

*Confidential*

## Page 3

```
                   I N D E X
 WITNESS: W.F.                                  Page
     Examination by Mr. Comstock                  4
                      - - -
                  E X H I B I T S
                  (Attached)
 Deposition
 Exhibit           Description                  Page
 No. 1             Behavior Plan                 48
 No. 2             Video                         68
                   (Not attached)
 No. 3             Video                         68
                   (Not attached)
 No. 4             Plt. 000192                   91
                   (Not attached)
 No. 5             Plt. 000190                   93
                   (Not attached)
 No. 6             Plt. 000195                   95
                   (Not attached)
 No. 7             Plt. 000182                   96
                      - - -
```

## Page 4

      Sturgis, Michigan
      Monday, August 26, 2024
      About 10:07 a.m.
      - - -

      COURT REPORTER: Do you solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth?

      THE WITNESS: Yeah.

      W.F., after having been first duly sworn, was examined and testified as follows:

      E X A M I N A T I O N

BY MR. COMSTOCK:

Q. Good morning W.F. My name is Travis Comstock. I'm counsel for the Defendant School District here. Today we're going to spend some time talking about the lawsuit that you and your mom have filed, your experiences at Sturgis Schools. Okay?

A. Okay.

      MR. COMSTOCK: For Plaintiff's counsel, Liz, we've, Julie, the court reporter can put into the record initials of minors that we refer to just so it's easier for W.F. and I to keep straight who we're talking about. It may be one or two. It's not going to be a lot.

Page 9

1  Q. It's okay. We'll remind you and it's all right.
2     Everybody does it so it's not anything that is, that
3     you're doing wrong.
4            So when did school start this year?
5  A. Last Monday.
6  Q. Last Monday?
7  A. (Nodding).
8  Q. You're in 11th grade?
9  A. Yeah.
10 Q. Are you going to school in person or are you taking
11    classes online?
12 A. I'm going in person.
13 Q. How many classes do you have this year?
14 A. I have four and then CTE.
15 Q. Which is Career Technical Education?
16 A. Yeah.
17 Q. So do you go to a different building for that?
18 A. Yeah, I go to a different one.
19 Q. Can you tell me a highlight about your summer? What
20    did you do that was really exciting that you
21    remember?
22 A. I went on a trip at the beginning of summer.
23 Q. To where?
24 A. Out east like Maine and stuff.
25 Q. Cool. Did you do any camping or hiking?

Page 10

1  A. Nuh-huh. No.
2  Q. Just visit family?
3  A. Not really. We just went out there.
4  Q. Okay. Did you work during this summer at a job?
5  A. Yeah.
6  Q. Where did you work?
7  A. I worked for like this Amish lady and I work at
8     farmer's markets.
9  Q. At a farmer's market?
10 A. Yes.
11 Q. Is that like a store that is a building called the
12    farmer's market, or do you travel around to different
13    markets and sell things?
14 A. I travel around to different places and sell things.
15 Q. Okay. When you're not in school, what do you like to
16    do?
17 A. I like fishing.
18 Q. Do you? What kind of fish do you like to go after?
19 A. Bass and blue gill.
20 Q. Okay. What's the biggest bass you've caught?
21 A. Like five pounds probably.
22 Q. Do you know how many inches it was? Like 21, 23?
23 A. I don't.
24 Q. That's a pretty big fish. Do you still like to do
25    four wheeling?

Page 11

1  A. Yeah.
2  Q. Do you do that at your house or with friends?
3  A. I do it at my grandma and grandpa's.
4  Q. Do you have a good friend in high school this year?
5  A. I mean not really, no.
6  Q. You don't have like a best friend that you enjoy
7     hanging out with?
8  A. I mean I have friends, but all of them that are like
9     good, good friends go to different schools.
10 Q. Okay. For your school last year, were you coming to
11    the school building in person or were you taking
12    classes online?
13 A. Both.
14 Q. How many classes did you do online?
15 A. I did all of my classes online, but I went in for
16    tests and quizzes and stuff.
17 Q. How often did you do that?
18 A. I don't know like every week a couple of days a week.
19 Q. Couple of days a week. For your 9th grade year which
20    is two years ago, did you go to school in person
21    every day, your freshman year in high school?
22 A. I think so. I think I might have did online towards
23    the end of that year.
24 Q. Do you like going to school in person?
25 A. It's all right.

Page 12

1  Q. Why is it just all right?
2  A. I mean is school ever really fun?
3  Q. I'm asking you, is it fun for you?
4  A. No.
5  Q. School is not fun for you?
6  A. No.
7  Q. Do you like to learn about things?
8  A. Sometimes, yeah.
9  Q. Like what?
10 A. I don't know. I like some history stuff.
11 Q. What time period? Are you talking like knights and
12    things like that?
13 A. Like Greek stuff.
14 Q. Greek stuff? I like that too. That's very
15    interesting.
16 A. Yeah.
17 Q. Do you ever feel like you're trapped in school when
18    you're there in person?
19 A. Yeah.
20 Q. Describe that feeling to me.
21 A. I don't know. I just feel like I have to be there.
22    There's nowhere else I can go.
23 Q. If you didn't have to be in school every day, what
24    would you do?
25 A. I don't know. Probably work.

Page 13

1  Q. At the farmer's market for the Amish lady?
2  A. No. I would probably get a different job.
3  Q. What would that job look like?
4  A. I don't really have one in mind.
5  Q. Do you have a favorite class that you have taken in
6     high school so far like math or English or history?
7  A. Right now I'm doing weight lifting and I like that
8     class.
9  Q. Is there any class you really didn't like? Like for
10    me it was science. I didn't really like science. Is
11    there any class that you don't like?
12 A. I don't really like ELA or physics.
13 Q. So ELA is English Language Arts?
14 A. Uh-huh. Yeah.
15 Q. Okay. Is it hard to do the assignments in there
16    because you don't like the class?
17 A. I mean sometimes it can be.
18 Q. Do you feel like you know the material in physics and
19    can do the assignment?
20 A. Yes and no depending on what it is.
21 Q. So one assignment you may be able to do, but another
22    one it's hard for you?
23 A. Yeah.
24 Q. One thing I noticed when looking at the documents,
25    the parties have exchanges that it seems like you

Page 14

1     have an interest in operating heavy equipment. Is
2     that true?
3  A. Yeah.
4  Q. What type of equipment would that be? Big crane or a
5     bulldozer?
6  A. No, I thought excavators were cool. It's like a big
7     claw machine.
8  Q. Digging out a basement or other things for buildings?
9  A. Yeah.
10 Q. It also looks like you have an interest in the
11    construction industry?
12 A. Yeah and no.
13 Q. Okay. So what type, like home building, like
14    building someone's house or building decks?
15 A. Mainly like just heavy equipment for construction.
16    Like nothing specifically.
17 Q. Okay. So more like big buildings?
18 A. Yeah.
19 Q. At the CTE, are you taking classes to help you learn
20    how to operate heavy machinery?
21 A. No, I'm taking an automotive class to do like learn
22    how to work on cars and stuff.
23 Q. Is that an interest you have?
24 A. Yeah.
25 Q. Is that something that you might want to do when you

Page 15

1     graduate from high school?
2  A. Yeah.
3  Q. What type of repairs on cars? I know there's brakes,
4     there's electronics, there's engine. Is there a part
5     of the car that you like to work on?
6  A. No, not really.
7  Q. So the class you're taking right now, what are you
8     going to be working on this semester?
9  A. Like brakes and lights and exhaust and stuff.
10 Q. Okay. My son went through one of those classes. He
11    really had a good time, so hopefully you'll like it.
12 A. Yeah.
13 Q. When you're interested in like auto repair, do you
14    learn best by doing it on the car or by like watching
15    a video of how to do it?
16 A. By doing it on the car.
17 Q. Okay. Is it helpful to have someone then next to you
18    to help explain how to do it?
19 A. Yeah.
20 Q. Do you ever look at You-Tube videos on how to repair
21    an exhaust for example?
22 A. I mean yeah, if I didn't know how to do it.
23 Q. You can learn on your own and figure out how to fix a
24    car?
25 A. Yeah.

Page 16

1  Q. So I know at one time you played football. Do you
2     still have an interest in sports?
3  A. Yeah, I'm playing football this year.
4  Q. For which school? Sturgis?
5  A. Yeah.
6  Q. What position do you play?
7  A. I don't know. I play center on the offense, and then
8     I also play defensive tackle.
9  Q. That's great. So you've already had two a day
10    practices where it's hot and sweaty, huh?
11 A. Yeah.
12 Q. I played football in high school and I never liked
13    those. It was really hard.
14 A. It's not fun.
15 Q. I played tight end and defensive end in high school.
16    Do you have, do you think your team has a good shot
17    at having a good season?
18 A. I think so, yeah.
19 Q. Okay. It sounds like you're going to play both ways.
20    That can be pretty tiring.
21 A. Yeah.
22 Q. Do you do a lot of running to make sure that you have
23    the stamina to do it?
24 A. Yeah.
25 Q. Do you have a driver's license, W.F.?

### Page 21

1  A. Like, I don't know.  I usually got paid by the day.
2  Q. How much did you get paid each day?
3  A. Sixty.
4  Q. Sixty?  How many hours would you work in one day?
5  A. It depends on the day and where and when, so from
6     like four hours to like six hours.
7  Q. Okay.  So you're taking tech classes about how to
8     work as an auto mechanic; correct?
9  A. Uh-huh.
10 Q. Yes?
11 A. Yeah.
12 Q. And can you take more of those classes in the spring?
13    Do they offer more classes?
14 A. You're talking about next semester?
15 Q. Yeah, next semester.
16 A. Yeah.
17 Q. Can you take them when you're a senior in high
18    school?
19 A. Yeah.
20 Q. Is that what you plan to do?
21 A. Yeah.
22 Q. May change your mind?
23 A. Yeah, maybe, but as of right now, yeah.
24 Q. Have you thought about once football is done working
25    in an auto repair shop as a part-time job?

### Page 22

1  A. Yeah.
2  Q. Do you have any connections that you could do that
3     at?
4  A. No.
5  Q. What about next summer?  Do you think you might work
6     in an auto repair shop or still work at the farmer's
7     market?
8  A. I definitely want to get a different job, but I don't
9     know what yet.
10 Q. Okay.  You've got time to do that, don't you?
11 A. Yeah.
12 Q. Okay.  Are you thinking maybe also in the
13    construction industry like buildings or anything like
14    that?
15 A. Yeah, that what be cool.
16 Q. Okay.  So for auto mechanic work, do you have to do a
17    lot of reading in class to learn how to make the
18    repairs?
19 A. Yeah.
20 Q. What type of books do you read?
21 A. I'm not sure.  We just started, but I know they said
22    it would be quite a bit of reading.
23 Q. Are you looking forward to all of that reading?
24 A. No.
25 Q. Why not?

### Page 23

1  A. Because I don't like reading.
2  Q. Okay.  You don't like reading, huh?  Do you like
3     reading about Greek history?
4  A. Not really.
5  Q. Okay.  So how do you learn about Greek history if
6     you're interested in it?
7  A. I don't know.  Just like if I see a video or
8     something when I'm scrolling on TikTok I watch it.
9  Q. So it sounds like watching videos is more of a way
10    that you learn rather than reading a book about
11    something?
12 A. Yeah.
13 Q. So I want to talk a little bit about your school year
14    and some of the things that you had in terms of
15    supports for your disabilities.  Okay?
16       When you were in school in person your
17    9th grade year and last year, are you familiar with
18    the term an Individualized Education Plan, an IEP?
19 A. Yeah.
20 Q. Have you ever seen your IEP?
21 A. Yeah.
22 Q. When did you see it?
23 A. I don't remember.
24 Q. You don't remember, but you looked at what's in it?
25 A. Yeah.

### Page 24

1  Q. You read it?
2  A. Yeah.  Well, not every word.  I ain't got time for
3     that.
4  Q. But that IEP had some things to help you with your
5     academics; correct?
6  A. Yeah.
7  Q. Do you remember what those things were?
8  A. No.
9  Q. It had some things to help you with your behaviors?
10 A. Yeah.
11 Q. Do you remember what those things were?
12 A. Not really, no.
13 Q. So this is where I'm going to ask you some questions
14    to see if it might trigger your memory.  Do you
15    remember being able to use a computer in class?
16 A. Yeah, like instead of a notebook.
17 Q. Were you able to type things from the class?
18 A. Yeah.
19 Q. Okay.  Is that easier than writing it down for you?
20 A. Sometimes, yeah.
21 Q. Did you have like preferred seating?  You had a seat
22    in class that you could choose or that the teacher
23    gave you?
24 A. Not really.  No.
25 Q. Did you ever have seats next to friends?

Page 25

1  A. I mean not that I can remember, but maybe.
2  Q. Okay. Did you prefer to sit in the back of the room
3     or the front of the room?
4  A. Usually in the back.
5  Q. Okay. The back. If you were feeling overwhelmed or
6     upset, could you walk around in the back of the
7     classroom?
8  A. Yeah.
9  Q. Did you do that a lot?
10 A. Not really.
11 Q. When you were walking back there, did the teacher
12    expect you to be quiet?
13 A. Yeah.
14 Q. What's a fidget?
15 A. I don't know. Just something you can play with in
16    your hands.
17 Q. Was there like a spinning kind?
18 A. I mean a fidget spinner, yeah.
19 Q. Do you still use fidgets right now in school?
20 A. Not really, no.
21 Q. When you were in 9th and 10th grade, did you use
22    them?
23 A. Sometimes, yeah.
24 Q. What kind of fidget did you use usually?
25 A. I don't really remember. Our teacher had like a box.

Page 26

1     I would just grab one.
2  Q. Did some of the fidgets make noise?
3  A. Yeah.
4  Q. Were you ever asked to not use that one because it
5     was making noise?
6  A. Yeah, probably.
7  Q. Did you agree with that? Did you put it away and get
8     a different one?
9  A. I mean I don't know the time you are talking about
10    so --
11 Q. That's fair. That's fair. Did you have breaks
12    during your class day at any time?
13 A. Yeah.
14 Q. When did you have your break?
15 A. I don't remember. It was scheduled.
16 Q. So one of the documents I looked at, your IEP, said
17    it was right before fourth hour. Does that ring a
18    bell?
19 A. What year are we talking about?
20 Q. Last year or the year before.
21 A. I don't remember having scheduled breaks in high
22    school. I remember having them in middle school.
23 Q. All right. That's fair. If you wanted to take a
24    test in a different room, could you do that?
25 A. Yeah.

Page 27

1  Q. That was in high school too?
2  A. Yeah.
3  Q. If you needed to do an assignment in a different
4     room, you could do that as well?
5  A. Most of the time.
6  Q. Okay. What's the focus center?
7  A. I don't know, like the, I don't know. If you can't
8     be in class you go there.
9  Q. Is it like the library?
10 A. No, it's like a disciplinary center thing.
11 Q. Is it like a classroom?
12 A. Yeah.
13 Q. There was a teacher there?
14 A. Yeah.
15 Q. Who was that teacher?
16 A. In 9th grade I think it was Mr. Milton.
17 Q. In 10th grade do you remember?
18 A. I think it was the same one.
19 Q. Was Mrs. Richardson ever in that room?
20 A. Not in high school.
21 Q. So if the teacher gave the class a homework
22    assignment, did you get extra time to complete it?
23 A. Not usually.
24 Q. So if it was due like the next day, you weren't able
25    to turn it in two days later?

Page 28

1  A. Not that I can remember.
2  Q. Okay.
3  A. I mean there would be certain times where like they
4     would say I had a couple of extra days but not like
5     every time.
6  Q. Okay. When you were taking tests, did the teachers
7     ever read it out loud to you?
8  A. If I went to a different room then, yeah.
9  Q. Okay. Could you choose to have the test read to you
10    whenever you wanted?
11 A. Most of the time, yeah.
12 Q. Did you use that? Was it helpful for you?
13 A. Most of the time, yeah.
14 Q. If you got upset by something that was going on in
15    the classroom or what a teacher said, did you ever go
16    to what is known as a cooling off area?
17 A. No, I don't think so.
18 Q. Could you take a break from class and just walk the
19    hall to calm down?
20 A. Usually, I don't know. If I was mad then usually no.
21 Q. No? Where would you go if you got mad?
22 A. Usually to the, I don't remember. That was a long
23    time ago. I think I would go to the library.
24 Q. So last year when you were in school in 10th grade if
25    you got mad you don't remember where you would go to

Page 29

1   calm down?
2 A. Last year I didn't really take breaks. I was only in
3   one room.
4 Q. And that was because you were doing classes online?
5 A. Yeah.
6 Q. In your freshman year you were in person every day?
7 A. Yeah, I think so until the end of the year.
8 Q. So did you, if you got mad in your freshman year you
9   went to the library. Is that what you're saying?
10 A. I think either the library or the office.
11 Q. Was it helpful to go to those rooms to be able to
12   calm down?
13 A. I mean sometimes.
14 Q. Okay. Do you know what a social worker is?
15 A. Not really, no.
16 Q. Was there anyone in school that was like, they told
17   you they were a counselor or a social worker?
18 A. I think so.
19 Q. Okay. Did you ever talk to that person? Did they
20   ever meet with you?
21 A. Yeah.
22 Q. Okay. Was that your 9th grade or your 10th grade
23   year?
24 A. I think my 9th grade year.
25 Q. Did they meet with you when you were in 8th grade?

Page 30

1 A. I don't remember.
2 Q. Don't remember that far. Okay. Was it helpful to
3   talk to them?
4 A. Not really.
5 Q. Did you stop talking to them at some point?
6 A. I mean I haven't talked to them this year so I'm
7   going to say yeah.
8 Q. Did they talk to you about, you know, when you got
9   upset in school about how to maybe stay more calm?
10 A. Yeah.
11 Q. Did you find that helpful?
12 A. Not really.
13 Q. Why not?
14 A. I don't know. It was just basic stuff that didn't
15   really help.
16 Q. What helps you calm down?
17 A. I'm not sure.
18 Q. So do you have big brothers or sisters at home?
19 A. I have sisters, yeah.
20 Q. How many?
21 A. Two.
22 Q. How old are they?
23 A. Seventeen and nine.
24 Q. Do you ever get in fights with the 17-year-old
25   sister?

Page 31

1 A. Yeah.
2 Q. I have five kids so I'm familiar with that. When you
3   get upset at your older sister, how do you calm down?
4   How are you able to calm yourself down so you're not
5   upset anymore?
6 A. I don't know. I just usually go to my room.
7 Q. Just take some time to think?
8 A. Yeah.
9 Q. Do you ever talk to her about what made you mad?
10 A. Sometimes, yeah.
11 Q. Is that helpful?
12 A. Sometimes.
13 Q. When is it not helpful?
14 A. I don't know. It just depends.
15 Q. So if she says, You're right W.F., I did something
16   that made you mad. Is that helpful when she talks to
17   you like that?
18 A. Not really because I know she is lying.
19 Q. So you can read her mind then? All right. Did you
20   ever talk to a counselor or someone named a therapist
21   that wasn't part of the school?
22 A. I think so. I don't remember for sure.
23 Q. Did you have to travel to a doctor's office to talk
24   to someone?
25 A. Yeah.

Page 32

1 Q. Do you remember what year you did that in?
2 A. No.
3 Q. So I'm going to ask you a question and I'm not trying
4   to disrespect you or offend you, okay, but I notice
5   you have a speech, like a lisp; right?
6 A. Yeah.
7 Q. Did the school ever help you with that in trying to
8   get that better?
9 A. Yeah, I did speech for a while, but it didn't really
10   help.
11 Q. So did you decide you wanted to stop doing that or
12   did the school stop giving it to you?
13 A. I'm pretty sure the school stopped.
14 Q. When you were in 9th and 10th grade, do you remember
15   getting copies of teacher's notes from the class?
16 A. A couple of times, yeah.
17 Q. Did you ever ask the teacher for those notes?
18 A. Not usually. I think they just gave them to me.
19 Q. Did you have less homework to do in your 9th and 10th
20   grade?
21 A. I mean 10th grade it was all at home, so, no.
22 Q. Did you like doing school at home where you could do
23   it on your own time?
24 A. Yeah.
25 Q. So when you do school online, do you find that you do

Page 33

1  better in terms of your grades?
2  A. I mean yes and no.
3  Q. Okay.
4  A. If it's something that I already sort of understand,
5     then yeah. But if it's something like I don't
6     understand at all, then no.
7  Q. When you don't understand anything at all, do you
8     talk to teachers about it to help you learn?
9  A. I mean, yeah, but I don't know. The teacher wasn't
10    really that helpful.
11 Q. So give me an example of something you didn't
12    understand very well and the teacher wasn't that
13    helpful.
14 A. I don't know. Like I did physics last year and the
15    teacher I went into see because he was like math and
16    stuff, but he doesn't really know physics so he
17    couldn't help me.
18 Q. Did you ever ask a principal or anybody for a
19    different teacher?
20 A. No, I like that teacher.
21 Q. Last year when you were doing classes online but you
22    would come to school a day or two a week, were there
23    other students in your class with you when you were
24    at the school?
25 A. Yeah.

Page 34

1  Q. How many students were in the class with you?
2  A. I don't remember for sure. Probably like five.
3  Q. Okay. This summer did you take any classes over the
4     summer?
5  A. Yeah, I finished physics. I did it in summer school.
6  Q. Okay. Did you do that last summer after your 10th
7     grade year?
8  A. Yeah.
9  Q. Which class did you finish or take?
10 A. Physics.
11 Q. Again physics last summer?
12 A. Yes, I had to finish it because I failed it during
13    the year. No, I didn't fail it. I just didn't
14    finish it so they gave me time.
15 Q. You ended up finishing the class and getting credit
16    for it?
17 A. Yeah.
18 Q. So we're going to talk a little bit here about a
19    topic that might be hard which is about your
20    behaviors. Again, I have never met you before so I
21    don't mean any disrespect or I'm not trying to offend
22    you. Okay?
23 A. Okay.
24 Q. Part of my job I have to ask you questions about
25    this. Okay?

Page 35

1  A. Okay.
2  Q. When you were in school in 8th, 9th and the days you
3     were there in 10th grade, did you find that you swore
4     a lot in school?
5  A. Not really, but I'm sure I did.
6  Q. So, were you aware that the teachers kept what is
7     called a behavior log of your behaviors?
8  A. Yeah.
9  Q. Did your mom have a chance to look at those when you
10    were in school? Do you know?
11 A. I'm not sure.
12 Q. Did you ever see the logs?
13 A. I don't think so.
14 Q. If you got upset, would you say the "F" word in
15    school?
16 A. Sometimes, yeah.
17 Q. Okay. If you got upset, did you ever speak
18    disrespectfully to the teachers?
19 A. Sometimes, yeah.
20 Q. What made you be disrespectful to them?
21 A. Them being disrespectful to me. I mean I don't know.
22    It depends on the situation.
23 Q. You felt they were disrespectful to you first?
24 A. Sometimes, yeah.
25 Q. Did you ever call a teacher dumb?

Page 36

1  A. Maybe.
2  Q. Okay. You don't remember anything specifically
3     today?
4  A. Not specifically, no.
5  Q. Did you ever call the teachers names, inappropriate
6     names?
7  A. I mean I can't think of a time off of the top of my
8     head.
9  Q. That's fair. Like I said at the beginning, it's not
10    a memory test. You may not remember things so that's
11    okay.
12        At some point you got in fights at
13    school; right?
14 A. Yeah.
15 Q. Do you remember how many fights you got into in your
16    8th, 9th and 10th grade?
17 A. Not for sure, no.
18 Q. Okay. Do you recall ever putting a student in a
19    choke hold where you put your arm around their neck
20    and held them?
21 A. If it was the one time I'm thinking I got into
22    trouble for messing around then, yeah.
23 Q. Do you remember what school year that was that you
24    got in trouble for messing around?
25 A. I think it was 8th grade.

Page 37

1  Q. So sometimes the teachers would ask you to leave
2     class; is that right?
3  A. Uh-huh.
4  Q. Do you know why they would ask you to leave class?
5  A. It would be a bunch of different reasons.
6  Q. Were you familiar with the three strike policy?
7  A. Yeah.
8  Q. So a teacher, you would do something and a teacher
9     would say that's the first strike. Do you remember
10    that?
11 A. Yeah.
12 Q. If you did something again in that class, you'd get
13    your second strike; correct?
14 A. Yeah.
15 Q. Then if you got your third strike, what would happen?
16 A. I had to leave the class.
17 Q. Okay. If you had to leave that class, let's say it's
18    ELA class, would you go to the next class or would
19    you stay somewhere for that day?
20 A. I think I would go to the next class.
21 Q. So you kind of got, wiped it all clean and you got a
22    new chance to stay in that class; is that correct?
23 A. I think so, yeah.
24 Q. So if you had to leave ELA class because you got
25    three strikes, would you go to the focus center?

Page 38

1  A. Yeah.
2  Q. Okay. Did you have to do your ELA work in the focus
3     center?
4  A. Yeah.
5  Q. Okay. Did you do your work usually when you were in
6     that focus center?
7  A. Usually, yeah.
8  Q. Were there times when you decided you didn't want to
9     do the work?
10 A. Yeah.
11 Q. But you had the opportunity while you were in the
12    focus center to do that class work. Am I
13    understanding you correctly?
14 A. Yeah. Yeah.
15 Q. Did you ever have to serve detentions?
16 A. A couple, yeah.
17 Q. Would those be like during lunch or would they be
18    after school?
19 A. Both.
20 Q. Were you able to chose whether it was a lunch
21    detention or an after-school detention?
22 A. I don't think so.
23 Q. You never got the chance to choose?
24 A. I don't think so.
25 Q. Was there ever a time that you recall your mom

Page 39

1     telling the school that you wouldn't do detentions
2     anymore?
3  A. Yeah.
4  Q. Why did she make that choice back then?
5         MS. ABDNOUR: Objection, calls for
6     speculation.
7   BY MR. COMSTOCK:
8  Q. Did she tell you why she didn't want you do the
9     detentions?
10 A. I'm pretty sure I told her.
11 Q. Why didn't you want to do the detentions?
12 A. Because I was already there for like eight hours. I
13    didn't want to be there for nine.
14 Q. So instead of doing a detention, did you have
15    out-of-school suspension then?
16 A. Sometimes, yeah.
17 Q. So sometimes you had, you weren't allowed in school
18    because you were suspended. Is that accurate?
19 A. Yeah. Can I take a break?
20       MR. COMSTOCK: Yes, for sure. Thank
21    you for asking and answering my question. I
22    appreciate that.
23       (Whereupon a recess was held off the
24       record from 10:51 to 10:56 a.m.)
25  BY MR. COMSTOCK:

Page 40

1  Q. Thanks again for answering my question before you
2     took a break. That is exactly how it works, so thank
3     you.
4         So I think we were talking about
5     sometimes you would be out of school on a suspension.
6     Do you remember that?
7  A. Uh-huh.
8  Q. That would happen like --
9  A. Yeah.
10 Q. That would happen if you had gotten into a fight of
11    something like that?
12 A. Yeah.
13 Q. When you were on suspension at home, did you get your
14    homework assignments to do?
15 A. Sometimes. Most of the time, no.
16 Q. Okay. So the teachers wouldn't send you home with
17    any homework to do while you were out of class?
18 A. Only if I was going to be like suspended for a long
19    time.
20 Q. So if it was just like one day you wouldn't get your
21    assignments?
22 A. Yeah.
23 Q. But if it was like 10 days you might get your
24    assignments?
25 A. Yeah.

Page 49

1  A. Okay.
2  Q. Have you ever seen that before?
3  A. Not any time recently.
4  Q. Did you ever see it in 9th grade or 10th grade?
5  A. I don't remember. That was a while ago.
6  Q. When do you recall the first time you saw this?
7  A. Right now.
8  Q. Right now?
9  A. Yeah, I don't remember if I have seen it before.
10 Q. Okay. All right.
11        MS. ABDNOUR: Can we just identify the
12     document for the record? I know you identified it as
13     Exhibit 1, but if you wouldn't mind saying what it is
14     on the record.
15        MR. COMSTOCK: Sure. This is a
16     behavior plan titled Version 1/9/22. It's W.F.'s
17     Behavior Plan for 2021-2022.
18        MS. ABDNOUR: Thank you.
19  BY MR. COMSTOCK:
20 Q. So you can put that aside if you have never seen it
21     before.
22 A. The picture is so bad.
23 Q. Our pictures of when we were young are always bad.
24     It's all right. You look much better than this
25     picture now.

Page 50

1        So when you were in class, did you
2     understand that there was certain behaviors that the
3     school didn't want you to do?
4  A. Yeah.
5  Q. What were the behaviors that the school didn't want
6     you to do?
7  A. I mean I can't think of anything specific but --
8  Q. Okay. Did your mom ever tell you when you were in
9     9th and 10th grade what the school wanted you to be
10    working on in terms of your behavior?
11 A. Not that I remember, but possibly.
12 Q. Possibly, okay. Is one of the things that the school
13    might have wanted to work on is you swearing in
14    school?
15 A. Probably.
16 Q. Okay. And do you think one of the things may have
17    been to not be disrespectful to teachers?
18        MS. ABDNOUR: Objection calls for
19    speculation, but you can answer if you can.
20 A. What was the question again?
21  BY MR. COMSTOCK:
22 Q. I'll say it in a different way.
23 A. Okay.
24 Q. We talked about three strikes. Do you remember that?
25 A. Yeah.

Page 51

1  Q. And you would get a first strike then a second and
2     then a third and then you would have to leave class;
3     correct?
4  A. Yeah.
5  Q. Can you tell me something you would get the first
6     strike for?
7  A. Like talking while the teacher was talking.
8  Q. That's disrupting class, don't you think?
9  A. I mean not necessarily, no. Not if I'm just talking
10    quietly to the person next to me.
11 Q. Did you ever get a strike because you were talking
12    loudly in class?
13 A. Probably.
14 Q. Okay. When you're at home if you break one of the
15    rules at home, do you have a consequence?
16 A. Yeah.
17 Q. What type of consequence do you get at home if you
18    break a rule?
19 A. I usually get grounded.
20 Q. Okay. So if you break a rule at home you have a
21    consequence. If you break a rule at school you have
22    a consequence; right?
23 A. Uh-huh.
24 Q. Yeah?
25 A. Yeah.

Page 52

1  Q. So it's the same type of thing there. Did you
2     understand that if the teacher told you to stop a
3     behavior that you needed to do that?
4  A. Yeah.
5  Q. Or if they told you to do something like go to the
6     focus center, you were supposed to do that?
7  A. Yeah.
8  Q. Okay. I can take this away.
9        Do you remember a teacher with the
10    last name of Brooks, Mr. Brooks?
11 A. Yeah.
12 Q. What do you remember about Mr. Brooks?
13 A. I can't stand him.
14 Q. Okay. Why is that?
15 A. I don't know. We had issues.
16 Q. What kind of issues?
17 A. He fell and said that I pushed him.
18 Q. Okay. So that is kind of one of the first things
19    that I want to talk about. So you remember that day
20    that he fell down and said that you pushed him?
21 A. Yes.
22 Q. Okay. Actually I want to talk about one before that,
23    okay? Do you remember when you were in 9th grade
24    asking Mr. Brooks if you could work in the hallway
25    during one of his classes with a friend?

Page 77

1  MS. ABDNOUR: Objection calls for
2  speculation. You can answer if you can answer.
3  A. I mean I still don't feel that that is his place, but
4  it could be.
5  BY MR. COMSTOCK:
6  Q. So these friends that Mr. Cary said not to hang out
7  with, did they have behavior problems at school, like
8  they were getting kicked out of school?
9  A. Not really.
10 Q. Okay. All right. So I want to talk a minute about
11 Mrs. Littlefield. Do you remember her?
12 A. Yeah.
13 Q. Was she your class teacher or was she a substitute?
14 A. She was a substitute. But she was also like another
15 class teacher. Like she's a full-time teacher there.
16 Q. Were you a student in any of her classes?
17 A. No, she subbed in like a couple of mine.
18 Q. So speaking of subs, were you aware that if there was
19 a sub in class you could go to a different room?
20 A. Yeah.
21 Q. So if Mrs. Littlefield came into your class as a sub,
22 you could go work in a different room in the
23 building. Is that what I understand?
24 A. I think so, yeah.
25 Q. Did you ever do that?

Page 78

1  A. Sometimes, but I feel like there was a reason I
2  didn't. But I don't know.
3  Q. You don't remember what that reason is right now?
4  A. Yeah, I don't.
5  Q. Okay. Getting back to Mrs. Littlefield, part of the
6  lawsuit here is that she said the "N" word in one of
7  her classes. Do you remember that?
8  A. Yeah.
9  Q. Were you in the class when she said the word?
10 A. No.
11 Q. So you don't know why she said it?
12 A. I mean I have heard why, but I don't know myself for
13 100 percent, no.
14 Q. Okay. Was there a video taken of her saying that
15 word?
16 A. Yeah.
17 Q. Do you know who recorded it?
18 A. I don't remember for sure.
19 Q. Okay. Did you see this videos?
20 A. Yeah.
21 Q. Okay. What did it show?
22 A. It was pretty much of just someone like hiding their
23 phone under the desk and then you could hear her say
24 stop saying and then she said the "N" word.
25 Q. So she was telling students not to say the "N" word?

Page 79

1  A. Yeah.
2  Q. Do you know if kids were actually saying the "N" word
3  in the class?
4  A. I think so, yeah.
5  Q. Okay. So she was, was it a good thing she was
6  telling them not to use that word in your opinion?
7  A. I mean I feel like it was a good thing she was saying
8  not to use that word, but there is definitely more
9  appropriate ways she could have said that.
10 Q. How do you think she could have said it?
11 A. Stop saying the "N" word. Stop cussing. Stop using
12 slurs.
13 Q. So there was, in your mind, there was a better way to
14 have handled that situation?
15 A. Yeah.
16 Q. Do you know if this video if it got edited in any
17 way?
18 A. No.
19 Q. Were students sending this video to each other? Like
20 sending it around the school or text message or
21 anything like that if you're aware?
22 A. I think -- I don't know. I only know of, I think
23 there were like two people that had it or something.
24 Q. Did they get it the same day that Mrs. Littlefield
25 used the word?

Page 80

1  A. I think so. I don't remember for sure.
2  Q. You don't remember if they got it during school or
3  after school?
4  A. I don't. I think it was during school because I
5  remember someone walking up to me and showing me.
6  Q. So just to confirm, you were not in her class when
7  she used the word?
8  A. No.
9  Q. And she didn't say the word to you directly?
10 A. No.
11 Q. Did you tell anyone at the school, another teacher or
12 principal that she used the "N" word?
13 A. I didn't have to. They already knew.
14 Q. Okay. Other than this one time, are you aware of any
15 other time Mrs. Littlefield used that word?
16 A. No.
17 Q. It was just one time?
18 A. I think so, yeah.
19 Q. Okay. So in the lawsuit that you filed it claims
20 that you were admonished for reporting that she was
21 using the "N" word. Do you remember that?
22 A. That's a big word. I don't know what it means.
23 Q. Let me break it down. See, this is an example of me
24 asking a bad question, so I appreciate you letting me
25 know. Let me think for a minute because you caught

Page 85

1 A. No.
2 Q. Did you ask her what she meant?
3 A. I think so, but I don't remember her answer.
4 Q. Okay. You remember responding to her that, "Is it
5    because I'm black?"
6 A. Yeah.
7 Q. And you said that because she said you look
8    suspicious?
9 A. Yeah.
10 Q. So you felt she was targeting you? Is that how you
11    felt?
12 A. Yeah, because I'm pretty sure she also didn't say
13    anything to my friend. Or she told me to stay up
14    there and said my friend could go.
15 Q. So it was just you and her standing in the hallway?
16 A. Yeah, I think so.
17 Q. So if you felt targeted, did you tell any other
18    teacher or principal about that situation?
19 A. I don't remember.
20 Q. You don't remember?
21 A. I think I told Mrs. Richardson.
22 Q. You think you told Mrs. Richardson about it?
23 A. Yeah.
24 Q. Did you and Mrs. Littlefield have conversations about
25    racism?

Page 86

1 A. I mean I'm pretty sure she went around the school
2    doing some dumb apology thing, but other than that,
3    no.
4 Q. Dumb apology thing, what do you mean by that?
5 A. After she said the "N" word like her and Mr. Lamb
6    like went around the school and I think she
7    apologized or something.
8 Q. But besides that you don't remember any conversations
9    where she was talking about racism with you?
10 A. Nuh-huh.
11 Q. Is that a no?
12 A. Yeah. No.
13 Q. Was there ever a time when Mrs. Littlefield -- let me
14    back up and give context here.
15        Was there ever a time when you were in
16    a classroom that wasn't Mrs. Littlefield's and she
17    came into your classroom and told you to be quiet?
18 A. Yeah.
19 Q. What happened during that situation?
20 A. I don't remember for sure.
21 Q. Do you remember being loud and banging on the walls
22    in that other class?
23 A. I think I banged on the wall once and I was like
24    quiet down or something because they were being like
25    super loud.

Page 87

1 Q. Mrs. Littlefield's class was being loud?
2 A. Yeah. And then I think she came over like it was a
3    while later, like probably like 20 minutes and she
4    said that I was being loud. And I mean I may have
5    been a little loud in the back of the class, but her
6    class was being so loud.
7 Q. Because her class was being loud you banged on the
8    wall. Was that to try to get her class to quiet
9    down?
10 A. I mean we were just messing around. I only did it
11    once.
12 Q. So Mrs. Littlefield came in and said to not bang on
13    the walls?
14 A. I don't even think she said that. She said that I
15    was being loud and I needed to quiet down.
16 Q. And how did that make you feel?
17 A. Annoyed.
18 Q. Annoyed. Okay. Do you think she did it because
19    you're black?
20 A. No, but I did feel like she was targeting me. Like I
21    don't know, maybe not necessarily but --
22 Q. So you were banging on the walls. You admit that?
23 A. Yeah, but I don't think she even said anything about
24    banging on the wall because it was a while. Like I
25    did, like I banged on the wall at the beginning of

Page 88

1    class and then she didn't come over until like the
2    middle end of class and said I was being loud.
3 Q. You admit that you were being loud at some point?
4 A. Probably, yeah.
5 Q. So it sounds like she had a reason to come to the
6    class and ask you to be quiet?
7 A. Yeah, but I mean I wasn't yelling.
8 Q. Okay.
9 A. And her class was being way louder than I was for
10    sure.
11 Q. So the fact that she came into your classroom and
12    told you to be quiet made you feel bad, targeted?
13 A. Sort of, yeah.
14 Q. But you don't think it was because you were black
15    that she was asking you to be quiet?
16 A. No.
17 Q. So the last thing I want to talk to you about --
18    well, okay. The last thing I want to talk to you
19    about is this fight with M.M. So you got in a fight
20    with him when you were in the fall of your 9th grade
21    year. Do you remember that? Like September of 2022?
22 A. Yeah.
23 Q. Okay. So tell me what happened between you and M.M.
24    What happened? Why were you guys fighting?
25 A. So I think it originally started 'cause he had

Page 89

1  problems with my other friend and like they had
2  problems in 8th grade and then it like, they were
3  talking over the summer arguing, and then beginning
4  of 9th grade my friend he like broke his leg or
5  whatever and he was on crutches. And then him and
6  M.M. still had problems and M.M. like went up and
7  like punched him and pushed him down when he was on
8  crutches, so I had problems with him since that. And
9  then I don't know.
10 Q. All right. So M.M. and your friend are talking.
11    They had problems. You mean like they would get into
12    arguments in 8th grade?
13 A. Yeah.
14 Q. Did they ever fight each other in 8th grade?
15 A. No.
16 Q. So they just had problems. And that continued over
17    the summer?
18 A. Uh-huh.
19 Q. So how did that happen? Were they seeing each other
20    and arguing?
21 A. I don't know.
22 Q. Do you know if they were texting or messaging each
23    other?
24 A. Probably.
25 Q. But you weren't a part of those messages?

Page 90

1 A. Yeah, I wasn't.
2 Q. So you don't really know why they were arguing with
3    each other?
4 A. Not for sure.
5 Q. Then when you came to your freshman year, this friend
6    of yours had broken his leg over the summer?
7 A. Yeah.
8 Q. He was in a cast?
9 A. Yeah.
10 Q. And M.M. went up and punched him and pushed him down
11    when he was on crutches?
12 A. Yeah.
13 Q. And you saw this happen?
14 A. No.
15 Q. You just heard about it?
16 A. I saw him like right after it happened.
17 Q. You saw your friend?
18 A. Yeah, and then I heard about it.
19 Q. So your friend told you this is what happened with
20    M.M.?
21 A. Yeah.
22 Q. So how long between that time when M.M. pushed him
23    down to when you and M.M. got in a fight in the lunch
24    room? Do you remember was it a couple of days, a
25    couple of weeks?

Page 91

1 A. I want to say it was like a month or so. I don't
2    remember for sure.
3 Q. Don't remember for sure, but there was some time that
4    passed?
5 A. Yeah.
6 Q. All right. Okay. So, we come to the lunch room.
7    I've seen several videos. You and him are talking to
8    each other. And I say that because some of the
9    videos I can't hear what you're saying. What
10   happened in the lunchroom that made you go up to him
11   and start talking to him?
12 A. I don't even honestly remember at this point.
13 Q. Okay. All right. So I want to show you a couple of
14    videos and again, maybe this will help you. If it
15    doesn't, that's fine. Like I said, it's not a memory
16    test but we'll just see.
17         MR. COMSTOCK: Liz, for your
18    information this is Plaintiff 00190.
19         MS. ABDNOUR: That's Exhibit 4?
20         MR. COMSTOCK: Correct.
21         (Whereupon Deposition Exhibit No. 4
22         was marked by the court reporter.)
23   BY MR. COMSTOCK:
24 Q. Okay. So in this video you're kind of tapping your
25    cheek. Do you remember why you were doing that?

Page 92

1 A. I think I was saying hit me.
2 Q. So you were inviting him to hit you?
3 A. Yeah.
4 Q. Why were you wanting him to hit you?
5 A. Because all he wanted to do was talk.
6 Q. So you were kind of egging him on?
7 A. I mean, yeah and no.
8 Q. Why no?
9 A. I mean, yeah I was. He was doing the same thing
10    though.
11 Q. We don't see that in this video and I understand
12    that. But from this video you're kind of like
13    tapping your cheek like this and you're saying that
14    was inviting him to hit you?
15 A. Yeah.
16 Q. Because he was talking to you. Do you remember what
17    he was saying?
18 A. I don't know.
19 Q. You don't know. Okay. So before you guys are
20    standing here, do you remember what you were doing?
21    Like did you just come into the lunchroom and you
22    just saw him? Or how did you end up being next to
23    each other?
24 A. No, I think I walked past him and he said something.
25 Q. Do you remember what he said?

Page 93

1  A. Or he walked by me and said something. I don't
2     remember what he said.
3          MR. COMSTOCK: So Exhibit 5 will be
4     Plaintiff 000192.
5          MS. ABDNOUR: Thanks.
6          (Whereupon Deposition Exhibit No. 5
7          was marked by the court reporter.)
8  BY MR. COMSTOCK:
9  Q. Have you ever seen these two videos before, W.F.?
10 A. Yeah.
11 Q. When did you see these videos?
12 A. I don't know. Around the time it happened.
13 Q. Do you know based on viewing them who took those
14    videos, which student?
15 A. No.
16 Q. Did you get, did they send you these videos or how
17    did you, you just saw them on their phone?
18 A. No.
19 Q. Okay.
20 A. I was getting messages from everybody.
21 Q. Okay. All right. Did M.M. say something like there
22    is the "N" word with a bounty on his head to you?
23 A. Yeah. When, yeah, I think that was, I don't remember
24    if that was before or right after we fought.
25 Q. So what is this about a bounty? What does that mean?

Page 94

1  A. I don't know.
2  Q. Were you having problems with other people?
3  A. Nuh-huh.
4  Q. No? So M.M.'s problem was with your friend if I'm
5     understanding you correctly; right?
6  A. Originally, yeah.
7  Q. Then he says something to you about a bounty on your
8     head and you don't know why he said that?
9  A. No.
10 Q. You weren't aware of anybody putting a bounty on your
11    head?
12 A. No.
13 Q. So in those videos we can hear him say the "N" word.
14    Is that what got you really upset?
15 A. I mean yeah and no.
16 Q. Why no?
17 A. I was already pissed at him before that.
18 Q. Why were you pissed at him before he said those
19    words?
20 A. I just told you what happened.
21 Q. Because he pushed your friend down?
22 A. Yeah.
23 Q. Sometimes I just want to make sure that I got the
24    connection correct so, all right.
25          MR. COMSTOCK: So this is Exhibit 6,

Page 95

1     Plaintiff 00195.
2          (Whereupon Deposition Exhibit No. 6
3          was marked by the court reporter.)
4  BY MR. COMSTOCK:
5  Q. Last one, W.F. I know this is probably hard because
6     you're probably not proud of this situation, so
7     thanks for being patient and watching.
8          It ends the same way. In this video
9     -- what?
10 A. Nothing.
11 Q. In this video right before you swung at him you can
12    see you saying things to M.M. Do you remember what
13    you were saying to him?
14 A. No, not for sure.
15 Q. In this video you're kind of walking into him and
16    pushing him around. Did you see that?
17 A. Yeah.
18 Q. Why were you doing that?
19 A. I don't remember.
20 Q. Okay. Was there a time when you could have just
21    walked away and ignored him?
22 A. Yeah.
23 Q. Why did you not ignore him?
24 A. Because I was mad.
25 Q. All right. So based on this video he stops talking,

Page 96

1     you say something more and then you swing at him. Is
2     that accurate from what you saw in this video?
3  A. Yeah.
4  Q. Do you want to watch it again just to be sure?
5  A. Yeah.
6  Q. Did you see that when you were talking to him?
7  A. Yeah.
8  Q. So M.M. stops talking and you say something and then
9     you punch him. Do I have that accurate from the
10    video?
11 A. He said something else before I hit him.
12 Q. Oh, he did? I didn't see his lips moving, but okay.
13    You hear people in the background saying, "Beat his
14    ass. Beat his ass." Did you feel like these
15    students wanted you to fight?
16 A. I mean probably, but I wasn't really listening to
17    them.
18 Q. You weren't listening to them so what they were
19    saying didn't affect whether you were going to fight
20    M.M. or not?
21 A. Correct.
22         (Whereupon Deposition Exhibit No. 7
23         was marked by the court reporter.)
24 BY MR. COMSTOCK:
25 Q. Do you remember ever seeing a text message or a