# EXHIBIT BB



STATE OF MICHIGAN
DEPARTMENT OF EDUCATION
LANSING

GRETCHEN WHITMER
GOVERNOR

MICHAEL F. RICE, Ph.D.
STATE SUPERINTENDENT

02/02/2024

Arthur Ebert
Sturgis Public Schools
107 W West St
Sturgis, MI 49091-1447

Re: DP-22-0043

Dear Dr. Ebert:

The Office of Special Education received a Due Process Hearing request on 04/13/2022. This request was forwarded to the Michigan Office of Administrative Hearings and Rules on 04/13/2022.

The Administrative Law Judge assigned to the case concluded the district was not in compliance and ordered corrective action. The district has met the requirements of the Administrative Law Judge order including student level corrective action. The OSE has determined that complaint DP-22-0043 is resolved and the complaint is closed.

The determination to close this case applies only to the specific matters addressed in this case and does not represent a general confirmation of compliance regarding factual situations falling outside the case.

If you have any questions or concerns regarding this matter, please contact me at 517-335-0457. To avoid loss or unnecessary delay in response, all correspondence should be clearly marked as pertaining to case DP-22-0043.

**STATE BOARD OF EDUCATION**

CASANDRA E. ULBRICH – PRESIDENT  ●  PAMELA PUGH – VICE PRESIDENT
MICHELLE FECTEAU – SECRETARY  ●  TOM MCMILLIN – TREASURER
TIFFANY D. TILLEY – NASBE DELEGATE  ●  JUDITH PRITCHETT
LUPE RAMOS-MONTIGNY  ●  NIKKI SNYDER

608 WEST ALLEGAN STREET  ●  P.O. BOX 30008  ●  LANSING, MICHIGAN 48909
www.michigan.gov/mde  ●  833-633-5788

Sincerely,

*Chantel Mozden*

Chantel Mozden
Program Accountability Unit Supervisor
Office of Special Education

cc:  Arthur Ebert, Sturgis Public Schools
     Nicole Airgood, Sturgis Public Schools
     Erin Walz, Thrun Law Firm, P.C.
     Teresa Belote, St. Joseph County ISD
     Christa Conroy, St. Joseph County ISD
     Jacquelyn Babinski, Babinski Law, PLLC