# EXHIBIT CC

| Session # | Date | Did Wytama attend | Activities, Amount of time per Activity | Teacher Comments/Observation | Hours | Total Hours |
|---|---|---|---|---|---|---|
| 1 | 3/8/23 | Yes | Physics: vectors and distance vs. time graphs (35 min.) | Provide notebook for notes during tutoring and homework | 1 | 67 |
| 2 | 3/15/23 | Yes | History; Homework Assignments | Talked about adding second day a week to tutoring rotation | 1 | |
| 3 | 3/22/23 | Yes | History; Essays & Projects | Wrote essays and anwered project questions together | 1 | |
| 4 | 3/23/23 | Yes | Quizzes | Worked with Mrs. Ehlert on Quizzes for Health & Math | 1 | |
| 5 | 3/29/23 | Yes | Quizzes | Worked with Mrs. Ehlert on Quizzes for History | 1 | |
| 6 | 3/30/23 | Yes | Homework | Worked on homework for history and physics | 1 | |
| 7 | 4/13/23 | Yes | Homework | Worked on homework for history and physics | 2 | |
| 8 | 4/18 | Yes | Homework / Quizzes | Worked on homework for physics and Quizzes for English | 1 | |
| 9 | 4/26/23 | No | Offered Hours | Declined Hours Offered For Driver's Training | 1 | |
| 10 | 4/27/23 | Yes | Quizzes / Tests | Worked on Quizzes and Tests for Health and History with Ehlert for 1 hour. The second hour was going to be available for projects tht needed to be completed ▇▇ chose to not stay and work on these projects. Ehlert offered a handout that explains the details for each project that ▇▇ could bring home, and he threw the handout in the garbage as he left after the first hour. | 2 | |
| 11 | 5/2/23 | No | Offered Hours | Did not attend hour because his car would not start | 1 | |
| 12 | 5/3/23 | No | Offered Hours | Did not attend hours because he was not feeling well | 1 | |
| 13 | 5/8/23 | No | Offered Hours | Was at school with Mr. Rench during advisory but did not stay after school to work with me | 2 | |
| | 5/10/23 | No | Offered hours | Text messages as follows: 5/10/23 3:00 pm (Teacher) Hello, is ▇▇ still planning on coming in today? 5/10/23 3:02 pm (Mom) Shoot, no. I didn't mark today on my calander. Only Monday and Thursday 5/10/23 3:03 pm (Teacher) Ok I'm sorry for sending a reminder earlier, do you still want to bring him in today? Or I can add the hour to tomorrow? 5/10/23 3:04 pm (Teacher) We can only go until 4 today 5/10/23 3:05 pm (Mom) He's over at my mother in laws cleaning out her house. Over an hr away 5/10/23 3:05 pm (Teacher) Ok we can just plan on tomorrow then? 5/10/23 3:10 pm (Mom) Yes, sorry, my daughter is driving and having an off day apparently so I kept getting side tracked with correcting her (her and ▇▇ just finished drivers training). 5/10/23 3:10 pm (Teacher) Ok sounds good no worries | | |
| 14 | 5/11/23 | No | Offered Hours | Did not attend hours because he was not feeling well 5/11/23 11:16 am (Teacher) Hello, is ▇▇ still planning on coming in today? 5/11/23 11:28 am (Mom) That is thr plan. But there is a very strong chance he won't make it. He had an episode (meltdown) yesterday and he's not bounced back from it. He's not acting himself. So I honestly don't know. When he's like he currently is, there's a 50% shot he's good to go with outside events and 50% shot it takes everything out of him : ( I'm not able to read him or his emotional state when he is like this. (Please don't ever tell him I told u about a meltdown. He is very private and sensitive with them). 5/11/23 11:33 am (Teacher) Ok thank you for letting me know I won't tell him 5/11/23 2:57 pm (Mom) He won't be in 5/1/23 2:58 pm (Teacher) Ok thank you for letting me know | 3 | |
| 15 | 5/15/23 | No | Offered Hours | Did not attend because of a doctors appointment | 2 | |
| 16 | 5/18/23 | No | Offered Hours | Did not attend because of transportation issues 5/18/23 2:17 pm (Mom) Can you give me a call when u have a chance? | 3 | |
| 17 | 5/22/23 | No | Offered Hours | Did not attend because of transportation issues | 2 | |
| 18 | 5/25/23 | No | Offered Hours | Did not attend because of transportation issues | 3 | |
| 19 | 6/1/23 | No | Offered Hours | Did not attend because of transportation issues | 3 | |
| | 6/4/23 | | | 6/4/23 3:10 pm (Teacher) Hello, for the month of June, I will be able to offer tutoring hours every Tuesday this month (6th, 13th, 20th, 27th of June) from 8 AM - 1 PM, please let me know which of those days work for you 6/5/23 6:27 am (Mom) Sorry fo the delayed response. I took a nap at 1 pm yesterday and am just waking up. (emoji) We shoud probably have a phone conversation. Whenevery you are available. I have drs apts lined up today from 9:15-11 today. But I'm available before or after that anytime | | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 6/6/23 | No | Offered Hours | Did not attend because of transportation issues<br>6/6/23 8:24 am (Teacher) Hello, yes        will be able to come in on Tuesdays and work with just me on tests and quizes in my room, then once new material opens up we can work on those assignments too or he can work on them from home<br>6/6/23 8:31 am (Mom) So, are we doing just one day a week in the morning vs the 3 days we had discussed a few weeks ago? (It's ok for me, just want to make sure it what works for YOU)<br>6/6/23 8:32 am (Teacher) Yes 8-1 every Tuesday this month<br>6/6/23 8:42 am (Mom) Ok | 5 |
| 21 | 6/13/23 | No | Offered Hours | Did not attend because of transportation issues<br>6/12/23 10:08 am (Teacher) Hello, just sending a reminder that we have tutoring from 8-1 tomorrow<br>6/12/23 10:08 am (Mom) Ok<br>6/13/23 10:14 am (Mom) && just like that I forgot about the session today (emoji) I knew and should have told u yesterday I had a bunch of testing today for the accident (emoji)     I apologize, that's very inconsiderate of me.<br>6/13/23 10:15 am (Teacher) No worries thank you for letting me know | 5 |
| | 6/19/23 | | | 6/19/23 11:09 am (Teacher) Hello, just sending a reminder that we have tutoring from 8-1 tomorrow | |
| 22 | 6/20/20 | No | Offered Hours | Did not attend due to a change in plans<br>6/20/23 10:01 am (Mom) Boo will not b in. He was going to, but we just had something happen we have to deal with (a very good thing, nothing bad)<br>6/20/23 10:02 am (Teacher) Ok thank you for letting me know | 5 |
| 23 | 6/27/23 | Yes | Math | Worked on Math Tests, Quizzes, and Pretests | 3 |
| 24 | 6/28/23 | No | Offered Hours | Did not attend because of transportation issues<br>6/28/23 10:01 am (Teacher) Hello, is      coming in for tutoring today?<br>6/28/23 10:02 am (Mom) I'm not sure, I'm not in state at the moment && can't get ahold of my husband | 2 |
| 25 | 7/5/23 | No | Offered Hours | Did not attend because of transportation issues<br>7/5/23 9:59 am (Teacher) Hello, is     able to come in today?<br>7/5/23 10:01 am (Mom) No<br>7/5/23 10:01 am (Teacher) Ok, thank you for letting me know<br>7/5/23 10:02 am (Mom) He may be in tomorrow, if u send me a reminder later this evening, I can let u know, so u don't even have to go in if he isn't. I'll know sometime after 5 p<br>7/5/23 10:03 am (Teacher) Ok I will check in with you this evening then<br>7/5/23 10:04 am (Mom) Thanks<br>7/5/23 5:14 pm (Teacher) Hello, any word on tomorrow?<br>7/5/23 8:02 pm (Mom) Sorry so late, I was getting ready to reply yes he will be there when our van went down. I was trying to see if it was a quick fix. Unfortunately it's not, so he will not b there because he won't have a ride while I'm in surgery now :(<br>7/5/23 8:11 pm (Teacher) Ok I'm sorry to hear that but thank you for letting me know | 3 |
| 26 | 7/6/23 | No | Offered Hours | Did not attend because of transportation issues | 3 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Good Morning,<br>_____ will be unable to attend any further sessions of comp Ed this summer. As your all aware, my girls<br>and I were in a head on collision on 5/15 where I sustained multiple injuries that require ongoing medical attention and surgeries. This started a hardship on me trying to get him to and from anything while being down a vehicle and having injuries. On 6/25 _____ and my husband were in an accident when<br>someone fell asleep and drove into them at 75mph. While there were no injuries in that crash, it damaged<br>the 2nd vehicle we have. While we thought it was minor damage at first, time has showed us it is not. And finally, during the process of documenting car accident damage to my chest, another issue was found.<br>I am now going threw surgical procedures && oncology appointments the next couple weeks to determine if<br>what was found outside of the damage is breast cancer.<br>With all of this going on && _____ not having his lisense, only a permit until he can attend segment 2, it's just not physically possible to get him to the sessions.<br>I am requesting we extend the service till 12/31/23 so we can provide them for him at a later date that would work for everyone.<br>Please let me know.<br>Nyssa<br><br>7/14/23 at 2:13 pm, Nicole (Assistant Superintendent) sent the following response:<br>Good afternoon, Nyssa.<br>Thank you for reaching out to let us know that things are so difficult for you and your family at this time. In order for _____ to receive the services<br>that he needs, we will provide transportation over the next 2-3 weeks. I will drive to Bronson and pick him up and return him home after his<br>sessions.<br>Please work with Mr. Anderson to determine his schedule. Then you can let me know about his transportation needs. | | |
| | 7/11/23 | | | | |
| 27 | 7/11/23 | No | Offered Hours | Did not attend because of transportation issues<br>7/10/23 12:34 pm Hello, just sending a reminder that we have tutoring from 10-1 tomorrow<br>7/11/23 9:23 am He won't b there today. I have to many apts.<br>7/11/23 9:24 am Ok thank you for letting me know | 3 |
| 28 | 7/19/23 | No | Offered Hours | Did not attend because of transportation issues<br>7/17/23 3:08 pm (Teacher) Hello, I am able to offer tutoring Wednesday from 11 to 1, please let me know if that time works for you<br>7/17/23 3:27 pm (Mom) I have a surgical procedure Wednesday. It won't work out for us.<br>7/17/23 3:28 pm (Teacher) Ok, I'm not able to offer any other time this week unfortunately<br>7/17/23 3:30 pm (Mom) This is fine. I already told Nicole there was no possible time this week.<br>7/17/23 3:35 pm (Teacher) Ok | 2 |
| 29 | 7/26/23 | No | Offered Hours | Did not attend because of transportation issues<br>7/25/23 10:52 am (Teacher) Hello, I am able to offer tutoring Wednesday and Thursday from 11 to 1 please let me know what times work for you<br>7/26/23 10:18 am (Teacher) Is _____ able to come in today for tutoring?<br>7/26/23 10:26 am (Mom) No, I'm out of state at the moment for medical stuff. He is my driver<br>7/26/23 10:28 am (Teacher) Ok thank you for letting me know, will he be available for tutoring tomorrow?<br>7/26/23 10:29 am (Mom) No, I have ot on Tuesdays and Thursdays and he drives me.<br>7/26/23 10:30 am (Teacher) Ok | 2 |
| 30 | 7/27/23 | No | Offered Hours | Did not attend because of transportation issues | 2 |
| | 7/31/23 | | | 7/31/23 9:43 am (Teacher) Hello, Is there any time this week that would work for you for tutoring?<br>7/31/23 9:52 am (Mom) Good morning, unfortunately no. I have medical appointmens 4 days a week till the last week of August. He's my drive, I still can not drive very much.<br>7/31/23 9:52 am (Teacher) Ok thank you for letting me know<br>7/31/23 9:53 am (Mom) Your welcome | |