UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N. S. o/b/o of W.F.,

    Plaintiff,

v.

STURGIS PUBLIC SCHOOLS,

    Defendant.

_____/

Case No. 1:23-cv-448

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

Pending before the Court is Defendant's motion to exceed the page limit for exhibits attached to its motion for summary judgment (ECF No. 29). Plaintiff does not oppose the motion (*Id.*, PageID.739). Therefore,

**IT IS HEREBY ORDERED** that the motion to exceed the page limit for exhibits attached to motion for summary judgment (ECF No. 29) is GRANTED for the reasons stated in the motion.

Dated: November 18, 2024

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge