UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N.S. o/b/o W.F.,

    Plaintiff,                                     Case No. 1:23-cv-00448

v.                                           Hon. Paul L. Maloney

STURGIS PUBLIC SCHOOLS,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

    Old address:   500 E. Michigan Ave., Suite 130, Lansing, MI 48912

    New address:  325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.

Date:  December 20, 2024                    Respectfully submitted,

                                                      **s/ Elizabeth K. Abdnour**
                                                      Elizabeth K. Abdnour
                                                      ABDNOUR WEIKER, LLP
                                                      Attorney for Plaintiff
                                                      325 E. Grand River Ave., Suite 250
                                                      East Lansing, MI 48823
                                                      517-994-1776
                                                      liz@education-rights.com

## CERTIFICATE OF SERVICE

  I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

              */s/ Elizabeth K. Abdnour*
              Elizabeth K. Abdnour

2