UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

N. S.,

      Plaintiff,                  Case No. 1:23−cv−00448−PLM−PJG

v.                         Hon. Paul L. Maloney

STURGIS PUBLIC SCHOOLS,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Jury Trial |
| Date/Time: | July 14, 2025   08:45 AM<br>*(previously set for 7/8/2025)* |
| District Judge: | Paul L. Maloney |
| Place/Location: | 174 Federal Building, Kalamazoo, MI |

*All other hearings and filing deadlines contained in the amended case management order remain as previously ordered.*

                                       PAUL L. MALONEY
                                       United States District Judge

Dated:  April 10, 2025        By:   /s/ Amy C. Redmond
                                                   Case Manager