UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

N. S.,

    Plaintiff,

v.

STURGIS PUBLIC SCHOOLS,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:23-cv-00448-PLM-PJG

**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE**

    The Settlement Conference set in this matter for May 13, 2025, is rescheduled to **June 9, 2025, at 10:30 a.m.** with Magistrate Judge Phillip J. Green, 499 Federal Building, 110 Michigan Street N.W., Grand Rapids, Michigan. In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Case Management Order entered on June 21, 2024 (ECF No. 27) remains in effect. The confidential letters and written exchanges will be due three business days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference.

                      PHILLIP J. GREEN
                      United States Magistrate Judge

Date: May 7, 2025              /s/ Jessica K. Wright
                              By: Jessica K. Wright, Deputy Clerk