UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| N.S. ON BEHALF OF W.F., ) <br> Plaintiffs, ) <br> ) No. 1:23-cv-448<br>v. )<br> ) Honorable Paul L. Maloney<br>STURGIS PUBLIC SCHOOLS, )<br> Defendant. )<br> ) | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 44), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 12, 2025 /s/ Paul L. Maloney
 Paul L. Maloney
 United States District Judge